**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY RAPP and C.D.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,<br><br>　　　　　　　　　　　Defendant. | Case No. 20-cv-9586 (LAK) |

## CERTIFICATE OF SERVICE

　　I hereby certify that on November 13, 2020, a copy of the Notice of Removal, which was filed through the ECF system in the above-captioned action (Dkt. No 1), was served on all parties of record by filing the same on the New York State Supreme Court's electronic filing system.  On November 17, 2020, notice of this filing was also served by mail upon counsel for all plaintiffs.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Tremonte*
　　　　　　　　　　　　　　　　　　　　　　　　　Michael Tremonte