UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY RAPP, et ano.,

                Plaintiffs,

    -against-                                              20-cv-9586 (LAK)

KEVIN SPACEY FOWLER, a/k/a KEVIN SPACEY,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The defendant, who removed this case from state court, attached 131 pages of exhibits, denominated Exhibits A through O, to the notice of removal. The individual exhibits are not filed as separate PDF files nor specifically described in the file names as required by Rule 5.1 of the ECF Rules & Instructions, which provides in relevant part that "[e]xhibits must be filed as attachments to the main document.   Each attachment must be clearly titled so the subject of the exhibit is clear." Accordingly, defendant, on or before November 30, 2020, shall refile the notice of removal and the exhibits thereto in compliance with Rule 5.1 failing which the case will be remanded to state court.

        SO ORDERED.

Dated:     November 16, 2020

                                                                     Lewis A. Kaplan
                                                             United States District Judge