# Exhibit B

```
                                                At Part ____ of the Supreme Court
                                                of the State of New York, held in
                                                and for the County of New York,
                                                held at the Courthouse, 60 Centre,
                                                New York, NY 10007, on the
                                                ____ day of _____, 2020
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY RAPP and C.D.,                         Index No.: _____/20

                     Plaintiff,

                                                    ORDER TO SHOW CAUSE
    -against-                                        FOR LEAVE TO FILE A
                                                    CIVIL ACTION UNDER
KEVIN SPACEY FOWLER, a/k/a, KEVIN SPACEY,    THE *CHILD VICTIMS ACT*
                                                    USING A PSEUDONYM

                   Defendant.
-----------------------------------------------------------------------X

       Upon reading and filing the Affirmation of Peter J. Saghir, Esq., sworn to on the 8th day of September 2020, it is hereby

       **ORDERED** that Defendants show cause at a Special Term of this Court to be held at _____, on the _____ day of _____, 2020, at _____ o'clock in the _____ or as soon as counsel may be heard why an Order should not be made:

       1.     Deeming plaintiff's use of the pseudonym, "C.D.," and the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER, a/k/a, KEVIN SPACEY" to be proper;

       2.     Permitting Plaintiff to proceed in this action under the pseudonym "C.D." and with the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY;"

       3.     Directing that the parties, their attorneys, and agents refrain from publishing

plaintiff's true identity; and

4. Directing that all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other document relating to the action refer to the plaintiff by the pseudonym, "C.D." and bear the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY" and directing the County Clerk to enter and record all papers in the action under the title "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY;" and

5. Granting such other and further relief as may be just and proper; and it is further

**ORDERED** that Plaintiff is permitted as interim relief to maintain the above pseudonym caption pending a hearing on this Order to Show Cause; and it is further

**ORDERED** that sufficient cause appearing therefore, let service upon defendant of a copy of this Order, together with the papers upon which this Order is granted, and the Summons and Verified Complaint, on or before the _____ day of _____ 2020, be deemed good and sufficient service. An affidavit or other proof of service shall be presented to this Court on the return date directed in this Order.

Dated: New York, NY
      September ____, 2020

**ENTER:**

_____

Hon. _____ J.S.C.

TO:
    KEVIN SPACEY FOWLER
    622 Ponte Villas North #1
    Baltimore, Maryland 21230