# Exhibit K

Attorney:
PETER J. SAGHIR
GAIR, GAIR, CONASON
80 PINE STREET 34TH FLOOR
NEW YORK NY 10005



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ANTHONY RAPP AND C.D.
        Plaintiff

KEVIN SPACEY FOWLER A/K/A KEVIN SPACEY, ET AL
        Defendant

Index / case #: 950648/2020

# AFFIDAVIT OF SERVICE

ANNE ARUNDEL County, State of: MARYLAND  PATRICK J. CORCORAN being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: Maryland

On 09-21-2020 at 9:21 am/pm at: 622 PONTE VILLAS NORTH #1 BALTIMORE MD 21230

Deponent served the within: SUMMONS & VERIFIED COMPLAINT
NOTICE OF ELECTRONIC FILING

On which were set forth the Index No., herein, and date of filing

On: KEVIN SPACEY FOWLER A/K/A KEVIN SPACEY
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence  [ ] Actual Place of Business within the State.

[X] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [X] Actual Place of Residence  [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there 09-18-20 + 09-19-20 + 09-21-20

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to:_____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be_____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [X] Actual Place of Residence [ ] Actual Place of Business at 622 Ponte Villas North #1, Baltimore, MD 21230 on 9/21/20 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[ ] **Description**
   [ ] Male    [ ] White skin    [ ] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
   [ ] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [ ] 5'0"-5'3"    [ ] 100-130 Lbs
                [ ] Yellow skin    [ ] Gray hair    [ ] 36-50 Yrs    [ ] 5'4"-5'8"    [ ] 131-160 Lbs
                [ ] Brown skin    [ ] Blonde hair    [ ] 51-65 Yrs    [ ] 5'9"-6'0"    [ ] 161-200 Lbs
                [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 9/21/2020
Susan M. Corcoran

[Notary seal: SUSAN M. CORCORAN, NOTARY PUBLIC, ANNE ARUNDEL CO., MD]

My Commission Expires
April 7, 2024

_____ 09-21-20
(Print name below signature)
PATRICK J. CORCORAN

File No. 950648/2020

Work Order No. 512297

ANTHONY RAPP AND C.D.

,**Plaintiff(s)**

– against –

KEVIN SPACEY FOWLER A/K/A KEVIN SPACEY, ET AL

,**Defendant(s)**

PROOF OF DILIGENCE WITH SERVICE

I, THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION, ATTEMPTED TO SERVE THE
FOLLOWING:

    SUMMONS & VERIFIED COMPLAINT
    NOTICE OF ELECTRONIC FILING

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

   ADDRESS:  622 PONTE VILLAS NORTH
              #1
              BALTIMORE MD 21230

   ALTERNATE ADDRESS: UNKNOWN


AND IN ADDITION TO SERVING THE SUBJECT(S):


KEVIN SPACEY FOWLER A/K/A
KEVIN SPACEY

FURTHER ATTEMPTS AND DILIGENCE WERE MADE AND ARE DETAILED BELOW:

09/18/20 10:43AM  THE GIVEN ADDRESS IS LOCATED INSIDE A PRIVATE
                 COMMUNITY. THE SERVER WAS ABLE TO GAIN ACCESS
                 AND RECEIVED NO RESPONSE AT THE DOOR.
                 NO SIGNS OF ACTIVITY INSIDE.
                 NO SIGNS OF MOVEMENT INSIDE.
                 THE SERVER IS ABLE TO SEE INSIDE THE DOOR.
                 WILL CONTINUE TO ATTEMPT SERVICE.
09/19/20 09:20AM  THE SERVER ATTEMPTED AT THE GIVEN ADDRESS AND
                 RECEIVED NO RESPONSE AT THE DOOR.
                 NO SIGNS OF ACTIVITY INSIDE.
                 NEIGHBORS NOT AVAILABLE.
                 WILL CONTINUE TO ATTEMPT SERVICE.
09/21/20 09:21AM  THE SERVER ATTEMPTED AT THE GIVEN ADDRESS AND
                 RECEIVED NO RESPONSE.
                 NO SIGNS OF ACTIVITY INSIDE.
                 NO SIGNS OF MOVEMENT.
                 THE SERVER POSTED THE DOCUMENTS AS PER NY
                 RULES.
09/22/20 06:50PM  THE SERVER ATTEMPTED AT THE GIVEN ADDRESS AND
                 THE DOCUMENTS WERE STILL POSTED NEXT TO THE

Continued on next page

DGR Legal, Inc.
1359 Littleton Road, Morris Plains, NJ 07950-3000

**File #**  950648/2020    (973) 403-1700  Fax (973) 403-9222    **Work Order #**  512297

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ANTHONY RAPP AND C.D.

**,Plaintiff(s)**

– against –

KEVIN SPACEY FOWLER A/K/A KEVIN SPACEY, ET AL

**,Defendant(s)**

      DOOR.
      NO SIGNS OF ACTIVITY INSIDE.

 PERSON SERVING: PATRICK CORCORAN