# Exhibit L

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In re: All Plaintiffs in CHILD VICTIMS ACT NYC
LITIGATION v. In re: All Defendants in CHILD VICTIMS
ACT NYC LITIGATION                                   Index №.    950000/2020

**GEORGE J. SILVER, J:**

Upon the court's own motion, it is hereby

ORDERED that the Clerk of Court, New York County, is directed to issue, without fee, a Master Index Number for the sole purpose of adjudicating a forthcoming Order to Show to Cause Issue challenging the contents of this court's Confidentiality Order dated September 18, 2020. The Master Index number will be used solely for the purpose of accepting the forthcoming Order to Show Cause and any responsive papers related thereto. For management purposes, the Master Index Number, and pleadings and papers accompanying it, shall bear the caption "In re: All Plaintiffs in CHILD VICTIMS ACT NYC LITIGATION v. In re: All Defendants in CHILD VICTIMS ACT NYC LITIGATION." The Master Index number assigned to the forthcoming Order to Show Cause in New York County shall be "950000/2020," and shall be created in the New York State Courts Electronic Filing ("NYSCEF") system. However, while the Master Index number relates to the general challenge to the court's Confidentiality Order, any papers or pleadings having specific application to an individual action shall be filed under the individual case caption and index number related to that action.

The court directs that only documents, applications and responsive papers related to the forthcoming Order to Show Cause be e-filed via NYSCEF under this Master Index number and any documents which do not apply or relate to such shall not be addressed and will be deleted.

The foregoing constitutes the decision and order of this court.

Dated: October 14, 2020

_____
GEORGE J. SILVER, J.S.C.