# Exhibit M

At Part ~~Part~~ *Ex Parte Cus Puis* of the Supreme Court
of the State of New York, held in
and for the County of New York,
held at the Courthouse, 60 Centre,
New York, NY 10007, on the
10th day of Sept., 2020

Present:
Hon. Deborah A. Kaplan
J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
ANTHONY RAPP and C.D.,

                Plaintiff,

     -against-

KEVIN SPACEY FOWLER, a/k/a, KEVIN SPACEY,

                Defendant.
-----------------------------------------------------------------X

Index No.: 950648/2020

ORDER TO SHOW CAUSE
FOR LEAVE TO FILE A
CIVIL ACTION UNDER
THE *CHILD VICTIMS ACT*
USING A PSEUDONYM

Upon reading and filing the Affirmation of Peter J. Saghir, Esq., sworn to on the 8th day of September 2020, it is hereby

**ORDERED** that Defendants show cause ~~at a Special Term~~ *Cumplido* of this Court to be held at 111 Centre St., NY, NY before Hon. George J. Silver, on the 11th day of Dec., 2020, at 11 o'clock in the *forenoon* or as soon as counsel may be heard *via virtual conference*, why an Order should not be made:

1. Deeming plaintiff's use of the pseudonym, "C.D.," and the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER, a/k/a, KEVIN SPACEY" to be proper;

2. Permitting Plaintiff to proceed in this action under the pseudonym "C.D." and with the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY;"

3. Directing that the parties, their attorneys, and agents refrain from publishing

plaintiff's true identity; and

4. Directing that all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other document relating to the action refer to the plaintiff by the pseudonym, "C.D." and bear the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY" and directing the County Clerk to enter and record all papers in the action under the title "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY;" and

5. Granting such other and further relief as may be just and proper; and it is further

**ORDERED** that Plaintiff is permitted as interim relief to maintain the above pseudonym caption pending a hearing on this Order to Show Cause; and it is further

**ORDERED** that sufficient cause appearing therefore, let service upon defendant of a copy of this Order, together with the papers upon which this Order is granted, and the Summons and Verified Complaint, on or before the 13th day of Nov. 2020, be deemed good and sufficient service. An affidavit or other proof of service shall be presented to this Court on the return date directed in this Order. OPPOSITION PAPERS BY NOV. 30. REPLY, if any, TO BE SERVED ON OR BEFORE DEC. 9, 2020.

Dated: New York, NY
September __, 2020

ENTER:

_____
Hon. Deborah A. Kaplan J.S.C.

TO:

KEVIN SPACEY FOWLER
622 Ponte Villas North #1
Baltimore, Maryland 21230

*The parties are directed to e-mail hkingo@nycourts.gov and jsamuel@nycourts.gov the names and e-mail addresses of all parties that will be participating in the virtual conference no later than November 25, 2020. If the parties are able to resolve the OSC by stipulation, the parties shall notify the court by the same date.