# Exhibit N

BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE
ALLAN ZELIKOVIC
———————————
ROBERT D. SUNSHINE, MD, F.A.C.S.



**GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF**

Counselors at Law
80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513
www.gairgair.com

New Jersey Office
ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

October 23, 2020

VIA NYSCEF
Hon. Deborah A. Kaplan, Administrative Justice
60 Centre Street, Room 609
New York, New York 10007

    Re:    <u>Anthony Rapp and C.D. v. Kevin Spacey Fowler, a/k/a Kevin Spacey</u>
            New York Supreme Index No. 950648/2020

Dear Justice Kaplan,

      As you are aware, my office represents plaintiffs, Anthony Rapp and C.D., in the above-referenced matter. Our office filed an Order to Show Cause for Leave to File a Civil Action Under the *Child Victims Act* Using a Pseudonym, which your Honor signed and uploaded to NYSCEF on October 15, 2020. A copy of the signed Order to Show Caused is annexed hereto for your reference.

      The signed Order to Show Cause indicates that our office is to serve a copy of the Order, together with the papers upon which the Order is granted, and the Summons and Verified Complaint, on defendant Spacey on or before November 13, 2020. Upon information and belief, the defendant currently resides in London. We retained an international process server who has begun the process of serving the defendant. The process server advised us that service in London must be done through the Hague Convention and will take approximately four (4) months to complete.



      Due to the lengthy amount of time it will take to complete service on the defendants, we respectfully ask for additional time to complete service on the defendant to mid-February, with a corresponding adjournment of the hearing date for the Order to Show Cause.

      Thank you for your attention to this matter.

      Very truly yours,
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF

*Peter J. Saghir*
Peter J. Saghir

Encl.

At ~~Part~~ *Exparte Cus Pmrs* of the Supreme Court of the State of New York, held in and for the County of New York, held at the Courthouse, 60 Centre, New York, NY 10007, on the 10th day of Sept., 2020

Hon. Deborah A. Kaplan
J.S.C.

*Present: Hon. _____ JSC*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
ANTHONY RAPP and C.D.,

                Plaintiff,

-against-

KEVIN SPACEY FOWLER, a/k/a, KEVIN SPACEY,

                Defendant.
-------------------------------------------------------------------X

Index No.: 950648/2020

ORDER TO SHOW CAUSE FOR LEAVE TO FILE A CIVIL ACTION UNDER THE *CHILD VICTIMS ACT* USING A PSEUDONYM

      Upon reading and filing the Affirmation of Peter J. Saghir, Esq., sworn to on the 8th day of September 2020, it is hereby

      **ORDERED** that Defendants show cause ~~at a Special Term~~ *compared* of this Court to be held at *111 Centre St, NY NY before Hon. George J. Silver*, on the 11th day of *Dec.*, 2020, at 11:00 o'clock in the ~~forenoon~~ *noon* or as soon as counsel may be heard ~~why~~ *via virtual conference* an Order should not be made:

    1.    Deeming plaintiff's use of the pseudonym, "C.D.," and the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER, a/k/a, KEVIN SPACEY" to be proper;

    2.    Permitting Plaintiff to proceed in this action under the pseudonym "C.D." and with the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY;"

    3.    Directing that the parties, their attorneys, and agents refrain from publishing

plaintiff's true identity; and

4. Directing that all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other document relating to the action refer to the plaintiff by the pseudonym, "C.D." and bear the caption "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY" and directing the County Clerk to enter and record all papers in the action under the title "ANTHONY RAPP and C.D. v. KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY;" and

5. Granting such other and further relief as may be just and proper; and it is further

**ORDERED** that Plaintiff is permitted as interim relief to maintain the above pseudonym caption pending a hearing on this Order to Show Cause; and it is further

**ORDERED** that sufficient cause appearing therefore, let service upon defendant of a copy of this Order, together with the papers upon which this Order is granted, and the Summons and Verified Complaint, on or before the 13th day of Nov. 2020, be deemed good and sufficient service. An affidavit or other proof of service shall be presented to this Court on the return date directed in this Order. OPPOSITION PAPERS BY NOV. 30. REPLY, if any, TO BE SERVED ON OR BEFORE DEC. 9, 2020.

Dated: New York, NY
September 2, 2020

**ENTER:**

_____
Hon. Deborah A. Kaplan J.S.C.

TO:

KEVIN SPACEY FOWLER
622 Ponte Villas North #1
Baltimore, Maryland 21230

*The parties are directed to e-mail hkingo@nycourts.gov and jsamuel@nycourts.gov the names and e-mail addresses of all parties that will be participating in the virtual conference no later than November 25, 2020. If the parties are able to resolve the OSC by stipulation, the parties shall notify the court by the same date.