# Exhibit O

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY
PRESENT: <u>GEORGE J. SILVER</u>
           *Justice*

---

ANTHONY RAPP and C.D.,

Index No. 950648/2020

- v -

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY

Hon. GEORGE J. SILVER
Justice Supreme Court

---

    The following papers numbered 1 to 1 were read on this motion (Seq. No. **001**) for **ANONYMOUS CAPTION** (*see* CPLR §2219 [a]):

| | |
|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed | No(s). 1 |
| Answering Affidavit and Exhibits | No(s). |
| Replying Affidavit and Exhibits | No(s). |

    Upon the foregoing papers, it is ordered that the instant Order to Show Cause is denied, with leave to renew.

**Dated:** November 12, 2020

Hon. *George J. Silver*
**GEORGE J. SILVER, J.S.C.**

---

1. CHECK ONE............................................ ☐ CASE DISPOSED IN ITS ENTIRETY    ■ CASE STILL ACTIVE
2. MOTION IS............................................. ☐ GRANTED    ■ DENIED    ☐ GRANTED IN PART    ☐ OTHER
3. CHECK IF APPROPRIATE...................... ☐ SETTLE ORDER     ☐ SUBMIT ORDER
                                                     ☐ FIDUCIARY APPOINTMENT     ☐ REFEREE APPOINTMENT