UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY RAPP and C.D.,　　　　　　　　　　　Case No. 1.20-cv-09586 (LAK)

　　　　　　　　　Plaintiffs,　　　　　　　　　　**NOTICE OF MOTION**

-against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY

　　　　　　　　　Defendant.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Peter J. Saghir, Esq., the exhibits annexed thereto, the accompanying memorandum of law, and upon all the pleadings and proceedings heretofore had herein, the plaintiffs, ANTHONY RAPP and C.D., will move this Court before United States District Judge Lewis A. Kaplan, in the United States District Court for the Southern District of New York, located in the Federal Courthouse, 500 Pearl Street, New York, NY 10007 on a date to be set by the Court, for an order (1) remanding this action to New York State Supreme Court pursuant to 28 U.S.C. § 1447(c) on the grounds that the district court lacks subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) inasmuch as defendant Spacey is a domiciliary of England, or in the alternative, (2) permitting discovery on the issue of

defendant, KEVIN SPACEY's, domicile at the time the underlying state action, *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*, New York Supreme Index No. 950648/2020, was commenced; and (3) for such other and further relief as this Court may deem appropriate.

Dated: New York, New York
December 14, 2020

                              Respectfully submitted,

                              GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF

                              By: _____
                                  Peter J. Saghir (PJS4276)
                                  Attorneys for Plaintiffs
                                  ANTHONY RAPP and C.D.
                                  80 Pine Street, 34th Floor
                                  New York, NY 10005
                                  Tel: (212) 943-1090
                                  Fax: (212) 425-7513
                                  Email: psaghir@gairgair.com

To:

    Michael Tremonte, Esq.
    Sher Tremonte LLP
    90 Broad Street
    23rd Floor
    New York, New York 10004
    MTremonte@shertremonte.com

    Erica A. Wolff, Esq.
    Sher Tremonte LLP
    90 Broad Street
    23rd Floor
    New York, New York 10004
    EWolff@shertremonte.com

    Jennifer Keller, Esq.
    Keller/Anderle LLP
    18300 Von Karman Avenue
    Suite 930
    Irvine, California 92612-1057

jkeller@kelleranderle.com

Jay P. Barron, Esq.
Keller/Anderle LLP
18300 Von Karman Avenue
Suite 930
Irvine, California 92612-1057
jbarron@kelleranderle.com

Chase A. Scolnick, Esq.
Keller/Anderle LLP
18300 Von Karman Avenue
Suite 930
Irvine, California 92612-1057
cscolnick@kelleranderle.com