

| NEWS | SPORT | WEATHER | WORLD SERVICE | A-Z INDEX | SEARCH [__] Go |

# BBC NEWS WORLD EDITION

**News Front Page**

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
Business
**Entertainment**
Science/Nature
Technology
Health
-------------
**Talking Point**
-------------
**Country Profiles**
**In Depth**
-------------
**Programmes**
-------------

BBC SPORT
BBC WEATHER

**SERVICES**
Daily E-mail
News Ticker
Mobile/PDAs
-------------
Text Only
Feedback
Help
**EDITIONS**
Change to UK

You are in: **Entertainment**
Thursday, 6 February, 2003, 06:44 GMT

## Spacey becomes London theatre boss



Judi Dench, David Liddiment and Elton John joined Spacey [2nd right]

Actor Kevin Spacey has promised to appear on stage and bring in big-name talent in his new role as director of London's Old Vic theatre company.

The Oscar-winning star will run the new company and make a "significant" time commitment for the job - but will not give up making movies.

He was revealed as the company's director by the theatre's chairman, Sir Elton John, on Wednesday, and will be a vital figure in raising money to keep the troubled 185-year-old theatre open.

> 66 **I really don't want to spend my life doing a movie, movie, and then a play here and there - this gives me a purpose** 99
>
> Kevin Spacey

The announcement came before a fund-raising gala concert in which stars including Sting, Elvis Costello and Sinead O'Connor performed Sir Elton's songs.

Spacey said the theatre was his "primary allegiance" but that he would not abandon the United States.

He would appear on stage at least twice and direct plays, he said.

"I do not underestimate the level of commitment this project is going to require of me," he said.

**WATCH/LISTEN ON THIS STORY** REAL MEDIA

🎤 **The BBC's Roland Buerk**
"Many of Britain's best known stars could soon be making a return to the stage"

London WHERE I LIVE >>

**See also:**

04 Feb 03 | Entertainment
Spacey 'to run Old Vic'
24 Jan 03 | Entertainment
Spacey and Sir Elton sing for charity
26 Nov 02 | Entertainment
Spacey gives something back
11 Apr 02 | Entertainment
Sir Elton heads historic theatre
27 Jul 00 | Entertainment
Spacey backs British theatre

**Internet links:**

Spaceyland: fan site
The Old Vic
Spacey's Triggerstreet website

The BBC is not responsible for the content of external internet sites

**Top Entertainment stories now:**

Fans await Beatles 'jam' footage
Afghans repair broken heritage
Mona Lisa smile secrets revealed
Gallery unveils Titian show
Spice Girls dismiss comeback plan
Hello! executive denies 'court plot'
Star Wars strikes $15m TV deal
TV's Joe Millionaire picks his lady

**Links to more Entertainment stories are at the foot of the page.**

Case 1:20-cv-09586-LAK  Document 11-20  Filed 12/14/20  Page 2 of 3

"It is something that I feel deeply about, have put over two years of thought towards and frankly is something I am utterly overjoyed at having reached a decision upon."


The Old Vic: Leaking roof and cracks in the walls

Spacey, who has won Oscars for The Usual Suspects and American Beauty, fell in love with the Old Vic after being taken there during a childhood holiday.

He appeared on the Old Vic stage in 1998, and has been heavily involved in fund-raising and running the theatre since becoming a trustee that year.

The actor was said to have flown to London regularly to attend board meetings, and has invested more than £100,000 of his own money into the venue.

The Southwark-based Old Vic is one of London's oldest theatres, having opened in 1818.



It has played host to performances from Sir Laurence Olivier, Sir John Gielgud, Sir Alec Guinness, Vivien Leigh, Peter O'Toole and Dame Judi Dench.

> **He's so passionate and I believe in it so much - that's why I joined as chairman**
>
> Sir Elton John on Kevin Spacey

The 1,000-seat theatre was saved from property developers by impresario Sally Greene in 1998 but still needs millions of pounds to ensure its survival.

As well as having financial difficulties, it has also struggled with a leaking roof, mould and cracks in the walls.

Sir Elton and Spacey were joined by trustees Lord Attenborough and director Stephen Daldry at Wednesday's press conference.

Sir Elton said: "Kevin's talent is exceptional, but what has truly inspired me is his passion for, and commitment to, this theatre.

> **I feel strongly that no matter what events we have, as long as there are people who have a story to tell and there are people who**

"I know that under his leadership a permanent company at the theatre will bring a totally new dynamic so that the Old Vic remains one of the most important theatres in the world."

will listen, theatre will be alive and well

Kevin Spacey

Also present was former ITV director of programmes David Liddiment, who will be producer of the new company.

Wednesday's concert was expected to raise more than £700,000, with the audience paying up to £1,000 each for tickets.

✉ **E-mail this story to a friend**

**Links to more Entertainment stories**

In This Section ⌄  Go

---

^^ **Back to top**

**News Front Page** | **Africa** | **Americas** | **Asia-Pacific** | **Europe** | **Middle East** | **South Asia** | **UK** | **Business** | **Entertainment** | **Science/Nature** | **Technology** | **Health** | **Talking Point** | **Country Profiles** | **In Depth** | **Programmes**

---------------------------------------------------------------------------------
**To BBC Sport>>** | **To BBC Weather>>** | **To BBC World Service>>**
---------------------------------------------------------------------------------

**© MMIII** | **News Sources** | **Privacy**