# Exhibit 1



**American Airlines**

Hello Kevin Fowler!                                         Issued: Feb 12, 2020

## Your trip confirmation and receipt

Record locator: Redacted

Manage Your Trip

### Thursday, February 27, 2020

| IAD | → | LHR | Seats: -- |
|---|---|---|---|
| 5:50 PM | | 5:55 AM | Class: First (A) |
| Washington Dulles | | London Heathrow | Meals: Meals |

American Airlines 6167
OPERATED BY BRITISH AIRWAYS.

1

Free entertainment with the American app »

## Sunday, April 12, 2020

| LHR | → | LAX | | Seats: -- |
|---|---|---|---|---|
| 9:55 AM | | 1:05 PM | | Class: First (A) |
| London Heathrow | | Los Angeles | | Meals: Meals |

American Airlines 6186
OPERATED BY BRITISH AIRWAYS.

**Kevin Fowler**



The AAdvantage MileUP℠ Card No annual fee. Earn a $50 statement credit + 10,000 bonus miles after qualifying purchases. Learn more »

**Earn miles with this trip.**

Join AAdvantage »

Ticket # Redacted

## Your trip receipt

  American Express XXXXXXXXXXX Redacted

**Kevin Fowler**

| | |
|---|---|
| FARE-USD | $ Redacted |
| TAXES AND CARRIER-IMPOSED FEES | $ Redacted |
| **TICKET TOTAL** | $ Redacted |

 **Hotel offers**    **Car rental offers**    **Buy trip insurance**    **SuperShuttle**




Contact us   |   Privacy policy



**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - IADLHR-03 Pieces/ American Airlines BAG ALLOWANCE -LHRLAX-03 Pieces/ American Airlines 1STCHECKED BAG FEE-IADLHR-USD0.00/ American Airlines 1STCHECKED BAG FEE-IADLHR-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-LHRLAX-USD0.00/ American Airlines 1STCHECKED BAG FEE-LHRLAX-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.

If you have purchased a NON-REFUNDABLE fare the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE.. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least

2 days before departure. You must log in on aa.com or Contact Reservations to cancel.  Once cancelled, your refund will be processed automatically. Refund Policy>>.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

**SERVICE & SUPPORT ANIMAL REQUIREMENTS**

For tickets issued on or after July 1, 2018, customers traveling with emotional support animals are required to submit documents to our Special Assistance Desk at least 48 hours in advance of travel for cabin accommodation. Your animal must be trained to behave properly in public. During your journey, if any form of disruptive behavior is observed that cannot be successfully corrected or controlled, your animal will not be permitted to fly with you in the cabin. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**Chemical sprays on international flights** Flights to and from certain countries require insecticide treatment (a process known as disinsection) inside the cabin for insect and disease control. The U.S. Department of Transportation provides full information about the spray and the countries required to

use it. Aircraft disinsection requirements.

Check-in lines will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation.   All necessary travel documents for the countries being visited must be presented at airport check-in.  Check with the consulate of these countries to determine the documents required.  Additional information can be found at International Travel.

We place limitations on checked baggage and boxes on some flights to Mexico, the Caribbean and Central and South America. To confirm what you can take on your journey please see Baggage Limitations.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

If you have a customer service issue, please Contact AA..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

NRID: 4850312548251217403620500

--