UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Anthony Rapp and C.D.,

        Plaintiff,                    20-CV-9586 (LAK)

     v.

Kevin Spacey Fowler,

        Defendant.
------------------------------x

## SCHEDULING ORDER

A pretrial teleconference having been held today, it is hereby,

ORDERED that the following schedule of deadlines shall govern the further conduct of pretrial proceedings in this case:

(a) Last date to join additional parties as of right or seek leave to do so - 2/01/2021.

(b) Last date to amend pleadings as of right or seek leave to do so - 2/01/2021.

(c) The parties shall make required Rule 26(a)(2) disclosures with respect to:
    (i) expert witnesses on or before - 2/26/2021;
    (ii) rebuttal expert witnesses on or before - 4/12/2021.

(d) Completion of all discovery - 7/2/2021.

(e) Service of summary judgment motions - 8/1/2021.

(f) Filing of pretrial order, proposed jury instructions and requested voir dire questions -- case ready for trial - 8/01/2021.

The following trial materials shall be filed at least ten days before trial:

(a) Trial brief stating the legal and factual issues and authorities relied upon and discussing any anticipated substantive or procedural problems

(b) Motions in limine

Motions in limine shall be made returnable at the time and date fixed for trial unless made at or prior to the date fixed for filing the pretrial order, in which case they shall be made without a return date and dealt with in accordance with the Court's individual rules of procedure. Papers in opposition to motions in limine made returnable on the trial date shall be filed at least three days before trial.

Dated: January 12, 2021

                                                   Lewis A. Kaplan
                                             United States District Court