BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE

ROBERT D. SUNSHINE, MD, F.A.C.S.

# GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF

Counselors at Law

80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513

www.gairgair.com

New Jersey Office

ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

January 14, 2021

BY ELECTRONIC FILING
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey
      Southern District of New York, Case No. 1.20-cv-09586 (LAK)

Dear Judge Kaplan:

As Your Honor is aware, we represent the plaintiffs in the above matter. Pursuant to Your Honor's direction during the telephone conference on January 12, 2021, we are writing to advise the Court that the defendant has continued to refuse to enter into any stipulation that permits our client, C.D., to proceed by pseudonym even where we disclose his true identity. Accordingly, as stated during the telephone conference, we will be filing a motion seeking leave to proceed by pseudonym.

Respectfully submitted,
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF

Peter J. Saghir

Copy by Email:
    Erica A. Wolff, Esq.
    Jennifer Keller, Esq.
    Jay P. Barron, Esq.
    Chase A. Scolnick, Esq.