BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE

ROBERT D. SUNSHINE, MD, F.A.C.S.

**GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF**

Counselors at Law
80 Pine Street, 34th Floor
New York, NY 10005
Tel: 212-943-1090
Fax: 212-425-7513
www.gairgair.com

New Jersey Office
One Gateway Center, Ste. 2600
Newark, NJ 07102
Tel: 973-645-0581
Fax: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

**MEMO ENDORSED**

January 19, 2021

BY ELECTRONIC FILING
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey
Southern District of New York, Case No. 1.20-cv-09586 (LAK)

Letter Motion to File Redacted Motion Papers

Dear Judge Kaplan:

As Your Honor is aware, we represent the plaintiffs in the above matter, including plaintiff C.D., who is a victim of sexual abuse and attempted rape by defendant Kevin Spacey.

We will be filing a motion on Thursday, January 21, 2021, seeking leave of the Court for our client, C.D., to proceed by pseudonym. We respectfully write to request Your Honor's permission to file the motion and its accompanying papers redacted as to (i) all identifying information of the plaintiff, C.D., and (ii) as to all medical information, treatment and diagnosis.

*Granted on condition that unredacted copies be provided to Chambers*

SO ORDERED
LEWIS A. KAPLAN, USDJ
1/20/21