UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY RAPP, et ano.,

                Plaintiffs,

-against-                                                                                  20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       The parties have been unable to reach any agreement with respect to jurisdictional discovery. Accordingly, jurisdictional and merits discovery shall proceed concurrently. The scheduling order entered on January 12, 2021 remains in effect.

       SO ORDERED.

Dated:     January 27, 2021

                                                                      Lewis A. Kaplan
                                                           United States District Judge