

## KA
## Keller/Anderle LLP
BUSINESS TRIAL LAWYERS

**MEMO ENDORSED**

February 2, 2021

***By Electronic Filing***
The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
      Southern District of New York, Case No. 1:20-cv-09586 (LAK)

Dear Judge Kaplan:

As Your Honor knows, we represent Mr. Fowler in the above-referenced matter. We file this letter motion to seek leave to file certain papers with redactions as set forth herein.

Specifically, we will be filing on or before Thursday, February 4, 2021 papers in opposition to Plaintiffs' Motion to Proceed Anonymously in this action (ECF Nos. 30-31 (Plaintiffs' "Motion to Proceed Anonymously")). Pursuant to an order of this Court (ECF No. 32), Plaintiffs filed their Motion to Proceed Anonymously with the following information redacted: (1) all identifying information of the plaintiff, C.D., and (ii) all medical information, treatment, and diagnosis.

In opposing the Motion to Proceed Anonymously, we necessarily reference certain information from Plaintiffs' motion papers that was filed on ECF with redactions (but that was provided to us and to the Court separately in unredacted form). Accordingly, we ask the Court for leave to redact that same information where we cite to it in our opposition papers. We will, of course, provide unredacted copies to Your Honor and to counsel for Plaintiffs. My firm has conferred with Plaintiffs' counsel, and they consent to the relief sought in this letter.

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

2/3/21

Respectfully submitted,
KELLER/ANDERLE LLP

Chase A. Scolnick

Keller/Anderle LLP   |   18300 Von Karman Ave., Suite 930   |   Irvine, CA 92612-1057
949.476.8700   |   Fax 949.476.0900   |   www.kelleranderle.com