UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAPP and C.D., <br><br>                              Plaintiffs, <br><br>  -against- <br><br>KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY, <br><br>                              Defendant. | Case No. 20-cv-09586 (LAK) (SDA) <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO DISCLOSE REBUTTAL EXPERTS** |

LEWIS A. KAPLAN, United States District Judge:

      WHEREAS, the current deadline to disclose rebuttal expert witnesses in this action is April 12, 2021;

      WHEREAS, the parties agree that additional time is needed to complete the depositions of Plaintiffs' recently-disclosed expert witnesses and the medical examinations of Plaintiffs so as to allow for the disclosure of any rebuttal expert witness(es) and for such expert(s) to complete a report by the disclosure deadline; and

      WHEREAS, the parties recognize a potential need to extend the rebuttal expert disclosure date further, especially as to any delays in the deposition or medical examination of plaintiff C.D. or his expert witness;

      WHEREAS, this is the first such request for an extension of time in which to disclose rebuttal expert witnesses.

      IT IS NOW HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to the Court, as follows:

1. The deadline to disclose any rebuttal expert witness(es) under Federal Rule of Civil Procedure 26(a)(2) is continued by two weeks and is now **April 26, 2021**.

| | |
|---|---|
| Dated: March 18 2021<br>        Irvine, California | Respectfully submitted,<br><br>/s/      Chase A. Scolncik      <br>Chase A. Scolnick<br>Keller/Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Irvine, California 92612<br>Tel.: (949) 476-8700<br>Fax: (949) 476-0900<br>E-mail: cscolnick@kelleranderle.com<br><br>Michael Tremonte<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel.: (212) 202-2600<br>E-mail: mtremonte@shertremonte.com<br><br>*Counsel for Defendant Kevin Spacey Fowler a/k/a Kevin Spacey* |
| Dated: March 18, 2021<br>        New York, New York | Respectfully submitted,<br><br>/s/      Peter J. Saghir      C.A.S.  <br>Peter J. Saghir<br>Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steignman & Mackauf<br>80 Pine Street, 34th<br>New York, New York, 10005<br>Tel.: (212) 943-1090<br>Fax: (212) 425-7513<br>E-mail: psaghir@gairgair.com<br><br>*Counsel for Plaintiffs Anthony Rapp and C.D.* |

SO ORDERED this  19  day of March, 2021.

 /s/ Lewis A. Kaplan / PCM
_____
The Hon. Lewis A. Kaplan
United States District Judge

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2, I, Chase A. Scolnick, hereby certify that on March 18, 2021 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Chase A. Scolnick*
Chase A. Scolnick