

BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE

———————————

ROBERT D. SUNSHINE, MD, F.A.C.S.

**GAIR GAIR CONASON**

**RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF**

**Counselors at Law**

80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212–943–1090
FAX: 212–425–7513

www.gairgair.com

New Jersey Office

ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

May 13, 2021

BY ELECTRONIC FILING
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey
              Southern District of New York, Case No. 1.20-cv-09586 (LAK)

Dear Judge Kaplan:

      As the Court knows, we are the attorneys for plaintiffs, Anthony Rapp and C.D. in the above-entitled action.  On May 3, 2021, this Court denied the motion by plaintiff, C.D., to proceed anonymously and ordered plaintiff to file an amended complaint containing his name within ten days of Your Honor's Order.

      As we had previously informed the Court, C.D. believes he is unable to withstand the scrutiny and intrusion into his life if his identity is revealed in this matter. Indeed, even this Court's decision itself on this issue has prompted multiple news reports in all forms of media, both nationally and internationally.  The sudden unwanted attention that revelation of his identity will cause is simply too much for him to bear.  Accordingly, at the instruction of our client, we will not be filing an amended complaint in his name.

GAIR GAIR | RUBINOWITZ
CONASON | BLOOM
         | HERSHENHORN
         | STEIGMAN & MACKAUF

We have communicated this to defense counsel, and we anticipate that under the circumstances defendant Spacey will move to dismiss so much of the action as it pertains to C.D. In the interests of judicial economy, we are amenable to such an order being granted without the formality of a written motion.

Under the circumstances, however, we do intend to request, pursuant to Rule 21 of the Federal Rules of Civil Procedure, that C.D.'s action be severed from Mr. Rapp's. If such severance is granted, we further intend to request a stay of Mr. Rapp's action pending an appeal in C.D.'s action. We understand that defendant does not agree with either of our requests.

Accordingly, we respectfully request a conference with the Court so that we may discuss next steps moving forward with this action.

Thank you for your consideration of these issues.

Very truly yours,
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF

Richard M. Steigman

Peter J. Saghir