UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

ANTHONY RAPP and C.D.,

                Plaintiffs,

-against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,

                Defendant.

Case No. 1:20-cv-09586 (LAK)

## NOTICE OF DEFENDANT'S MOTION TO DISMISS UNDER F.R.C.P. 41(b) ALL CAUSES OF ACTION BY PLAINTIFF C.D.

KELLER / ANDERLE LLP
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick
Jay P. Barron (*pro hac vice*)
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel. (949) 476-8700
cscolnick@kelleranderle.com

SHER TREMONTE LLP
Michael Tremonte
90 Broad Street, 23rd Floor
New York, New York 10004
Tel. (212) 202-2600
mtremonte@shertremonte.com

*Counsel for Defendant*
*Kevin Spacey Fowler a/k/a Kevin Spacey*

# MEMO ENDORSED

Memorandum Endorsement											Rapp, et ano. v. Fowler, 20-cv-9586 (LAK)

      Defendant's motion to dismiss (Dkt 67) is granted in all respects without opposition. All claims by plaintiff "C.D." are dismissed.

      SO ORDERED.

Dated:	June 17, 2021

                                                    /s/   Lewis A. Kaplan

                                                    Lewis A. Kaplan
                                            United States District Judge