UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY RAPP, et ano.,

                Plaintiffs,

      -against-                             20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear argument on defendant's motion *in limine* and plaintiff Rapp's motion concerning defendant's privilege log on September 9, 2021 at 3:00 p.m. via video conference. Counsel shall make arrangements for the video conference with Mr. Mohan, the deputy clerk, next Tuesday.

        SO ORDERED.

Dated:      August 30, 2021

                                                Lewis A. Kaplan
                                      United States District Judge