

BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE
ALLAN ZELIKOVIC
_____
ROBERT D. SUNSHINE, MD, F.A.C.S.

**GAIR GAIR CONASON RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF**

Counselors at Law
80 Pine Street, 34th Floor
New York, NY 10005
Tel: 212-943-1090
Fax: 212-425-7513
www.gairgair.com

New Jersey Office
One Gateway Center, Ste. 2600
Newark, NJ 07102
Tel: 973-645-0581
Fax: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

September 2, 2021

<u>BY ELECTRONIC FILING</u>
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey</u>
           Southern District of New York, Case No. 1.20-cv-09586 (LAK)

<u>Letter Motion to File Redacted Opposition Papers</u>

Dear Judge Kaplan:

    As Your Honor is aware, we represent plaintiff, Anthony Rapp, in the above-referenced matter.

    On Friday, September 3, 2021, we will be filing opposition to defendant's motion in limine to preclude plaintiff from eliciting testimony from third parties he told about the sexual assault by defendant. We write to request Your Honor's permission to file the opposition and its accompanying exhibits redacting plaintiff's address, financial information, and other personal information. I conferred with Chase Scolnick, Esq., counsel for defendant, and explained the proposed redactions. He has consented to the redactions for the purposes of filing this motion.

    We thank Your Honor for his attention to this matter.

           Respectfully submitted,
           GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
           HERSHENHORN, STEIGMAN & MACKAUF

           Peter J. Saghir



Copy:

    Chase A. Scolnick, Esq.
    Jennifer Keller, Esq.
    Jay P. Barron, Esq.
    Erica A. Wolff, Esq.