

September 30, 2021

**By Electronic Filing**

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
Southern District of New York, Case No. 1:20-cv-09586 (LAK)

Dear Judge Kaplan:

As Your Honor knows, we represent defendant Kevin Spacey Fowler. I write to follow up on my letters to Your Honor dated September 22nd and 24th. *See* ECF Nos. 104, 106-107. I have learned the London Metropolitan Police Force ("Met") applied for and obtained an injunction order from Her Majesty's High Court of Justice in London, England ("High Court'). As I understand it, the High Court's order requires, among other things, Mr. Fowler to delete and not personally retain any copies of the materials previously provided by the Met to Mr. Fowler's UK counsel. While neither Mr. Fowler's UK counsel nor I have yet to obtain a copy of the order, I understand it was issued today, September 30, 2021. I wanted to promptly bring this to Your Honor's attention given it relates to matters pending before the Court. I will submit a copy of the High Court's order to Your Honor once I obtain it.

Respectfully submitted,
KELLER/ANDERLE LLP

Chase A. Scolnick

cc:  Peter J. Saghir
     Ben Rubinowitz
     Rachel Jacobs
     Michael Tremonte
     Erica A. Wolff
     Jennifer L. Keller
     Jay P. Barron