

October 4, 2021

**By Electronic Filing**
The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
              Southern District of New York, Case No. 1:20-cv-09586 (LAK)
              Motion to Seal High Court's Order

Dear Judge Kaplan:

      As Your Honor knows, we represent defendant Kevin Spacey Fowler. I write to follow up on my letter of September 30, 2021. *See* ECF 111. We received a copy of an order issued on September 30, 2021 by Her Majesty's High Court of Justice in London, England, and would like to provide Your Honor with a copy. Consistent with our prior request and the Court's order regarding a letter from the London Metropolitan Police Force (*see* ECF Nos 104, 105), we respectfully request the Court issue an order finding that the High Court's order may be filed under seal. I have been informed that the solicitor for the London Metropolitan Police Force requested the order not be publicly filed in this case. I corresponded with Plaintiff's counsel about the issue, and Mr. Saghir stated that Plaintiff does not oppose our request that the High Court's order be filed under seal, provided that we provide him with an unredacted copy.

      Among other things, the High Court's order requires Mr. Fowler to destroy materials in his possession that were previously provided by the London Metropolitan Police Force to Mr. Fowler's counsel. *See* Section 5. Mr. Fowler is required to do so by October 7, 2021. I wanted to inform this Court of the High Court's order, as Mr. Fowler feels compelled to comply with it absent conflicting obligations imposed by, or directions from, this Court.

                                                                       Respectfully submitted,
                                                                      KELLER/ANDERLE LLP

                                                                      Chase A. Scolnick

cc:    Peter J. Saghir
        Ben Rubinowitz
        Michael Tremonte
        Erica A. Wolff
        Jennifer L. Keller
        Jay P. Barron