UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# MEMO ENDORSED

ANTHONY RAPP and C.D.,

                              Plaintiffs,

-against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,

                              Defendant.

Case No. 1:20-cv-09586 (LAK)


SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-18-21

## NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM ELICITING TESTIMONY ABOUT HEARSAY STATEMENTS HE MADE TO THIRD PARTIES ABOUT THE ALLEGED INCIDENT

KELLER / ANDERLE LLP
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick
Jay P. Barron (*pro hac vice*)
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel. (949) 476-8700
cscolnick@kelleranderle.com

SHER TREMONTE LLP
Michael Tremonte
90 Broad Street, 23rd Floor
New York, New York 10004
Tel. (212) 202-2600
mtremonte@shertremonte.com

*Counsel for Defendant*
*Kevin Spacey Fowler a/k/a Kevin Spacey*

Motion denied without prejudice to renewal after filing of pretrial order.

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/19/21