

September 18, 2021

**By Electronic Filing**

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
Southern District of New York, Case No. 1:20-cv-09586 (LAK)
Defendant's Proposed Redactions of Documents for *In Camera* Review

Dear Judge Kaplan:

As Your Honor knows, we represent defendant Kevin Spacey Fowler. Pursuant to the Court's October 13, 2021 Order (*see* ECF No. 115), we are submitting the enclosed documents from Mr. Fowler's privilege log with proposed redactions for approval by Your Honor. For each document, we have included an unredacted version of the document with the proposed redactions highlighted and a second version of the document with the proposed redactions implemented. We have done so in an effort to make it easier for the Court to evaluate the proposed redactions. Provided the Court approves the proposed redactions, only the redacted version (not the highlighted/unredacted version) of each document would be produced to Plaintiff.

Respectfully submitted,
KELLER/ANDERLE LLP

Chase A. Scolnick

cc:   Peter J. Saghir
Ben Rubinowitz
Rachel Jacobs
Michael Tremonte
Erica A. Wolff
Jennifer L. Keller
Jay P. Barron