```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY RAPP, et ano.,

                      Plaintiffs,

      -against-                                      20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                      Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court has reviewed the proposed redactions on the documents filed under seal by defendant on October 18, 2021. *See* Dkt 121. It concludes they are appropriate. Accordingly, the documents and their proposed redactions are approved for production to the plaintiff.

       SO ORDERED.

Dated:      October 19, 2021

                                                               _/s/ Lewis A. Kaplan_
                                                              Lewis A. Kaplan
                                                              United States District Judge