BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE

ROBERT D. SUNSHINE, MD, F.A.C.S.

# GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF

Counselors at Law

80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513
www.gairgair.com

New Jersey Office

ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

February 4, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/22

BY ELECTRONIC FILING
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey
      Southern District of New York, Case No. 1.20-cv-09586 (LAK)

Dear Judge Kaplan:

As Your Honor is aware, we represent the plaintiff, Anthony Rapp, in the above-referenced matter. On October 18, 2021, Your Honor issued an Order extending the time to file summary judgment motions, the pretrial order, proposed jury instructions and requested voir dire questions to February 18, 2022 (see Docket No. 118, paragraph 4).

Both sides have met and conferred and jointly request an extension of time to file summary judgment motions, the pretrial order, proposed jury instructions and requested voir dire questions to March 4, 2022. The parties believe this continuance is necessary to allow for the completion of discovery, including Justin Dawes' continued deposition (see Docket No. 137). We thank the Court for its consideration of this request.

Respectfully submitted,
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF

Peter J. Saghir

**MEMO ENDORSED**

Copy to:
Chase A. Scolnick, Esq.
Jennifer Keller, Esq.
Jay P. Barron, Esq.
Erica A. Wolff, Esq.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
2/7/22