```
(1)                    - KEVIN FOWLER -                    23
(2)        A.    Yes.
(3)        Q.    Okay.  Thank you.
(4)              And you've never testified in court,
(5)   correct?
(6)        A.    No, sir.
(7)        Q.    Okay.  Your testimony in the MRC matter
(8)   dealt with allegations of sexual harassment by you
(9)   on the set of House of Cards?
(10)             MS. KELLER:  Objection.  We are --
(11)        Mr. Fowler is under a confidentiality
(12)        agreement in connection with that matter.  It
(13)        isn't fully concluded.  And other than what
(14)        few details have been made public he can't go
(15)        into them.
(16)             Aside from anything that is -- has been
(17)        public, that is in the public domain, he
(18)        cannot comment on anything having to do with
(19)        that arbitration.
(20)             MR. STEIGMAN:  So any questions -- are
(21)        you saying that you're going to block any
(22)        questions that I have regarding sexual
(23)        harassment on the set of House of Cards?
(24)             MS. KELLER:  Yes.
(25)             MR. STEIGMAN:  All right.  We'll mark
```

```
(1)                    - KEVIN FOWLER -                    24
(2)        it for a ruling.
(3)        Q.    Let me see.  With respect to whatever
(4)   happened on the set of House of Cards, how many
(5)   times have you testified under oath?  Was it just
(6)   once or was it more than once?
(7)        A.    It was once in a deposition and it was
(8)   once during the actual arbitration.
(9)        Q.    Gotcha.
(10)             Are you aware that a petition has been
(11)  filed in a court in Los Angeles to confirm the
(12)  arbitrator's ruling?
(13)       A.    Yes.
(14)       Q.    And they're seeking to confirm a ruling
(15)  that you engaged in acts of sexual harassment of
(16)  people on the set of House of Cards during Season 1,
(17)  Season 2, Season 3, Season 4, and Season 5 of House
(18)  of Cards, correct?
(19)             MS. KELLER:  Objection.  Misstates
(20)       facts.  Misstates the record.
(21)             MR. STEIGMAN:  Well, so then the answer
(22)       would be no.
(23)       A.    I'm sorry.  I don't -- you'll have to
(24)  repeat your question.
(25)       Q.    Okay.  Sure.  Sure.
```