UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY RAPP, et ano.,

                    Plaintiffs,

      -against-                                              20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                    Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In connection with plaintiff's motion to compel defendant to provide documents in response to plaintiff's second notice to produce and to appear for an additional session of his deposition (Dkt 148), defendant promptly shall produce to chambers for *in camera* inspection copies of the arbitration award in the arbitration involving defendant and PRC Distribution Company L.P., among others, and the affirmance by a panel of three arbitrators.

        SO ORDERED.

Dated:      February 24, 2022

                                                            _____
                                                                Lewis A. Kaplan
                                                           United States District Judge