

3:37

‹ 101

Adam B. ›

Tony's in 2008. He didn't present, and wasn't nominated, and there's no photos we can find. We don't doubt he was there, but we don't want to nail down a specific date that Spacey could then just flatly deny. We're still looking, but if we can't nail it down, we'll likely say that you saw him at an industry event or some such. (Similarly, we're also going to steer away from exact specificity in the story for the party.)

I asked Adam Pascal if he remembered Spacey being there, and he said, "I didn't remember that *I* was there until you told me about it."

Ohhhh it could have been the year of Charlie Brown. That makes more sense now that I think of it. That would be 1999. Can you check that year?

Oh!

Sure!