| Transcript Name | Transcript Date | Plaintiff Anthony Rapp's Initial Designations | | | | Defendant Kevin Spacey's Objections | Defendant Kevin Spacey's Counter Designations | | | | Plaintiff Anthony Rapp's Objections to Counter Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Page Start | Line Start | Page End | Line End | | Page Start | Line Start | Page End | Line End | |
| Justin Dawes | 12/28/2021 | 6 | 5 | 15 | 24 | Relevance (FRE 401); confusing the issues, undue delay, wasting time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 16 | 2 | 27 | 22 | Relevance (FRE 401); confusing the issues, undue delay, wasting time, unfair prejudice, misleading the jury (FRE 403); objection of counsel is not evidence; question calls for speculation/lack of personal knowledge (FRE 602 | | | | | |
| Justin Dawes | 12/28/2021 | 27 | 24 | 28 | 24 | Relevance (FRE 401); confusing the issues, undue delay, wasting time, unfair prejudice, misleading the jury (FRE 403); objection of counsel is not evidence; question calls for speculation/lack of personal knowledge (FRE 602 | | | | | |
| Justin Dawes | 12/28/2021 | 29 | 3 | 29 | 4 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 29 | 15 | 29 | 16 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 30 | 7 | 30 | 13 | Relevance (FRE 401); Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 30 | 19 | 30 | 25 | Relevance (FRE 401); Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 31 | 2 | 31 | 17 | Relevance (FRE 401); confusing the issues, undue delay, wasting time (FRE 403); Lacks personal knowledge/calls for speculation (FRE 602) | | | | | |
| Justin Dawes | 12/28/2021 | 32 | 3 | 32 | 18 | Relevance (FRE 401); confusing the issues, undue delay, wasting time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 33 | 3 | 33 | 23 | Relevance (FRE 401); misleading the jury, confusing the issues, undue delay (FRE 403); impermissible vouching; hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 34 | 10 | 34 | 25 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 35 | 2 | 35 | 19 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 36 | 10 | 36 | 25 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 37 | 2 | 37 | 12 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 37 | 17 | 38 | 25 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 39 | 2 | 39 | 14 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 39 | 18 | 43 | 25 | Relevance (FRE 401); undue waste of time (FRE 403); impermissible hearsay (FRE 801-802); vouching | | | | | |
| Justin Dawes | 12/28/2021 | 44 | 2 | 44 | 11 | Relevance (FRE 401); undue waste of time, confuses the issues, misleading the jury, unfairly prejudicial (FRE 403); impermissible vouching, disparaging counsel, and the adversarial process | | | | | |
| Justin Dawes | 12/28/2021 | 44 | 25 | 45 | 7 | | | | | | |
| Justin Dawes | 12/28/2021 | 45 | 16 | 48 | 14 | Relevance (FRE 401); undue waste of time, confuses the issues, misleading the jury, unfairly prejudicial (FRE 403); impermissible vouching, disparaging counsel, and the adversarial process; nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 49 | 9 | 49 | 18 | | | | | | |
| Justin Dawes | 12/28/2021 | 49 | 20 | 49 | 21 | | | | | | |
| Justin Dawes | 12/28/2021 | 50 | 15 | 50 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 51 | 5 | 51 | 16 | Impermissible vouching; hearsay (FRE 801-802); nonresponsive; misleading the jury, undue consumption of time, unfairly prejudicial (FRE 403); Relevance (FRE 401) | 55 | 6 | 55 | 22 | Lacks context, FRE 106 |
| Justin Dawes | 12/28/2021 | 53 | 18 | 54 | 16 | Nonresponsive; unfairly prejudicial and misleading the jury (FRE 403); disparaging counsel | | | | | |
