

BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE
ALLAN ZELIKOVIC
RICHARD SOLDANO*
ALEX R. BLOOM
CONOR D. CASSIDY

Counselors at Law
80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513
www.gairgair.com

New Jersey Office
ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

March 4, 2022

BY ELECTRONIC FILING
Hon. Lewis A Kaplan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Anthony Rapp v. Kevin Spacey Fowler a/k/a Kevin Spacey
            Southern District of New York, Case No. 1.20-cv-09586 (LAK)

Dear Judge Kaplan,

    As Your Honor is aware, my office represents plaintiff, Anthony Rapp, in the above-referenced matter. I write pursuant to the directive of your individual rules and practice to advise the Court about the following trial scheduling conflicts:

March 21 - April 8,
May 11 - May 18,
May 25 – June 3,
June 30, and
July 18 - August 8, 2022.

    I thank the Court in advance for its consideration.

                        Respectfully submitted,
                        GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
                        HERSHENHORN, STEIGMAN & MACKAUF

                        Peter J. Saghir

cc: Chase A. Scolnick, Esq.
    Jennifer Keller, Esq.
    Jay P. Barron, Esq.
    Erica A. Wolff, Esq.
    Michael Tremonte, Esq.