UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAPP and C.D.,<br><br>             Plaintiffs,<br><br>   -against-<br><br>KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,<br><br>             Defendant. | Case No. 1:20-cv-09586 (LAK) (SDA) |

## DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

KELLER / ANDERLE LLP
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick
Jay P. Barron (*pro hac vice*)
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel. (949) 476-8700
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

SHER TREMONTE LLP
Michael Tremonte
90 Broad Street, 23rd Floor
New York, New York 10004
Tel. (212) 202-2600
mtremonte@shertremonte.com

*Counsel for Defendant Kevin Spacey Fowler a/k/a Kevin Spacey*

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Chase A. Scolnick, dated March 3, 2022 and exhibits annexed thereto, the annexed Declaration of Kevin Spacey Fowler dated March 3, 2022, Defendant's Statement of Undisputed Material Facts Per Local Civil Rule 56.1, the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the pleadings, records, and files in this action, and upon any and all oral and documentary evidence presented at or before any hearing said motion, Defendant Kevin Spacey Fowler ("Mr. Fowler"), by and through the undersigned counsel, will move this Court, before the United States District Judge Lewis A. Kaplan, in the United States District Court for the Southern District of New York, located in the Federal Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for an order granting Mr. Fowler's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and for such other relief as the Court deems just and proper.

Dated: March 4, 2022

    Irvine, California

Respectfully submitted,

*/s/     Chase A. Scolnick*
Chase A. Scolnick
Jennifer L. Keller
Jay P. Barron
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel. (949) 476-8700
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
E-mail: mtremonte@shertremonte.com

*Counsel for Defendant Kevin Spacey Fowler a/k/a Kevin Spacey*

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2, I, Chase A. Scolnick, hereby certify that on March 4, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Chase A. Scolnick*
Chase A. Scolnick