UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAPP and C.D., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　-against- <br><br> KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY, <br><br>　　　　　　　　　　Defendant. | Case No. 20-cv-09586 (LAK) (SDA) <br><br> **DECLARATION OF KEVIN SPACEY FOWLER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Under 28 U.S.C. § 1746, I, Kevin Spacey Fowler a/k/a Kevin Spacey, declare under penalty of perjury as follows:

1. I am the defendant in this action. I have personal knowledge of the information stated below and, if sworn, I could and would competently testify to it under oath.

2. I categorically deny plaintiff Anthony Rapp's claim that I sexually assaulted him or otherwise made a "sexual advance" on him. I met Mr. Rapp several decades ago. I never had a sexual encounter with Mr. Rapp. Nor did I harbor any sexual interest or desire in Mr. Rapp at that time or any time. Nor did I have physical contact with Mr. Rapp or any other interaction with him that was for the purpose of sexual gratification of either me or him. Nor did I have any physical contact with Mr. Rapp or any other interaction with him that was for the purpose of degrading or abusing him. Any suggestion otherwise by Mr. Rapp or anyone else is absolutely false.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin Spacey Fowler

1

## CERTIFICATE OF SERVICE

      In accordance with Local Rule 5.2, I, Chase A. Scolnick, hereby certify that on March 3, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Chase A. Scolnick*
                                                     Chase A. Scolnick