# Exhibit 1

**CERTIFIED COPY**

```
 1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2

 3     ------------------------------x

 4     ANTHONY RAPP and C.D.,

 5                  Plaintiffs,

 6            vs.                    Case No.:
                                     20-cv-9586 (LAK)
 7

 8     KEVIN SPACEY FOWLER a/k/a
       KEVIN SPACEY,
 9
                    Defendant.
10     ------------------------------x

11

12

13

14        Remote videotaped deposition of ANTHONY RAPP

15                 February 3, 2021

16

17

18

19

20

21

22

23

24     Suzanne J. Stotz, CRR, RPR, Notary Public
       470403
25
```

SINCE 1972

**BARKLEY**
*Court Reporters*
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine    (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose    (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento    (800) 222-1231 Martinez    (702) 366-0500 Las Vegas    (800) 222-1231 Monterey
(951) 686-0606 Riverside    (818) 702-0202 Woodland Hills    (702) 366-0500 Henderson    (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn    (518) 490-1910 Albany    (914) 510-9110 White Plains
(312) 379-5566 Chicago    00+1+800 222 1231 Paris    00+1+800 222 1231 Dubai    001+1+800 222 1231 Hong Kong

11:53  1    parties I had seen intoxicated adults.

11:53  2         Q.    Did you have interactions with

11:53  3    these intoxicated adults at these parties?

11:53  4         A.    I don't recall specific

11:53  5    interactions.  I certainly recall witnessing

11:54  6    people that I perceived to be intoxicated.

11:54  7         Q.    You said you didn't remember

11:54  8    Mr. Fowler saying anything when he was in the

11:54  9    door.

11:54  10        As Mr. Fowler walked over to the,

11:54  11   to the bed, do you recall him saying anything

11:54  12   then?

11:54  13        A.    I don't recall him saying anything.

11:54  14        Q.    Do you recall Mr. Fowler saying

11:54  15   anything when he picked you up?

11:54  16        A.    I don't recall him saying anything

11:54  17   when he picked me up.

11:54  18        Q.    And can you explain in greater

11:54  19   detail exactly what happened when Mr. Fowler

11:54  20   kind of picked you up?  How did he pick you up?

11:54  21        A.    He used one arm to put around my

11:54  22   shoulders/back area to hold me there and put

11:54  23   one hand and arm under my butt and legs to lift

11:54  24   me up like that.  So like a fireman carry or a

11:54  25   groom carrying a bride over a threshold.

                              74

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:54 | 1 | So it happened in one sort of -- in |
| 11:54 | 2 | one movement, a surprising, shocking movement. |
| 11:55 | 3 | And then he turned to the bed and laid me down |
| 11:55 | 4 | and laid on top of me. |
| 11:55 | 5 | Q.    Do you remember him saying anything |
| 11:55 | 6 | to you at that point? |
| 11:55 | 7 | A.    I do not recall him saying |
| 11:55 | 8 | anything. |
| 11:55 | 9 | Q.    Do you remember Mr. Fowler saying |
| 11:55 | 10 | anything to you while he -- while you allege he |
| 11:55 | 11 | was on top of you on the bed? |
| 11:55 | 12 | A.    I do not recall him saying |
| 11:55 | 13 | anything. |
| 11:55 | 14 | Q.    Do you recall saying anything to |
| 11:55 | 15 | him? |
| 11:55 | 16 | A.    I do not recall saying anything to |
| 11:55 | 17 | him.  I froze. |
| 11:55 | 18 | Q.    You said that Mr. Fowler picked you |
| 11:55 | 19 | up in one motion. |
| 11:55 | 20 | Did I get that right? |
| 11:55 | 21 | A.    That's my recollection.  As best |
| 11:55 | 22 | as -- as, you know, it's a kind of complicated |
| 11:55 | 23 | motion, but it's a motion that all happened |
| 11:55 | 24 | sort of in one movement. |
| 11:55 | 25 | Q.    And when that one movement ended, |

ANTHONY RAPP

BARKLEY
Court Reporters

11:55  1   you were in the air being held?

11:56  2       A.     Yes.

11:56  3       Q.     You characterize it as a bride,

11:56  4   right?

11:56  5       A.     Yes.  And again, immediately frozen

11:56  6   and shocked.

11:56  7       Q.     Okay.  So I just want to make sure

11:56  8   I get this right.

