**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| ANTHONY RAPP, |
|                                 Plaintiffs, |
|    - against - |
| KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY, |
|                               Defendant. |

Case No. 1.20-cv-09586 (LAK)(SDA)

      The parties in the above captioned action respectfully submit, for consideration by the Court, the following Joint proposed Juror Questionnaire, to be completed by prospective jurors at the Court's customary screening for hardships, English comprehension, and knowledge about the case.  Counsel further request that follow-up *voir dire* be permitted, as necessary, based on the responses provided by jurors.

<u>**JUROR QUESTIONNAIRE**</u>

**INSTRUCTIONS**

      The case for which you have been summoned for jury selection is a civil action entitled *Anthony Rapp versus Kevin Spacey*.

      This questionnaire is designed to obtain information about you and your background as it relates to your possible service as a fair and impartial juror in this case. The use of this questionnaire is intended to make jury selection more efficient and save you time on the day you appear for jury selection.  The questions are not asked to invade your privacy, but to help select the best possible jury for this case. If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so.

      <u>All answers to this questionnaire will be kept confidential and you are instructed not to discuss this case or this questionnaire with anyone, including fellow prospective jurors</u>. The information you provide will be made available only to the Court, the parties, and the persons participating in this case on behalf of the parties.

Because this questionnaire is part of the jury selection process, it is to be answered under your oath as a prospective juror. You have a legal obligation to tell the truth. It is very important to the jury selection process that your answers be your own.

You also are further ordered not to email, text, blog, or conduct any kind of research about this case or any of the issues, parties or attorneys involved in the case with anyone.  This Order will apply from now until the end of the trial and your service as a juror.  What you learn about the case you will learn in court only.

Your cooperation is of the utmost importance.  Please respond to each question as fully and as completely as you can. Your complete candor and honesty are necessary so that both parties will have a meaningful opportunity to select a fair and impartial jury.

Please keep in mind that there are no "right" or "wrong" answers to any question, only truthful or untruthful, or complete or incomplete answers. Truthful answers are required. The Court may ask you follow-up questions. Complete answers to the questions contained in the questionnaire are far more helpful than incomplete answers and will help to avoid further questioning.

Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you, please write "N/A" in the space provided for the answer rather than leaving the space blank.  If you "do not understand the question," please write those words in the space for the answer.  If you need more space for your response, or wish to make further comments about any question, please use the explanation sheet at the end of the questionnaire.  If you use the explanation sheet, please make sure to indicate which numbered question you are answering.

Please return the questionnaire to the Jury Clerk and you will be further instructed on the date you will return to Court.

DATED: _____

_____
HONORABLE LEWIS KAPLAN
United States District Judge

**PRINT ALL ANSWERS**                                    Juror #_____

<u>**JUROR QUESTIONNAIRE**</u>

**FULL NAME:** _____
                        (Last)                              (First)                              (Middle)

City or County of residence and neighborhood _____Zip Code: _____

<u>**PRELIMINARY MATTERS**</u>

1. This trial is expected to last [**#**] weeks. Our best present estimate is that it should end no later than [**Month, day**]. The jury will hear evidence [**Day**] through [**Day**] each week during the weeks that evidence is being presented.  In addition, every reasonable effort will be made to accommodate the special needs of individual jurors.

   Jury service is essential to the administration of justice. Accordingly, inconvenience will not be sufficient to excuse a prospective juror. To be excused a juror must show an unacceptable amount of personal hardship. In light of these considerations, would service as a juror in this case create an unacceptable hardship for you?

   Yes ____          No ____

   If yes, please explain in detail: _____

   _____

   _____

         Whether or not you are claiming a hardship, please complete the rest of the questionnaire.

2. Do you have any medical condition that would make it difficult for you to serve as a juror?

   Yes ____          No ____

   If yes, please explain: _____

   _____

3. Do you have any problem with your hearing or vision that would prevent you from giving attention to all of the evidence at this trial?

   Yes ____          No ____

   If yes, please explain: _____

   _____

4. Do you have any difficulty in understanding, speaking, or reading English?

   Yes ____          No ____

   If yes, please explain: _____

   _____

1

## **BACKGROUND**

5.   Date of birth: _____   Sex:  ❏ Male   ❏ Female   ❏ non-Binary

6.   Your current employment status (check all that apply):

❏ Employed full-time   ❏ Employed part-time   ❏ Homemaker

❏ Self-employed   ❏ Retired for _____ year(s)   ❏ Student

❏ Disabled since 19____   ❏ Unemployed, looking for work   ❏ Other _____

7.   Current Job Title: _____   Employer: _____

a.   How long have you had this job? _____

b.   If you are no longer employed, please list your last employer and job title/description:

_____

8.   What is your current marital status?

❏ Single, never married   ❏ Currently married for _____ yrs.   ❏ Divorced

❏ Widowed for _____ yrs.   ❏ Living with partner/significant other for _____ yrs.

