

March 4, 2022

**By Electronic Filing**

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
               Southern District of New York, Case No. 1:20-cv-09586 (LAK)

Dear Judge Kaplan:

    As Your Honor is aware, my office represents Defendant, Kevin Spacey Fowler, in the above referenced matter. I write pursuant to your individual rules and practice to advise the Court about the following trial scheduling conflicts:

- March 10, 2022
- March 14, 2022
- March 21-April 15, 2022
- April 21-25, 2022
- May 15-30, 2022
- June 8-13, 2022
- July 18-29, 2022
- September 8-23, 2022

    I thank the Court in advance for its consideration.

                            Respectfully submitted,

                            KELLER/ANDERLE LLP

                            Chase A. Scolnick

cc:    Peter J. Saghir
       Ben Rubinowitz
       Richard Steigman
       Rachel Jacobs
       Michael Tremonte
       Erica A. Wolff

March 4, 2022
Page 2

      Jennifer L. Keller
      Jay P. Barron