UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY RAPP and C.D.,

                    Plaintiffs,

  -against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,

                  Defendant.

Case No. 20-cv-09586 (LAK) (SDA)

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 3/7/22              │
└─────────────────────────────────┘
```

## JOINT PRETRIAL ORDER

Plaintiff Anthony Rapp ("Plaintiff" or "Mr. Rapp") and Defendant Kevin Spacey Fowler ("defendant" or " Mr. Fowler"), respectfully submit this Joint Pretrial Order pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's individual practices and procedures.

## I.    Nature of the Case

### A.    *Plaintiff's Proposed Statement Of The Case*

This is an action for personal injuries brought by the plaintiff, Anthony Rapp, who alleges that the defendant, Kevin Spacey Fowler, improperly and without consent, touched Mr. Rapp in a sexual manner, when Mr. Rapp was 14 years old. As a result, Mr. Rapp suffered psychological damages, for which he seeks an award for past and future mental and emotional suffering, as well as punitive damages.

Mr. Fowler denies Mr. Rapp's allegations and asserts they are false.  Mr. Fowler denies Mr. Rapp attended a party at Mr. Fowler's apartment and denies the 1986 apartment had a bedroom.  Mr. Fowler denies he assaulted Mr. Rapp.  Mr. Fowler requests that the jury reject Mr. Rapp's claims and find he is entitled to no damages.

**B.    *Defendant's Proposed Statement Of The Case***

Plaintiff Anthony Rapp ("Mr. Rapp") alleges Defendant Kevin Spacey Fowler ("Mr. Fowler") assaulted him in 1986 in a bedroom at Mr. Fowler's apartment during a party.  Mr. Rapp seeks  damages for the psychological injuries he claims to have suffered.

Mr. Fowler denies Mr. Rapp's allegations and asserts they are entirely false.  Mr. Rapp did not attend a party at Mr. Fowler's apartment.  Mr. Fowler's 1986 apartment did not have a bedroom.  And Mr. Fowler never assaulted Mr. Rapp.  Mr. Fowler requests that the jury reject Mr. Rapp's claims and find he is entitled to no damages.

## II.    <u>Jury/Non-Jury</u>

Plaintiff and Defendant both request the action be tried by jury.  The parties estimate that the trial will take 2 weeks or less.

## III.    <u>Stipulated Facts</u>

1.    Anthony Rapp was performing in Precious Sons, on Broadway, in 1986

2.    Kevin Spacey Fowler was performing in Long Day's Journey Into Night, on Broadway, in 1986

3.    Anthony Rapp was 14 years old in 1986

4.    Kevin Spacey was 26 years old in 1986

## IV.    <u>Exhibits</u>

### A.    *Plaintiff's Exhibits*

The following is a list of Plaintiff's Exhibits to be offered in his case-in-chief:

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---------|---------------------|----------------------|------------------------------|------------------------------|
| PX. 1 | The Advocate article (Previously marked as Exhibit 12 on 2-3-21) | Hearsay (FRE 801, 802) | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| PX. 2 | Anthony Rapp's sketch of apartment 2-3-2021 (Previously marked as Exhibit 26 on 2-3-21) | | Yes | Yes |
| PX. 3 | Excerpt from John Barrowman's book "Anything Goes" (Previously marked as Exhibit 47) | Hearsay (FRE 801, 802); authenticity/foundation (FRE 900); incomplete excerpt (FRE 106) | No | No |
| PX. 4 | Andy Holtzman sketch of office 1-7-2022 (Previously marked as Exhibit 128 on 1-7-22) | Relevance (FRE 401); Confuses the issues, undue consumption of time (FRE 403) | Yes | No |
| PX. 5 | Justin Dawes' Email to Adam Vary - Buzzfeed 10-31-2017 (Previously marked as Exhibit 143 2-10-2022) | Hearsay (FRE 801, 802); relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time (FRE 403) | Yes | No |
| PX. 6 | Kevin Spacey's Email 1 to Evan Lowenstein 10-29-2017 (Previously marked as Exhibit 166 on 1-17-22) | Confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 7 | Kevin Spacey's Email: "A dream . . ." to Evan Lowenstein 2-2-2018 (Previously marked as Exhibit 167 on 1-17-22) | | Yes | Yes |
| PX. 8 | Kevin Spacey's Email 2 to Nicola Howson & Evan Lowenstein 10-29-2017 | Confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); Rule of completeness (FRE 106) | Yes | No |
| PX. 9 | Kevin Spacey's Email 3 to Nicola Howson & Evan Lowenstein 10-29-2017 | Cumulative, confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 10 | Kevin Spacey's Email 4 to Nicola Howson & Evan Lowenstein 10-29-2017 | Cumulative, confuses the issues, unfairly prejudicial, misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 11 | Kevin Spacey's Email 5 to Nicola Howson & Evan Lowenstein 10-29-2017 | Cumulative, confuses the issues, unfairly prejudicial, and misleads the jury (FRE | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | 403); rule of completeness (FRE 106) | | |
| PX. 12 | Kevin Spacey's Email 6 to Nicola Howson & Evan Lowenstein 10-29-2017 | Cumulative, confuses the issues, unfairly prejudicial, misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 13 | Kevin Spacey's Email 7 to Staci Wolfe, Todd Rubenstein, Nicola Howson, John Houseman & Bryan Freedman 10-29-2017 | Cumulative, confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 14 | Letter from John Barrowman to Kevin Spacey | | Yes | Yes |
| PX. 15 | Staci Wolfe Forwarding Adam Vary's 10-29-17 e-mail sent to Staci Wolfe to Evan Lowenstein, Todd Rubenstein & Nicola Howson | Redaction necessary to remove unrelated allegation | Yes | Yes (with redaction) |
| PX. 16 | Kevin Spacey Twitter Statement 10-30-2017 | | Yes | Yes |
| PX. 17 | Kevin Spacey's Deposition 1-17-2022 - 1 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 18 | Kevin Spacey's Deposition 1-17-2022 - 2 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 19 | Kevin Spacey's Deposition 1-17-2022 - 3 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 20 | Kevin Spacey's Deposition 1-17-2022 - 4 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 21 | Kevin Spacey's Deposition 1-17-2022 - 5 of 17.mp4 | The deposition included objectionable, irrelevant, and | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | | |
| PX. 22 | Kevin Spacey's Deposition 1-17-2022 - 6 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 23 | Kevin Spacey's Deposition 1-17-2022 - 7 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 24 | Kevin Spacey's Deposition 1-17-2022 - 8 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 25 | Kevin Spacey's Deposition 1-17-2022 - 9 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 26 | Kevin Spacey's Deposition 1-17-2022 - 10 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 27 | Kevin Spacey's Deposition 1-17-2022 - 11 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 28 | Kevin Spacey's Deposition 1-17-2022 - 12 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 29 | Kevin Spacey's Deposition 1-17-2022 - 13 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| PX. 30 | Kevin Spacey's Deposition 1-17-2022 - 14 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 31 | Kevin Spacey's Deposition 1-17-2022 - 15 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 32 | Kevin Spacey's Deposition 1-17-2022 - 16 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 33 | Kevin Spacey's Deposition 1-17-2022 - 17 of 17.mp4 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 34 | Pictures of Anthony Rapp in Precious Sons 1986 | | Yes | Yes |
| PX. 35 | Picture of Anthony Rapp 1986 | Cumulative (FRE 403) | Yes | No |
| PX. 36 | Texts between Anthony Rapp and Christopher Denny 2017 | Hearsay (FRE 801, 802), unfairly prejudicial | Yes | No |
| PX. 37 | Texts between Anthony Rapp and Christopher Hart 10-21-2018 | Hearsay (FRE 801, 802), relevance (FRE 401), Unfairly prejudicial discussion of rumors and unrelated allegations, confuses the issues, misleads the jury (FRE 403) | Yes | No |
| PX. 38 | BuzzFeed News - Actor Anthony Rapp: Kevin Spacey Made A Sexual Advance Toward Me When I Was 14 10-29-2017 | Hearsay (FRE 801, 802), includes irrelevant and unfairly prejudicial matters that must be redacted (FRE 403) | Yes | No (without significant redactions) |
| PX. 39 | Photographs of Justin Dawes | Relevance (FRE 401); Confuses the issues, misleads the jury, undue consumption of time (FRE 403) | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---------|---------------------|------------------------|------------------------------|------------------------------|
| PX. 40 | Psychological Testing by Lisa Rocchio, Ph.D. 2-6-2021 | Hearsay (FRE 801, 802), unfairly prejudicial, undue consumption of time, misleads the jury (FRE 403) | Yes | No |
| PX. 41 | Alexander Sasha Bardey, PhD Zoom Evaluation of Anthony Rapp 3-26-2021.mp4 | Hearsay (FRE 801, 802); undue consumption of time, confuses the issues (FRE 403) | Yes | No |
| PX. 42 | Alexander Sasha Bardey, PhD Zoom Evaluation of Anthony Rapp 3-26-2021.mp4 | Hearsay (FRE 801, 802); undue consumption of time, confuses the issues (FRE 403) | Yes | No |
| PX. 43 | Robin Magid's Medical Records | Hearsay (FRE 801, 802); Foundation/authenticity (FRE 900); misleads the jury, confuses the issues, unfairly prejudicial, undue consumption of time (FRE 403); improper opinion of lay witness who is admitedly unqualified to offer expert opinion (FRE 701, 702) | No | No |
| PX. 44 | Sean Snow Deposition 8-6-2021 | *See* objections to deposition designations | Yes | No |
| PX. 45 | Justin Dawes' Deposition 12-28-2021 - 1 of 6.mp4 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); *see also* objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 46 | Justin Dawes' Deposition 12-28-2021 - 2 of 6.mp4 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| PX. 47 | Justin Dawes' Deposition 12-28-2021 - 3 of 6.mp4 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 48 | Justin Dawes' Deposition 12-28-2021 - 4 of 6.mp4 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 49 | Justin Dawes' Deposition 12-28-2021 - 5 of 6.mp4 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 50 | Justin Dawes' Deposition 12-28-2021 - 6 of 6.mp4 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 51 | Alexander Sasha Bardey, M.D. Invoice 6-8-2021 | | Yes | Yes |
| PX. 52 | Alexander Sasha Bardey, M.D. Invoice 1-24-2022 | | Yes | Yes |
| PX. 53 | Curriculum Vitae - Lisa Marie Rocchio Ph.D. | Undue consumption of time (FRE 403) | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| PX. 54 | Expert Report - Elizabeth Loftus Ph.D. 7-12-2021 | Mr. Fowler reserves the right to object to this exhibit on the following grounds: relevance (FRE 401); confuses the issues, misleads the jury, and undue consumption of time (FRE 403); hearsay (FRE 801, 802) | Yes | No |
| PX. 55 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 1 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 56 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 2 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 57 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 3 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 58 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 4 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| PX. 59 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 5 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 60 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 6 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 61 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 7 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---------|--------------------|----------------------|---------------------------|---------------------------|
| | | mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 62 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 8 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 63 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 1 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 64 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 2 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 65 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 3 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 66 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 4 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 67 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 5 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| PX. 68 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 6 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 69 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 7 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 70 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 8 of 8.mp4 | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and | Yes | No |

| Ex. No. | Document Description | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 71 | Kathe Green 1-31-2022 Deposition - 1 of 2.mpg | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). See also Defendant's objections to Plaintiff's counter-designations. | Yes | No |
| PX. 72 | Kathe Green 1-31-2022 Deposition - 2 of 2.mpg | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). See also Defendant's objections to Plaintiff's counter-designations. | Yes | No |

### B.    *Defendant's Exhibits*

The following is a list of Defendant's Exhibits to be offered in his case-in-chief:

| Exhibit No. | Document Description | Plaintiff's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| DX. 1 | Diagram of Mr. Fowler's New York Apartment in 1986 (KF 90) | Plaintiff reserves the right to object to this exhibit subject to authentication of the document itself and the measurement data therein, at the time of trial. FRE 801,802. | No | No |
| DX. 2 | Photo of Mr. Fowler's New York Apartment in 1986 (KF 91) | Plaintiff reserves the right to object to this exhibit subject to authentication at the time of trial. | No | No |
| DX. 3 | Precious Sons, A Play in Two Acts, by George Furth (KF 272) | Plaintiff reserves the right to object to this exhibit subject to relevance, cumulative, hearsay. | No | No |
| DX. 4 | Letter from John Barrowman to Mr. Fowler (KF 443) | | Yes | Yes |
| DX. 5 | Photo of Mr. Fowler's New York Apartment in 1986 (angled towards the bathroom) (KF 544) | Plaintiff reserves the right to object to this exhibit subject to authentication at the time of trial. | No | No |
| DX. 6 | Photo of Mr. Fowler's New York Apartment in 1986 (angled towards the living room) (KF 545) | Plaintiff reserves the right to object to this exhibit subject to authentication at the time of trial. | No | No |
| DX. 7 | Diagram of Mr. Fowler's New York Apartment in 1986 (KF 546) | Plaintiff reserves the right to object to this exhibit subject to authentication of the document itself and the measurement data therein, at the time of trial. FRE 801,802. | No | No |
| DX. 8 | Nov. 14, 1986 New York Apartment Lease (265 East 66th Street) (KF 570) | Plaintiff reserves the right to object to this exhibit subject to authentication, relevance, hearsay at the time of trial. | No | No |
| DX. 9 | Nov. 24, 1985 Letter to Sarah St. George from Kevin Spacey on Hotel Bristol Stationary (KF 571) | Plaintiff reserves the right to object to this exhibit subject to authentication, relevance, and hearsay at the time of trial. | No | No |
| DX. 10 | Jan. 24, 1986 Handwritten note re loans to Mr. Fowler (KF 572) | Plaintiff reserves the right to object to this exhibit subject to | No | No |

| Exhibit No. | Document Description | Plaintiff's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| | | authentication, relevance, and hearsay at the time of trial. | | |
| DX. 11 | Image of John Barrowman – 1 (KF 573) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 12 | Image of John Barrowman – 2 (KF 574) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 13 | Image of John Barrowman – 3 (KF 575) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 14 | Image of John Barrowman – 4 (KF 576) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 15 | Image of John Barrowman – 5 (KF 577) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 16 | Image of John Barrowman – 6 (KF 578) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 17 | Image of John Barrowman – 7 (KF 579) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 18 | Image of John Barrowman – 8 (KF 580) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 19 | Image of John Barrowman – 9 (KF 581) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 20 | Image of John Barrowman – 10 (KF 582) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |

| Exhibit No. | Document Description | Plaintiff's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| DX. 21 | Image of John Barrowman – 11 (KF 583) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 22 | Image of John Barrowman – 12 (KF 584) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 23 | Image of John Barrowman – 13 (KF 585) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 24 | Letter/Postcard to Kevin Spacey (addressed to 265 E. 66th Street Apartment) (KF 204) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 25 | Envelop to Kevin Spacey (addressed to 265 E. 66th Street Apartment)  (KF 205) | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| DX. 26 | Anthony Rapp and Adam Vary Text - 1 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Objection as to "In talking this over with my editors..." as hearsay. Plaintiff reserves the right to further object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 27 | Anthony Rapp and Adam Vary Text – 2 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 28 | Anthony Rapp and Adam Vary Text – 3 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 29 | Anthony Rapp and Adam Vary Text – 4 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 30 | Anthony Rapp and Adam Vary Text – 5 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |

| Exhibit No. | Document Description | Plaintiff's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| DX. 31 | Anthony Rapp and Adam Vary Text – 6 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 32 | Anthony Rapp and Adam Vary Text – 7 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | Plaintiff reserves the right to object to this exhibit subject to complete context (FRE 106), hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 33 | Excerpt from "Anything Goes" by Anthony Rapp | Plaintiff objects to this exhibit as hearsay, lack of foundation, lack of authentication | No | No |
| DX. 34 | Dr. Elizabeth Loftus's Curriculum Vitae | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 35 | Dr. Alexander Bardey's Curriculum Vitae [Marked as *Depo. Ex. 168*, marked at the Jan. 26, 2022 Deposition of Dr. Alexander Bardey] | Plaintiff reserves the right to object to this document on hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 36 | June 7, 2021 Report Re Forensic Psychiatric Evaluation of Anthony Rapp by Dr. Bardey | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 37 | Video 1 of 2 of Anthony Rapp's Evaluation over Zoom (KSF_EXPERT005085) | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 38 | Video 2 of 2 of Anthony Rapp's Evaluation over Zoom (KSF_EXPERT005086) | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 39 | Video of Feb. 3, 2021 Deposition of Anthony Rapp | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |
| DX. 40 | Text History between Anthony Rapp and Erin Quill [Marked as *Depo. Ex. 41* at the Apr. 29, 2021 Deposition of Erin Quill] | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |

| Exhibit No. | Document Description | Plaintiff's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|
| DX. 41 | Video Recording of Segments of the 1986 Production of "Precious Sons" | Plaintiff reserves the right to object to this exhibit at the time of trial on relevancy grounds. | Yes | No |
| DX. 42 | Oct. 3, 2017 E-mail chain between John Houseman and Evan Lowenstein (EL_00070) | Plaintiff reserves the right to object to this exhibit as confuses the issues, misleads the jury, and on complete context (FRE 106) grounds. | No | No |
| DX. 43 | Image of Ed Harris carrying Anthony Rapp in Precious Sons (1986) | Plaintiff reserves the right to object to this exhibit on relevancy grounds, it confuses the issues, misleads the jury, and cumulative. | Yes | No |
| DX. 44 | Anthony Rapp's Handwritten Drawing of Kevin Spacey's 1986 New York Apartment [Marked as *Depo. Ex. 26* at the Feb. 3, 2021 Deposition of Anthony Rapp] | | Yes | Yes |

## V.    General Provision, Stipulations and Objections with Respect to Exhibits:

See Chart above in Section IV.


## VI.    Plaintiff's Witness List[1]:

Plaintiff may call at trial the following witnesses:

1.    Anthony Rapp

2.    Lisa Rocchio, Ph.D.

3.    Justin Dawes (by deposition or in person)

4.    Andrew Holtzman

5.    Christopher Hart

6.    Christopher Denny

---

[1]    The attached Exhibit A includes (a) Mr. Rapp's deposition designations, (b) Mr. Fowler's objections to Mr. Rapp's designations and counter-designations, and (c) Mr. Rapp's objections to Mr. Fowler's counter-designations.

     7.     Sean Snow (by deposition or in person)

     8.     Plaintiff reserves the right to call or read in deposition testimony of Elizabeth

          Loftus, PhD (who appears on defendant's witness list)

## VII.   **Defendant's Witnesses[2]:**

Defendant may call at trial the following witnesses:

     1.     John Barrowman (by deposition)

     2.     Evan Lowenstein

     3.     Adam Rapp (by deposition or in person)

     3.     Adam Vary (by deposition)

     4.     Kevin Spacey Fowler

     5.     Dr. Alexander Bardey, MD

     6.     Elizabeth Loftus, PhD

     7.     Kathe Green (by deposition)

     8.     Michael Collins (by deposition)

     9.     Tracie Thoms (by deposition)

     10.    William Brown (if Justin Dawes is permitted to testify)

     11.    Erin Quill (by deposition or in person)

     12.    Mr. Fowler reserves the right to call Christopher Hart (who appears on Plaintiff's

     witness list) and any custodian or records capable of authenticating evidence for which

     there is an objection.

