UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANTHONY RAPP, et ano.,

                Plaintiffs,

      -against-                                   20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This case is set for trial on October 4, 2022 at 9:30 a.m. subject to any changes warranted by pandemic circumstances.

        SO ORDERED.

Dated:       March 10, 2022

                                                            Lewis A. Kaplan
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022