

April 3, 2022

**By Electronic Filing**

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
     Southern District of New York, Case No. 1:20-cv-09586 (LAK)

Dear Judge Kaplan:

  As Your Honor is aware, my office represents Defendant Kevin Spacey Fowler in this matter. I write in furtherance of this Court's March 15, 2022 Order requiring Mr. Fowler to notify certain witnesses of Plaintiff's request to compel discovery. *See* ECF No. 166. Per the Court's order, I notified the relevant witnesses of Plaintiff's motion and their right to intervene to make their views known to the Court. No witness has expressed an interest in having their name disclosed or becoming involved in this matter in any way. Multiple witnesses reiterated their requests to remain anonymous and stated their desire to not be contacted or otherwise involved in this dispute. As these witnesses have not retained counsel to formally intervene, they requested that I share their written statements with the Court. To honor the wishes and respect the privacy of these third parties, I request leave to file their statements under seal and in camera.

           Respectfully submitted,

           KELLER/ANDERLE LLP

           Chase A. Scolnick

cc: Peter J. Saghir
   Ben Rubinowitz
   Richard Steigman
   Rachel Jacobs
   Michael Tremonte
   Erica A. Wolff
   Jennifer L. Keller
   Jay P. Barron