

**KA**
**Keller/Anderle LLP**
BUSINESS TRIAL LAWYERS

April 3, 2022

**By Electronic Filing**

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-22

Re:   *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
      Southern District of New York, Case No. 1:20-cv-09586 (LAK)

Dear Judge Kaplan:

As Your Honor is aware, my office represents Defendant Kevin Spacey Fowler in this matter. I write in furtherance of this Court's March 15, 2022 Order requiring Mr. Fowler to notify certain witnesses of Plaintiff's request to compel discovery. *See* ECF No. 166. Per the Court's order, I notified the relevant witnesses of Plaintiff's motion and their right to intervene to make their views known to the Court. No witness has expressed an interest in having their name disclosed or becoming involved in this matter in any way. Multiple witnesses reiterated their requests to remain anonymous and stated their desire to not be contacted or otherwise involved in this dispute. As these witnesses have not retained counsel to formally intervene, they requested that I share their written statements with the Court. To honor the wishes and respect the privacy of these third parties, I request leave to file their statements under seal and in camera.

Respectfully submitted,

KELLER/ANDERLE LLP

Chase A. Scolnick

cc:   Peter J. Saghir
      Ben Rubinowitz
      Richard Steigman
      Rachel Jacobs
      Michael Tremonte
      Erica A. Wolff
      Jennifer L. Keller
      Jay P. Barron

Leave to file statements under seal and in camera granted.

SO ORDERED

LEWIS A. KAPLAN, USDJ  4/4/22

Keller/Anderle LLP   |   18300 Von Karman Ave., Suite 930   |   Irvine, CA 92612-6057
949.476.8700   |   Fax 949.476.0900   |   www.kelleranderle.com