UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY RAPP and C.D.,             Case No. 1.20-cv-09586 (LAK)

           Plaintiffs,            **NOTICE OF MOTION**

       -against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY

           Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Peter J. Saghir, Esq., the exhibits annexed thereto, the accompanying memorandum of law, and upon all the pleadings and proceedings heretofore had herein, the plaintiff, Anthony Rapp, will move this Court before United States District Judge Lewis A. Kaplan, in the United States District Court for the Southern District of New York, located in the Federal Courthouse, 500 Pearl Street, New York, NY 10007 on a date to be set by the Court, for an order (1) remanding this action to New York State Supreme Court pursuant to 28 U.S.C. § 1447(c) on the grounds that the district court lacks subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) inasmuch as defendant Spacey failed to meet his burden to establish domicile in the State of Maryland, and (2) for such other and further relief as this Court may deem appropriate.

Dated: New York, New York
April 6, 2022

        Respectfully submitted,

        GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF

        By: _____
        Peter J. Saghir (PJS4276)
        Attorneys for Plaintiff
        ANTHONY RAPP
        80 Pine Street, 34th Floor
        New York, NY 10005
        Tel: (212) 943-1090
        Fax: (212) 425-7513
        Email: psaghir@gairgair.com

To:

Jennifer Keller, Esq.
Keller/Anderle LLP
18300 Von Karman Avenue
Suite 930
Irvine, California 92612-1057
jkeller@kelleranderle.com

Jay P. Barron, Esq.
Keller/Anderle LLP
18300 Von Karman Avenue
Suite 930
Irvine, California 92612-1057
jbarron@kelleranderle.com

Chase A. Scolnick, Esq.
Keller/Anderle LLP
18300 Von Karman Avenue
Suite 930
Irvine, California 92612-1057
cscolnick@kelleranderle.com

Michael Tremonte, Esq.
Sher Tremonte LLP
90 Broad Street
23rd Floor
New York, New York 10004
MTremonte@shertremonte.com

Erica A. Wolff, Esq.
Sher Tremonte LLP
90 Broad Street
23rd Floor
New York, New York 10004
EWolff@shertremonte.com