UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ANTHONY RAPP, et ano.,

                    Plaintiffs,

   -against-                                              20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                    Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        On April 4, 2022, the Court granted defendant's motion for leave to file certain statements under seal and *in camera*. Nevertheless, none of the promised statements has been filed. Accordingly, defendant shall file any such statements on or before April 15, 2022.

        SO ORDERED.

Dated:      April 12, 2022

                                                      _____
                                                          Lewis A. Kaplan
                                                    United States District Judge