UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY RAPP, et ano.,

                     Plaintiffs,

     -against-                                              20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant shall file on the public record copies of the declaration and letter that were docketed *ex parte* as Dkt 187 **redacted to obscure the names of the persons who signed them.**

       SO ORDERED.

Dated:      April 14, 2022

                                                          Lewis A. Kaplan
                                                    United States District Judge