UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ANTHONY RAPP, et ano.,

                Plaintiffs,

    -against-                                  20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                Defendant.
------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        On or before April 20, 2022, defendant shall submit for in camera inspection, under seal, the depositions of the six witnesses whose names appear as headings on pages 20-27 of the arbitration award that were received at the *Netflix* arbitration hearing and the transcripts of any oral testimony give by any of them at that hearing.

        SO ORDERED.

Dated:      April 14, 2022

                                              Lewis A. Kaplan
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2022