# Exhibit 9

# Light Street Animal Hospital

Patient Chart

1601 Light Street
Baltimore, MD  21230
410-547-8385

**Printed:** 04-11-22 at 3:40p

CLIENT INFORMATION

| | |
|---|---|
| **Name** | Kevin Fowler (22457) |
| **Address** | 10960 Wilshire 5th Floor |
| | Los Angeles, CA  90024 |
| **Phone** | ▆▆ ▆▆▆▆▆ |

PATIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Boston (4166) | **Species** | Canine |
| **Sex** | Female, Spayed | **Breed** | Shep. Mix |
| **Birthday** | 04-12-12 | **Age** | 10y |
| **ID** | ▆▆▆▆▆▆▆▆▆ | **Rabies** | 1911-20 |
| **Color** | Light Brown | **Weight** | 102.60 lbs |
| **Reminded** | (none) | **Codes** | |
| **Added** | 11-07-17 | | |

| Reminders for: **Boston** | | Last done |
|---|---|---|
| 11-16-23 | Dhlp+Pv+Corona  3 year | 11-16-20 |
| 11-16-23 | Rabies 3 year | 11-16-20 |
| 11-24-22 | Fecal to Lab O&P W. Giardia - | |
| 11-24-22 | Lymes | 11-24-21 |
| 11-24-22 | Bordetella | 11-24-21 |
| 11-24-22 | Office Examination/Consultatio | 02-21-20 |
| 11-24-22 | Lepto 4-way | |
| 11-24-22 | Heartworm Test | 11-24-21 |

MEDICAL HISTORY

| Date | By | Code | Description | Qty (Variance) |
|---|---|---|---|---|
| 12-27-21 | 1 | 1994 | Email records | |
| 11-24-21 | 1 | FEGIA | Fecal to Lab O&P W. Giardia - T808 | |
| 11-24-21 | RT | 2077 | Nail Trim ( simple) | |
| | | 2018 | Vaccine Discount | |
| | | 2819 | Lymes | |
| | | 282841 | Lepto 4-way | |
| | | 4260 | Heartworm Test   ADD70 | |
| | | 2809 | Bordetella | |
| | | 2007 | Health Certificate | |
| | | 1004 | Office Exam along w / Vaccine | |
| 11-16-20 | 1 | 2839 | Rabies 3 year, #1911-20 | |
| | | 2819 | Lymes | |
| | | 2843 | DHLPP 3 year (w/ 1yr Lepto) | |
| | | 1004 | Office Exam along w / Vaccine | |
| | | CSUPER | CBC Superchem T4 - SA120 | |
| 10-08-20 | 1 | 1995 | Fax Rx | |

| Date | By | Code | Description | Qty (Variance) |
|---|---|---|---|---|
| 10-08-20 | 1 | 1999 | Written Rx Log #000867 | |
| | | 1999 | Written Rx Log #000868 | |
| 02-24-20 | JB | 07448 | Drontal Large Dog | 2.50 |
| 02-21-20 | JB | ASP | Fine Needle Aspirate (FNA) | |
| | | 2007 | Health Certificate | |
| | | 2809 | Bordetella | |
| | | 1001 | Office Examination | |
| | | 07420 | Tri-heart 51-100Lbs 6 months | |
| | | NEX4 | Nexgard Ex-Large 60-121 3pk Red | 2 |
| 11-14-19 | 1 | INST$ | Invoice instructions for Boston | |
| | | 4260 | Heartworm Test   ADD70 | |
| | | NEX4 | Nexgard Ex-Large 60-121 3pk Red | 2 |
| | | 1001 | Office Examination/Sick- Consultation | |
| | | 07420 | Tri-heart 51-100Lbs 6 months | |
| 02-26-19 | TW | 2809 | Bordetella | |
| | | 1004 | Office Exam along w / Vaccine | |
| 12-18-18 | 1 | 1001 | Office Examination/Sick- Consultation | |
| 11-01-18 | 1 | NEX4 | Nexgard Ex-Large 60-121 3pk Red | 2 |
| | | 07420 | Tri-heart 51-100Lbs 6 months | |
| 07-23-18 | 1 | 08026 | BNP Solution with Dex 5ml | |
| | | 1994 | Fax or Email records | |
| 05-10-18 | 1 | 07420 | Tri-heart 51-100Lbs 6 months | |
| | | NEX4 | Nexgard Ex-Large 60-121 3pk Red | 2 |
| 12-13-17 | RT | 2007 | Health Certificate | |
| | | 1001 | Office Examination/Consultation | 0.50 |