**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY RAPP and C.D., | Case No. 20-cv-09586 (LAK) (SDA) |
| Plaintiffs, | **SECOND SUPPLEMENTAL DECLARATION OF KEVIN SPACEY FOWLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO REMAND** |
| -against- | |
| KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY, | |
| Defendant. | |

Under 28 U.S.C. § 1746, I, Kevin Spacey Fowler a/k/a Kevin Spacey, declare under penalty of perjury as follows:

1.      I am the defendant in this action.  I have personal knowledge of the information stated below and, if sworn, I could and would competently testify to it under oath.

2.      Attached as **Exhibit 20** to this declaration is a true and correct copy of selected pages from my Resident Income Tax Returns for the state of Maryland and my California Non-Resident tax return for the tax years 2015 to 2019, with redactions of private and financial information and highlighting of certain information.

3.      Attached as **Exhibit 21** to this declaration is a true and correct copy of selected pages from my tax returns for the state of Maryland from 2015 to 2017, showing the Summary of Income Tax Credits for Individuals.  These pages were produced in this action in March 2021 as Bates numbers KF000058, KF000061, and KF000064

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2022

_____
Kevin Spacey Fowler

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2, I, Chase A. Scolnick, hereby certify that on April 22, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_/s/ Chase A. Scolnick_

Chase A. Scolnick