| Justin Dawes | 12/28/2021 | 54 | 19 | 54 | 20 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 55 | 6 | 58 | 14 | Relevance (FRE 401); undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 58 | 20 | 59 | 6 | Relevance (FRE 401); undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 59 | 10 | 68 | 15 | Relevance (FRE 401); undue consumption of time, undue delay, cummulative (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 68 | 17 | 68 | 25 | Relevance (FRE 401); undue consumption of time, undue delay (FRE 403); impermissible character evidence (FRE 608) | | | | | |
| Justin Dawes | 12/28/2021 | 69 | 3 | 70 | 7 | Relevance (FRE 401); objection of counsel is not evidence | | | | | |
| Justin Dawes | 12/28/2021 | 70 | 11 | 70 | 23 | | | | | | |
| Justin Dawes | 12/28/2021 | 71 | 7 | 71 | 22 | | 72 | 15 | 73 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, wasting time, lacks personal knowledge |
| Justin Dawes | 12/28/2021 | | | | | | 74 | 6 | 74 | 13 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay, assumes facts not in evidence. |
| Justin Dawes | 12/28/2021 | | | | | | 76 | 17 | 78 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay, lacks personal knowledge |
| Justin Dawes | 12/28/2021 | 72 | 7 | 72 | 14 | | | | | | |
| Justin Dawes | 12/28/2021 | 79 | 15 | 80 | 9 | | 80 | 10 | 80 | 20 | Relevance, probative value is substantially outweighted by a danger of wasting time, FRE 106. |
| Justin Dawes | 12/28/2021 | 81 | 5 | 82 | 21 | | 82 | 22 | 82 | 24 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106 |
| Justin Dawes | 12/28/2021 | 85 | 12 | 86 | 2 | | | | | | |
| Justin Dawes | 12/28/2021 | 87 | 8 | 87 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 88 | 22 | 91 | 11 | Relevance (FRE 401); undue consumptio of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 92 | 6 | 94 | 16 | Hearsay (FRE 801, 802); nonresponsive; vouching; misleading the jury and unfairly prejudicial (FRE 403) | 95 | 8 | 95 | 11 | Relevance, FRE 106. |
| Justin Dawes | 12/28/2021 | 95 | 14 | 98 | 21 | Hearsay (FRE 801, 802); nonresponsive; vouching; misleading the jury and unfairly prejudicial (FRE 403) | 98 | 22 | 99 | 7 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, asked and answered, lacks personal knowledge, improper lay opinion |
| Justin Dawes | 12/28/2021 | | | | | | 99 | 11 | 99 | 19 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, asked and answered, lacks personal knowledge, improper lay opinion |
| Justin Dawes | 12/28/2021 | | | | | | 99 | 23 | 100 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive |
| Justin Dawes | 12/28/2021 | 100 | 3 | 100 | 8 | Relevance (FRE 401); undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 101 | 2 | 104 | 16 | Hearsay (FRE 801, 802); relevance (FRE 401); undue consumption of time and confuses the issues, cummulative (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 104 | 19 | 105 | 18 | Relevance (FRE 401); undue consumptio of time, cummulative, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 105 | 21 | 106 | 21 | Relevance (FRE 401); undue consumptio of time, cummulative, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 106 | 24 | 107 | 9 | Relevance (FRE 401); undue consumption of time, cummulative, confuses the issues, unfairly prejudicial (FRE 403), nonresponsive, disparaging counsel (FRE 403) | 107 | 10 | 107 | 17 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, asked and answered, lacks personal knowledge, improper lay opinion |
| Justin Dawes | 12/28/2021 | 108 | 3 | 109 | 24 | Relevance (FRE 401); undue consumption of time, cummulative, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 110 | 2 | 110 | 15 | Relevance (FRE 401); undue consumption of time, cummulative, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 110 | 19 | 112 | 23 | Relevance (FRE 401); undue consumption of time, cummulative, confuses the issues (FRE 403); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 112 | 25 | 113 | 23 | Relevance (FRE 401); undue consumption of time, cummulative, confuses the issues (FRE 403); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 113 | 25 | 115 | 16 | Relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 115 | 19 | 116 | 11 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 116 | 18 | 118 | 8 | Hearsay (FRE 801, 802); nonresponsive; undue consumption of time (403) | | | | | |