11:56  9           So when Mr. Fowler was holding you

11:56  10  in the air, was one hand was under your back,

11:56  11  right?

11:56  12      A.     Yeah.  I mean, in the -- in sort of

11:56  13  the midback under, you know -- it's this area

11:56  14  of my body (indicating), you know, to support

11:56  15  my torso.

11:56  16      Q.     And the other hand would have been

11:56  17  somewhere under your knees; fair to say?

11:56  18      A.     Yeah.  It all got there in the

11:56  19  process, went from under my butt, down my leg,

11:56  20  to my knees.

11:56  21      Q.     And that's typically how someone

11:56  22  would pick up a bride, you said, right?

11:56  23      A.     Yeah.  That's -- that's the --

11:56  24  that's the best way to describe the image.  It

11:56  25  is a perfect capture of the look of the pose as

76

ANTHONY RAPP

BARKLEY
Court Reporters

11:57  1    I can recall it and experience it from the

11:57  2    inside of my body looking out.  If someone took

11:57  3    a snapshot, I believe that's what it would

11:57  4    like.

11:57  5        Q.    This also would be consistent with

11:57  6    a firefighter, right, picking someone up?

11:57  7        A.    I suppose.  I suppose sometimes

11:57  8    firefighters put people over their shoulders,

11:57  9    too.  So I don't know.

11:57  10       Q.    And sometimes firefighters will

11:57  11   pick people up as you allege Mr. Fowler did

11:57  12   you, right?

11:57  13       A.    Perhaps, yes.

11:57  14       Q.    You said that Mr. Fowler's hand

11:57  15   grazed your, your butt, right?

11:57  16       A.    Yes.

11:57  17       Q.    For how long did Mr. Fowler's hand

11:57  18   graze your butt?

11:57  19       A.    I can't say exactly.  It didn't

11:57  20   linger there, but it certainly touched it in

11:57  21   the process.

11:57  22       Q.    Did he squeeze your butt?

11:57  23       A.    I don't recall a squeeze, no.

11:57  24       Q.    Was his hand on your butt for any

11:57  25   longer than it was any other part of your body

                              77

ANTHONY RAPP

BARKLEY
Court Reporters

11:57 1  ==as he picked you up?==

11:57 2      ==A.     I don't recall that specifically,==

11:57 3  ==no.==

11:57 4      Q.     Did you perceive that as part of

11:58 5  picking you up, that his hand touched your butt

11:58 6  and swept down your leg all in one motion so

11:58 7  that he could pick you up?  Is that --

11:58 8          MR. SAGHIR:  Note my objection to

11:58 9       the form.  Note my objection to the form.

11:58 10      If you could rephrase that, Chase.

11:58 11         MR. SCOLNICK:  Sure.  Sure.  Okay.

11:58 12  BY MR. SCOLNICK:

11:58 13     Q.     So if a fireman were to pick you

11:58 14  up, would you describe that as his hand going

11:58 15  from your butt to your knees as well?

11:58 16     A.     I've never been picked up by a

11:58 17  firefighter.  I can't comment on that.

11:58 18     Q.     Was there anything different about

11:58 19  the way that Mr. Fowler picked you up than a

11:58 20  firefighter would do saving someone from a

11:58 21  building?

11:59 22         MR. SAGHIR:  Objection to the form.

11:59 23      Pure speculation.  He's never been picked

11:59 24      up by a firefighter.

11:59 25          But go ahead and answer.

78

BARKLEY
Court Reporters

11:59  1          THE WITNESS:  I'm sorry.  Go ahead

11:59  2      and answer?

11:59  3          MR. SAGHIR:  Yes.

11:59  4          THE WITNESS:  I've never been

11:59  5      picked up by a firefighter.  I can't

11:59  6      speculate.

11:59  7  BY MR. SCOLNICK:

11:59  8      Q.    Well, you've seen firefighters pick

11:59  9  people up before, at least in movies and maybe

11:59 10  in person, right?

11:59 11      A.    Perhaps.  I'm not even sure that I

11:59 12  have.  I mean -- I don't know.  I've seen --

11:59 13  maybe I've seen an image of someone holding

11:59 14  someone.  I'm not sure I've ever seen anyone

11:59 15  pick anyone up.  I'm not sure.