9.   If you are married or partnered, please provide their:

Job Title: _____   Employer: _____

10.  If you have children or stepchildren, please list (including children who do not live with you):

|   | Sex | Age | Occupation | Employer |
|---|-----|-----|------------|----------|
| 1 |     |     |            |          |
| 2 |     |     |            |          |
| 3 |     |     |            |          |
| 4 |     |     |            |          |

11.  If anyone else lives in your household, please explain their age, relationship to you, and what kind of work they do:

_____

_____

## **EDUCATION AND TRAINING**

12.  What is the <u>highest</u> level of education that you have completed? (Check one.)

❏ Grade _____   ❏ High school/GED   ❏ Technical / vocational school

❏ Some college classes   ❏ 2-year college degree   ❏ 4-year college degree

❏ Master's degree   ❏ Doctoral degree   ❏ Other _____

List all degrees (with major), certificates, licenses, or specialized training, you have:

_____

13. List any groups or organizations you belong to or strongly support. This includes civic, social justice, political, religious, school, fraternal, entertainment, union, or professional groups.

_____

_____

14. What are the main sources (e.g., stations, programs, online sites, individuals, etc.) you trust for news? (Be specific.)

_____

_____

15. Have you, a family member, or someone close to you ever had education, training, or work experience in any of the following fields?  (Check yes or no, and Circle all that apply.)

a. Law, or any legal field        ❑ Yes, Self     ❑ Yes, Other  ❑ No

b. Psychology, mental health or counseling     ❑ Yes, Self     ❑ Yes, Other  ❑ No

c. Law enforcement of any kind        ❑ Yes, Self     ❑ Yes, Other  ❑ No

d. Litigation consulting  ❑ Yes, Self     ❑ Yes, Other  ❑ No

e. Journalism or media  ❑ Yes, Self     ❑ Yes, Other  ❑ No

f. Entertainment industry (theater, film, tv)      ❑ Yes, Self     ❑ Yes, Other  ❑ No

g. Women's studies/rights        ❑ Yes, Self     ❑ Yes, Other  ❑ No

h. LGBTQ's studies/rights        ❑ Yes, Self     ❑ Yes, Other  ❑ No

i. Victim's rights        ❑ Yes, Self     ❑ Yes, Other  ❑ No

**If yes to any of the above**, please explain:

_____

_____

_____

## JURY SERVICE, LEGAL CONTACTS AND THE LAW

16. Have you or someone close to you ever worked for or applied to work for the courts or judicial system?

❑ Yes       ❑ No

**If yes**, explain:

_____

_____

17. Do you know any attorneys, judges, court staff, or others involved in the legal system?

❑ Yes     ❑ No

**If yes**, explain: _____

_____

18.  Have you or a family member ever brought a claim for money damages or sued anyone?

❑ Yes      ❑ No

**If yes**, what did the lawsuit involve? _____

Was a satisfactory result obtained?   ❑ Yes   ❑ No

19.  Have you or someone close ever considered taking legal action against someone for harassment or abuse of any kind?

❑ Yes      ❑ No

**If yes**, please explain: _____

_____

20.  Have you or anyone close to you ever had a claim filed against you/them or been sued by anyone?

❑ Yes      ❑ No

**If yes**, what did the lawsuit involve? _____

Was a satisfactory result obtained?   ❑ Yes   ❑ No

21.  Have you ever appeared in court or testified in a formal proceeding for any reason?

❑ Yes ❑ No

**If yes**, please explain the circumstances and when:

_____

_____

22.  How many times have you served on a jury?   ❑ 0   ❑ 1   ❑ 2   ❑ 3 or more

a.  Type(s) of cases (Check all that apply.): ❑ Criminal   ❑ Civil

b.  Did the jury reach a decision in every case? ❑ Yes ❑ No

c.  Were you ever the presiding juror or foreperson?   ❑ Yes ❑ No

## **ADDITIONAL QUESTIONS RELATED TO THIS CASE**

23.  Have you or someone close to you ever read, written, seen, discussed, or reported anything concerning the #MeToo movement?

❑ Yes, I have          ❑ Yes, someone close has          ❑ No

**If yes**, explain: _____

_____

24.  Have you or someone close to you ever been the victim of any kind of sexual harassment, abuse, or assault?

❑ Yes, I have          ❑ Yes, someone close has          ❑ No

**If yes**, explain: _____

_____

25. Have you or someone close to you ever been accused of any kind of sexual harassment, abuse, or assault?

❑ Yes, I have          ❑ Yes, someone close has          ❑ No

**If yes**, explain: _____

_____

26. Have you or someone close to you ever experienced severe emotional distress because of the actions of someone else?

❑ Yes, I have          ❑ Yes, someone close has          ❑ No

**If yes**, explain: _____

_____

27. Have you used Twitter, Instagram, Facebook, blogs, chat rooms, or other social networking sites to follow or discuss people in the entertainment industry?