## VIII.  **Relief Sought**

---

[2]    The attached Exhibit B includes (a) Mr. Fowler's deposition designations, (b) Mr. Rapp's objections to Mr. Fowler's designations and counter-designations, and (c) Mr. Fowler's objections to Mr. Rapp's counter-designations.

Mr. Rapp seeks compensation for both past and future mental suffering and emotional and psychological injuries.  Mr. Rapp also seeks an award for punitive damages.

**IT IS ORDERED.**

Dated: ___3/7/22___

The Hon. Lewis A. Kaplan

Dated: March 4, 2022
      New York, New York

Respectfully submitted,

/s/ Peter J. Saghir

Peter J. Saghir
Gair, Gair, Conason, Rubinowitz, Bloom,
Hershenhorn, Steigman & Mackauf
80 Pine Street, 34th Floor
New York, New York 10005
Tel.: (212) 943-1090
Fax: (212) 425-513
psaghir@gairgari.com

*Counsel for Plaintiff Anthony Rapp*

Dated: March 4, 2022
      Irvine, California

Respectfully submitted,

/s/ Chase A. Scolnick

Chase A. Scolnick
Jennifer L. Keller
Jay P. Barron
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel. (949) 476-8700
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
mtremonte@shertremonte.com

*Counsel for Defendant Kevin Spacey Fowler*
*a/k/a Kevin Spacey*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2, I, Peter J. Saghir, hereby certify that on March 4, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Peter J. Saghir
Peter J. Saghir

Justin Dawes 12/28/2021

| Transcript Name | Transcript Date | Plaintiff Anthony Rapp's Initial Designations | | | | Defendant Kevin Spacey's Objections | Defendant Kevin Spacey's Counter-Designations | | | | Plaintiff Anthony Rapp's Objections to Counter Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Page Start | Line Start | Page End | Line End | | | | | | |
| Justin Dawes | 12/28/2021 | 6 | 5 | 15 | 24 | Relevance (FRE 401); confusing the issues, undue delay, wasting time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 16 | 2 | 27 | 22 | Relevance (FRE 401); confusing the issues, undue delay, wasting time, unfair prejudice, misleading the jury (FRE 403); objection of counsel not is not evidence; question calls for speculation/lack of personal knowledge (FRE 602) | | | | | |
| Justin Dawes | 12/28/2021 | 27 | 24 | 28 | 24 | Relevance (FRE 401); confusing the issues, undue delay, wasting time, unfair prejudice, misleading the jury (FRE 403); objection of counsel not is not evidence; question calls for speculation/lack of personal knowledge (FRE 602) | | | | | |
| Justin Dawes | 12/28/2021 | 29 | 3 | 29 | 4 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 29 | 15 | 29 | 16 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 30 | 7 | 30 | 13 | Relevance (FRE 401); Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 30 | 19 | 30 | 25 | Relevance (FRE 401); Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 31 | 2 | 31 | 17 | Relevance (FRE 401); confusing the issues, undue delay, wasting time (FRE 403); Lacks personal knowledge/calls for speculation (FRE 602) | | | | | |
| Justin Dawes | 12/28/2021 | 32 | 3 | 32 | 18 | Relevance (FRE 401); confusing the issues, undue delay, wasting time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 33 | 2 | 33 | 23 | Relevance (FRE 401); misleading the jury, confusing the issues, undue delay (FRE 403); impermissible vouching; hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 34 | 10 | 34 | 25 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 35 | 2 | 35 | 19 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 36 | 10 | 36 | 25 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 37 | 2 | 37 | 12 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 37 | 17 | 38 | 25 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 39 | 2 | 39 | 14 | Relevance (FRE 401); undue waste of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 39 | 18 | 43 | 25 | Relevance (FRE 401); undue waste of time (FRE 403); impermissible hearsay (FRE 801-802); vouching | | | | | |
| Justin Dawes | 12/28/2021 | 44 | 2 | 44 | 11 | Relevance (FRE 401); undue waste of time, confuses the issues, misleading the jury, unfairly prejudicial (FRE 403); impermissible vouching, disparaging counsel, and the adversarial process | | | | | |
| Justin Dawes | 12/28/2021 | 44 | 25 | 45 | 7 | | | | | | |
| Justin Dawes | 12/28/2021 | 45 | 16 | 48 | 14 | Relevance (FRE 401); undue waste of time, confuses the issues, misleading the jury, unfairly prejudicial (FRE 403); impermissible vouching, disparaging counsel, and the adversarial process; nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 49 | 9 | 49 | 18 | | | | | | |
| Justin Dawes | 12/28/2021 | 49 | 20 | 49 | 21 | | | | | | |
| Justin Dawes | 12/28/2021 | 50 | 15 | 50 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 51 | 5 | 51 | 16 | Impermissible vouching; hearsay (FRE 801-802); nonresponsive; misleading the jury, undue consumption of time, unfairly prejudicial (FRE 403); Relevance (FRE 401) | 55 | 6 | 55 | 22 | Lacks context, FRE 106 |
| Justin Dawes | 12/28/2021 | 53 | 18 | 54 | 16 | Nonresponsive; unfairly prejudicial and misleading the jury (FRE 403); disparaging counsel | | | | | |
| Justin Dawes | 12/28/2021 | 54 | 19 | 54 | 20 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 55 | 6 | 58 | 14 | Relevance (FRE 401); undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 58 | 20 | 59 | 6 | Relevance (FRE 401); undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 59 | 10 | 68 | 15 | Relevance (FRE 401); undue consumption of time, undue delay, cumulative (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 68 | 17 | 68 | 25 | Relevance (FRE 401); undue consumption of time, undue delay (FRE 403); impermissible character evidence (FRE 608) | | | | | |
| Justin Dawes | 12/28/2021 | 69 | 3 | 70 | 7 | Relevance (FRE 401); objection of counsel is not evidence | | | | | |
| Justin Dawes | 12/28/2021 | 70 | 11 | 70 | 23 | | | | | | |

Justin Dawes 12/28/2021

| Name | Date | | | | | Objections | | | | | Objections |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 12/28/2021 | | | | | | | | | | |
| Justin Dawes | 12/28/2021 | 71 | 7 | 71 | 22 | | 72 | 15 | 73 | 6 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, wasting time, lacks personal knowledge. |
| Justin Dawes | 12/28/2021 | | | | | | 74 | 6 | 74 | 13 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay, assumes facts not in evidence. |
| Justin Dawes | 12/28/2021 | | | | | | 76 | 17 | 78 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay, lacks personal knowledge. |
| Justin Dawes | 12/28/2021 | 71 | 7 | 72 | 14 | | | | | | |
| Justin Dawes | 12/28/2021 | 79 | 15 | 80 | 9 | | 80 | 10 | 80 | 20 | Relevance, probative value is substantially outweighted by a danger of wasting time, FRE 106. |
| Justin Dawes | 12/28/2021 | 81 | 5 | 82 | 21 | | 82 | 22 | 82 | 24 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106. |
| Justin Dawes | 12/28/2021 | 85 | 12 | 86 | 2 | | | | | | |
| Justin Dawes | 12/28/2021 | 87 | 8 | 87 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 88 | 22 | 91 | 11 | Relevance (FRE 401); undue consumptio of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 92 | 6 | 94 | 16 | Hearsay (FRE 801, 802); nonresponsive; vouching; misleading the jury and unfairly prejudicial (FRE 403) | 95 | 8 | 95 | 11 | Relevance, FRE 106. |
| Justin Dawes | 12/28/2021 | 95 | 14 | 98 | 21 | Hearsay (FRE 801, 802); nonresponsive; vouching; misleading the jury and unfairly prejudicial (FRE 403) | 98 | 22 | 99 | 7 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, asked and answered, lacks personal knowledge, improper lay opinion. |
| Justin Dawes | 12/28/2021 | | | | | | 99 | 11 | 99 | 19 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, asked and answered, lacks personal knowledge, improper lay opinion. |
| Justin Dawes | 12/28/2021 | | | | | | 99 | 23 | 100 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive. |
| Justin Dawes | 12/28/2021 | 100 | 3 | 100 | 8 | Relevance (FRE 401); undue consumptio of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 101 | 2 | 104 | 16 | Hearsay (FRE 801, 802); relevance (FRE 401); undue consumption of time and confuces the issues, cummulative (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 104 | 19 | 105 | 18 | Relevance (FRE 401); undue consumption of time, cummulative, confuces the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 105 | 21 | 106 | 21 | Relevance (FRE 401); undue consumption of time, cummulative, confuces the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 106 | 24 | 107 | 9 | Relevance (FRE 401); undue consumption of time, cummulative, confuces the issues, unfairly prejudical (FRE 403), nonresponsive, disparaging counsel (FRE 403) | 107 | 10 | 107 | 17 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, asked and answered, lacks personal knowledge, improper lay opinion. |
| Justin Dawes | 12/28/2021 | 108 | 3 | 109 | 24 | Relevance (FRE 401); undue consumption of time, cummulative, confuces the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 110 | 2 | 110 | 15 | Relevance (FRE 401); undue consumption of time, cummulative, confuces the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 110 | 19 | 112 | 23 | Relevance (FRE 401); undue consumption of time, cummulative, confuces the issues (FRE 403); nonresponsive | | | | | |

Justin Dawes 12/28/2021

| Name | Date | Pg | Ln | Pg | Ln | Objection | Pg | Ln | Pg | Ln | Counter-objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 12/28/2021 | 112 | 25 | 113 | 23 | Relevance (FRE 401); undue consumption of time, cummulative, confuses the issues (FRE 403); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 113 | 25 | 115 | 16 | Relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 115 | 19 | 116 | 11 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 116 | 18 | 118 | 8 | Hearsay (FRE 801, 802); nonresponsive; undue consumption of time (403) | | | | | |
| Justin Dawes | 12/28/2021 | 118 | 14 | 125 | 7 | Hearsay (FRE 801, 802); Nonresponsive; relevance (FRE 401); undue consumption of time, cummulative (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 125 | 11 | 125 | 20 | Relevance (FRE 401); cummulative, undue consumption of time (FRE 403); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 125 | 25 | 126 | | Cummulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 126 | 10 | 129 | 7 | Hearsay (FRE 801, 802); nonresponsive; cummulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 129 | 9 | 130 | 15 | Cummulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401); nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 130 | 17 | 130 | 19 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 130 | 2 | 131 | 18 | Nonresponsive; unfairly prejudicial, cummulative, undue consumption of time (FRE 403); Relevance (FRE 401); disparaging counsel and adversarial process (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 131 | 20 | 132 | 8 | Nonresponsive; unfairly prejudicial, cummulative, undue consumption of time (FRE 403); Relevance (FRE 401); disparaging counsel and adversarial process (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 132 | 20 | 133 | 22 | Nonresponsive; unfairly prejudicial, cummulative, undue consumption of time (FRE 403); Relevance (FRE 401); disparaging counsel and adversarial process (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 133 | 24 | 134 | 23 | Cummulative, undue consumption of time, confusing the issues (FRE 403); relevance (FRE 401) | 134 | 24 | 135 | 2 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, assumes facts not in evidence. |
| Justin Dawes | 12/28/2021 | 135 | 3 | 136 | 11 | Nonresponsive; cummulative, confuses the issues, undue consumptio of time (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 136 | 18 | 137 | 24 | Improper opinion testimony of lay witness (FRE 701, 702); Relevance (FRE 401); undue consumptio of time (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 138 | 2 | 138 | 11 | No question pending/nonresponsive | | | | | |
| Justin Dawes | 12/28/2021 | 138 | 20 | 139 | 2 | Nonresponsive; disparaging counsel (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudicial (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 139 | 7 | 139 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 140 | 6 | 141 | 17 | | 141 | 18 | 142 | 15 | |
| Justin Dawes | 12/28/2021 | 142 | 16 | 143 | 13 | Relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 143 | 20 | 144 | 22 | Relevance (FRE 401); undue consumption of time (FRE 403) | 145 | 6 | 145 | 12 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, calls for speculation, lacks foundation, vague. |
| Justin Dawes | 12/28/2021 | | | | | | 145 | 14 | 145 | 15 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, calls for speculation, lacks foundation, vague. |
| Justin Dawes | 12/28/2021 | 154 | 13 | 156 | 8 | Nonresponsive/no question pending; disparaging counsel (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudicial (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 157 | 25 | 158 | 20 | Relevance (FRE 401); cummulative, undue consumption of time, unfairly prejudicial (FRE 403); disparaging counsel (FRE 403) | 158 | 21 | 159 | 2 | Relevance, FRE 106. |
| Justin Dawes | 12/28/2021 | 159 | 2 | 159 | 16 | | | | | | |

Anthony Rapp v. Kevin Spacey Fowler Case No. 1:20-cv-09586 (LAK) 3 of 10

Justin Dawes 12/28/2021

| Name | Date | | | | | Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 12/28/2021 | 159 | 23 | 160 | 3 | Nonresponsive; cummulative, confuses the issues, undue consumptio of time (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 160 | 6 | 160 | 15 | | | | | | |
| Justin Dawes | 12/28/2021 | 160 | 24 | 162 | 18 | Relevance (FRE 401); hearsay (FRE 801, 802); confuses the issues, undue consumption of time, unfairly prejudical (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 162 | 22 | 163 | 21 | Hearsay (FRE 801, 802); relevance (FRE 401); undue consumption of time and confuses the issues, cummulative, misleading the jury (FRE 403); lacks personal knowledge (FRE 602) | | | | | |
| Justin Dawes | 12/28/2021 | 163 | 24 | 164 | 13 | Hearsay (FRE 801, 802); cummulative, unfairly prejudical (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 164 | 16 | 164 | 24 | | | | | | |
| Justin Dawes | 12/28/2021 | 165 | 3 | 169 | 18 | Nonresponsive; disparaging counsel and the adversarial process (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudical (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 169 | 23 | 169 | 25 | | | | | | |
| Justin Dawes | 12/28/2021 | 170 | 11 | 170 | 22 | | | | | | |
| Justin Dawes | 12/28/2021 | 170 | 25 | 172 | 7 | Nonresponsive; disparaging counsel (FRE 403); cummulative, undue consumption of time, confuses the issues, unfairly prejudical (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 172 | 11 | 172 | 14 | | | | | | |
| Justin Dawes | 12/28/2021 | 172 | 25 | 173 | 4 | | | | | | |
| Justin Dawes | 12/28/2021 | 173 | 21 | 174 | 8 | | | | | | |
| Justin Dawes | 12/28/2021 | 174 | 12 | 175 | 13 | | | | | | |
| Justin Dawes | 12/28/2021 | 175 | 16 | 175 | 17 | | | | | | |
| Justin Dawes | 12/28/2021 | 175 | 22 | 176 | 10 | Hearsay (FRE 801, 802); cummulative, unfairly prejudical (FRE 403) | 176 | 11 | 176 | 15 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, mischaracterizes testimony, calls for speculation, |
| Justin Dawes | 12/28/2021 | 176 | 19 | 177 | 18 | | | | | | |
| Justin Dawes | 12/28/2021 | 178 | 6 | 178 | 23 | | | | | | |
| Justin Dawes | 12/28/2021 | 183 | 5 | 183 | 10 | | | | | | |
| Justin Dawes | 12/28/2021 | 183 | 16 | 183 | 24 | Foundation/lack of personal knowledge/speculation (FRE 602); relevance (FRE 401); undue consumption of time, confuses the issues (FRE 403); impermissible vouching | | | | | |
| Justin Dawes | 12/28/2021 | 184 | 2 | 184 | 24 | Foundation/lack of personal knowledge/speculation (FRE 602); relevance (FRE 401); undue consumption of time, confuses the issues (FRE 403); impermissible vouching | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 2 | 185 | 8 | Vouching; undue consumption of time, unfairly prejudical (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 11 | 185 | 15 | Vouching; undue consumption of time, unfairly prejudical (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 17 | 185 | 20 | Vouching; undue consumption of time, unfairly prejudical (FRE 403); relevance (FRE 401); hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 12/28/2021 | 185 | 23 | 186 | 21 | Vouching; undue consumption of time, unfairly prejudical (FRE 403); relevance (FRE 401) | | | | | |
| Justin Dawes | 12/28/2021 | 186 | 24 | 186 | 25 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudical and confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 187 | 3 | 187 | 4 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudical and confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 12/28/2021 | 187 | 7 | 187 | 18 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudical and confuses the issues (FRE 403) | | | | | |

Justin Dawes 12/28/2021

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 12/28/2021 | 187 | 20 | 187 | 22 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403) | | | | |