| Justin Dawes | 12/28/2021 | 118 | 14 | 125 | 7 | Hearsay (FRE 801, 802); Nonresponsive; relevance (FRE 401); undue consumption of time, cummulative (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 125 | 11 | 125 | 20 | Relevance (FRE 401); cummulative, undue consumption of time (FRE 403); relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 125 | 25 | 126 | 6 | Cumulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 126 | 10 | 129 | 7 | Hearsay (FRE 801, 802); nonresponsive; cummulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 129 | 9 | 130 | 15 | Cummulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 130 | 17 | 130 | 19 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 130 | 2 | 131 | 18 | Nonresponsive; unfairly prejudicial, cummulative, undue consumption of time (FRE 403); Relevance (FRE 401); disparaging counsel and adversarial process (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 131 | 20 | 132 | 8 | Nonresponsive; unfairly prejudicial, cummulative, undue consumption of time (FRE 403); Relevance (FRE 401); disparaging counsel and adversarial process (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 132 | 20 | 133 | 22 | Nonresponsive; unfairly prejudicial, cummulative, undue consumption of time (FRE 403); Relevance (FRE 401); disparaging counsel and adversarial process (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 133 | 24 | 134 | 23 | Cumulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401) | 134 | 24 | 135 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, assumes facts not in evidence. |
| Justin Dawes | 12/28/2021 | 135 | 3 | 136 | 11 | Nonresponsive; cummulative, confuses the issues, undue consumption of time (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 136 | 18 | 137 | 24 | Improper opinion testimony of lay witness (FRE 701, 702); Relevance (FRE 401); cummulative and undue consumptio of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 138 | 20 | 138 | 2 | No question pending/nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 138 | 20 | 139 | 11 | Nonresponsive; disparaging counsel (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudicial (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 139 | 7 | 139 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 140 | 9 | 141 | 17 | | 141 | 18 | 142 | 15 | |
| Justin Dawes | 12/28/2021 | 142 | 16 | 143 | 13 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 143 | 20 | 144 | 22 | Relevance (FRE 401); undue consumption of time (FRE 403) | 145 | 6 | 145 | 12 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, calls for speculation, lacks foundation, vague. |
| Justin Dawes | 12/28/2021 | | | | vague. | | 145 | 14 | 145 | 15 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, calls for speculation, lacks foundation, vague. |
| Justin Dawes | 12/28/2021 | 154 | 13 | 156 | 8 | Nonresponsive/no question pending; disparaging counsel (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudicial (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 157 | 25 | 158 | 20 | Relevance (FRE 401); cummulative, undue consumption of time, unfairly prejudicial (FRE 403); disparaging counsel (FRE 403) | 158 | 21 | 159 | 2 | Relevance, FRE 106. |
| Justin Dawes | 12/28/2021 | 159 | 23 | 159 | 16 | Nonresponsive, cummulative, confuses the issues, undue consumption of time (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 159 | 23 | 160 | 3 | Nonresponsive, cummulative, confuses the issues, undue consumption of time (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 160 | 6 | 160 | 15 | | | | | | |