11:59 16      Q.    At about this same time -- well, I

12:00 17  guess during the exact same time, you were in

12:00 18  the play Precious Sons, right?

12:00 19      A.    Yes.

12:00 20      Q.    And Ed Harris was also in that

12:00 21  play, right?

12:00 22      A.    Yes.

12:00 23      Q.    And Ed Harris's character at one

12:00 24  point during the play picked you up, right?

12:00 25      A.    Yes.

79

BARKLEY
Court Reporters

12:00 1      Q.     And he picked you up like a bride,

12:00 2 right?

12:00 3      A.     Yeah.  Yes, in the same sort of

12:00 4 pose if that's what you mean, yes.

12:00 5      Q.     Was there anything different about

12:00 6 the way that Ed Harris's character picked you

12:00 7 up than what you're alleging Mr. Fowler to have

12:00 8 done?

12:00 9      A.     Yes.  I don't remember the exact

12:00 10 staging, but it was not in an intimate, private

12:00 11 moment.  It was an exuberant father holding his

12:00 12 son, you know, with the mother there.

12:00 13          It was -- I mean, there's a

12:00 14 photograph of it.  It's like a laughing, happy

12:01 15 scene among the family.

12:01 16      Q.     But as far as -- I understand that

12:01 17 it was in a play, and it was perhaps a happy

12:01 18 scene.

12:01 19          Is that what you're saying?

12:01 20      A.     Yes.

12:01 21      Q.     Okay.  But putting that aside, the

12:01 22 physical act of picking you up, was Ed Harris's

12:01 23 character picking you up, that act, was it the

12:01 24 same or similar to what you allege Mr. Fowler

12:01 25 to have done?

80

BARKLEY
Court Reporters

12:17 1   to anyone?

12:17 2         A.     I don't recall doing that.

12:17 3         Q.     Do you recall anyone introducing

12:17 4   themselves to you?

12:17 5         A.     I do not recall that.

12:17 6         Q.     You don't recall having any

12:17 7   exchanges with anyone at the apartment?

12:17 8         A.     No.

12:17 9         Q.     Now, I want to turn to where we

12:17 10  left off before the break.

12:17 11              You said that Mr. Fowler picked you

12:17 12  up in the air.  That's where I want to focus on

12:17 13  now, okay?

12:17 14              How long were you in the air?

12:17 15        A.     I -- I have no way of saying

12:17 16  exactly how long.  Briefly.

12:18 17        Q.     Was it two minutes?

12:18 18        A.     No.  It was less than -- definitely

12:18 19  less than two minutes.  It was brief.

12:18 20        Q.     Do you think it could have been

12:18 21  30 seconds?

12:18 22        A.     That feels long to me.  No.

12:18 23        Q.     It was one -- I think you described

12:18 24  it in one of the articles as one motion, right,

12:18 25  picking you up and then putting you down on the

83

ANTHONY RAPP

12:18  1    bed --

12:18  2        A.      Yes.

12:18  3        Q.      -- is that fair to say?

12:18  4        A.      Yes.

12:18  5        Q.      And were you put down on the bed in

12:18  6    the exact same place you were before you were

12:18  7    picked up?

12:18  8        A.      No, because I was sitting on the

12:18  9    edge of the bed.  I was put down on the bed.  I

12:18  10   was laid down on the bed.

12:18  11       Q.      How far were you laid on the bed

12:18  12   from where you were sitting?

12:18  13       A.      I was laid down so that my head was

12:18  14   toward the headboard, close to the headboard so

12:18  15   that my body was on the bed as opposed to

12:19  16   sitting on the edge of the bed.

12:19  17       Q.      And you allege that Mr. Fowler put

12:19  18   you down on the bed and was on top of you?

12:19  19       A.      Yes.  He laid down on top of me and

12:19  20   pressed into me --

12:19  21       Q.      Can you --

12:19  22       A.      -- and held me.

12:19  23       Q.      Can you explain what you mean by

12:19  24   pressed in to you?

12:19  25       A.      The full weight of his body was

84

ANTHONY RAPP

BARKLEY
Court Reporters

12:19  1    fully pressed against my body as I was on my

12:19  2    back.  He was on my front.  Not exactly -- I

12:19  3    don't know, I'm sorry, the way to describe it.