❑ Yes          ❑ No

**If yes**, explain: _____

_____

28. Do you have a strong opinion about the current "woke culture" and/or "cancel culture" movement?

❑ Yes          ❑ No          ❑ Never heard of it before

a. If yes, would your views on "canceling" individuals or on "wokeness" affect your ability to be a fair and impartial juror in a case involving an allegation of an unwanted sexual advance and assault?

❑ Yes ❑ No

29. Have you followed any news about any court case or trial involving allegations of sexual harassment, assault, or abuse?
❑ Yes          ❑ No

a. If yes, which cases or trials have you heard or read about?

_____

b. Have your views on the subject of sexual harassment, assault, or abuse been affected in any way by the media reports of these types of trials?
❑ Yes          ❑ No
If yes, please explain: _____

_____

30. This case has been publicized in the media.  Have you followed any news about this case or allegations made regarding Mr. Kevin Spacey?

❑ Yes          ❑ No

**If yes**, explain: _____

_____

31.  Do you have any personal knowledge of this case as the judge has described it to you?

❑ Yes     ❑ No

**If yes**, explain: _____

_____

32.  If you have formed any opinion about the case, please explain: _____

_____

33.  Would you have a bias or prejudice, even in the slightest way, if one or more of the parties, attorneys, or witnesses is a member of the LGBT community?

❑ Yes       ❑ No

   **If yes**, please explain: _____

_____

34.  Does the fact that the plaintiff brought this lawsuit cause you to believe that the plaintiff is entitled to recover some compensation from the defendant?

❑ Yes ❑ No

**If yes**, please explain: _____

35.  Does the fact that defendant denies the claims cause you to believe the plaintiff is not entitled to recover some compensation from the defendant?

❑ Yes       ❑ No

        a.  If you find plaintiff has not proved his case, would you have any feelings or thoughts about not awarding him monetary damages?

            ❑ Yes       ❑ No

        b.  If you find Plaintiff has proved his case, would you have any feelings or thoughts about awarding monetary damages in accordance with the Court's instructions

            ❑ Yes       ❑ No

36.  Can you assure the judge, the parties, and the attorneys that you will not research or discuss the subject matter, parties (plaintiff and/or defendant), or anything to do with this case, for any purpose, while you are a juror in this case?

❑ Yes, definitely       ❑ No ❑ Not sure

**If no or not sure**, explain: _____

_____

37. Part of your role as a juror is to determine the facts of the case, including evaluating the credibility or believability of witnesses.  Do you believe you can determine whether a person is (or is not) credible or believable?

❑ Yes        ❑ No

**Please explain:** _____

_____

38. Do you have any life experiences, attitudes, or opinions which you believe would interfere with your ability to be a fair and impartial juror in this case?

❑ Yes   ❑ No

**If yes**, explain: _____

_____

39. If the judge gives you an instruction on the law that differs from a belief or opinion you have, can you set aside your own belief or opinion and follow the law that the judge gives to you?

❑ Yes   ❑ No

**If no**, please explain: _____

_____

40. Do you have any ethical, moral, religious, political, philosophical, or other beliefs that may prevent you from serving as a juror?

❑ Yes   ❑ No

**If yes**, please explain: _____

_____

41. Do you have any medical or physical conditions (e.g., medications, hearing, sight, back and/or other problems that would make it difficult or uncomfortable for you to serve as a juror?

❑ Yes        ❑ No

**If yes**, explain: _____

_____

42. Is there any reason why you would like to serve as a juror in this case?

❑ Yes        ❑ No

**If yes**, explain: _____

_____

43. Is there any other information you feel that the judge, attorneys, or parties should know about you, including any reason why either side (the Plaintiff or the Defendant) may not want you to serve as a juror in this case?

❏ Yes    ❏ No

**If yes**, explain: _____

_____

44.   Do you have an association with or know anything about the people or entities listed on the
attached pages (beyond recognizing the name)?

❏ Yes    ❏ No

**If yes**, please check "Yes" <u>and</u> explain in the space provided.


*I declare under penalty of perjury that all the foregoing answers set forth in this Jury Questionnaire
are true and correct to the best of my knowledge and belief.  I have not discussed my answers with
others, or received assistance in completing the questionnaire.*


_____        _____
              SIGNATURE                              DATE

Please check "Yes" if you know, or have a connection to, any of the entities or persons listed below.  Read each name carefully.

| Name | Knowledge/Connection | Explanation |
|---|---|---|
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |
| | ❑ Yes      ❑ No | |

**EXPLANATION SHEET**

(Please remember to indicate the number of the question you are responding to.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____