| Justin Dawes | 12/28/2021 | 187 | 24 | 188 | 24 | Calls for legal conclusion; invades province of jury; vague and ambiguous; assumes facts not in evidence; improper opinion testimony (FRE 701, 702); relevance (FRE 401); unfairly prejudicial and confuses the issues (FRE 403) | | | | |
| Justin Dawes | 12/28/2021 | 189 | 2 | 189 | 2 | Relevance (FRE 401); unfairly prejudicial, cummulative, confuses the issues (FRE 403); calls for speculation regarding Mr. Fowler's state of mind/lack of personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702); hearsay (FRE 801, 802) | | | | |
| Justin Dawes | 12/28/2021 | 189 | 15 | 191 | 11 | Relevance (FRE 401); unfairly prejudicial, cummulative, confuses the issues (FRE 403) | | | | |
| Justin Dawes | 12/28/2021 | 191 | 13 | 191 | 23 | Relevance (FRE 401); unfairly prejudicial, cummulative, confuses the issues (FRE 403); calls for speculation regarding Mr. Fowler's state of mind/lack of personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702); hearsay (FRE 801, 802) | | | | |
| Justin Dawes | 12/28/2021 | 192 | 2 | 192 | 5 | Cummulative, confuses the issues, unfairly prejudicial (FRE 403); Relevance (FRE 401) | | | | |
| Justin Dawes | 12/28/2021 | 192 | 7 | 192 | 9 | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 11 | 192 | 11 | | | | | |
| Justin Dawes | 12/28/2021 | 192 | 13 | 192 | 22 | Cummulative, confuses the issues, unfairly prejudicial (FRE 403); relevance (FRE 401) | | | | |
| Justin Dawes | 12/28/2021 | 192 | 24 | 193 | 23 | Cummulative, confuses the issues, unfairly prejudicial (FRE 403); Relevance (FRE 401) | 82 | 22 | 82 | 24 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106. |
| | | | | | | | 48 | 17 | 48 | 18 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106. |
| | | | | | | | 61 | 7 | 61 | 14 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 106, mischaracterizes testimony. |

Justin Dawes 2/10/2022

| Transcript Name | Transcript Date | Plaintiff Anthony Rapp's Initial Designations | | | | Defendant Kevin Spacey's Objections | Defendant Kevin Spacey's Counter Designations | | | | Plaintiff Anthony Rapp's Objections to Counter Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Page Start | Line Start | Page End | Line End | | Page Start | Line Start | Page End | Line End | |
| Justin Dawes | 2/10/2022 | 6 | 6 | 6 | 9 | | | | | | |
| Justin Dawes | 2/10/2022 | 6 | 12 | 6 | 24 | | 7 | 2 | 7 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, asked and answered, non-responsive. |
| Justin Dawes | 2/10/2022 | | | | | | 7 | 9 | 7 | 17 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, compound, improper commentary by counsel. |
| Justin Dawes | 2/10/2022 | | | | | | 7 | 19 | 7 | 21 | Non-responsive. |
| Justin Dawes | 2/10/2022 | 7 | 22 | 8 | 1 | | | | | | |
| Justin Dawes | 2/10/2022 | 8 | 9 | 8 | 19 | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 11 | 15 | 11 | 19 | Objection to form, relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 11 | 22 | 12 | 13 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 50 | 15 | 51 | 2 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 51 | 4 | 51 | 10 | Non-responsive, relevance, probative value is substantially outweighed by a danger of unfair prejudice, wasting time, calls for speculation. |
| Justin Dawes | 2/10/2022 | | | | | | 52 | 7 | 52 | 10 | FRE 106. |
| Justin Dawes | 2/10/2022 | | | | | | 53 | 8 | 53 | 22 | FRE 106. |
| Justin Dawes | 2/10/2022 | | | | | | 54 | 5 | 54 | 9 | |
| Justin Dawes | 2/10/2022 | 9 | 6 | 9 | 18 | | 14 | 7 | 14 | 11 | |
| Justin Dawes | 2/10/2022 | | | | | | 33 | 20 | 35 | 9 | Relevance, probative value is substantially outweighed by a danger of wasting time, hearsay. |
| Justin Dawes | 2/10/2022 | 9 | 21 | 9 | 24 | | 9 | 25 | 10 | 4 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | 10 | 3 | 10 | 8 | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | 10 | 12 | 10 | 17 | | 10 | 18 | 10 | 21 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 10 | 22 | 11 | 8 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 13 | 2 | 15 | 1 | | | | | | |
| Justin Dawes | 2/10/2022 | 15 | 5 | 15 | 15 | | | | | | |
| Justin Dawes | 2/10/2022 | 16 | 4 | 17 | 11 | | | | | | |
| Justin Dawes | 2/10/2022 | 17 | 23 | 18 | 4 | | | | | | |
| Justin Dawes | 2/10/2022 | 18 | 13 | 19 | 8 | Relevance (FRE 401); Undue consumption of time (FRE 403) | 19 | 9 | 19 | 9 | |
| Justin Dawes | 2/10/2022 | 19 | 16 | 21 | 2 | | | | | | |
| Justin Dawes | 2/10/2022 | 21 | 5 | 21 | 10 | Hearsay (FRE 801, 802); vouching | | | | | |
| Justin Dawes | 2/10/2022 | 21 | 15 | 23 | 8 | Hearsay (FRE 801, 802); vouching | 23 | 9 | 24 | 5 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. |
| Justin Dawes | 2/10/2022 | 24 | 6 | 24 | 7 | | | | | | |
| Justin Dawes | 2/10/2022 | 24 | 10 | 25 | 10 | | | | | | |
| Justin Dawes | 2/10/2022 | 25 | 15 | 26 | 9 | | | | | | |

Justin Dawes 2/10/2022

| Justin Dawes | 2/10/2022 | 26 | 11 | 26 | 11 | | 26 | 19 | 26 | 21 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 2/10/2022 | | | | | | 26 | 23 | 27 | 2 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. |
| Justin Dawes | 2/10/2022 | | | | | | 27 | 5 | 27 | 20 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for hearsay. |
| Justin Dawes | 2/10/2022 | 28 | 18 | 28 | 24 | | 71 | 12 | 71 | 17 | |
| Justin Dawes | 2/10/2022 | 29 | 4 | 32 | 16 | Relevance (FRE 401); Undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 32 | 18 | 33 | 7 | | 33 | 8 | 33 | 13 | FRE 106. |
| Justin Dawes | 2/10/2022 | 33 | 9 | 33 | 19 | | 33 | 20 | 35 | 19 | Relevance, probative value is substantially outweighed by a danger of wasting time, hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 14 | 7 | 14 | 11 | |
| Justin Dawes | 2/10/2022 | 35 | 24 | 35 | 16 | | | | | | |
| Justin Dawes | 2/10/2022 | 36 | 19 | 37 | 4 | | | | | | |
| Justin Dawes | 2/10/2022 | 37 | 7 | 37 | 22 | | 37 | 23 | 37 | 25 | Objection to form, non-responsive. |
| Justin Dawes | 2/10/2022 | | | | | | 38 | 2 | 38 | 3 | Non-responsive. |
| Justin Dawes | 2/10/2022 | 38 | 24 | 39 | 5 | | | | | | |
| Justin Dawes | 2/10/2022 | 39 | 24 | 40 | 8 | | | | | | |
| Justin Dawes | 2/10/2022 | 40 | 11 | 41 | 12 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 42 | 2 | 42 | 16 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 42 | 20 | 43 | 1 | Hearsay (FRE 801, 802) | | | | | |
| Justin Dawes | 2/10/2022 | 44 | 12 | 44 | 23 | Hearsay (FRE 801, 802); Nonresponsive; unfairly prejudicial | | | | | |
| Justin Dawes | 2/10/2022 | 45 | 5 | 47 | 15 | Hearsay (FRE 801, 802); unfairly prejudicial, misleading the jury, undue consumption of time (FRE 403); vouching | | | | | |
| Justin Dawes | 2/10/2022 | 51 | 16 | 52 | 10 | Hearsay (FRE 801, 802); nonresponsive | | | | | |
| Justin Dawes | 2/10/2022 | 53 | 8 | 54 | 9 | Nonresponsive; disparaging counsel (FRE 403); unfairly prejudicial, cummulative, misleading the jury (FRE 403) | 68 | 18 | 68 | 20 | Calls for hearsay, no answer given. |
| Justin Dawes | 2/10/2022 | | | | | | 54 | 17 | 54 | 20 | No question pending, non-responsive. |
| Justin Dawes | 2/10/2022 | 54 | 21 | 54 | 10 | | | | | | |
| Justin Dawes | 2/10/2022 | 55 | 15 | 56 | 17 | | | | | | |
| Justin Dawes | 2/10/2022 | 56 | 20 | 57 | 2 | | 71 | 18 | 71 | 22 | |
| Justin Dawes | 2/10/2022 | 57 | 7 | 57 | 11 | Nonresponsive | | | | | |
| Justin Dawes | 2/10/2022 | 57 | 16 | 57 | 20 | | | | | | |
| Justin Dawes | 2/10/2022 | 57 | 22 | 58 | 20 | | | | | | |
| Justin Dawes | 2/10/2022 | 59 | 3 | 59 | 14 | | | | | | |
| Justin Dawes | 2/10/2022 | 60 | 11 | 61 | 12 | Relevance (FRE 401) | 60 | 15 | 60 | 19 | |
| Justin Dawes | 2/10/2022 | 65 | 20 | 66 | 13 | | | | | | |
| Justin Dawes | 2/10/2022 | 67 | 20 | 68 | 4 | | 68 | 5 | 68 | 22 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, non-responsive, hearsay. |
| Justin Dawes | 2/10/2022 | | | | | | 71 | 18 | 71 | 22 | |
| Justin Dawes | 2/10/2022 | 71 | 18 | 73 | 17 | Unfairly prejudicial, confuses the issues (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 73 | 22 | 74 | 6 | Relevance (FRE 401); Undue consumption of time (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 74 | 15 | 75 | 1 | | | | | | |
| Justin Dawes | 2/10/2022 | 75 | 9 | 76 | 4 | Nonresponsive; relevance (FRE 401); undue consumption of time, confuses the issues | | | | | |
| Justin Dawes | 2/10/2022 | 76 | 16 | 77 | 19 | | | | | | |
| Justin Dawes | 2/10/2022 | 78 | 6 | 78 | 16 | | | | | | |
| Justin Dawes | 2/10/2022 | 78 | 22 | 78 | 22 | | | | | | |
| Justin Dawes | 2/10/2022 | 78 | 24 | 81 | 3 | Hearsay (FRE 801, 802); unfairly prejudicial, cummulative (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 81 | 8 | 81 | 21 | Relevance (FRE 401); confuses the issues, misleading the jury (FRE 403); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 81 | 23 | 82 | 2 | Relevance (FRE 401); confuses the issues, misleading the jury (FRE 403) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 4 | 82 | 6 | Relevance (FRE 401); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 8 | 82 | 10 | Relevance (FRE 401); confusing the issues, undus consumption of time (FRE 403); leading (FRE 611) | | | | | |
| Justin Dawes | 2/10/2022 | 82 | 12 | 82 | 15 | Relevance (FRE 401); confusing the issues, undus consumption of time (FRE 403); leading (FRE 611) | | | | | |

Justin Dawes 2/10/2022

| Deponent | Date | | | | | Objections | | | | | Objections |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 2/10/2022 | 82 | 17 | 82 | 23 | Relevance (FRE 401); confusing the issues, undue consumption of time, misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 82 | 25 | 83 | 6 | Relevance (FRE 401); confusing the issues, undue consumption of time, misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 83 | 8 | 83 | 18 | Vague as to when and to whom the materials were provided; misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 83 | 20 | 84 | 20 | Vague as to when and to whom the materials were provided; misleading the jury (FRE 403) | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 85 | 3 | 85 | 5 | | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | 85 | 10 | 85 | 24 | | 86 | 4 | 86 | 22 | |
| Justin Dawes | 2/10/2022 | | | | | | 89 | 10 | 89 | 14 | |
| Justin Dawes | 2/10/2022 | | | | | | 95 | 22 | 96 | 2 | |
| Justin Dawes | 2/10/2022 | 86 | 2 | 86 | 22 | | 96 | 4 | 96 | 4 | |
| Justin Dawes | 2/10/2022 | 88 | 16 | 88 | 23 | | | | | | |
| Justin Dawes | 2/10/2022 | 91 | 9 | 91 | 12 | | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 91 | 15 | 93 | 2 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 3 | 91 | 8 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 4 | 93 | 12 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 15 | 93 | 29 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 23 | 94 | 12 | Nonresponsive/no question pending; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 94 | 13 | 95 | 3 | Nonresponsive; confuses the issues, undue consumption of time, cummulative (FRE 403) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | 8 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |
| Justin Dawes | 2/10/2022 | 95 | 8 | 95 | 13 | Leading (FRE 611); relevance (FRE 401) | 91 | 4 | 91 | 6 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not in evidence. |

Justin Dawes 2/10/2022

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not 8 in evidence. |
| Justin Dawes | 2/10/2022 | 93 | 15 | 95 | 20 | Leading (FRE 611); relevance (FRE 401) | 91 | 4 | 91 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not 6 in evidence. |
| Justin Dawes | 2/10/2022 | | | | | | 91 | 8 | 91 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, misleading the jury, wasting time, lacks foundation, argumentative, assuming facts not 8 in evidence. |
| Justin Dawes | 2/10/2022 | 96 | 17 | 97 | 2 | Leading (FRE 611); Counsel is impermissibly testifying; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time (FRE 403) | | | | |

Sean Snow 8/6/2021

| Transcript Name | Transcript Date | Page Start | Line Start | Page End | Line End | Defendant Kevin Spacey's Objections | Page Start | Line Start | Page End | Line End | Plaintiff Anthony Rapp's Objections to Counter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sean Snow | 8/6/2021 | 6 | 3 | 6 | 6 | | | | | | |
| Sean Snow | 8/6/2021 | 6 | 10 | 7 | 25 | | | | | | |
| Sean Snow | 8/6/2021 | 8 | 12 | 12 | 17 | Relevance (FRE 401); undue consumption of time (FRE 403) | 11 | 23 | 12 | 11 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, |
| Sean Snow | 8/6/2021 | 12 | 24 | 13 | 13 | | 11 | 23 | 12 | 11 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 13 | 22 | 15 | 22 | Relevance (FRE 401); undue consumption of time (FRE 403) | 11 | 23 | 12 | 11 | Relevance, probative value is substantially outweighted by a danger of unfair prejudice, |
| Sean Snow | 8/6/2021 | 15 | 25 | 17 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 18 | 6 | 21 | 12 | | 64 | 20 | 65 | 2 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | 65 | 5 | 65 | 12 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | 65 | 14 | 65 | 14 | Non-responsive, lacks personal knowledge. |
| Sean Snow | 8/6/2021 | | | | | | 65 | 16 | 65 | 19 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | 66 | 4 | 66 | 6 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | 66 | 10 | 66 | 14 | 66:10, 66:13 Relevance, probative value is |
| Sean Snow | 8/6/2021 | | | | | | 66 | 23 | 67 | 3 | 66:23-25 Objection to form, asked and |
| Sean Snow | 8/6/2021 | | | | | | 67 | 8 | 67 | 11 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | 67 | 14 | 67 | 14 | |
| Sean Snow | 8/6/2021 | | | | | | 67 | 16 | 67 | 25 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | 68 | 16 | 68 | 23 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 21 | 14 | 22 | 1 | | 22 | 3 | 22 | 14 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 22 | 15 | 22 | 23 | | 22 | 3 | 22 | 14 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 23 | 2 | 23 | 3 | | | | | | |
| Sean Snow | 8/6/2021 | 23 | 7 | 23 | 12 | | | | | | |
| Sean Snow | 8/6/2021 | 23 | 15 | 25 | 15 | | 25 | 16 | 25 | 18 | Objection, lacks foundation, calls for |
| Sean Snow | 8/6/2021 | | | | | | 25 | 22 | 25 | 23 | Objection, lacks foundation, calls for |
| Sean Snow | 8/6/2021 | 26 | 2 | 27 | 2 | | | | | | |
| Sean Snow | 8/6/2021 | 27 | 8 | 27 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 27 | 19 | 27 | 20 | | | | | | |
| Sean Snow | 8/6/2021 | 28 | 2 | 29 | 12 | | | | | | |
| Sean Snow | 8/6/2021 | 29 | 15 | 30 | 22 | | | | | | |
| Sean Snow | 8/6/2021 | 31 | 10 | 31 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 31 | 20 | 31 | 20 | | | | | | |
| Sean Snow | 8/6/2021 | 32 | 3 | 32 | 5 | | | | | | |
| Sean Snow | 8/6/2021 | 32 | 9 | 32 | 9 | | | | | | |
| Sean Snow | 8/6/2021 | 32 | 11 | 34 | | Hearsay (FRE 801, 802) | | | | | |
| Sean Snow | 8/6/2021 | 37 | 11 | 37 | 14 | | | | | | |
| Sean Snow | 8/6/2021 | 37 | 20 | 38 | 11 | | | | | | |
| Sean Snow | 8/6/2021 | 38 | 15 | 40 | 7 | | | | | | |
| Sean Snow | 8/6/2021 | 40 | 12 | 40 | 23 | | | | | | |
| Sean Snow | 8/6/2021 | 41 | 11 | 41 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 43 | 7 | 43 | 13 | Relevance (FRE 401) | | | | | |
| Sean Snow | 8/6/2021 | 45 | 2 | 47 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 47 | 19 | 47 | 20 | | | | | | |
| Sean Snow | 8/6/2021 | 47 | 22 | 47 | 25 | | | | | | |
| Sean Snow | 8/6/2021 | 48 | 2 | 48 | 15 | | | | | | |
| Sean Snow | 8/6/2021 | 48 | 3 | 49 | 24 | | 48 | 16 | 49 | 2 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 50 | 6 | 51 | 9 | | 51 | 10 | 52 | 8 | |
| Sean Snow | 8/6/2021 | | | | | | | | | | |
| Sean Snow | 8/6/2021 | 51 | 12 | 51 | 23 | | | | | | |
| Sean Snow | 8/6/2021 | 51 | 25 | 52 | 1 | | | | | | |
| Sean Snow | 8/6/2021 | 52 | 3 | 53 | 22 | | | | | | |
| Sean Snow | 8/6/2021 | 54 | 1 | 54 | 12 | | | | | | |
| Sean Snow | 8/6/2021 | | | | | | | | | | |
| Sean Snow | 8/6/2021 | 54 | 15 | 54 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 54 | 18 | 54 | 18 | | 54 | 20 | 54 | 23 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 55 | 14 | 55 | 16 | | | | | | |
| Sean Snow | 8/6/2021 | 55 | 22 | 56 | 2 | | | | | | |
| Sean Snow | 8/6/2021 | 56 | 12 | 57 | 5 | Speculation/lacks personal knowledge | | | | | |
| Sean Snow | 8/6/2021 | 57 | 19 | 57 | 23 | | 57 | 11 | 57 | 8 | |
| Sean Snow | 8/6/2021 | | | | | | 57 | 11 | 57 | 18 | |
| Sean Snow | 8/6/2021 | 58 | 1 | 58 | 18 | | | | | | |
| Sean Snow | 8/6/2021 | 62 | 13 | 62 | 15 | | 62 | 16 | 62 | 18 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | 62 | 18 | 63 | 15 | | | | | | |
| Sean Snow | 8/6/2021 | 63 | 21 | 64 | 1 | | | | | | |
| Sean Snow | 8/6/2021 | 70 | 7 | 71 | 24 | Hearsay (FRE 801, 802) | 72 | 22 | 72 | 24 | Relevance, probative value is substantially |
| Sean Snow | 8/6/2021 | | | | | | | | | | |
| Sean Snow | 8/6/2021 | | | | | | 71 | 14 | 71 | 20 | |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 1 of 46

| Deposition | | Defendant Kevin Fowler's Initial Designations | | | | | Plaintiff Anthony Rapp's Objections | Plaintiff Anthony Rapp's Initial Designations | | | | | Defendant Kevin Fowler's Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WITNESS | Date | P/NCITE | Page Start | Line Start | Page End | Line End | OBJECTION | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION |
| John Barrowman | 5/26/2021 | 5:18-6:2 | 5 | 18 | 6 | 2 | | 6:5-11 | 6 | 5 | 6 | 11 | Relevance (FRE 401); counsel's statements are not evidence; confuses the issues (FRE 403) |
| John Barrowman | 5/26/2021 | 6:12-17 | 6 | 6 | 6 | 17 | | 10:10-32 | 10 | 10 | 10 | 12 | Relevance (FRE 401); confuses the issues and undue consumption of time (FRE 403) |
| John Barrowman | 5/26/2021 | 7:3-13 | 7 | 3 | 7 | 13 | | 19:17-20:3 | 19 | 17 | 20 | 20 | Relevance (FRE 401); confuses the issues and undue consumption of time (FRE 403) |
| John Barrowman | 5/26/2021 | 7:24-8:23 | 7 | 24 | 8 | 23 | | 20:6-14 | 20 | 6 | 20 | 14 | |
| John Barrowman | 5/26/2021 | 10:13-25 | 10 | 13 | 10 | 25 | | 21:13-18 | 21 | 13 | 21 | 18 | |
| John Barrowman | 5/26/2021 | 11:5-25 | 11 | 5 | 11 | 25 | | 21:24-22:11 | 21 | 24 | 22 | 11 | |
| John Barrowman | 5/26/2021 | 12:24-14:16 | 12 | 24 | 14 | 16 | | 23:21-24:9 | 23 | 21 | 24 | 9 | Nonresponsive |
| John Barrowman | 5/26/2021 | 14:21-18:8 | 14 | 21 | 18 | 8 | | 26:4-6 | 24 | 4 | 24 | 6 | |
| John Barrowman | 5/26/2021 | 18:15-19:16 | 18 | 15 | 19 | 16 | | 28:11-13 | 28 | 11 | 28 | 13 | |
| John Barrowman | 5/26/2021 | 20:4-5 | 20 | 4 | 20 | 5 | | 28:22-29:3 | 28 | 22 | 29 | 3 | |
| John Barrowman | 5/26/2021 | 20:15-21:12 | 20 | 15 | 21 | 12 | | 29:20-22 | 29 | 20 | 29 | 22 | |
| John Barrowman | 5/26/2021 | 21:19-23 | 21 | 19 | 21 | 23 | | 31:23-32:10 | 31 | 23 | 32 | 10 | |
| John Barrowman | 5/26/2021 | 22:12-23:20 | 22 | 12 | 23 | 20 | | 33:2-8 | 33 | 2 | 33 | 8 | |
| John Barrowman | 5/26/2021 | 24:10-19 | 24 | 10 | 24 | 19 | | 33:21-34:22 | 33 | 21 | 34 | 22 | Relevance (FRE 401); confuses the issues and undue consumption of time (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 25:1-26:3 | 25 | 1 | 26 | 3 | | 40:23-41:5 | 40 | 23 | 41 | 5 | Lacks personal knowledge/speculation regarding what "everyone" believes or intended (FRE 602) |
| John Barrowman | 5/26/2021 | 27:3-28:10 | 27 | 3 | 28 | 10 | Objection is made to page 27:4-6 as to everything after the word "No." as guessing and speculation | 46:7-8 | 46 | 7 | 46 | 8 | Improper designation/nonresponsive to Mr. Fowler's designations; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time, cumulative (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 28:14-21 | 28 | 14 | 28 | 21 | | 46:12-48:15 | 46 | 12 | 48 | 15 | Improper designation/nonresponsive to Mr. Fowler's designations; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time, cumulative (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 29:4-8 | 29 | 4 | 29 | 8 | | 49:7-11 | 49 | 7 | 49 | 11 | Improper designation/nonresponsive to Mr. Fowler's designations; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time, cumulative (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 29:13-19 | 29 | 13 | 29 | 19 | | 49:21-50:6 | 49 | 21 | 50 | 6 | Improper designation/nonresponsive to Mr. Fowler's designations; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time, cumulative (FRE 403); hearsay (FRE 801, 802) |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 2 of 46

| Witness | Date | Designation | Pg | Ln | Pg | Ln | Counter-Designation | Pg | Ln | Pg | Ln | Objections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Barrowman | 5/26/2021 | 29:23-30:6 | 29 | 23 | 30 | 6 | 58:5-10 | 58 | 5 | 58 | 10 | 10 Improper designation/nonresponsive to Mr. Fowler's designations; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time, cumulative (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 30:14-31:22 | 30 | 14 | 31 | 22 | 60:21-24 | 60 | 21 | 60 | 22 | 12 |
| John Barrowman | 5/26/2021 | 35:5-40:22 | 35 | 5 | 40 | 22 | 62:10-63:12 | 62 | 10 | 63 | 10 | 5 Improper designation/nonresponsive to Mr. Fowler's designations; relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time, cumulative, undue consumption of time (FRE 403); hearsay (FRE 801, 802); lack of personal knowledge/speculation regarding Mr. Fowler's state of mind (FRE 602) |
| John Barrowman | 5/26/2021 | 41:6-42:21 | 41 | 6 | 42 | 21 | 63:20-65:5 | 63 | 20 | 65 | 21 | |
| John Barrowman | 5/26/2021 | 43:12-44:22 | 43 | 12 | 44 | 22 | 22:4-8:14 Hearsay | | | | | 12 |
| John Barrowman | 5/26/2021 | 45:12-22 | 45 | 12 | 45 | 22 | 68:16-69:4 | 68 | 16 | 69 | 4 | 4 |
| John Barrowman | 5/26/2021 | 46:1-6 | 46 | 1 | 46 | 6 | 70:4-5 | 70 | 4 | 70 | 5 | 5 Mr. Barrowman's opinion regarding what is appropriate is irrelevant (FRE 401); misleading the jury, confusing the issues (FRE 403) |
| John Barrowman | 5/26/2021 | 46:9-11 | 46 | 9 | 46 | 11 | 70:12-15 | 70 | 12 | 70 | 15 | 15 |
| John Barrowman | 5/26/2021 | 55:22-56:3 | 55 | 22 | 56 | 3 | 71:19-20 | 71 | 19 | 71 | 20 | 20 Vague and ambiguous; Calls for speculation/lack of personal knowledge (FRE 602); Hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 56:6-7 | 56 | 6 | 56 | 7 | 71:22-23 | 71 | 22 | 71 | 22 | 23 Improper designation/nonresponsive to Mr. Fowler's designation; Assumes facts; argumentative; lacks personal knowledge/speculation regarding Mr. Rapp's allegations (FRE 602); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 56:9-15 | 56 | 9 | 56 | 15 | 71:25-72:1 | 71 | 25 | 72 | 1 | 1 |
| John Barrowman | 5/26/2021 | 56:18-57:5 | 56 | 18 | 57 | 5 | 72:4-72:15 | 72 | 4 | 72 | 15 | 15 |
| John Barrowman | 5/26/2021 | 57:13-58:4 | 57 | 13 | 58 | 4 | 73:18-20 | 73 | 18 | 73 | 18 | 20 Improper designation/nonresponsive to Mr. Fowler's designation; Assumes facts; argumentative; lacks personal knowledge/speculation regarding Mr. Rapp's allegations (FRE 602); hearsay (FRE 801, 802); Cumulative, undue consumption of time (FRE 403) |
| John Barrowman | 5/26/2021 | 58:11-13 | 58 | 11 | 58 | 13 | 73:23-24 | 73 | 23 | 73 | 23 | 24 Improper designation/nonresponsive to Mr. Fowler's designation; Assumes facts; argumentative; lacks personal knowledge/speculation regarding Mr. Rapp's allegations (FRE 602); hearsay (FRE 801, 802); cumulative, undue consumption of time (FRE 403) |

| Deponent | Date | Designation | P | L | P | L | Counter-Designation | P | L | P | L | Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Barrowman | 5/27/2021 | 58:17-59:1 | 58 | 17 | 59 | 1 | 74:2-5 | 74 | 2 | 74 | 5 | 5 Improper designation/nonresponsive to Mr. Fowler's designation; Assumes facts; argumentative; lacks personal knowledge/speculation regarding Mr. Rapp's allegations (FRE 602); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 59:10-60:14 | 59 | 10 | 60 | 14 | 74:9-11 | 74 | 9 | 74 | 11 | 11 Improper designation/nonresponsive to Mr. Fowler's designation; cumulative, unfairly prejudicial, undue consumptio of time (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 60:16-17 | 60 | 16 | 60 | 17 | 74:13-15 | 74 | 13 | 74 | 15 | 15 Improper designation/nonresponsive to Mr. Fowler's designation, cumulative, unfairly prejudicial, undue consumptio of time (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 69:6-70:3 | 69 | 6 | 70 | 3 | 74:17-19 | 74 | 17 | 74 | 19 | 19 Improper designation/nonresponsive to Mr. Fowler's designation; unfairly prejudicial, cumulative, undue consumption of time (FRE 403); hearsay (FRE 801, 802) |
| John Barrowman | 5/26/2021 | 70:16-71:1 | 70 | 16 | 71 | 1 | 74:21-75:6 | 74 | 21 | 75 | 6 | 6 753.4-5 speculation/lacks personal knowledge (FRE 602); hearsay (FRE 801, 802); undue consumption of time, confuses the issues (FRE 403) |
| John Barrowman | 5/26/2021 | 71:3-10 | 71 | 3 | 71 | 10 | 75:11-25 | 75 | 11 | 75 | 25 | 25 Speculation/lacks personal knowledge (FRE 602); hearsay (FRE 801, 802); relevance (FRE 401) |
| John Barrowman | 5/26/2021 | 71:14-17 | 71 | 14 | 71 | 17 | 76:15-24 | 76 | 15 | 76 | 24 | 24 Improper designation/nonresponsive to Mr. Fowler's designation; hearsay (FRE 801, 802); cumulative, undue consumption of time (FRE 403); 76:21-24: lacks personal knowledge speculation (FRE 602) |
| John Barrowman | 5/26/2021 | 73:15-17 | 73 | 15 | 73 | 17 | 77:3-10 | 77 | 3 | 77 | 10 | 10 Speculation/lacks personal knowledge (FRE 602) |
| John Barrowman | 5/26/2021 | 85:5-11 | 85 | 5 | 85 | 11 | 77:12-13 | 77 | 12 | 77 | 13 | 13 Confuses the issues, misleads the jury, unfairly prejudicial (FRE 403) |
| John Barrowman | 5/26/2021 | 85:22-86:12 | 85 | 22 | 86 | 12 | 77:16-77:16 | 77 | 16 | 77 | 16 | 16 Confuses the issues, misleads the jury, unfairly prejudicial (FRE 403) |
| John Barrowman | 5/26/2021 | 87:4-7 | 87 | 4 | 87 | 7 | 77:21-77:21 | 77 | 21 | 77 | 21 | 21 Confuses the issues, misleads the jury, unfairly prejudicial (FRE 403) |
| John Barrowman | 5/26/2021 | | | | | | 80:22-80:25 | 80 | 22 | 80 | 25 | 25 |
| John Barrowman | 5/26/2021 | | | | | | 81:4-81:13 | 81 | 4 | 81 | 13 | 13 |
| John Barrowman | 5/26/2021 | | | | | | 81:15-81:21 | 81 | 15 | 81 | 21 | 23 Lacks personal knowledge/speculation regarding what Mr. Fowler believed or intended (FRE 602) |
| John Barrowman | 5/26/2021 | | | | | | 82:2-82:4 | 82 | 2 | 82 | 4 | 4 Vague and ambiguous |

| John Barrowman | 5/26/2021 | | | | | | | 8625-87:3 | 86 | 25 | 87 | Improper designation/nonresponsive to Mr. Fowler's designations; hearsay (FRE 3 801, 802) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Anthony Rapp vs. Kevin Spacey Fowler | Case No. 2-cv-09586*

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 5 of 46

| Deposition | | | Defendant Kevin Fowler's Initial Designations | | | | | Plaintiff Anthony Rapp's Objections | Plaintiff Anthony Rapp's Counter-Designations | | | | | Defendant Kevin Fowler's Objections to Counter-Designations |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WITNESS | Date | PIN/CITE | PIN/CITE | Page Start | Line Start | Page End | Line End | OBJECTION | PIN/CITE | Page Start | Line Start | Page End | Line End | OBJECTION |
| Michael Collins, PhD | 4/27/2021 | | 5:10-17 | 5 | 10 | 5 | 17 | | 6:20-23 | 6 | 20 | 6 | 23 | |
| Michael Collins, PhD | 4/27/2021 | | 5:20-6:5 | 5 | 20 | 6 | 5 | | 10:5-13 | 10 | 5 | 15 | 13 | |
| Michael Collins, PhD | 4/27/2021 | | 6:10-19 | 6 | 10 | 6 | 19 | | 16:17-20 | 16 | 17 | 16 | 20 | |
| Michael Collins, PhD | 4/27/2021 | | 6:24-7:7 | 6 | 24 | 7 | 7 | | 29:11-24 | 29 | 11 | 29 | 24 | |
| Michael Collins, PhD | 4/27/2021 | | 8:10-9:4 | 8 | 10 | 9 | 4 | | 30:3-31:6 | 30 | 3 | 31 | 6 | |
| Michael Collins, PhD | 4/27/2021 | | 15:22-16:16 | 15 | 22 | 16 | 16 | | 31:12-32:19 | 31 | 12 | 32 | 19 | |
| Michael Collins, PhD | 4/27/2021 | | 16:25-29:10 | 16 | 25 | 29 | 10 | | 33:6-34:6 | 33 | 6 | 34 | 6 | |
| Michael Collins, PhD | 4/27/2021 | | 31:6-11 | 31 | 6 | 31 | 11 | | 34:11-35:8 | 34 | 11 | 35 | 8 | |
| Michael Collins, PhD | 4/27/2021 | | 32:20-33:5 | 32 | 20 | 33 | 5 | | 39:23-40:12 | 39 | 23 | 40 | 12 | |
| Michael Collins, PhD | 4/27/2021 | | 35:9-12 | 35 | 9 | 35 | 12 | | 43:23-44:10 | 43 | 23 | 44 | 10 | |
| Michael Collins, PhD | 4/27/2021 | | 37:19-38:8 | 37 | 19 | 38 | 8 | | 44:17-46:2 | 44 | 17 | 46 | 2 | |
| Michael Collins, PhD | 4/27/2021 | | 38:15-39:22 | 38 | 15 | 39 | 22 | Objection to page 46:11-13 as to relevance | 50:12-17 | 50 | 12 | 50 | 17 | Relevance of Dr. Collins' treatment other patients (FRE 401); confuses the issues, and undue consumption of time (FRE 403) |
| Michael Collins, PhD | 4/27/2021 | | | | | | | | 50:20-52:11 | 50 | 20 | 52 | 11 | Relevance of Dr. Collins' treatment other patients (FRE 401); confuses the issues, and undue consumption of time (FRE 403) |
| Michael Collins, PhD | 4/27/2021 | | 41:4-43:22 | 41 | 4 | 43 | 22 | | 52:13-53:17 | 52 | 13 | 53 | 17 | Relevance of Dr. Collins' treatment other patients (FRE 401); confuses the issues, and undue consumption of time (FRE 403) |
| Michael Collins, PhD | 4/27/2021 | | 44:11-16 | 44 | 11 | 44 | 16 | | 53:21-23 | 53 | 21 | 53 | 23 | |
| Michael Collins, PhD | 4/27/2021 | | 46:4-16 | 46 | 4 | 46 | 16 | | 53:25-53:25 | 53 | 25 | 53 | 25 | |
| Michael Collins, PhD | 4/27/2021 | | 47:2-10 | 47 | 2 | 47 | 10 | | 54:2-54:12 | 54 | 2 | 54 | 12 | |
| Michael Collins, PhD | 4/27/2021 | | 47:12-49:18 | 47 | 12 | 49 | 18 | | 54:14-19 | 54 | 14 | 54 | 19 | |
| Michael Collins, PhD | 4/27/2021 | | 57:25-58:17 | 57 | 25 | 58 | 17 | | 57:9-13 | 57 | 9 | 57 | 13 | Compound |
| Michael Collins, PhD | 4/27/2021 | | 58:22-61:17 | 58 | 22 | 61 | 17 | | 57:16-18 | 57 | 16 | 57 | 18 | |
| Michael Collins, PhD | 4/27/2021 | | 62:4-19 | 62 | 4 | 62 | 19 | | 61:18-62:23 | 61 | 18 | 62 | 23 | |
| Michael Collins, PhD | 4/27/2021 | | | | | | | | 63:6-21 | 63 | 6 | 63 | 21 | Relevance (FRE 401); confuses the issues and mislead the jury (FRE 403); lack of personal knowledge/speculation (FRE 602) |
| Michael Collins, PhD | 4/27/2021 | | | | | | | | 64:2-4 | 64 | 2 | 64 | 4 | Speculation/lack of personal knowledge (FRE 602); vague and ambiguous; incomplete hypothetical |
| Michael Collins, PhD | 4/27/2021 | | | | | | | | 64:6-64:6 | 64 | 6 | 64 | 6 | Speculation/lack of personal knowledge (FRE 602); vague and ambiguous; incomplete hypothetical |
| Michael Collins, PhD | 4/27/2021 | | | | | | | | 64:9-14 | 64 | 9 | 64 | 14 | Speculation/lack of personal knowledge (FRE 602) |
| Michael Collins, PhD | 4/27/2021 | | | | | | | | 64:15-64:15 | 64 | 16 | 64 | 15 | Speculation/lack of personal knowledge (FRE 602) |

| Date | WITNESS | Def. Kevin Fowler's Initial Designations PGNOTE | Page Start | Line Start | Page End | Line End | Plaintiff Anthony Rapp's Objections — OBJECTION | Plaintiff Anthony Rapp's Counter-Designations PGNOTE | Page Start | Line Start | Page End | Line End | Def. Kevin Fowler's Objections to Counter-Designations — OBJECTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 9:17-19 | 9 | 17 | 9 | 19 | | 9:7-12 | 9 | 7 | 9 | 12 | |
| 12/16/2021 | Adam Vary | 12:5-7 | 12 | 5 | 12 | 7 | | 9:25-10:1 | 9 | 25 | 10 | 1 | |
| 12/16/2021 | Adam Vary | 39:17-40:5 | 39 | 17 | 40 | 5 | 40:6-5 Privilege, relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation. | 12:8-13:12 | 12 | 8 | 13 | 12 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 12/16/2021 | Adam Vary | 40:11-12 | 40 | 11 | 40 | 12 | 40:11-12 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 13:15-13:15 | 13 | 15 | 13 | 15 | |
| 12/16/2021 | Adam Vary | 41:12-15 | 41 | 12 | 41 | 15 | 41:12-15 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 13:17-22 | 13 | 17 | 13 | 22 | |
| 12/16/2021 | Adam Vary | 41:23-42:6 | 41 | 23 | 42 | 6 | 41:23-43:6 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 14:1-15:15 | 14 | 1 | 15 | 15 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 12/16/2021 | Adam Vary | 42:11-12 | 42 | 11 | 42 | 12 | 42:11-12 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 15:23-16:23 | 15 | 23 | 16 | 23 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 12/16/2021 | Adam Vary | 46:9-16 | 46 | 9 | 46 | 16 | 48:9-16 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 20:4-17 | 20 | 4 | 20 | 17 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 12/16/2021 | Adam Vary | 48:22-23 | 48 | 22 | 48 | 23 | 48:22-23 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 40:14-16 | 40 | 14 | 40 | 16 | |
| 12/16/2021 | Adam Vary | 48:25-49:3 | 48 | 25 | 49 | 3 | | 59:1-7 | 59 | 1 | 59 | 7 | |
| 12/16/2021 | Adam Vary | 49:6-18 | 49 | 6 | 49 | 18 | | 62:21-63:5 | 62 | 21 | 63 | 5 | |
| 12/16/2021 | Adam Vary | 49:21-50:3 | 49 | 21 | 50 | 3 | | 64:8-10 | 64 | 8 | 64 | 10 | |
| 12/16/2021 | Adam Vary | 50:8 | 50 | 8 | 50 | | | 64:16-64:16 | 64 | 16 | 64 | 16 | |
| 12/16/2021 | Adam Vary | 50:10-12 | 50 | 10 | 50 | 12 | | 71:12-15 | 71 | 12 | 71 | 15 | |
| 12/16/2021 | Adam Vary | 50:15-24 | 50 | 15 | 50 | 24 | | 73:1-16 | 73 | 14 | 73 | 16 | 73:10-72: counsel's statements are not evidence |
| 12/16/2021 | Adam Vary | 51:5-13 | 51 | 5 | 51 | 13 | 51:5-13 Privilege, relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 74:18-24 | 74 | 18 | 74 | 24 | |

| Date | Deponent | Designation | Pg | Ln | Pg | Ln | Objection | Counter | Pg | Ln | Pg | Ln |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 53:19-22 | 53 | 19 | 53 | 22 | value substantially outweighed by a danger | 76:9-13 | 76 | 9 | 76 | 13 |
| 12/16/2021 | Adam Vary | 55:1-3 | 55 | 1 | 55 | 3 | 55:1-3 Privilege, relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 76:15-18 | 76 | 15 | 76 | 18 |
| 12/16/2021 | Adam Vary | 57:20-24 | 57 | 20 | 57 | 24 | 57:20-24 Privilege, relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 77:17-78:18 | 77 | 17 | 78 | 18 |
| 12/16/2021 | Adam Vary | 58:17-25 | 58 | 17 | 58 | 25 | | 80:21-81:4 | 80 | 21 | 81 | 4 |
| 12/16/2021 | Adam Vary | 59:13-16 | 59 | 13 | 59 | 16 | | 83:10-15 | 83 | 10 | 83 | 15 |
| 12/16/2021 | Adam Vary | 62:15-20 | 62 | 15 | 62 | 20 | | 85:22-23 | 85 | 22 | 85 | 23 |
| 12/16/2021 | Adam Vary | 65:16-20 | 65 | 16 | 65 | 20 | 65:16-20 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | | | | | |
| 12/16/2021 | Adam Vary | 65:25-66:1 | 65 | 25 | 66 | 1 | Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 87:17-19 | 87 | 17 | 87 | 19 |
| 12/16/2021 | Adam Vary | 70:7-22 | 70 | 7 | 70 | 22 | 70:7-22 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 91:2-5 | 91 | 2 | 91 | 5 |
| 12/16/2021 | Adam Vary | 71:3-11 | 71 | 3 | 71 | 11 | 71:3-11 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 91:7-10 | 91 | 7 | 91 | 10 |
| 12/16/2021 | Adam Vary | 71:16-20 | 71 | 16 | 71 | 20 | 71:16-20 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 90:20-22 | 90 | 20 | 90 | 22 |