| Justin Dawes | 12/28/2021 | 160 | 24 | 162 | 18 | Relevance (FRE 401); hearsay (FRE 801, 802); confuses the issues, undue consumption of time, unfairly prejudicial (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 162 | 22 | 163 | 21 | Hearsay (FRE 801, 802); relevance (FRE 401); undue consumption of time and confuses the issues, cummulative, misleading the jury (FRE 403); lacks personal knowledge (FRE 602) | | | | | |
| Justin Dawes | 12/28/2021 | 163 | 24 | 164 | 13 | Hearsay (FRE 801, 802); cummulative, unfairly prejudicial (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 164 | 16 | 164 | 24 | | | | | | |
| Justin Dawes | 12/28/2021 | 165 | 3 | 169 | 18 | Nonresponsive; disparaging counsel and the adversarial process (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudicial (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 169 | 23 | 169 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 170 | 12 | 170 | 22 | | | | | | |
| Justin Dawes | 12/28/2021 | 170 | 25 | 172 | 7 | Nonresponsive; disparaging counsel (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudicial (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 172 | 11 | 172 | 14 | | | | | | |
| Justin Dawes | 12/28/2021 | 172 | 25 | 173 | 4 | | | | | | |
| Justin Dawes | 12/28/2021 | 173 | 21 | 174 | 8 | | | | | | |
| Justin Dawes | 12/28/2021 | 174 | 12 | 175 | 13 | | | | | | |
| Justin Dawes | 12/28/2021 | 175 | 16 | 175 | 17 | | | | | | |
| Justin Dawes | 12/28/2021 | 175 | 22 | 176 | 10 | Hearsay (FRE 801, 802); cummulative, unfairly prejudicial (FRE 403) | 176 | 11 | 176 | 15 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, mischaracterizes testimony, calls for speculation, |
| Justin Dawes | 12/28/2021 | 176 | 19 | 177 | 18 | | | | | | |
| Justin Dawes | 12/28/2021 | 178 | 6 | 178 | 23 | | | | | | |
| Justin Dawes | 12/28/2021 | 183 | 5 | 183 | 10 | | | | | | |
| Justin Dawes | 12/28/2021 | 183 | 16 | 183 | 24 | Foundation/lack of personal knowledge/speculation (FRE 602); relevance (FRE 401); undue consumption of time, confuses the issues (FRE 403); impermissible vouching | | | | | |
| Justin Dawes | 12/28/2021 | 184 | 2 | 184 | 24 | Foundation/lack of personal knowledge/speculation (FRE 602); relevance (FRE 401); undue consumption of time, confuses the issues (FRE 403); impermissible vouching | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 4 | 185 | 8 | Vouching; undue consumption of time, unfairly prejudicial (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 11 | 185 | 15 | Vouching; undue consumption of time, unfairly prejudicial (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 17 | 185 | 20 | Vouching; undue consumption of time, unfairly prejudicial (FRE 403); hearsay FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 23 | 186 | 21 | Vouching; undue consumption of time, unfairly prejudicial (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 186 | 24 | 186 | 25 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 187 | 3 | 187 | 4 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 187 | 7 | 187 | 18 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 187 | 20 | 187 | 22 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 187 | 24 | 188 | 24 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403 | | | | | |
| Justin Dawes | 12/28/2021 | 189 | 2 | 189 | 2 | Relevance (FRE 401); unfairly prejudicial, cummulative, confuses the issues (FRE 403); calls for speculation regarding Mr. Fowler's state of mind/lack of personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702); hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 189 | 15 | 191 | 11 | Relevance (FRE 401); unfairly prejudicial, cummulative, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 191 | 13 | 191 | 23 | Relevance (FRE 401); unfairly prejudicial, cummulative, confuses the issues (FRE 403); calls for speculation regarding Mr. Fowler's state of mind/lack of personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702); hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 