12:19  4    I'm using my hands.  But not exactly totally

12:19  5    head-to-toe touching every part, a little bit

12:19  6    angled so that his chest was on my chest.  His

12:19  7    arms were around my shoulders holding me, and

12:19  8    his pelvis was pressing into my hips, the side

12:19  9    of my hip.  So it was like angled, not directly

12:19  10   on top but angled.

12:20  11          Q.    So you're saying he wasn't

12:20  12   parallel, right?

12:20  13          A.    I guess that's the language to use.

12:20  14   It was more angled than parallel, yes.

12:20  15          Q.    And for how long do you allege that

12:20  16   Mr. Fowler was on top of you?

12:20  17          A.    I have no way of saying exactly how

12:20  18   long.  It was a frozen, suspended moment in my

12:20  19   recollection.

12:20  20          Q.    And did that moment last for five

12:20  21   minutes; do you think?

12:20  22          A.    I think it lasted for less than --

12:20  23   fewer than five minutes.

12:20  24          Q.    Okay.  Could it have been

12:20  25   30 seconds?

85

ANTHONY RAPP

BARKLEY
Court Reporters

12:20  1        A.      I don't -- I have no way of saying

12:20  2   exactly how long it was.

12:20  3        Q.      So it's possible it could have been

12:20  4   30 seconds?

12:20  5        A.      It's possible it could have been

12:20  6   30 seconds.

12:20  7        Q.      Is it possible it could have been

12:20  8   ten seconds?

12:20  9        A.      It felt longer than ten seconds.

12:20  10       Q.      So your estimate is you recall

12:20  11  today is somewhere between 10 and 30 seconds;

12:20  12  am I understanding that right?

12:20  13       A.      That is answering your questions to

12:20  14  the best of my ability, having no way of being

12:21  15  more precise than that.

12:21  16       Q.      During this period of time that you

12:21  17  allege Mr. Fowler was on top of you, where were

12:21  18  his hands?

12:21  19       A.      His hands were around my shoulders

12:21  20  holding me.  I don't know.  It's hard to

12:21  21  describe, you know, again, in words.  It's

12:21  22  better -- easier to demonstrate.

12:21  23              But, you know, up behind my back

12:21  24  holding my shoulders.  That's my recollection.

12:21  25  From behind.  Again, it's awkward to describe

86

BARKLEY
Court Reporters

12:21 1    myself.  It's hard to -- you know, I'm doing my

12:21 2    best to describe in words alone.

12:21 3         Q.    You said from behind.

12:21 4               What do you mean?

12:21 5         A.    Meaning his -- his arm -- you know,

12:21 6    he was on top of me, so his arms were behind my

12:21 7    back.  And so his hands were coming up behind

12:21 8    me, you know, clutching my shoulders.

12:22 9         Q.    So at all times that you allege

12:22 10   Mr. Fowler was on top of you, his hands were

12:22 11   above your waist?

12:22 12        A.    Yes.

12:22 13        Q.    Where were your hands?

12:22 14        A.    Frozen at my sides.

12:22 15        Q.    Were your hands above your waist or

12:22 16   below your waist?

12:22 17        A.    I don't -- I don't recall

12:22 18   whether -- they were -- I was smushed down.  So

12:22 19   I don't recall if they were, like, smushed

12:22 20   against my belly or against my legs.  But they

12:22 21   were not -- I was not -- I did not feel like I

12:22 22   had freedom of movement of my hands; and I was,

12:22 23   again, frozen in this position.

12:22 24        Q.    Do you recall telling Mr. Fowler

12:22 25   that you were uncomfortable?

87

BARKLEY
Court Reporters

12:22  1          A.       I do not recall saying anything.

12:22  2          Q.       You don't recall indicating to

12:22  3   Mr. Fowler that you were uncomfortable in the

12:23  4   situation or uncomfortable physically?

12:23  5          A.       I do not recall saying anything.  I

12:23  6   recall being frozen and shocked and upset and

12:23  7   scared.

12:23  8          Q.       Do you recall Mr. Fowler saying

12:23  9   anything to you when you allege he was on top

12:23  10  of you?

12:23  11         A.       No.

12:23  12         Q.       You said that Mr. -- you allege

12:23  13  that Mr. Fowler's body was on an angle on top

12:23  14  of yours, right?

12:23  15         A.       A slight angle, yes.  Not perfectly

12:23  16  parallel.  Slightly angled, yes.