| 12/16/2021 | Adam Vary | 72:1-73:6 | 72 | 1 | 73 | 6 | 72:1-73:6 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 95:24-25 | 95 | 24 | 90 | 25 |
| 12/16/2021 | Adam Vary | 73:17-74:17 | 73 | 17 | 74 | 17 | 73:17-74:17 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 97:2-5 | 97 | 2 | 97 | 5 |
| 12/16/2021 | Adam Vary | 74:25-75:17 | 74 | 25 | 75 | 17 | 74:25-75:17 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 97:8-12 | 97 | 8 | 97 | 12 |
| 12/16/2021 | Adam Vary | 76:1-8 | 76 | 1 | 7 | 8 | 76:1-8 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 99:21-100:5 | 99 | 21 | 100 | 5 |

| Date | Deponent | Designation | Pg | Ln | Pg | Ln | Objection | Counter-Designation | Pg | Ln | Pg | Ln | Counter-Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 76:22-77:11 | 76 | 22 | 77 | 11 | Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 104:14-105:12 | 104 | 14 | 105 | 12 | |
| 12/16/2021 | Adam Vary | 89:12-90:7 | 89 | 12 | 90 | 7 | Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 105:17-25 | 105 | 17 | 105 | 25 | |
| 12/16/2021 | Adam Vary | 90:10-11 | 90 | 10 | 90 | 11 | Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 106:2-106:2 | 106 | 2 | 106 | 2 | |
| 12/16/2021 | Adam Vary | 92:20-21 | 92 | 20 | 92 | 21 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 114:25-115:2 | 114 | 25 | 115 | 2 | |
| 12/16/2021 | Adam Vary | 92:23-93:2 | 92 | 23 | 93 | 2 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 118:23-119:3 | 118 | 25 | 119 | 3 | |
| 12/16/2021 | Adam Vary | 93:4 | 93 | 4 | 93 | 4 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 126:3 | 126 | 2 | 126 | 3 | |
| 12/16/2021 | Adam Vary | 93:6-7 | 93 | 6 | 93 | 7 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 126:10-12 | 126 | 10 | 126 | 12 | |
| 12/16/2021 | Adam Vary | 93:15-16 | 93 | 15 | 93 | 16 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 128:12-16 | 128 | 12 | 128 | 12 | Lack of personal knowledge/speculation (FRE 602); calls for expert testimony (FRE 701, 702) |
| 12/16/2021 | Adam Vary | 93:19 | 93 | 19 | 93 | 19 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 128:19-21 | 128 | 19 | 128 | 19 | Lack of personal knowledge/speculation (FRE 602); calls for expert testimony (FRE 701, 702) |
| 12/16/2021 | Adam Vary | 93:21-25 | 93 | 21 | 93 | 25 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 130:5-6 | 130 | 5 | 130 | 6 | |
| 12/16/2021 | Adam Vary | 94:5-14 | 94 | 5 | 94 | 14 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 130:13-130:13 | 130 | 13 | 130 | 13 | |
| 12/16/2021 | Adam Vary | 94:19-21 | 94 | 19 | 94 | 21 | Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 130:15-17 | 130 | 15 | 130 | 17 | |
| 12/16/2021 | Adam Vary | 95:6-8 | 95 | 6 | 95 | 8 | Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 131:3-131:3 | 131 | 3 | 131 | 3 | |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 9 of 46

| Date | Witness | Designation | | | | Objection | | | | Counter | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 95:10-14 | 95 | 10 | 95 | 14 95:10-95:14 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 132 | 25 | 133 | 132:25-133:5 | 3 |
| 12/16/2021 | Adam Vary | 95:16-18 | 95 | 16 | 95 | 18 95:16-95:18 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 133 | 5 | 113 | 133:5-11 | 11 |
| 12/16/2021 | Adam Vary | 96:5-11 | 96 | 9 | 96 | 11 96:5-96:11 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 133 | 19 | 133 | 133:19-23 | 23 |
| 12/16/2021 | Adam Vary | 96:13-19 | 96 | 13 | 96 | 19 96:13-96:19 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, undue delay, wasting time. | 134 | 2 | 134 | 134:2-9 | 9 |
| 12/16/2021 | Adam Vary | 97:14-20 | 97 | 14 | 97 | 20 97:14-97:20 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 136 | 15 | 136 | 136:15-19 | 19 |
| 12/16/2021 | Adam Vary | 98:1-12 | 98 | 1 | 98 | 12 98:1-98:12 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 138 | 19 | 138 | 138:19-22 | 22 |
| 12/16/2021 | Adam Vary | 98:21-99:6 | 98 | 21 | 99 | 6 substantially outweighed by a danger of | 150 | 11 | 150 | 150:11-14 | 14 |
| 12/16/2021 | Adam Vary | 99:13-20 | 99 | 13 | 99 | 20 substantially outweighed by a danger of | 150 | 17 | 150 | 150:17-22 | 22 |
| 12/16/2021 | Adam Vary | 100:6-16 | 100 | 6 | 100 | 16 100:6-16 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 150 | 24 | 151 | 150:24-151:2 | 2 |
| 12/16/2021 | Adam Vary | 100:25-101:16 | 100 | 25 | 101 | 6 100:25-101:16 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 151 | 6 | 151 | 151:6-15 | 15 Nonresponsive |
| 12/16/2021 | Adam Vary | 105:13-16 | 105 | 13 | 105 | 16 105:13-16 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 161 | 12 | 161 | 161:12-15 | 15 |
| 12/16/2021 | Adam Vary | 113:16-22 | 113 | 16 | 113 | 22 113:16-22 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 161 | 21 | 161 | 161:21-162:8 | 8 Nonresponsive |
| 12/16/2021 | Adam Vary | 113:24-114:5 | 113 | 24 | 114 | 5 113:24-114:5 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 163 | 14 | 163 | 163:14-19 | 19 |
| 12/16/2021 | Adam Vary | 114:20-24 | 114 | 20 | 114 | 24 114:20-114:24 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 165 | 23 | 166 | 165:23-166:12 | 12 "common practices" |

166:5 Move to strike after "did" as nonresponsive; speculation (FRE 602); improper opinion testimony regarding "common practices"

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 10 of 46

| Date | Witness | Designation | Pg | Ln | Pg | Objection | Counter-Designation | Ln | Pg | Range | Count / Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 117:11-118:24 | 117 | 11 | 118 | 24 117:11-118:24 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 168:10-13 | 10 | 168 | 168:10-13 | 13 |
| 12/16/2021 | Adam Vary | 119:4-5 | 119 | 4 | 119 | 5 119:4-119:5 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | | | | | |
| 12/16/2021 | Adam Vary | 119:12-13 | 119 | 12 | 119 | 13 119:12-13 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 168:19-23 | 19 | 168 | 168:19-23 | 23 |
| 12/16/2021 | Adam Vary | 119:15-120:12 | 119 | 15 | 120 | 12 119:15-120:12 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 170:12-17 | 12 | 170 | 170:12-17 | 17 |
| 12/16/2021 | Adam Vary | 120:22-121:1 | 120 | 22 | 121 | 1 120:22-120:24 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time; 120:25-121:1 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | 172:18-24 | 18 | 172 | 172:18-24 | 24 Invades fact-finding province of jury |
| 12/16/2021 | Adam Vary | 121:8-12 | 121 | 8 | 121 | 12 121:8-121:9 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value.; 121:10-121:12 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 231:22-232:1 | 22 | 231 | 231:22-232:1 | 1 |
| 12/16/2021 | Adam Vary | 121:15-25 | 121 | 15 | 121 | 25 121:15-121:25 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 232:5-233:7 | 5 | 232 | 232:5-233:7 | 7 |
| 12/16/2021 | Adam Vary | 122:6-10 | 122 | 6 | 122 | 10 122:6-8 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative evidence. 122:9-10 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, argumentative. | 250:24-251:1 | 24 | 250 | 250:24-251:1 | 1 |
| | | | | | | | 254:8-12 | 8 | 254 | 254:8-12 | 12 |

Anthony Rapp v. Kevin Spacey Fowler | Case No. 20-cv-09586 (LAK)

| Date | Name | Cite | | | | | Objection | Cite | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 122:16-21 | 122 | 16 | 122 | 122 | 122:16-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. 122:18-21 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative. | 254:15-254:15 | 254 | 15 | 254 | 15 | 15 |
| 12/16/2021 | Adam Vary | 123:4-11 | 123 | 4 | 123 | 123 | 123:4-5 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value; 123:6-11 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 254:17-18 | 254 | 17 | 254 | 18 | 18 |
| 12/16/2021 | Adam Vary | 123:12-14 | 123 | 12 | 123 | 123 | 123:12-14 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, improper characterization, lack of foundation. | 254:21-255:9 | 254 | 21 | 255 | 9 | 9 |
| 12/16/2021 | Adam Vary | 124:8-9 | 124 | 8 | 124 | 124 | 124:8-9 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 255:14-15 | 255 | 14 | 255 | 15 | 15 |
| 12/16/2021 | Adam Vary | 124:11-13 | 124 | 11 | 124 | 124 | 124:11-13 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, improper characterization, lack of foundation. | 255:20-25 | 255 | 20 | 255 | 25 | 25, Impermissible expert testimony regarding Mr. Vary's "observation[s] across the profession." (FRE 701, 702) |
| 12/16/2021 | Adam Vary | 124:20-25 | 124 | 20 | 124 | 124 | 124:20-21 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 256:17-23 | 256 | 17 | 256 | 23 | 23, Impermissible expert testimony regarding Mr. Vary's observations across the profession. (FRE 701, 702) |
| 12/16/2021 | Adam Vary | 125:9-12 | 125 | 9 | 125 | 125 | | 257:1-4 | 257 | 1 | 257 | 4 | 4 |
| 12/16/2021 | Adam Vary | 125:17-126:1 | 125 | 17 | 125 | 126 | | 257:15-16 | 257 | 15 | 257 | 16 | 16 |
| 12/16/2021 | Adam Vary | 126:4-23 | 126 | 14 | 126 | 126 | 126:20-23 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative evidence. | 257:18-21 | 257 | 18 | 257 | 21 | 21, Impermissible expert testimony regarding Mr. Vary's observations across the profession. (FRE 701, 702) |

| Date | Name | Designation | Pg | Ln | Objection | Pg | Ln | Counter-Designation | Pg | Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 127:7-11 | 127 | 7 | 11 127:7-11 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative evidence. | 257 | 13 | 257:23-258.6 | 258 | 6 Impermissible expert testimony regarding Mr. Vary's observations across the profession (FRE 701, 702) |
| 12/16/2021 | Adam Vary | 127:13-17 | 127 | 13 | 17 127:13-17 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative evidence. | 258 | 12 | 258:12-25 | 258 | 25 |
| 12/16/2021 | Adam Vary | 128:23-24 | 128 | 23 | 24 128:23-24 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | 259 | 23 | 259:23-25 | 259 | 25 |
| 12/16/2021 | Adam Vary | 129:5-6 | 129 | 5 | 6 129:5-6 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 260 | 6 | 260:6-9 | 260 | 9 |
| 12/16/2021 | Adam Vary | 131:5-7 | 131 | 5 | 7 131:5-131:7 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 260 | 11 | 260:11-22 | 260 | 22 |
| 12/16/2021 | Adam Vary | 131:14-23 | 131 | 14 | 23 131:14-131:23 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 260 | 25 | 260:25-261.6 | 261 | 6 261:4-6 asked and answered; cumulative |
| 12/16/2021 | Adam Vary | 135:2-5 | 135 | 2 | 5 135:2-5 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 261 | 8 | 261:8-10 | 261 | 10 Asked and answered; cumulative |
| 12/16/2021 | Adam Vary | 135:22-25 | 135 | 22 | 25 135:22-25 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 261 | 12 | 261:12-262.3 | 262 | 3 262: 1-3 Asked and answered; cumulative |
| 12/16/2021 | Adam Vary | 136:1-3 | 136 | 1 | 3 136:1-3 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 262 | 6 | 262:6-10 | 262 | 10 Asked and answered; cumulative |
| 12/16/2021 | Adam Vary | 136:6-14 | 136 | 6 | 14 136:6-14 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 264 | 10 | 264:10-16 | 264 | 16 |
| 12/16/2021 | Adam Vary | 136:20-25 | 136 | 20 | 25 136:20-25 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 264 | 22 | 264:22-265.3 | 266 | 3 |
| 12/16/2021 | Adam Vary | 137:6-11 | 137 | 1 | 11 137:6-11 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 266 | 13 | 266:13-18 | 266 | 13 Speculation/lacks personal knowledge (FRE 602); best evidence |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 13 of 46

| Date | Witness | Designation | Beg Pg | Beg Ln | End Pg | End Ln | Objection to Designation | Counter-Designation | Beg Pg | Beg Ln | End Pg | End Ln | Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 137:13-18 | 137 | 13 | 137 | 18 | 137:13-18 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 266:21-25 | 266 | 21 | 266 | 25 | Speculation/lacks personal knowledge (FRE 602); best evidence |
| 12/16/2021 | Adam Vary | 137:23-24 | 137 | 23 | 137 | 24 | 137:23-24 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 267:2-3 | 267 | 2 | 267 | 3 | Relevance (FRE 401); undue consumption of time, confuses the issues (FRE 403) |
| 12/16/2021 | Adam Vary | 138:3-9 | 138 | 3 | 138 | 9 | 138:3-9 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 267:10-14 | 267 | 10 | 267 | 14 | Relevance (FRE 401); undue consumption of time, confuses the issues (FRE 403) |
| 12/16/2021 | Adam Vary | 138:10-12 | 138 | 10 | 138 | 12 | 138:10-12 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 267:16-21 | 267 | 16 | 267 | 21 | |
| 12/16/2021 | Adam Vary | 138:23-139:6 | 138 | 23 | 139 | 6 | 138:23-25 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 268:2-6 | 268 | 2 | 268 | 6 | Speculation/lacks personal knowledge (FRE 602); best evidence |
| 12/16/2021 | Adam Vary | 139:9-11 | 139 | 9 | 139 | 11 | 139:9-11 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 268:10-12 | 268 | 10 | 268 | 12 | Speculation/lacks personal knowledge (FRE 602); best evidence |
| 12/16/2021 | Adam Vary | 139:13-14 | 139 | 13 | 139 | 14 | 139:13-14 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 268:19-22 | 268 | 19 | 268 | 22 | Speculation/lacks personal knowledge (FRE 602); best evidence |
| 12/16/2021 | Adam Vary | 139:17-21 | 139 | 17 | 139 | 21 | 139:17-21 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 268:24-269:1 | 268 | 24 | 269 | 1 | Speculation/lacks personal knowledge (FRE 602); best evidence |
| 12/16/2021 | Adam Vary | 140:8-10 | 140 | 8 | 140 | 10 | 140:8-10 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | 269:3-269:3 | 269 | 3 | 269 | 3 | Speculation/lacks personal knowledge (FRE 602); best evidence |
| 12/16/2021 | Adam Vary | 140:17-18 | 140 | 17 | 140 | 18 | 140:17-18 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 269:5-8 | 269 | 5 | 269 | 8 | |
| 12/16/2021 | Adam Vary | 140:20-22 | 140 | 20 | 140 | 22 | 140:20-22 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 269:17-270:4 | 269 | 17 | 270 | 4 | 270:24- Calls for speculation (FRE 602); incomplete hypothetical |

| Date | Witness | Cite | Pg | Ln | Pg | Ln | Objection | Cite | Pg | Ln | Pg | Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 141:3-18 | 141 | 3 | 141 | 18 | 141:3-18 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time; 141:16-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | 270:8-12 | 270 | 8 | 270 | Calls for speculation (FRE 602); incomplete hypothetical 12 |
| 12/16/2021 | Adam Vary | 141:24-25 | 141 | 24 | 141 | 25 | 141:24-25 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 270:14-16 | 270 | 14 | 270 | Calls for speculation (FRE 602); incomplete hypothetical; compound 16 |
| 12/16/2021 | Adam Vary | 142:2-18 | 142 | 2 | 142 | 18 | 142:2-18 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time; 142:16-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | | | | | |
| 12/16/2021 | Adam Vary | 142:25-143:1 | 142 | 25 | 143 | 1 | 142:25-143:1 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 270:21-25 | 270 | 21 | 270 | Improper opinion testimony about general media practices (FRE 701, 702); relevance (FRE 401) 25 |
| 12/16/2021 | Adam Vary | 143:3-5 | 143 | 3 | 143 | 5 | 143:3-5 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. | | | | | |
| 12/16/2021 | Adam Vary | 143:12-13 | 143 | 12 | 143 | 13 | 143:12-13 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | | | | | |
| 12/16/2021 | Adam Vary | 143:15-18 | 143 | 15 | 143 | 18 | 143:15-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. | | | | | |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 15 of 46

| Date | Name | Line | | | | | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 143:25-144:1 | 143 | 25 | 144 | 1 | 143:25-144:1 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 144:3-5 | 14 | 43 | 144 | 5 | 143:3-144:2 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 144:13-14 | 144 | 13 | 144 | 14 | 144:13-14 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 144:16-18 | 144 | 16 | 144 | 18 | 144:16-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 145:1-2 | 145 | 1 | 145 | 2 | 145:1-2 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 146:2-3 | 146 | 2 | 146 | 3 | 146:2-3 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 146:12-13 | 146 | 12 | 146 | 13 | 146:12-13 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 147:5-8 | 147 | 5 | 147 | 8 | 147:5-8 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 147:12-13 | 147 | 12 | 147 | 13 | 147:12-13 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 16 of 46

| Date | Witness | Designation | Page | Line | Page | Line | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 147:15-18 | 147 | 15 | 147 | 18 | 147:15-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 147:25-148:1 | 147 | 25 | 148 | 1 | 147:25-148:1 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 148:3-17 | 148 | 3 | 148 | 17 | |
| 12/16/2021 | Adam Vary | 148:18-19 | 148 | 18 | 148 | 19 | |
| 12/16/2021 | Adam Vary | 148:24-149:10 | 148 | 24 | 149 | 10 | 148:24-149:10 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 149:16-19 | 149 | 18 | 149 | 19 | 149:16-19 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 149:21-150:10 | 149 | 21 | 150 | 10 | |
| 12/16/2021 | Adam Vary | 154:24-156:6 | 154 | 24 | 156 | 6 | |