2 | 192 | 5 | Cumulative, confuses the issues, unfairly prejudicial (FRE 403); Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 7 | 192 | 9 | | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 11 | 192 | 11 | | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 13 | 192 | 22 | Cumulative, confuses the issues, unfairly prejudicial (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 24 | 193 | 23 | Cumulative, confuses the issues, unfairly prejudicial (FRE 403); relevance (FRE 401) | 82 | 22 | 82 | 24 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106 |
| Justin Dawes | 12/28/2021 | | | | | | 48 | 17 | 48 | 18 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106. |
| Justin Dawes | 12/28/2021 | | | | | | 61 | 7 | 61 | 14 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106, mischaracterizes testimony |

| Transcript Name | Transcript Date | Plaintiff Anthony Rapp's Initial Designations ||||  Defendant Kevin Spacey's Objections | Defendant Kevin Spacey's Counter Designations |||| Plaintiff Anthony Rapp's Objections to Counter Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Page Start | Line Start | Page End | Line End | | Page Start | Line Start | Page End | Line End | |
| Justin Dawes | 2/10/2022 | 6 | 6 | 6 | 9 | | | | | | |
| Justin Dawes | 2/10/2022 | 6 | 12 | 6 | 24 | | 7 | 2 | 7 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, asked and answered, non-responsive. |
| Justin Dawes | 2/10/2022 | | | | | | 7 | 9 | 7 | 17 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, compound, improper commentary by counsel. |
| Justin Dawes | 2/10/2022 | | | | | | 7 | 19 | 7 | 21 | Non-responsive. |
| Justin Dawes | 2/10/2022 | 7 | 22 | 8 | 1 | | | | | | |
| Justin Dawes | 2/10/2022 | 8 | 9 | 8 | 19 | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 11 | 15 | 11 | 19 | Objection to form, relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 11 | 22 | 12 | 13 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 50 | 15 | 51 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 51 | 4 | 51 | 10 | Non-responsive, relevance, probative value is substantially outweighted by a danger of unfair prejudice, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 52 | 7 | 52 | 10 | FRE 106. |
| Justin Dawes | 2/10/2022 | | | | | | 53 | 8 | 53 | 22 | FRE 106. |
| Justin Dawes | 2/10/2022 | | | | | | 54 | 5 | 54 | 9 | |
| Justin Dawes | 2/10/2022 | 9 | 6 | 9 | 18 | | 14 | 7 | 14 | 11 | |
| Justin Dawes | 2/10/2022 | | | | | | 33 | 20 | 35 | 9 | Relevance, probative value is substantially outweighted by a danger of wasting time, hearsay. |
| Justin Dawes | 2/10/2022 | 9 | 21 | 9 | 24 | | 9 | 25 | 10 | 4 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | 10 | 5 | 10 | 8 | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | 10 | 12 | 10 | 17 | | 10 | 18 | 10 | 21 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 10 | 22 | 11 | 8 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 13 | 2 | 15 | 1 | | | | | | |
| Justin Dawes | 2/10/2022 | 15 | 5 | 15 | 15 | | | | | | |
| Justin Dawes | 2/10/2022 | 16 | 4 | 17 | 11 | | | | | | |
| Justin Dawes | 2/10/2022 | 17 | 23 | 18 | 4 | | | | | | |
| Justin Dawes | 2/10/2022 | 18 | 13 | 19 | 8 | Relevance (FRE 401); Undue consumption of time (FRE 403) | 19 | 9 | 19 | 9 | |
| Justin Dawes | 2/10/2022 | 19 | 16 | 21 | 2 | | | | | | |
| Justin Dawes | 2/10/2022 | 21 | 5 | 21 | 10 | Hearsay (FRE 801, 802); vouvhing | | | | | |
| Justin Dawes | 2/10/2022 | 21 | 15 | 23 | 8 | Hearsay (FRE 801, 802); vouching | 23 | 9 | 24 | 5 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. |
| Justin Dawes | 2/10/2022 | 24 | 6 | 24 | 7 | | | | | | |
| Justin Dawes | 2/10/2022 | 24 | 10 | 25 | 10 | | | | | | |
| Justin Dawes | 2/10/2022 | 25 | 15 | 26 | 9 | | | | | | |