12:23  17         Q.       Where was his waist?

12:23  18         A.       It was enough that I was feeling

12:23  19  pressure from as much as I could perceive

12:23  20  against my side of my hips.

12:23  21         Q.       What did you feel pressure from?

12:23  22  From -- what are you alleging you felt pressure

12:23  23  from?

12:23  24         A.       The entire weight of his body was

12:23  25  entirely on my body.  And as I'm now being


                              88

BARKLEY
Court Reporters

12:24  1    asked to describe the details of all of it, I

12:24  2    can describe that I felt the pressure of his

12:24  3    chest on my chest.  His hands were on my body.

12:24  4    His legs and groin pressing into the side of my

12:24  5    body since he was on an angle.  He wasn't on

12:24  6    top pressing into me.  He was at an angle

12:24  7    pressing, but his chest was more directly on my

12:24  8    chest.

12:24  9         Q.    Are you alleging that he had an

12:24 10    erection?

12:24 11         A.    I have no recollection specifically

12:24 12    of that.  I cannot say for sure.

12:24 13         Q.    But 14, you obviously knew what an

12:24 14    erection was, right?

12:24 15         A.    Yes.

12:24 16         Q.    While you were on the -- while you

12:25 17    were on the bed, are you alleging that

12:25 18    Mr. Fowler touched your penis?

12:25 19         A.    No.

12:25 20         Q.    While you were on the bed, are you

12:25 21    alleging that Mr. Fowler touched your anus?

12:25 22         A.    No.

12:25 23         Q.    While you were on the bed, are you

12:25 24    alleging that Mr. Fowler touched your butt?

12:25 25         A.    Not on the bed -- not at that point

89

BARKLEY
Court Reporters

12:25   1    on the bed.   When I was on the bed sitting on

12:25   2    the bed is when his hand touched my butt to

12:25   3    pick me up.

12:25   4              I'm not alleging that once he was

12:25   5    laying on top of me, that he touched my butt at

12:25   6    that point.

12:25   7         Q.    And you characterized it earlier as

12:25   8    his hand grazing your butt as he picked you up,

12:25   9    right?

12:25   10        A.    Yes.

12:25   11        Q.    And it passed over your butt in one

12:25   12   motion to pick you up, right?

12:25   13        A.    Yes.

12:25   14        Q.    Okay.  Now, returning to the

12:25   15   situation we're describing where you're

12:25   16   alleging that he lied on top of you --

12:25   17        A.    Yes.

12:25   18        Q.    -- are you with me?

12:25   19        A.    Yes.

12:25   20        Q.    Okay.  Did he touch your genitals

12:25   21   at all --

12:25   22        A.    No.

12:25   23        Q.    -- while he was -- while

12:25   24   Mr. Fowler, you allege he was on top of you?

12:26   25        A.    No.

BARKLEY
Court Reporters

12:26   1          Q.      Did Mr. Fowler attempt to remove

12:26   2   your pants?

12:26   3          A.      No.

12:26   4          Q.      Did he attempt to remove your

12:26   5   pants -- sorry.   Did he remove his pants?

12:26   6          A.      No.

12:26   7          Q.      Did you touch his genitals?

12:26   8          A.      No.

12:26   9          Q.      Did he kiss you?

12:26  10          A.      No.

12:26  11          Q.      Did you kiss him?

12:26  12          A.      No.

12:26  13          Q.      Has Mr. Fowler ever touched your

12:26  14   penis?

12:26  15          A.      No.

12:26  16          Q.      Has Mr. Fowler ever touched your

12:26  17   genitals?

12:26  18          A.      No.

12:26  19          Q.      Has Mr. Fowler ever touched your

12:26  20   anus?

12:26  21          A.      No.  You mean specific -- no.  The

12:26  22   anus is the very specific biological -- no.

12:27  23          Q.      Other than what you described

12:27  24   earlier where Mr. Fowler's hand grazed your

12:27  25   butt when he picked you up, are you alleging

91

BARKLEY
Court Reporters

1   that Mr. Fowler touched your butt?

2        A.    No.

3             MR. SAGHIR:   I'm going to object to

4    the form.  Aside from what he testified

5    to, correct?

6             Was there a second time he touched

7    the butt; is that what you're asking?

8             MR. SCOLNICK:   Yes, that's what I'm

9    asking.