| 12/16/2021 | Adam Vary | 156:19-157:1 | 156 | 19 | 157 | 1 | |
| 12/16/2021 | Adam Vary | 157:9-18 | 157 | 8 | 157 | 18 | 157:9-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 157:22-23 | 157 | 22 | 157 | 23 | 157:22-23 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 157:25-158:1 | 157 | 25 | 158 | 1 | 157:25-158:1 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 158:11-17 | 158 | 11 | 158 | 17 | 158:11-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 17 of 46

| Date | Name | Line Range | | | | | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 158:24-159:13 | 158 | 24 | 159 | 13 | 159:3-13 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 159:23-24 | 159 | 23 | 159 | 24 | 159:23-24 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 160:2-25 | 160 | 2 | 160 | 25 | |
| 12/16/2021 | Adam Vary | 161:9-10 | 161 | 9 | 161 | 10 | |
| 12/16/2021 | Adam Vary | 162:10-16 | 162 | 10 | 162 | 16 | |
| 12/16/2021 | Adam Vary | 162:20-163:8 | 162 | 20 | 163 | 8 | |
| 12/16/2021 | Adam Vary | 163:20-164:8 | 163 | 20 | 164 | 8 | 164:6-8 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 164:15-22 | 164 | 15 | 164 | 22 | 164:15-16 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value; 164:18-22 Argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 165:2-11 | 165 | 2 | 165 | 11 | |
| 12/16/2021 | Adam Vary | 166:13-16 | 166 | 13 | 166 | 16 | 166:13-16 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 166:24-25 | 166 | 24 | 166 | 25 | 166:24-25 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 167:1-12 | 167 | 1 | 167 | 12 | 167:2-9 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. 167:10-12 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 18 of 46

| Date | Witness | Designation | Pg | Ln | Pg | Ln | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 167:19-20 | 167 | 19 | 167 | 20 | 167:19-20 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 167:22-24 | 167 | 22 | 167 | 24 | 167:22-24 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 168:7-8 | 168 | 7 | 168 | 8 | 168:7-8 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 170:1-3 | 170 | 1 | 170 | 3 | 170:1-3 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 170:9-10 | 170 | 9 | 170 | 10 | 170:9-10 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 171:20-22 | 171 | 20 | 171 | 22 | 171:20-22 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 172:4-5 | 172 | 4 | 172 | 5 | 172:4-5 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 172:7-15 | 172 | 7 | 172 | 15 | |
| 12/16/2021 | Adam Vary | 172:25-174:1 | 172 | 25 | 174 | 1 | 172:25-173:23 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. 173:24-174:1 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 19 of 46

| Date | Name | Citation | Page | Line | Page | Line | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 174:6-7 | 174 | 6 | 174 | 7. | 174:6-7 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 174:9-11 | 174 | 9 | 174 | 11. | 174:9-11 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 174:17-18 | 174 | 17 | 174 | 18. | 174:17-18 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 174:20-175:4 | 174 | 20 | 175 | 4. | 174:20-175:4 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 175:23-176:10 | 175 | 23 | 176 | 10. | 175:23-176:10 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 176:17-21 | 176 | 17 | 176 | 21. | 176:17-21 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 177:3-5 | 177 | 3 | 177 | 5. | 177:3-5 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 177:7-8 | 177 | 7 | 177 | 8. | 177:7-8 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 177:16-17 | 177 | 16 | 177 | 17. | 177:16-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 177:19-22 | 177 | 19 | 177 | 22. | 177:19-22 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 20 of 46

| Date | Name | Ref | Page | Line | Page | Line | Num | Objection |
|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 178:6-7 | 178 | 6 | 178 | 7 | 7 | 178:6-7 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 178:9-12 | 178 | 9 | 178 | 12 | 12 | 178:9-12 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation, argumentative. |
| 12/16/2021 | Adam Vary | 178:20-21 | 178 | 20 | 178 | 21 | 21 | 178:20-21 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 179:13-16 | 179 | 13 | 179 | 16 | 16 | 179:13-16 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. |
| 12/16/2021 | Adam Vary | 179:19-20 | 179 | 19 | 179 | 20 | 20 | 179:19-20 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 179:22-24 | 179 | 22 | 179 | 24 | 24 | 179:22-24 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, misleading the jury, lacks foundation. |
| 12/16/2021 | Adam Vary | 180:5-6 | 180 | 5 | 180 | 6 | 6 | 180:5-6 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 180:8-10 | 180 | 8 | 180 | 10 | 10 | 180:8-10 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 180:16-17 | 180 | 16 | 180 | 17 | 17 | 180:16-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 21 of 46

| 12/16/2021 | Adam Vary | 181:5-9 | 181 | 5 | 181:5-9 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | 9 |
| 12/16/2021 | Adam Vary | 181:15-16 | 181 | 15 | 181:15-16 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 16 |
| 12/16/2021 | Adam Vary | 181:18-20 | 181 | 18 | 181:18-20 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 20 |
| 12/16/2021 | Adam Vary | 181:23-24 | 181 | 23 | 181:23-24 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 24 |
| 12/16/2021 | Adam Vary | 182:2-4 | 182 | 2 | 182:2-4 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, vague. | 4 |
| 12/16/2021 | Adam Vary | 182:11-12 | 182 | 11 | 182:11-12 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 12 |
| 12/16/2021 | Adam Vary | 182:14-18 | 182 | 14 | 182:14-18 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. | 18 |
| 12/16/2021 | Adam Vary | 182:24-25 | 182 | 24 | 182:24-25 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 25 |
| 12/16/2021 | Adam Vary | 183:2-6 | 183 | 2 | 183:2-6 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation. | 6 |
| 12/16/2021 | Adam Vary | 183:13-14 | 183 | 13 | 183:13-14 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. | 14 |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 22 of 46

| Date | Name | Cite | Pg | Ln | Pg | Ln | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 183:16-18 | 183 | 16 | 183 | 18 | Relevance, probative value substantially |
| 12/16/2021 | Adam Vary | 183:25-184:1 | 183 | 25 | 184 | 1 | refused to answer the question on the |
| 12/16/2021 | Adam Vary | 188:25-189:2 | 188 | 25 | 189 | 2 | 188:25-189:2 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 189:8-9 | 189 | 8 | 189 | 9 | 189:8-9 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 189:17-190:1 | 189 | 17 | 190 | 1 | 189:17-190:1 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 190:5-6 | 190 | 5 | 190 | 6 | 190:5-6 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 190:13-17 | 190 | 13 | 190 | 17 | 190:13-17 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 190:23-25 | 190 | 23 | 190 | 25 | 190:23-25 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 195:13-22 | 195 | 13 | 195 | 22 | 195:13-22 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 196:18-197:1 | 196 | 18 | 197 | 1 | 196:18-197:1 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 199:20-23 | 199 | 20 | 199 | 23 | 199:20-23 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 200:6-7 | 200 | 6 | 200 | 7 | 200:6-7 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

Anthony Rapp v. Kevin Spacey Fowler | Case No. 20-cv-09586 (LAK)

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 23 of 46

| Date | Witness | Reference | | Pg | Ln | Pg | Ln | Objection |
|------|---------|-----------|---|----|----|----|----|-----------|
| 12/16/2021 | Adam Vary | 200:9-11 | 11 | 200 | 9 | 200 | 11 | 200:9-11 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation, calls for speculation. |
| 12/16/2021 | Adam Vary | 200:19-20 | 20 | 200 | 19 | 200 | 20 | 200:19-20 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 200:24-201:1 | 1 | 200 | 24 | 201 | 1 | 200:24-201: Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation, calls for speculation. |
| 12/16/2021 | Adam Vary | 201:9-10 | 10 | 201 | 9 | 201 | 10 | 201:9-10 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 201:14-22 | 22 | 201 | 14 | 201 | 22 | 201:14-22 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 202:11-12 | 12 | 202 | 11 | 202 | 12 | 202:11-12 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 202:19-20 | 20 | 202 | 19 | 202 | 20 | 202:19-20 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 202:22-24 | 24 | 202 | 22 | 202 | 24 | 202:22-24 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, calls for speculation. |
| 12/16/2021 | Adam Vary | 203:6-7 | 7 | 203 | 6 | 203 | 7 | 203:6-7 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

| Date | Name | Designation | Page | Line | Page | Line | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 203:9-11 | 203 | 9 | 203 | 11 | 203:9-11 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 203:18-19 | 203 | 18 | 203 | 19 | 203:18-19 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 203:21-204:7 | 203 | 21 | 204 | 7 | 203:21-204:7 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 206:6-18 | 206 | 6 | 206 | 18 | 206:6-18 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 208:25-206:2 | 208 | 25 | 208 | 2 | 208:25-209:2 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, cumulative. |
| 12/16/2021 | Adam Vary | 206:11-13 | 209 | 11 | 209 | 13 | 209:11-13 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 209:20-21 | 209 | 20 | 209 | 21 | 209:20-21 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 209:23-210:1 | 209 | 23 | 210 | 1 | 209:23-210:1 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 210:8-9 | 201 | 8 | 201 | 9 | 210:8-9 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 213:15-214:2 | 213 | 16 | 214 | 2 | 213:15-214:2 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, calls for speculation. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 25 of 46

| Date | Witness | Reference | Page | Line | Page | Line | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 214:10-11 | 214 | 10 | 214 | 11 | 214:10-11 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 214:14-15 | 214 | 14 | 214 | 15 | 214:14-15 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation. |
| 12/16/2021 | Adam Vary | 215:1-2 | 215 | 1 | 215 | 2 | 215:1-2 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 216:6-9 | 216 | 6 | 216 | 9 | 216:6-9 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, Best Evidence Rule. |
| 12/16/2021 | Adam Vary | 216:13 | 216 | 13 | 216 | 13 | 216:13 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, Best Evidence Rule. |
| 12/16/2021 | Adam Vary | 216:18-217:2 | 216 | 18 | 217 | 2 | 216:18-217:2 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, Best Evidence Rule. |
| 12/16/2021 | Adam Vary | 217:6-9 | 217 | 6 | 217 | 9 | 217:6-9 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, Best Evidence Rule. |
| 12/16/2021 | Adam Vary | 217:11-12 | 217 | 11 | 217 | 12 | 217:11-12 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, argumentative, lacks foundation, assuming facts not in evidence. |
| 12/16/2021 | Adam Vary | 217:21-218:1 | 217 | 21 | 218 | 1 | 217:21-218:1 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 218:3-6 | 218 | 3 | 218 | 6 | 218:3-6 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 26 of 46

| Date | Name | Designation | | | | | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 218:9-12 | 218 | 9 | 218 | 12 | 218:9-12 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 218:14-19 | 218 | 14 | 218 | 19 | 218:14-19 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 219:3-5 | 219 | 3 | 219 | 5 | 219:3-5 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 219:7-8 | 219 | 7 | 219 | 8 | 219:7-8 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 219:16-18 | 219 | 16 | 219 | 18 | 219:16-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 219:19-30 | 219 | 19 | 219 | 20 | 219:19-20 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 220:2-3 | 220 | 2 | 220 | 3 | 220:2-3 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 220:5-6 | 220 | 5 | 220 | 6 | 220:5-6 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 220:13-14 | 220 | 13 | 220 | 14 | 220:13-14 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 27 of 46

| Date | Witness | Cite | | | | | Objection |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 220:15-18 | 220 | 16 | 220 | 18 | 220:15-18 Privilege value asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 220:25-221:1 | 220 | 25 | 221 | 1 | 220:25-221:1 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 221:3-4 | 221 | 3 | 221 | 4 | 221:3-4 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 221:11-12 | 221 | 11 | 221 | 12 | 221:11-12 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 241:4-18 | 241 | 4 | 241 | 18 | |
| 12/16/2021 | | 241:21-23 | 241 | 21 | 241 | 23 | |
| 12/16/2021 | Adam Vary | 250:15-23 | 250 | 15 | 250 | 23 | 250:15-23 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 273:24-274:3 | 273 | 24 | 275 | 3 | 273:24-274:3 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time. |
| 12/16/2021 | Adam Vary | 274:10-275:4 | 274 | 1 | 275 | 4 | 274:10-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value; 274:19-275:4 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, lacks foundation, Best Evidence Rule. |
| 12/16/2021 | Adam Vary | 275:8-12 | 275 | 8 | 275 | 12 | 275:8-12 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, lacks foundation, Best Evidence Rule. |

| 12/16/2021 | Adam Vary | 275:14-17 | 275 | 14 | 275 | 17 | 275:14-17 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation. |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Adam Vary | 275:25-276:1 | 275 | 25 | 276 | 1 | 275:25-276:1 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |
| 12/16/2021 | Adam Vary | 276:3-6 | 276 | 3 | 276 | 6 | 276:3-6 Privilege asserted by witness. Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, lacks foundation. |
| 12/16/2021 | Adam Vary | 276:15-17 | 276 | 15 | 276 | 17 | 276:15-17 Nonresponsive. The witness refused to answer the question on the advice of counsel asserting privilege and therefore the answer has no evidentiary value. |

| Deposition | | Defendant Kevin Fowler's Initial Designations | | | | | Plaintiff Anthony Rapp's Objections | Plaintiff Anthony Rapp's Counter-Designations | | | | | Defendant Kevin Fowler's Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | WITNESS | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION |
| 1/31/2022 | Kathe Green | 5:15-23 | 5 | 15 | 5 | 23 | | | | | | | |
| 1/31/2022 | Kathe Green | 6:3-11 | 6 | 3 | 6 | 11 | | 6:12-7:3 | 6 | 12 | 7 | 7 | 8 |
| 1/31/2022 | Kathe Green | 10:3-12 | 10 | 3 | 10 | 12 | | 7:1-20 | 7 | 11 | 7 | 20 | 20 |
| 1/31/2022 | Kathe Green | 10:24-11:7 | 10 | 24 | 11 | 7 | | 8:15-9:14 | 8 | 15 | 9 | 9 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 1/31/2022 | Kathe Green | 13:6-11 | 13 | 6 | 13 | 11 | | 9:25-10:3 | 9 | 25 | 10 | 10 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 1/31/2022 | Kathe Green | 14:9-10 | 14 | 9 | 14 | 10 | | 10:13-10:23 | 10 | 13 | 10 | 11 | |
| 1/31/2022 | Kathe Green | 15:1-13 | 15 | 1 | 15 | 13 | | 11:8-9 | 11 | 8 | 11 | 8 | |
| 1/31/2022 | Kathe Green | 16:1-8 | 16 | 1 | 16 | 8 | | 11:17-12:25 | 11 | 17 | 12 | 14 | |
| 1/31/2022 | Kathe Green | 26:8-27:8 | 26 | 8 | 27 | 8 | | 14:12-14 | 14 | 11 | 14 | 14 | |
| 1/31/2022 | Kathe Green | 27:17-28:20 | 27 | 17 | 28 | 20 | | 15:14-17 | 15 | 14 | 15 | 15 | |
| 1/31/2022 | Kathe Green | 33:25-34:8 | 33 | 25 | 34 | 8 | | 15:02-16:7 | 15 | 22 | 16 | 16 | |
| 1/31/2022 | Kathe Green | 34:14-18 | 34 | 14 | 34 | 18 | | 16:18-23 | 16 | 18 | 16 | 15 | |
| 1/31/2022 | Kathe Green | 34:20-35:15 | 34 | 20 | 35 | 15 | | 17:5-14 | 17 | 5 | 17 | 17 | |
| 1/31/2022 | Kathe Green | 40:6-13 | 40 | 6 | 40 | 13 | | 18:21-19:8 | 18 | 21 | 19 | 19 | |
| 1/31/2022 | Kathe Green | 41:9-11 | 41 | 9 | 41 | 11 | | 19:14-19:24 | 19 | 14 | 19 | 19 | |
| 1/31/2022 | Kathe Green | 41:13-20 | 41 | 13 | 41 | 20 | | 19:15-22 | 19 | 14 | 19 | 21 | |
| 1/31/2022 | Kathe Green | 42:6-11 | 42 | 6 | 42 | 11 | 42:6-11 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time, vague as to time she saw the door. | | | | | | |
| 1/31/2022 | Kathe Green | 44:10-45:6 | 44 | 10 | 45 | 6 | 44:10-45:6 Lacks foundation, speculation, no personal knowledge, relies on hearsay, improper lay opinion, relevance, probative value substantially outweighed by a danger of misleading the jury, unfair prejudice, confusing the issues, undue delay, wasting time. | 22:9-13 | 22 | 9 | 22 | 13 | 23 Relevance (FRE 401); 103-8: Counsel's comments are not in evidence |
| 1/31/2022 | Kathe Green | 45:20-25 | 45 | 20 | 45 | 25 | 45:20-25 Objection to everything after "no," as non-responsive. | | | | | | |
| 1/31/2022 | Kathe Green | 46:3-7 | 46 | 3 | 46 | 7 | 46:3-7 Objection as non-responsive. | | | | | | |
| 1/31/2022 | Kathe Green | 46:9 | 46 | 9 | 46 | 9 | 46:9 Objection as non-responsive. | | | | | | |
| 1/31/2022 | Kathe Green | 50:9-25 | 50 | 9 | 50 | 25 | | | | | | | |