| Justin Dawes | 2/10/2022 | 26 | 11 | 26 | 11 | | 26 | 19 | 26 | 21 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 26 | 23 | 27 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 27 | 5 | 27 | 20 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay. |
| Justin Dawes | 2/10/2022 | 28 | 18 | 28 | 24 | | 71 | 12 | 71 | 17 | |
| Justin Dawes | 2/10/2022 | 29 | 4 | 32 | 16 | Relevance (FRE 401); Undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 32 | 18 | 33 | 7 | | 33 | 8 | 33 | 13 | FRE 106. |
| Justin Dawes | 2/10/2022 | 33 | 9 | 33 | 19 | | 33 | 20 | 35 | 19 | Relevance, probative value is substantially outweighted by a danger of wasting time, hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 14 | 7 | 14 | 11 | |
| Justin Dawes | 2/10/2022 | 35 | 24 | 36 | 16 | | | | | | |
| Justin Dawes | 2/10/2022 | 36 | 19 | 37 | 4 | | | | | | |
| Justin Dawes | 2/10/2022 | 37 | 7 | 37 | 22 | | 37 | 23 | 37 | 25 | Objection to form, non-responsice. |
| Justin Dawes | 2/10/2022 | | | | | | 38 | 2 | 38 | 3 | Non-responsive. |
| Justin Dawes | 2/10/2022 | 38 | 24 | 39 | 5 | | | | | | |
| Justin Dawes | 2/10/2022 | 39 | 24 | 40 | 8 | | | | | | |
| Justin Dawes | 2/10/2022 | 40 | 11 | 41 | 12 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 42 | 2 | 42 | 16 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 42 | 20 | 43 | 12 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 44 | 12 | 44 | 23 | Hearsay (FRE 801, 802); Nonresponsive; unfairly prejudicial | | | | | |
| Justin Dawes | 2/10/2022 | 45 | 5 | 47 | 15 | Hearsay (FRE 801, 802); unfairly prejudicial, misleading the jury, undue consumption of time (FRE 403); vouching | | | | | |
| Justin Dawes | 2/10/2022 | 51 | 16 | 52 | 10 | Hearsay (FRE 801, 802); nonresponsive | | | | | |
| Justin Dawes | 2/10/2022 | 53 | 8 | 54 | 9 | Nonresponsive; disparaging counsel (FRE 403); unfairly prejudicial, cummulative, misleading the jury (FRE 403) | 68 | 18 | 68 | 20 | Calls for hearsay, no answer given. |
| Justin Dawes | 2/10/2022 | | | | | | 54 | 17 | 54 | 20 | No question pending, non-responsive. |
| Justin Dawes | 2/10/2022 | 54 | 21 | 54 | 10 | | | | | | |
| Justin Dawes | 2/10/2022 | 55 | 15 | 56 | 17 | | | | | | |
| Justin Dawes | 2/10/2022 | 56 | 20 | 57 | 2 | | 71 | 18 | 72 | 22 | |
| Justin Dawes | 2/10/2022 | 57 | 7 | 57 | 11 | Nonresponsive | | | | | |
| Justin Dawes | 2/10/2022 | 57 | 16 | 57 | 20 | | | | | | |
| Justin Dawes | 2/10/2022 | 57 | 22 | 58 | 20 | | | | | | |
| Justin Dawes | 2/10/2022 | 59 | 3 | 59 | 14 | | | | | | |
| Justin Dawes | 2/10/2022 | 60 | 11 | 61 | 12 | Relevance (FRE 401) | 60 | 15 | 60 | 19 | |
| Justin Dawes | 2/10/2022 | 65 | 20 | 66 | 13 | | | | | | |
| Justin Dawes | 2/10/2022 | 67 | 20 | 68 | 4 | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 71 | 18 | 72 | 22 | |
| Justin Dawes | 2/10/2022 | 71 | 18 | 73 | 17 | Unfairly prejudicial, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 73 | 22 | 74 | 6 | Relevance (FRE 401); Undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 74 | 15 | 75 | 1 | | | | | | |
| Justin Dawes | 2/10/2022 | 75 | 9 | 76 | 4 | Nonresponsive; relevance (FRE 401); undue consumption of time, confuses the issues | | | | | |
| Justin Dawes | 2/10/2022 | 76 | 16 | 77 | 19 | | | | | | |
| Justin Dawes | 2/10/2022 | 78 | 6 | 78 | 16 | | | | | | |
| Justin Dawes | 2/10/2022 | 78 | 22 | 78 | 22 | | | | | | |
| Justin Dawes | 2/10/2022 | 78 | 24 | 81 | 3 | Hearsay (FRE 801, 802); unfairly prejudicial, cummulative (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 81 | 8 | 81 | 21 | Relevance (FRE 401); confuses the issues, misleading the jury (FRE 403); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 81 | 23 | 82 | 2 | Relevance (FRE 401); confuses the issues, misleading the jury (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 4 | 82 | 6 | Relevance (FRE 401); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 8 | 82 | 10 | Relevance (FRE 401); confusing the issues, undue consumption of time (FRE 403); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 12 | 82 | 15 | Relevance (FRE 401); confusing the issues, undue consumption of time (FRE 403); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 17 | 82 | 23 | Relevance (FRE 401); confusing the issues, misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 82 | 25 | 83 | 6 | Relevance (FRE 401); confusing the issues, undue consumption of time, misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 83 | 8 | 83 | 18 | Vague as to when and to whom the materials were provided; misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 83 | 20 | 84 | 20 | Vague as to when and to whom the materials were provided; misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 85 | 3 | 85 | 8 | | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 85 | 10 | 85 | 24 | | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | | | | | | 89 | 10 | 89 | 14 | |
| Justin Dawes | 2/10/2022 | | | | | | 95 | 22 | 96 | 2 | |
| Justin Dawes | 2/10/2022 | 86 | 2 | 86 | 22 | | 96 | 4 | 96 | 4 | |
| Justin Dawes | 2/10/2022 | 88 | 16 | 88 | 23 | | | | | | |
| Justin Dawes | 2/10/2022 | 91 | 9 | 91 | 12 | | 91 | 8 | 91 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 91 | 15 | 93 | 2 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 4 | 93 | 12 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 15 | 93 | 29 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 23 | 94 | 3 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 94 | 13 | 95 | 3 | Nonresponsive; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 95 | 8 | 95 | 13 | Leading (FRE 611); relevance (FRE 401) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 95 | 15 | 95 | 20 | Leading (FRE 611); relevance (FRE 401) | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 96 | 17 | 97 | 2 | Leading (FRE 611); Counsel is impermissibly testifying; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time (FRE 403) | | | | | |

| Transcript Name | Transcript Date | Plaintiff Anthony Rapp's Initial Designations | | | | Defendant Kevin Spacey's Objections | Defendant Kevin Spacey's Counter Designations | | | | Plaintiff Anthony Rapp's Objections to Counter Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Page Start | Line Start | Page End | Line End | | Page Start | Line Start | Page End | Line End | |
| Sean Snow | 8/6/2021 | 6 | 3 | 6 | 6 | | | | | | |
| Sean Snow | 8/6/2021 | 6 | 10 | 7 | 25 | | | | | | |
| Sean Snow | 8/6/2021 | 8 | 12 | 12 | 17 | Relevance (FRE 401); undue consumption of time (FRE 403) | 11 | 23 | 12 | 11 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time; FRE 106 |
| Sean Snow | 8/6/2021 | 12 | 24 | 13 | 13 | | 11 | 23 | 12 | 11 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time; FRE 106 |
| Sean Snow | 8/6/2021 | 13 | 22 | 15 | 22 | Relevance (FRE 401); undue consumption of time (FRE 403) | 11 | 23 | 12 | 11 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time; FRE 106 |
| Sean Snow | 8/6/2021 | 15 | 25 | 17 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 18 | 6 | 21 | 12 | | 64 | 20 | 65 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, lack of personal knowledge. |
| Sean Snow | 8/6/2021 | | | | | | 65 | 5 | 65 | 12 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, lack of personal knowledge, vague, mischaracterizes testimony. |
| Sean Snow | 8/6/2021 | | | | | | 65 | 14 | 65 | 14 | Non-responsive, lacks personal knowledge. |
| Sean Snow | 8/6/2021 | | | | | | 65 | 16 | 65 | 19 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, lack of personal knowledge, vague, mischaracterizes testimony. |
| Sean Snow | 8/6/2021 | | | | | | 66 | 4 | 66 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. |
| Sean Snow | 8/6/2021 | | | | | | 66 | 10 | 66 | 14 | 66:10, 66:13 Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. |