10            THE WITNESS:   There's not a second

11   time.

12   BY MR. SCOLNICK:

13       Q.    Okay.  So the only time that you

14   can recall or you're alleging that Mr. Fowler

15   touched your butt is when he picked you up and

16   his hand grazed your butt, right?

17       A.    Yes.

18       Q.    Are you alleging that Mr. Fowler

19   put his hand down your pants?

20       A.    No.

21       Q.    Not on that evening, right?

22       A.    Not that -- not that evening.

23       Q.    Not ever?

24       A.    I'm sorry.  You said hand down my

25   pants; is that what you said?

92

BARKLEY
Court Reporters

12:28  1          Q.      That's what I said.

12:28  2          A.      No, he did not put his hand down my

12:28  3   pants.

12:28  4          Q.      Mr. Fowler has never put his hand

12:28  5   down your pants, right?

12:28  6          A.      Right.

12:28  7          Q.      And have you ever put your hand

12:28  8   down Mr. Fowler's pants?

12:28  9          A.      No.

12:28  10         Q.      Have you ever touched Mr. Fowler's

12:28  11  genitals?

12:28  12         A.      No.

12:28  13         Q.      Focusing on the evening of your

12:28  14  allegations, at any point did Mr. Fowler tell

12:28  15  you that he wanted to have sex with you?

12:28  16         A.      He did not say those words.

12:28  17         Q.      Did he say that he wanted to give

12:28  18  you oral sex?

12:28  19         A.      No.

12:28  20         Q.      Did he say that he wanted you to

12:28  21  give him oral sex?

12:28  22         A.      No.

12:28  23         Q.      Did he tell you that he wanted to

12:28  24  kiss you?

12:28  25         A.      No.

93

ANTHONY RAPP

BARKLEY
Court Reporters

12:29  1          Q.      Did he say that he wanted you to

12:29  2    kiss him?

12:29  3          A.      No.

12:29  4          Q.      Did he tell you that he wanted to

12:29  5    touch your genitals?

12:29  6          A.      No.

12:29  7          Q.      Did he tell you that he wanted you

12:29  8    to touch his genitals?

12:29  9          A.      No.

12:29 10          Q.      Did he tell you to remove your

12:29 11    clothes?

12:29 12          A.      No.

12:29 13          Q.      Did he tell you he was going to

12:29 14    remove his clothes?

12:29 15          A.      No.

12:29 16          Q.      Has Mr. Fowler ever told you that

12:29 17    he wanted to have sex with you?

12:29 18          A.      No.

12:29 19          Q.      Has Mr. Fowler ever told you that

12:29 20    he wanted to give you oral sex?

12:29 21          A.      No.

12:29 22          Q.      Has Mr. Fowler ever told you that

12:29 23    he wanted you to give him oral sex?

12:29 24          A.      No.

12:29 25          Q.      Has Mr. Fowler ever told you that

94

ANTHONY RAPP

BARKLEY
Court Reporters

12:29  1   he wanted to kiss you?

12:29  2       A.      No.

12:29  3       Q.      Has Mr. Fowler ever told you that

12:29  4   he wanted you to kiss him?

12:29  5       A.      No.

12:29  6       Q.      Has Mr. Fowler ever told you he

12:29  7   wanted to touch your genitals?

12:29  8       A.      No.

12:29  9       Q.      Has Mr. Fowler ever told you he

12:29 10   wanted you to touch his genitals?

12:29 11       A.      No.

12:30 12       Q.      Has Mr. Fowler ever asked you to

12:30 13   remove your clothes?

12:30 14       A.      No.

12:30 15       Q.      Has Mr. Fowler ever said that he

12:30 16   wanted to remove his clothes when he was around

12:30 17   you?

12:30 18       A.      No.

12:30 19       Q.      And just to clarify for the record,

12:30 20   has Mr. Fowler ever touched your genitals?

12:30 21       A.      No.

12:30 22       Q.      And have you ever touched his

12:30 23   genitals?

12:30 24       A.      Did you ask me if I've ever touched

12:30 25   his genitals?

95

BARKLEY
Court Reporters

12:30  1        Q.      Yes.

12:30  2        A.      I have not touched his genitals.

12:30  3        Q.      Has Mr. Fowler ever discussed sex

12:30  4  with you?