| 1/31/2022 | Kathe Green | 52:15-53:9 | 52 | 15 | 53 | 9 | 52:15-53:9 Lacks foundation, calls for speculation. | | | | | | |
| 1/31/2022 | Kathe Green | 54:8-11 | 54 | 8 | 54 | 11 | | | | | | | |
| 1/31/2022 | Kathe Green | 54:14-15 | 54 | 14 | 54 | 15 | | | | | | | |
| 1/31/2022 | Kathe Green | 55:22-56:18 | 55 | 22 | 56 | 18 | | | | | | | |
| 1/31/2022 | Kathe Green | 56:25-57:18 | 56 | 25 | 57 | 18 | | | | | | | |
| 1/31/2022 | Kathe Green | 57:25-58:12 | 57 | 25 | 58 | 12 | 57:25-58:12 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting time. | 28:14-23 | 28 | 14 | 29 | 29 | |
| 1/31/2022 | Kathe Green | 61:9-15 | 61 | 9 | 61 | 15 | | 4:12-3 | 41 | 2 | 41 | 41 | 3 |
| 1/31/2022 | Kathe Green | 63:5-11 | 63 | 5 | 63 | 11 | | 41:6-8 | 41 | 6 | 41 | 41 | 8 |
| 1/31/2022 | Kathe Green | 66:15-67:24 | 66 | 15 | 67 | 24 | 66:15-67:24 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting lines, prejudicial, lacks probative value as it was before the time the defendant Spacey rented the apartment. | 41:12-17 | 41 | 12 | 41 | 41 | 17 |
| 1/31/2022 | Kathe Green | 68:2-70:10 | 68 | 2 | 70 | 10 | | 41:19-23 | 41 | 19 | 41 | 41 | 23 |
| 1/31/2022 | Kathe Green | 73:13-18 | 73 | 13 | 73 | 18 | | 47:24-48:12 | 47 | 24 | 48 | 48 | 12 |
| 1/31/2022 | Kathe Green | 74:15-17 | 74 | 15 | 74 | 17 | | 48:14-49:6 | 48 | 14 | 49 | 49 | 6 |
| 1/31/2022 | Kathe Green | 74:21-75:4 | 74 | 21 | 75 | 4 | | 49:21-50:2 | 49 | 21 | 50 | 50 | 2 |
| 1/31/2022 | Kathe Green | 75:6-23 | 75 | 6 | 75 | 23 | | 50:16-22 | 50 | 16 | 50 | 51 | 22 |
| 1/31/2022 | Kathe Green | 76:4-6 | 76 | 4 | 76 | 6 | | 51:1-3 | 51 | 1 | 51 | 51 | 9 |
| 1/31/2022 | Kathe Green | 76:8-77:3 | 76 | 8 | 77 | 3 | | 51:7-9 | 51 | 7 | 51 | 51 | 9 |
| 1/31/2022 | Kathe Green | 77:22-78:8 | 77 | 22 | 78 | 8 | | 53:10-22 | 53 | 10 | 53 | 53 | 22 |
| 1/31/2022 | Kathe Green | 78:11-21 | 78 | 11 | 78 | 21 | 78:11-21 Objection to everything after "I don't know," as calling for speculation and guessing. | 54:2-7 | 54 | 2 | 54 | 54 | 7 |
| 1/31/2022 | Kathe Green | 90:15-18 | 90 | 15 | 90 | 18 | | 54:12-34 | 54 | 12 | 54 | 54 | 14 |
| 1/31/2022 | Kathe Green | 91:23-92:11 | 91 | 23 | 92 | 11 | 91:23-92:11 Relevance, probative value substantially outweighed by a danger of confusing the issues, undue delay, wasting lines, prejudicial, lacks probative value as it was before the time the defendant Spacey rented the apartment. | 54:20-55:35 | 55 | 20 | 55 | 55 | 21 |
| 1/31/2022 | Kathe Green | 92:18-93:1 | 92 | 18 | 93 | 1 | 92:18-93:1 Objection to form, leading. | 59:7-18 | 59 | 7 | 59 | 59 | 16 |

| Date | Witness | Designation | Objection | Counter/Cite | Objection / Notes |
|---|---|---|---|---|---|
| 1/31/2022 | Kathe Green | 93:4-5 | 93:4-5 Objection to form, leading. | 60:2-8 | |
| 1/31/2022 | Kathe Green | 93:9-12 | 93:13-21 Objection to form, leading. | 60:16-61:22 | (821-2) Vouching; Relevance (FRE 401) |
| 1/31/2022 | Kathe Green | 94:2-5 | 94:2-5 Objection to form, leading. | 62:13-24 | |
| 1/31/2022 | Kathe Green | 94:8-9 | 94:8-9 Non-responsive. | 63:5-20 | |
| 1/31/2022 | Kathe Green | 94:18-21 | 94:18-21 Leading, asked and answered, cumulative. | 63:24-64:10 | |
| 1/31/2022 | Kathe Green | 95:15-22 | 95:15-21 Objection to form, leading. | 65:14-67 | |
| 1/31/2022 | Kathe Green | 97:4-5 | 97:4-5 Objection to form, leading. | 67:25-68:8 | |
| 1/31/2022 | Kathe Green | 97:7-10 | 97:7-10 Objection to form, leading. | 68:15-23 | |
| 1/31/2022 | Kathe Green | 97:13-15 | 97:13-15 Objection to form, leading. | 70:1-13 | 70:11-13; Argumentative |
| 1/31/2022 | Kathe Green | 97:18-20 | 97:18-20 Argumentative. | 71:6-13 | 70:11-13; Vouching |
| 1/31/2022 | Kathe Green | 98:1-4 | 98:1-4 Objection to form, leading. | 71:15-22 | |
| 1/31/2022 | Kathe Green | 100:15-18 | 100:15-18 Objection to form, leading; vague as to time. | 71:25-72:13 | |
| 1/31/2022 | Kathe Green | 100:22-25 | 100:22-25 Objection to form, leading; lacks foundation, calls for speculation. | 72:15-17 | 17 Vague |
| 1/31/2022 | Kathe Green | 101:3-10 | 101:3-4 Lacks foundation, calls for speculation; 101:5-7, 101:8-10 Objection to form, leading. | 72:19 | 19 |
| 1/31/2022 | Kathe Green | 101:12 | | 72:23-24 | 24 |
| 1/31/2022 | Kathe Green | 101:14 | | 73:3-12 | 12 |
| 1/31/2022 | Kathe Green | 101:17-24 | 101:17-20, 22-23 Objection to form, leading, lacks foundation, calls for speculation, nonresponsive; 101:24 Lacks foundation, calls for speculation, lacks personal knowledge. | 73:19-22 | 22 Argumentative |
| 1/31/2022 | Kathe Green | 102:2-3 | 101:3-4 Lacks foundation, calls for speculation, nonresponsive, asked and answered; probative value substantially outweighed by a danger of wasting time. | 77:4-6 | 6 Argumentative |
| 1/31/2022 | Kathe Green | 102:6 | 102:6 Lacks foundation, calls for speculation, nonresponsive, asked and answered; probative value substantially outweighed by a danger of wasting time. | 77:11 | 11 |
| 1/31/2022 | Kathe Green | | | 77:15-21 | 77:21; Relevance (FRE 401); counsel's statements are not evidence |
| 1/31/2022 | Kathe Green | | | 78:22-24 | |
| 1/31/2022 | Kathe Green | | | 79:6-10 | Asked and answered |
| 1/31/2022 | Kathe Green | | | 79:17-22 | 79:20-24; Vague and ambiguous |
| 1/31/2022 | Kathe Green | | | 80:14-16 | |
| 1/31/2022 | Kathe Green | | | 80:18-81:3 | |
| 1/31/2022 | Kathe Green | | | 82:7-89:10 / 89:15-18 | Relevance (FRE 401); unfair assumption of facts (FRE 403); Hearsay (FRE 801, 802) |
| 1/31/2022 | Kathe Green | | | 83:6-11 | Foundation/lacks personal knowledge (FRE 602) |
| 1/31/2022 | Kathe Green | | | 83:21-22 | Relevance (FRE 401); cumulative |
| 1/31/2022 | Kathe Green | | | 84:1-4 | Relevance (FRE 401) |
| 1/31/2022 | Kathe Green | | | 87:5-7 | Relevance (FRE 401) |
| 1/31/2022 | Kathe Green | | | 88:7-89:10 / 89:15-18 | |
| 1/31/2022 | Kathe Green | | | 88:22 | Asked and answered |
| 1/31/2022 | Kathe Green | | | 88:24-90:6 / 90:10 | Asked and answered; cumulative (FRE 403) |
| 1/31/2022 | Kathe Green | | | 91:5-22 | |
| 1/31/2022 | Kathe Green | | | 93:13-15 | |
| 1/31/2022 | Kathe Green | | | 93:18 | |
| 1/31/2022 | Kathe Green | | | 94:22-25 | Foundation/lacks personal knowledge (FRE 602) |
| 1/31/2022 | Kathe Green | | | 95:23-96:10 | |
| 1/31/2022 | Kathe Green | | | 96:12-18 | |
| 1/31/2022 | Kathe Green | | | 96:21 | |
| 1/31/2022 | Kathe Green | | | 97:21-23 | |

97.25    97    15    97    25

Kathe Green

1/31/2022

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 32 of 46

| Deposition | | Defendant Kevin Fowler's Initial Designations | | | | | Plaintiff Anthony Rapp's Objections | Plaintiff Anthony Rapp's Counter-Designations | | | | | Defendant Kevin Fowler's Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | WITNESS | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION |
| 1/5/2022 | Tracie Thoms | 5:18-23 | 5 | 18 | 5 | 23 | | | | | | | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 1/5/2022 | Tracie Thoms | 6:9-12 | 6 | 9 | 6 | 12 | | 9:23-11:7 | 9 | 23 | 11 | 7 | Relevance (FRE 401); undue consumption of time (FRE 403) |
| 1/5/2022 | Tracie Thoms | 6:15-19 | 6 | 15 | 6 | 19 | | 12:5-19 | 12 | 5 | 12 | 19 | |
| 1/5/2022 | Tracie Thoms | 7:2-12 | 7 | 2 | 7 | 12 | | 13:14-19 | 13 | 14 | 13 | 19 | |
| 1/5/2022 | Tracie Thoms | 7:17-21 | 7 | 17 | 7 | 21 | 7:17-21 Mischaracterizes the testimony, calls for hearsay. | 14:13-24 | 14 | 13 | 14 | 24 | Hearsay (FRE 801; 802) |
| 1/5/2022 | Tracie Thoms | 7:24-8:19 | 7 | 24 | 8 | 19 | | 26:20-22 | 26 | 20 | 26 | 22 | |
| 1/5/2022 | Tracie Thoms | 9:14-16 | 9 | 14 | 9 | 9 | 9:14-16 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 26:25-28:15 | 26 | 25 | 28 | 15 | |
| 1/5/2022 | Tracie Thoms | 9:21 | 9 | 21 | 9 | 21 | 9:21 lacks personal knowledge. | 28:25-29:9 | 28 | 25 | 29 | 9 | |
| 1/5/2022 | Tracie Thoms | 13:4-13 | 13 | 4 | 13 | 13 | | 31:17-23 | 31 | 17 | 31 | 23 | |
| 1/5/2022 | Tracie Thoms | 13:20-23 | 13 | 20 | 13 | 23 | | 36:2-14 | 36 | 2 | 36 | 14 | |
| 1/5/2022 | Tracie Thoms | 14:5-12 | 14 | 5 | 14 | 12 | | 38:9-16 | 38 | 9 | 38 | 16 | |
| 1/5/2022 | Tracie Thoms | 18:17-19:5 | 18 | 17 | 19 | 5 | 18:17-19:5 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | | | | | | |
| 1/5/2022 | Tracie Thoms | 26:14-19 | 26 | 14 | 26 | 19 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 28:16-24 | 28 | 16 | 28 | 24 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 29:13-30:3 | 29 | 13 | 30 | 3 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 30:6-10 | 30 | 6 | 30 | 10 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 30:12-15 | 30 | 12 | 30 | 15 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 30:21-31:13 | 30 | 21 | 31 | 13 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 31:24-32:5 | 31 | 24 | 32 | 5 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 33:4-7 | 33 | 4 | 33 | 7 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 33:10 | 33 | 10 | 33 | 10 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 38:17-21 | 38 | 17 | 38 | 21 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 39:19-40:7 | 39 | 19 | 40 | 7 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 42:20-25 | 42 | 20 | 42 | 25 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 43:2-44:7 | 43 | 2 | 44 | 7 | | | | | | | |
| 1/5/2022 | Tracie Thoms | 47:5-22 | 47 | 5 | 47 | 22 | 47:5-22 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | | | | | | |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 33 of 46

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/5/2022 | Tracie Thoms | 48:7-17 | 48 | 7 | 48 | 17 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | |
| 1/5/2022 | Tracie Thoms | 48:23-49:16 | 48 | 23 | 49 | 16 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | |
| 1/5/2022 | Tracie Thoms | 49:25 | 49 | 25 | 49 | 25 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | |
| 1/5/2022 | Tracie Thoms | 50:5-16 | 50 | 5 | 50 | 16 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | |
| 1/5/2022 | Tracie Thoms | 50:19-24 | 50 | 19 | 50 | 24 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | |
| 1/5/2022 | Tracie Thoms | 51:5-10 | 51 | 5 | 51 | 10 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. | |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 34 of 46

| Date | Name | Cite | | | | | Objection |
|---|---|---|---|---|---|---|---|
| 1/5/2022 | Tracie Thoms | 51:14 | 51 | 14 | 51 | 14 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 51:16-20 | 51 | 16 | 51 | 20 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 52:2 | 52 | 2 | 52 | 2 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 52:4-5 | 52 | 4 | 52 | 5 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 52:10 | 52 | 10 | 52 | 10 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 52:12-18 | 52 | 12 | 52 | 18 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 35 of 46

| Date | Witness | Range | | | | | Objection |
|---|---|---|---|---|---|---|---|
| 1/5/2022 | Tracie Thoms | 52:23 | 52 | 23 | 52 | 23 | 52:23 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 52:25-53:3 | 52 | 25 | 53 | 3 | 52:25-53:3 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 53:13-54:3 | 53 | 13 | 54 | 3 | 53:13-54:3 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 54:7 | 54 | 7 | 54 | 7 | 54:7 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 54:9-14 | 54 | 9 | 54 | 14 | 54:9-14 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, calls for expert testimony, lacks foundation, vague, calls for speculation. |
| 1/5/2022 | Tracie Thoms | 56:5-10 | 56 | 5 | 56 | 10 | |
| 1/5/2022 | Tracie Thoms | 56:22-57:12 | 56 | 22 | 57 | 12 | 57:6-12 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, argumentative, assumes facts not in evidence. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/5/2022 | Tracie Thoms | 58:8-22 | 58 | 3 | 58 | 22 | 58:8-22 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, argumentative, assumes facts not in evidence, cumulative. |
| 1/5/2022 | Tracie Thoms | 58:24 | 59 | 24 | 58 | 24 | 58:24 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, argumentative, assumes facts not in evidence, cumulative. |
| 1/5/2022 | Tracie Thoms | 59:4-6 | 59 | 4 | 59 | 6 | 59:4-6 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, argumentative, assumes facts not in evidence, cumulative. |
| 1/5/2022 | Tracie Thoms | 64:22-24 | 64 | 22 | 64 | 24 | |
| 1/5/2022 | Tracie Thoms | 65:23-66:5 | 55 | 23 | 66 | 5 | 65:23-66:5 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, compound, assumes facts not in evidence. |
| 1/5/2022 | Tracie Thoms | 66:10-11 | 66 | 10 | 66 | 11 | 66:10-11 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, assumes facts not in evidence. |
| 1/5/2022 | Tracie Thoms | 66:13-21 | 66 | 13 | 66 | 21 | 66:13-21 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, assumes facts not in evidence. |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 37 of 46

| Deposition | | Defendant Kevin Fowler's Initial Designations | | | | | Plaintiff Anthony Rapp's Objections | Plaintiff Anthony Rapp's Counter-Designations | | | | | Defendant Kevin Fowler's Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | WITNESS | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION | PINCITE | Page Start | Line Start | Page End | Line End | OBJECTION |
| 4/29/2021 | Erin Quill | 5:17-18 | 5 | | | 5 | | 6:3-9 | 6 | 3 | 6 | 9 | |
| 4/29/2021 | Erin Quill | 47:25-50:18 | 47 | | 50 | | | 7:7-8:11 | 7 | 7 | 8 | 11 | |
| 4/29/2021 | Erin Quill | 51:14-52:25 | 51 | | 51 | | 51:14-52:25 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, lack of personal knowledge, vague. | 12:2-5 | 12 | 2 | 12 | 5 | |
| 4/29/2021 | Erin Quill | 53:6-20 | 53 | | 53 | | 53:6-20 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, lack of personal knowledge, vague. | | | | | | Relevance (FRE 401); undue consumption of time (FRE 403); 41:24-45:12: lack of personal knowledge/speculation (FRE 602); unfairly prejudicial, misleads the jury, confuses the issues (FRE 403); relevance (FRE 401) |
| 4/29/2021 | Erin Quill | 54:22-25 | 54 | | 54 | | 54:22-25 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, lack of personal knowledge, vague. | 36:16-42:12 | 36 | 16 | 42 | 13 | |
| 4/29/2021 | Erin Quill | 56:3-25 | 56 | | 56 | | 56:3-25 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, vague. | 67:11-13 | 67 | 11 | 67 | 13 | |
| 4/29/2021 | Erin Quill | 57:19-58:8 | 57 | | 57 | | 57:19-58:8 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for speculation, vague, non-responsive. | 68:4-15 | 68 | 4 | 68 | 15 | |
| 4/29/2021 | Erin Quill | 63:20-64:3 | 63 | | 64 | | 63:20-64:3 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 76:16-57 | 76 | 16 | 76 | 17 | |
| | | | | | | | | 76:20-21 | 76 | 20 | 76 | 21 | |

| Date | Name | Range | | | Objection | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2021 | Erin Quill | 60:5-66:24 | 65 | 66 | 6:22-24 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, vague. | 78:10-16 | 78 | 10 | 78 | 16 | |
| 4/29/2021 | Erin Quill | 67:2-10 | 67 | 67 | 67:2-10 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, vague, calls for speculation, lacks personal knowledge. | 105:5-8 | 105 | 5 | 105 | 8 | |
| 4/29/2021 | Erin Quill | 67:14-68:3 | 67 | 68 | 67:14-68:3 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, vague, calls for speculation, lacks personal knowledge, calls for improper lay opinion. | 105:12-106:10 | 105 | 12 | 106 | 10 | Relevance (FRE 401); undue consumption of time, unfairly prejudicial (FRE 403) |
| 4/29/2021 | Erin Quill | 69:1-70:1 | 69 | 70 | 69:1-70:1 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, lacks personal knowledge, calls for speculation. | 107:9-109:1 | 107 | 9 | 109 | 1 | |
| 4/29/2021 | Erin Quill | 70:14-22 | 70 | 70 | 70:14-22 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, lacks personal knowledge, calls for speculation. | 110:16-112:7 | 110 | 16 | 112 | 7 | 111: 18-25; nonresponsive; unfairly prejudicial (FRE 403) |
| 4/29/2021 | Erin Quill | 73:7-14 | 73 | 73 | 73:7-14 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks personal knowledge, calls for speculation. | 161:14-162:4 | 161 | 14 | 162 | 4 | |
| 4/29/2021 | Erin Quill | 73:16-74:14 | 73 | 74 | 73:16-74:14 Relevance, probable value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, lacks personal knowledge, calls for speculation. | 162:5 | 162 | 6 | 162 | 6 | |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 39 of 46

| 4/29/2021 | Erin Quill | 76:1-15 | 76 | 76 | 76:1-15 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, calls for speculation. | 161:8-22 | 162 | 8 | 162 | 22 | |
| 4/29/2021 | Erin Quill | 76:23-77:25 | 76 | 77 | 76:23-77:25 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, calls for speculation. | 172:4-9 | 172 | 4 | 172 | 9 | |
| 4/29/2021 | Erin Quill | 78:17-79:15 | 78 | 79 | 78:17-79:19 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, calls for improper lay opinion, lacks foundation, lacks personal knowledge, calls for speculation. | 172:11-173:4 | 172 | 11 | 173 | 4 | 4 Nonresponsive |
| 4/29/2021 | Erin Quill | 84:1-11 | 84 | 84 | 84:1-11 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge. | 173:16-19 | 173 | 16 | 173 | 19 | 19 |
| 4/29/2021 | Erin Quill | 85:9-15 | 85 | 85 | | 174:14-17 | 174 | 14 | 174 | 17 | 17 |