| Sean Snow | 8/6/2021 | | | | | | 66 | 23 | 67 | 3 | 66:23-25 Objection to form, asked and answered, relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. 67:1-3 Non-responsive, vague. |
| Sean Snow | 8/6/2021 | | | | | | 67 | 8 | 67 | 11 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Sean Snow | 8/6/2021 | | | | | | 67 | 14 | 67 | 14 | |
| Sean Snow | 8/6/2021 | | | | | | 67 | 16 | 67 | 25 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation. |
| Sean Snow | 8/6/2021 | | | | | | 68 | 16 | 68 | 23 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation. |
| Sean Snow | 8/6/2021 | 21 | 14 | 22 | 1 | | 22 | 3 | 22 | 14 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, cummulative. |
| Sean Snow | 8/6/2021 | 22 | 15 | 22 | 23 | | 22 | 3 | 22 | 14 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, cummulative. |
| Sean Snow | 8/6/2021 | 23 | 2 | 23 | 3 | | | | | | |
| Sean Snow | 8/6/2021 | 23 | 7 | 23 | 12 | | | | | | |
| Sean Snow | 8/6/2021 | 23 | 15 | 25 | 15 | | 25 | 16 | 25 | 18 | Objection, lacks foundation, calls for speculation |
| Sean Snow | 8/6/2021 | | | | | | 25 | 22 | 25 | 23 | Objection, lacks foundation, calls for speculation |
| Sean Snow | 8/6/2021 | 26 | 2 | 27 | 2 | | | | | | |
| Sean Snow | 8/6/2021 | 27 | 8 | 27 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 27 | 19 | 27 | 20 | | | | | | |
| Sean Snow | 8/6/2021 | 28 | 2 | 29 | 12 | | | | | | |
| Sean Snow | 8/6/2021 | 29 | 15 | 30 | 22 | | | | | | |
| Sean Snow | 8/6/2021 | 31 | 10 | 31 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 31 | 20 | 31 | 20 | | | | | | |
| Sean Snow | 8/6/2021 | 32 | 3 | 32 | 5 | | | | | | |
| Sean Snow | 8/6/2021 | 32 | 9 | 32 | 9 | | | | | | |
| Sean Snow | 8/6/2021 | 32 | 11 | 34 | 2 | Hearsay (FRE 801, 802) | | | | | |
| Sean Snow | 8/6/2021 | 37 | 11 | 37 | 14 | | | | | | |
| Sean Snow | 8/6/2021 | 37 | 20 | 38 | 11 | | | | | | |
| Sean Snow | 8/6/2021 | 38 | 15 | 40 | 7 | | | | | | |
| Sean Snow | 8/6/2021 | 40 | 12 | 40 | 23 | | | | | | |
| Sean Snow | 8/6/2021 | 41 | 11 | 41 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 43 | 7 | 43 | 13 | Relevance (FRE 401) | | | | | |
| Sean Snow | 8/6/2021 | 45 | 2 | 47 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 47 | 19 | 47 | 20 | | | | | | |
| Sean Snow | 8/6/2021 | 47 | 22 | 47 | 25 | | | | | | |
| Sean Snow | 8/6/2021 | 48 | 2 | 48 | 15 | | | | | | |
| Sean Snow | 8/6/2021 | 49 | 3 | 49 | 24 | | 48 | 16 | 49 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for hearsay, relies on hearsay. |
| Sean Snow | 8/6/2021 | 50 | 6 | 51 | 9 | | 51 | 10 | 52 | 8 | |
| Sean Snow | 8/6/2021 | | | | | | | | | | |
| Sean Snow | 8/6/2021 | 51 | 12 | 51 | 23 | | | | | | |
| Sean Snow | 8/6/2021 | 51 | 25 | 52 | 1 | | | | | | |
| Sean Snow | 8/6/2021 | 52 | 3 | 53 | 23 | | | | | | |
| Sean Snow | 8/6/2021 | 54 | 1 | 54 | 12 | | | | | | |
| Sean Snow | 8/6/2021 | | | | | | | | | | |
| Sean Snow | 8/6/2021 | 54 | 15 | 54 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 54 | 18 | 54 | 18 | | 54 | 20 | 54 | 23 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay. |
| Sean Snow | 8/6/2021 | 55 | 14 | 55 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 55 | 22 | 56 | 2 | | | | | | |
| Sean Snow | 8/6/2021 | 56 | 12 | 57 | 5 | Speculation/lacks personal knowledge (FRE 602) | | | | | |
| Sean Snow | 8/6/2021 | 57 | 19 | 57 | 23 | | 57 | 11 | 57 | 8 | |
| Sean Snow | 8/6/2021 | | | | | | 57 | 11 | 57 | 18 | |
| Sean Snow | 8/6/2021 | 58 | 1 | 58 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 62 | 13 | 62 | 15 | | 62 | 16 | 62 | 18 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation. |
| Sean Snow | 8/6/2021 | 62 | 18 | 63 | 15 | | | | | | |
| Sean Snow | 8/6/2021 | 63 | 21 | 64 | 1 | | | | | | |
| Sean Snow | 8/6/2021 | 70 | 7 | 71 | 24 | Hearsay (FRE 801, 802) | 72 | 22 | 72 | 24 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. |
| Sean Snow | 8/6/2021 | | | | | | | | | | |
| Sean Snow | 8/6/2021 | | | | | | 71 | 14 | 71 | 20 | |