12:30  5        A.      No.

12:30  6        Q.      Has Mr. Fowler ever shown you

12:30  7  pornography?

12:30  8        A.      No.

12:30  9        Q.      Has Mr. Fowler ever shown you adult

12:30  10  movies?

12:30  11        A.      No.

12:31  12        Q.      Has Mr. Fowler ever shown you adult

12:31  13  magazines?

12:31  14        A.      No.

12:31  15        Q.      Has Mr. Fowler ever shown you

12:31  16  photographs of people having sex?

12:31  17        A.      No.

12:31  18        Q.      Has Mr. Fowler ever shown you

12:31  19  pictures of naked adults?

12:31  20        A.      No.

12:31  21        Q.      Has Mr. Fowler ever shown you

12:31  22  pictures of naked children?

12:31  23        A.      No.

12:31  24        Q.      Returning back to when you allege

12:31  25  Mr. Fowler was on top of you, how did that end?


                              96

BARKLEY
Court Reporters

```
12:31   1    Who got up first?

12:31   2         A.    I squirmed out from underneath him.

12:31   3         Q.    Can you explain what you mean by

12:31   4    "squirmed out from underneath him"?

12:31   5         A.    I have no better explanation.  I

12:31   6    wriggled my body underneath the weight of his

12:31   7    body and got out from underneath him and got

12:32   8    off the bed.

12:32   9              I experienced his weight as, you

12:32   10   know, something described as dead weight.  It

12:32   11   was heavy.  His weight was heavy on me.  He was

12:32   12   holding me, and I squirmed out from under out

12:32   13   that dead weight.

12:32   14        Q.    Do you recall him telling you not

12:32   15   to get up?

12:32   16        A.    No.

12:32   17        Q.    At any point when you allege to

12:32   18   have been on the bed, do you recall telling him

12:32   19   that you wanted to get up?

12:32   20        A.    No.

12:32   21        Q.    How long did it take you to wriggle

12:32   22   out from underneath him?

12:32   23        A.    Quickly.  I mean, as -- when I made

12:32   24   the decision to wriggle out, I was able to do

12:32   25   it fairly quickly.
```

97

ANTHONY RAPP

BARKLEY
Court Reporters

12:32 1          Q.      Do you recall Mr. Fowler saying
12:32 2   anything to you in the process of when you were
12:32 3   wriggling out from underneath him?
12:32 4          A.      No.
12:32 5          Q.      Do you remember saying anything to
12:32 6   Mr. Fowler when you were in the process of
12:32 7   wriggling out from underneath him?
12:32 8          A.      No.
12:33 9          Q.      After you wriggled out from
12:33 10  underneath him and got up, what did you do?
12:33 11         A.      I went into the bathroom.  It
12:33 12  seemed the safest place to go.  I went in the
12:33 13  bathroom, closed the door.
12:33 14         Q.      How far was the bathroom door from
12:33 15  where you were?
12:33 16         A.      I think very close.  The room was
12:33 17  relatively small, so it was not -- it's not
12:33 18  much distance to travel from the side of the --
12:33 19  the other side of the bed opposite the window
12:33 20  to the bathroom.  It was fairly close to my
12:33 21  recollection.
12:33 22         Q.      Did you have to leave the bedroom
12:33 23  to get in the bathroom?
12:33 24         A.      It was -- the door was -- the door
12:33 25  to the bathroom was in the bedroom.  The

98

BARKLEY
Court Reporters

```
 1                    C E R T I F I C A T E

 2

 3

 4                    I, SUZANNE J. STOTZ, a

 5    Registered Professional Reporter, Certified

 6    Realtime Reporter, and Notary Public in and for

 7    the State of New York, do hereby certify that

 8    the foregoing is a true and accurate transcript

 9    of the stenographic above-captioned matter.

10

11

12              _____

13              SUZANNE J. STOTZ, RPR, CRR

14              My Commission Expires March 2, 2022

15

16

17    DATED:  February 19, 2021

18

19

20    NOTE:  THE CERTIFICATE APPENDED TO THIS

21    TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION

22    OF THE SAME BY ANY MEANS, UNLESS UNDER THE

23    DIRECT CONTROL AND/OR DIRECTION OF THE

24    CERTIFYING COURT REPORTER.

25
```

ANTHONY RAPP

BARKLEY
Court Reporters