| 4/29/2021 | Erin Quill | 86:9-21 | 86 | 86 | 86:9-21 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, nonresponsive. | 174:20-175:10 | 174 | 20 | 175 | 10 | 10 174:22-175:10 Nonresponsive |
| 4/29/2021 | Erin Quill | 86:25-87:16 | 86 | 87 | 86:25-87:16 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 183:5-20 | 183 | 5 | 183 | 20 | 20 Nonresponsive |

| Date | Witness | Designation | | | Objection | Counter | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2021 | Erin Quill | 87:22-88:2 | 87 | 88 | 87:22-88:2 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 188:19-22 | 189 | 19 | 189 | 22 |
| 4/29/2021 | Erin Quill | 88:18-89:18 | 88 | 89 | 88:18-89:18 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 190:6-14 | 190 | 6 | 190 | 14 |
| 4/29/2021 | Erin Quill | 91:22-92:12 | 91 | 92 | 91:22-92:12 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 190:21-191:1 | 190 | 21 | 191 | 1 |
| 4/29/2021 | Erin Quill | 93:18-94:2 | 93 | 94 | 93:18-94:2 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 191:7-17 | 191 | 7 | 191 | 17 |
| 4/29/2021 | Erin Quill | 94:7-23 | 94 | 94 | 94:7-23 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 193:4-6 | 193 | 4 | 193 | 6 |
| 4/29/2021 | Erin Quill | 101:5-103:14 | 101 | 103 | 101:5-103:14 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | 249:5-7 | 249 | 5 | 249 | 7 |
| 4/29/2021 | Erin Quill | 104:14-17 | 104 | 104 | | | | | | |
| 4/29/2021 | Erin Quill | 104:22-105:4 | 104 | 105 | | | | | | |
| 4/29/2021 | Erin Quill | 106:11-107:8 | 106 | 107 | | | | | | |
| 4/29/2021 | Erin Quill | 109:2-110:15 | 109 | 110 | | | | | | |
| 4/29/2021 | Erin Quill | 127:18-129:11 | 127 | 129 | | | | | | |
| 4/29/2021 | Erin Quill | 160:25-161:13 | 160 | 161 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2021 | Erin Quill | 162:24-163:6 | 162 | 163 | |
| 4/29/2021 | Erin Quill | 165:23-167:3 | 165 | 167 | |
| 4/29/2021 | Erin Quill | 167:19-168:6 | 167 | 168 | |
| 4/29/2021 | Erin Quill | 168:21-169:17 | 168 | 169 | |
| 4/29/2021 | Erin Quill | 169:20-170:8 | 169 | 170 | |
| 4/29/2021 | Erin Quill | 171:5-172:3 | 171 | 172 | |
| 4/29/2021 | Erin Quill | 173:5-11 | 173 | 173 | |
| 4/29/2021 | Erin Quill | 173:22-174:5 | 173 | 174 | |
| 4/29/2021 | Erin Quill | 174:7-8 | 174 | 174 | |
| 4/29/2021 | Erin Quill | 176:3-6 | 176 | 176 | |
| 4/29/2021 | Erin Quill | 176:10-18 | 176 | 176 | |
| 4/29/2021 | Erin Quill | 182:22-183:4 | 182 | 183 | |
| 4/29/2021 | Erin Quill | 183:21-24 | 183 | 183 | |
| 4/29/2021 | Erin Quill | 184:1-8 | 184 | 184 | |
| 4/29/2021 | Erin Quill | 189:2-18 | 189 | 189 | |
| 4/29/2021 | Erin Quill | 189:23-190:5 | 189 | 190 | |
| 4/29/2021 | Erin Quill | 190:15-20 | 190 | 190 | |
| 4/29/2021 | Erin Quill | 191:2-6 | 191 | 191 | |
| 4/29/2021 | Erin Quill | 191:18-193:3 | 191 | 193 | |
| 4/29/2021 | Erin Quill | 193:7-17 | 193 | 193 | |
| 4/29/2021 | Erin Quill | 212:12-213:17 | 212 | 213 | 212:12-213:17 Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive, vague. |
| 4/29/2021 | Erin Quill | 213:19-215:13 | 213 | 215 | 213:19-215:13 Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. |
| 4/29/2021 | Erin Quill | 215:15-16 | 215 | 215 | 215:15-16 Relevance, probative value is substantially outweighted by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. |

| 4/29/2021 | Erin Quill | 215:18-21 | 215 | 215 | 215:18-21 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | | | |
| 4/29/2021 | Erin Quill | 215:25-216:20 | 215 | 16 | 215:25-216:20 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, lacks personal knowledge, calls for speculation, non-responsive. | | | |
| 4/29/2021 | Erin Quill | 249:1-4 | 249 | 249 | | | | |
| 4/29/2021 | Erin Quill | 250:23-24 | 250 | 250 | 250:23-24 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | | | |
| 4/29/2021 | Erin Quill | 251:1 | 251 | 251 | 251:1 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | | | |

| Deposition | | Defendant Kevin Fowler's Initial Designations | | | | | Plaintiff Anthony Rapp's Objections | Plaintiff Anthony Rapp's Counter-Designations | | | | | Defendant Kevin Fowler's Objections to Counter-Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Witness | PIN/CITE | Page Start | Line Start | Page End | Line End | OBJECTION | PIN/CITE | Page Start | Line Start | Page End | Line End | OBJECTION |
| 6/23/2021 | Adam Rapp | 7:4-5 | 7 | 4 | 7 | 5 | | 12:13-13:7 | 12 | 13 | 13 | 13 | Beyond the scope of direct testimony/improper counter designation |
| 6/27/2021 | Adam Rapp | 70:15-71:5 | 70 | 15 | 71 | 5 | | 13:19-14:7 | 13 | 19 | 14 | 14 | Beyond the scope of direct testimony/improper counter designation |
| 6/27/2021 | Adam Rapp | 71:16-72:24 | 71 | 16 | 72 | 24 | | 14:14-17:9 | 14 | 14 | 17 | 17 | Beyond the scope of direct testimony/improper counter designation |
| 6/27/2021 | Adam Rapp | 74:2-75:12 | 74 | 2 | 75 | 12 | 74:2-75:12 Hearsay, relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, FRE 412(a). | 17:17-24 | 17 | 17 | 17 | 17 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designated portion; |
| 6/22/2021 | Adam Rapp | 76:15-78:19 | 76 | 15 | 78 | 19 | 76:15-78:19 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, FRE 412(a). | 19:25-22:19 | 19 | 25 | 22 | 22 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designated portion |
| 6/27/2021 | Adam Rapp | 79:24-87:16 | 79 | 24 | 87 | 16 | 79:24-87:16 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, FRE 412(a). | 26:17-27:17 | 26 | 17 | 27 | 27 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, undue consumption of time |
| 6/27/2021 | Adam Rapp | 88:12-19 | 88 | 12 | 88 | 19 | 88:12-19 Relevance, probative value substantially outweighed by a danger of confusing the issues, wasting time. | 34:5-35:4 | 34 | 5 | 35 | 35 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, undue 4 consumption of time |
| 6/27/2021 | Adam Rapp | 107:15-57 | 107 | 15 | 107 | 57 | 107:15-107:17 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time and fairness requires the full account be read as set forth in Plaintiff's designations pages 12 through 96. | 35:12-37:2 | 35 | 12 | 37 | 37 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation, cumulative, 2 misleads the jury (FRE 403) |
| 6/23/2021 | Adam Rapp | 107:19-108:14 | 107 | 19 | 108 | 14 | 107:19-108:14 Relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time and fairness require the full account be read as set forth in Plaintiff's designations pages 12 through 96. | 46:16-47:18 | 46 | 18 | 47 | 47 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, undue 18 consumption of time |
| 6/23/2021 | Adam Rapp | 126:24-127:23 | 126 | 24 | 127 | 23 | 126:24-127:23 Hearsay, relevance, probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, FRE 412(a). | 52:5-55:6 | 52 | 5 | 55 | 55 | 6 |
| 6/24/2021 | Adam Rapp | 128:7-134:14 | 128 | 7 | 134 | 14 | 132:20-133:2 Objection to everything after "No," to non-responsive; 133:14-134:4 Relevance, probative value substantially outweighed by a danger of confusing the issues, misleading the jury, wasting time, calls for speculation, non-responsive. | 62:7-63:14 | 62 | 7 | 63 | 63 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, undue consumption of time (FRE 403); hearsay (FRE 801, 802) |
| 6/22/2021 | Adam Rapp | 134:17-136:10 | 134 | 17 | 136 | 10 | 134:24-135:10 Lacks foundation, calls for speculation, non-responsive; 136:6-10 Lacks foundation, calls for speculation. | 64:11-65:22 | 64 | 11 | 65 | 65 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, undue consumption of time (FRE 403); hearsay 22 (FRE 801, 802) |
| 6/23/2021 | Adam Rapp | 136:22-137:23 | 136 | 22 | 137 | 23 | 137:7-23 Objection to everything after "I don't know," calls for speculation, lacks foundation. | 66:19-24 | 66 | 19 | 66 | 66 | Improper counter-designation; nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, undue consumption of time; hearsay (FRE 801, 24 802) |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 44 of 46

| Date | Witness | Designation | Pg | Ln | Pg | Ln | Objection | Counter-Designation | Pg | Ln | Pg | Ln | Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/29/2021 | Adam Rapp | 138:24-139:18 | 138 | 24 | 139 | 18 | | 68:7-69:14 | 68 | 7 | 69 | 14 | Improper counter-designation: nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, are, consumption of items; hearsay (FRE 801, 802) |
| 6/29/2021 | Adam Rapp | 172:3-11 | 172 | 3 | | | | 72:25-73:25 | 72 | 25 | 73 | 25 | Relevance (FRE 401); unfairly prejudicial, confuses the issues (FRE 403) |
| 6/29/2021 | Adam Rapp | 172:15-18 | 172 | 15 | 172 | 18 | | 75:13-76:11 | 75 | 13 | 76 | 11 | |
| 6/29/2021 | Adam Rapp | 173:22-174:19 | 173 | 22 | 174 | | | 108:15-23 | 108 | 15 | 108 | 23 | |
| 6/29/2021 | Adam Rapp | 175:24-177:12 | 175 | 24 | 177 | 12 | | 127:24-128:6 | 127 | 24 | 128 | 6 | |
| 6/29/2021 | Adam Rapp | | | | | | | 136:11-16 | 136 | 11 | 136 | 16 | Improper designation: nonresponsive to Mr. Fowler's designation |
| 6/29/2021 | Adam Rapp | 190:15-191:6 | 190 | 15 | 191 | 6 | 190:15-191:6 Objection to everything after "No," as non-responsive, lacks foundation, calls for speculation, relies on hearsay. | 137:24-138:23 | 137 | 24 | 138 | 23 | |
| 6/29/2021 | Adam Rapp | 200:17-201:5 | 200 | 17 | 201 | 5 | 200:17-201:5 Relevance, lacks foundation, cumulative. | 139:15-140:4 | 138 | 19 | 140 | 4 | Improper designation: nonresponsive to Mr. Fowler's designation; cumulative, unfairly prejudicial (FRE 403); hearsay (FRE 801, 802) |
| 6/29/2021 | Adam Rapp | 208:9-209:3 | 208 | 9 | 209 | 3 | 208:9-209:3 Relevance, probative value substantially outweighed by a danger of confusing the issues, wasting time, cumulative. | 140:10-141:17 | 140 | 19 | 141 | 17 | Improper designation: nonresponsive to Mr. Fowler's designation; cumulative, unfairly prejudicial (FRE 403); hearsay (FRE 801, 802) 17 1711, 1722) |
| 6/29/2021 | Adam Rapp | 209:21-210:2 | 209 | 21 | 210 | 2 | 209:21-210:2 Asked and answered. | 141:25-142:17 | 141 | 25 | 142 | 17 | Improper designation: nonresponsive and irrelevant to Mr. Fowler's designation; cumulative and undue waste of time (FRE 403); Hearsay (FRE 801, 802) |
| 6/29/2021 | Adam Rapp | 210:5-218:21 | 210 | 5 | 218 | 22 | 210:5-218:21 Lacks foundation, vague as to time; 210:9-25 Asked and answered, relevance, misleading, vague as to time; 212:3-213:7 Lacks foundation, lacks personal knowledge, hearsay; 213:25-214:16 Lacks foundation, calls for speculation, lacks personal knowledge, hearsay; 214:17-215:5 Lacks foundation, hearsay, calls for speculation, lacks personal knowledge; 215:6-215:14 Lacks foundation, calls for expert testimony, improper lay opinion; 215:15-216:16 Lacks foundation, calls for speculation, calls for hearsay, lacks personal knowledge, vague. | 142:25-143:11 | 142 | 25 | 143 | 11 | Improper designation: nonresponsive and irrelevant to Mr. Fowler's designation; cumulative and undue waste of time (FRE 403); Hearsay (FRE 801, 802) |
| 6/29/2021 | Adam Rapp | 219:18-235:24 | 219 | 18 | 235 | 24 | 219:18-22, 210:23-24 Lacks foundation, calls for speculation, improper lay opinion, improper expert opinion, vague, relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 143:24-144:12 | 143 | 24 | 144 | 12 | Improper designation: nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, and unfairly prejudicial (FRE 403); hearsay (FRE 801, 802) |
| 6/29/2021 | Adam Rapp | | | | | | | 172:19-173:21 | 172 | 19 | 173 | | Improper designation: nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, and unfairly prejudicial (FRE 403); hearsay (FRE 801, 802) |
| 6/29/2021 | Adam Rapp | | | | | | | 184:18-20 | 184 | 18 | 184 | 20 | Improper designation: nonresponsive and irrelevant to Mr. Fowler's designation; cumulative, and unfairly prejudicial (FRE 403); hearsay (FRE 801, 802); incomplete (FRE 106) |

Case 1:20-cv-09586-LAK   Document 156-2   Filed 03/04/22   Page 45 of 46

| Date | Witness | Ref | | | | Objection | Ref | | | | Objection | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/2021 | Adam Rapp | 220:4-10 | 220 | 4 | 220 | 220:4-5, 220:9-10 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, improper lay opinion, improper expert opinion, vague as to time. | 187:7-11 | 187 | 7 | 187 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation. | 11 |
| 6/23/2021 | Adam Rapp | 220:18-221:2 | 220 | 18 | 221 | Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, improper lay opinion, vague. | 187:24-188:2 | 187 | 24 | 188 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation. | 2 |
| 6/23/2021 | Adam Rapp | 217:7-8 | 221 | 7 | 221 | 217:7-8 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for speculation, improper lay opinion, vague. | 186:6-8 | 188 | 6 | 188 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation; relevance (FRE 401); undue waste of time and unfairly prejudicial (FRE 403); witness's refusal to answer question is not evidence | 8 |
| 6/23/2021 | Adam Rapp | 221:14-11, 221:15-20 | 221 | 14 | 221 | 221:14-11, 221:15-20 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, improper lay opinion, vague; 221:15-221:7 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. Improper lay opinion, improper expert opinion. | 191:19-192:10 | 191 | 19 | 192 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation; relevance (FRE 401); undue waste of time and unfairly prejudicial (FRE 403); vague and ambiguous; foundation/calls for speculation (FRE 602); inadmissible opinion testimony (FRE 701, 702) | 10 |
| 6/23/2021 | Adam Rapp | 221:24-227 | 221 | 24 | 222 | 221:24 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, improper expert opinion. | 202:10-203:2 | 202 | 10 | 203 | | 2 |
| 6/23/2021 | Adam Rapp | 221:19-23 | 221 | 19 | 222 | 221:19-21 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, 221:22-23 Vague, lacks foundation, relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. Improper lay opinion, improper expert opinion. | 203:19-204:4 | 209 | 19 | 204 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation; relevance (FRE 401); undue consumption of time (FRE 403) | 4 |
| 6/23/2021 | Adam Rapp | 222:25-223:4 | 222 | 25 | 223 | 222:23 Vague, lacks foundation, relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, improper expert opinion; 223:2-4 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 204:14-205:14 | 204 | 14 | 205 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation | 14 |
| 6/23/2021 | Adam Rapp | 223:11-14 | 223 | 11 | 223 | 223:11-14 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, improper expert opinion. | 218:22-219:17 | 218 | 22 | 219 | Improper designation; nonresponsive and irrelevant to Mr. Fowler's designation; relevance (FRE 401); undue consumption of time (FRE 403); lack of personal knowledge/speculation (FRE 601) | 17 |
| 6/23/2021 | Adam Rapp | 226:18-226:5 | 226 | 18 | 228 | 226:18-31 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks personal knowledge; 226:22-25 Command, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, improper lay opinion, improper expert opinion; 227:2-11 Objection to everything after "No." as non-responsive, lacks foundation, improper lay opinion, improper expert opinion, 227:12-31 Lacks foundation, calls for speculation, vague; calls for lay and expert testimony, improper lay opinion; relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time; 226:2-5 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 226:5-17 | 226 | 7 | 226 | | 17 |
| 6/23/2021 | Adam Rapp | 229:7-9 | 229 | 7 | 229 | 229:7-9 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 229:19-230:6 | 229 | 19 | 230 | | 6 |

| Date | Name | Designation | Pg | Ln | Pg | Ln | Objection | Counter | Pg | Ln | Pg | Ln | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/2021 | Adam Rapp | | 229 | 16 | 229 | 18 | 229:16-18 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time. | 230:12-15 | 230 | 12 | 230 | 15 | |
| 6/23/2021 | Adam Rapp | 230:16-19 | 230 | 16 | 230 | 19 | 230:16-19 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lack of personal knowledge. | 249:5-252:10 | 249 | 5 | 252 | 10 | Improper designation: nonresponsive and irrelevant to Mr. Rapp's designation |
| 6/23/2021 | Adam Rapp | 232:15-235:2 | 232 | 15 | 235 | 2 | 232:15-235:2 Relevance, probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for hearsay, non-responsive. | 253:3-256:22 | 253 | 3 | 256 | 22 | 253:11–256:22: Foundation/lack of personal knowledge/speculation (FRE 602) |
| 6/23/2021 | Adam Rapp | 235:05-236:17 | 235 | 20 | 236 | 17 | 235:05-236:17 Relevance, probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, lacks foundation, calls for hearsay, non-responsive. | 257:19-24 | 257 | 19 | 257 | 24 | 24 |
| 6/23/2021 | Adam Rapp | 262:13-23 | 262 | 17 | 262 | 23 | | 258:2-259:5 | 258 | 2 | 259 | 5 | 5 |
| 6/23/2021 | Adam Rapp | | | | | | | 259:8-15 | 259 | 8 | 259 | 15 | Vague and ambiguous |
| 6/23/2021 | Adam Rapp | | | | | | | | | | | | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues (FRE 403) |
| 6/23/2021 | Adam Rapp | | | | | | | 259:18 | 259 | 18 | 259 | | 18 |
| 6/23/2021 | Adam Rapp | | | | | | | 260:14-22 | 260 | 14 | 260 | | 22 Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues (FRE 403) |
| 6/23/2021 | Adam Rapp | | | | | | | 260:24-261:12 | 260 | 24 | 261 | | 12 |