# Exhibit 20

**MARYLAND FORM 502** — **RESIDENT INCOME TAX RETURN** — **2015** Page 2



NAME KEVIN S FOWLER    SSN ▮▮▮

**SUBTRACTIONS FROM INCOME** — See Instructions.

8. Taxable refunds, credits or offsets of state and local income taxes included in line 1 ......... ► 8.
9. Child and dependent care expenses .......... ► 9.
10. Pension exclusion from worksheet in Instructions .......... ► 10.
11. Taxable Social Security and RR benefits (Tier I, II and supplemental) included in line 1 .......... ► 11.
12. Income received during period of nonresidence (See Instructions.) .......... ► 12.
13. Subtractions from attached Form 502SU ......... ► ____ ____ ____ ____ ____ ► 13.
14. Two-income subtraction from worksheet in Instructions .......... ► 14.
15. Total subtractions from Maryland income (Add lines 8 through 14.) .......... ► 15.
16. Maryland adjusted gross income (Subtract line 15 from line 7.) .......... 16.

**DEDUCTION METHOD** — See Instructions.

All taxpayers must select one method and check the appropriate box.

[ ] STANDARD DEDUCTION METHOD (Enter amount on line 17.)
[X] ITEMIZED DEDUCTION METHOD (Complete lines 17a and 17b.)

17a. Total federal itemized deductions (from line 29, federal Schedule A.) ► 17a.
17b. State and local income taxes (See Instructions.) STMT 1 ► 17b.
Subtract line 17b from line 17a and enter amount on line 17.

17. Deduction amount (Part-year residents see Instructions.) .......... ► 17.
18. Net Income (Subtract line 17 from line 16.) .......... 18.
19. Exemption amount from Exemptions area (See Instructions.) .......... 19.
20. Taxable net income (Subtract line 19 from line 18.) .......... 20.

**MARYLAND TAX COMPUTATION**

21. Maryland tax (from Tax Table or Computation Worksheet Schedules I or II) .......... 21.
22. Earned income credit (1/2 of federal earned income credit. See Instructions.) ► 22.
23. Poverty level credit (See Instructions.) ► 23.
24. Other income tax credits for individuals from Part J, line 10 of Form 502CR (Attach Form 502CR.) .......... 24.
25. Business tax credits ........ You must file this form electronically to claim business
26. Total credits (Add lines 22 through 25.) .......... 26.
27. Maryland tax after credits (Subtract line 26 from line 21.) If less than 0, enter 0 .......... 27.

**LOCAL TAX COMPUTATION**

28. Local tax (See Instructions for tax rates and worksheet.) **Multiply line 20 by your local tax rate** .0256 or use the Local Tax Worksheet .......... 28.
29. Local earned income credit (from Local Earned Income Credit Worksheet in Instructions.) .......... 29.
30. Local poverty level credit (from Local Poverty Level Credit Worksheet in Instructions.) .......... 30.
31. Local tax credit from Part K, line 1 of Form 502CR (Attach Form 502CR.) .......... 31.
32. Total credits (Add lines 29 through 31.) .......... 32.
33. **Local tax** after credits (Subtract line 32 from line 28.) If less than 0, enter 0 .......... 33.
34. Total Maryland and local tax (Add lines 27 and 33.) .......... 34.
35. Contribution to Chesapeake Bay and Endangered Species Fund (See Instructions.) ► 35.
36. Contribution to Developmental Disabilities Services and Support Fund (See Instructions.) ► 36.
37. Contribution to Maryland Cancer Fund (See Instructions.) ► 37.
38. Contribution to Fair Campaign Financing Fund (See Instructions.) ► 38.
39. **Total Maryland income tax, local income tax and contributions** (Add lines 34 through 38.) .......... 39.
40. Total Maryland and local tax withheld (Enter total from your W-2 and 1099 forms if MD tax is withheld and attach.) .......... ► 40.
41. 2015 estimated tax payments, amount applied from 2014 return, payment made with an extension request, and **Form MW506NRS** .......... ► 41.
42. Refundable earned income credit (from worksheet in Instructions.) .......... ► 42.
43. Refundable income tax credits from Part L, line 6 of Form 502CR (Attach Form 502CR. See Instructions.) .......... 43.
44. Total payments and credits (Add lines 40 through 43.) .......... 44.

COM/RAD-009   556011  12-03-15

| TAXABLE YEAR | California Adjustments - | | | SCHEDULE |
|---|---|---|---|---|
| 2015 | Nonresidents or Part-Year Residents | | | CA (540NR) |

**Important:** Attach this schedule behind Long Form 540NR, Side 3 as a supporting California schedule.

Name(s) as shown on tax return: KEVIN S. FOWLER

SSN or ITIN: [redacted]

### Part I   Residency Information. Complete all lines that apply to you and your spouse/RDP for taxable year 2015.

**During 2015:**

1. My California (CA) Residency (Check one)
   - a  Myself: ⊙ X   Nonresident ⊙   Part-Year Resident ⊙   Resident
   - b  Spouse: ⊙     Nonresident ⊙   Part-Year Resident ⊙   Resident

| | Yourself | Spouse/RDP |
|---|---|---|
| 2  a  I was domiciled in (enter two letter code, see instructions) | MD | |
|    b  I was in the military and stationed in (enter two letter code) | | |
| 3  I became a CA resident (enter state of prior residence and date (mm/dd/yy) of move) | | |
| 4  I became a CA nonresident (enter new state of residence and date (mm/dd/yy) of move) | | |
| 5  I was a CA nonresident the entire year (enter state of residence) | MD | |
| 6  The number of days I spent in CA for any purpose was: | | |
| 7  I owned a home/property in CA (enter Y for Yes, N for No) | Y | |
| 8  Before 2015: I was a CA resident for the period of | | |

### Part II   Income Adjustment Schedule

**Section A – Income**

| | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See instructions (difference between CA & federal law) | C Additions See instructions (difference between CA & federal law) | D Total Amounts Using CA Law As If You Were a CA Resident (subtract col. B from col. A; add col. C to the result) | E CA Amounts (income earned or received as a CA resident and income earned or received from CA sources as a nonresident) |
|---|---|---|---|---|---|
| 7  Wages, salaries, tips, etc. See instructions before making an entry in col. B or C       7 | | | | | |
| 8  Taxable interest.   (b) _____   8(a) | | | | | |
| 9  Ordinary dividends.   (b) ⊙ [redacted]   9(a) | | | | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes   10 | | | | | |
| 11 Alimony received   11 | | | | | |
| 12 Business income or (loss)   12 | | | | | |
| 13 Capital gain or (loss)   13 | | | | | |
| 14 Other gains or (losses)   14 | | | | | |
| 15 IRA distributions.   (a) ⊙ _____   15(b) | | | | | |
| 16 Pensions and annuities.   (a) ⊙ _____   16(b) | | | | | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc.   17 | | | | | |
| 18 Farm income or (loss)   18 | | | | | |
| 19 Unemployment compensation   19 | | | | | |
| 20 Social security benefits.   (a) ⊙ _____   20(b) | | | | | |
| 21 Other income. | | | | | |
|    a  California lottery winnings | | | | | |
|    b  Disaster loss deduction from FTB 3805V | | | | | |
|    c  Federal NOL (Form 1040, line 21) | | | | | |
|    d  NOL deduction from FTB 3805V | | | | | |
|    e  NOL from FTB 3805D, FTB 3805Z, FTB 3806, FTB 3807, or FTB 3809 | | | | | |
|    f  Other (describe): _____   21 | | | | | |
| 22 a Total: Combine line 7 through line 21 in each column. Continue to Side 2   22a | | | | | |

For Privacy Notice, get FTB 1131 ENG/SP.   022

Schedule CA (540NR) 2015   Side 1

| MARYLAND FORM 502 | RESIDENT INCOME TAX RETURN |  | 2016 Page 2 |

NAME KEVIN S FOWLER    SSN ▮▮▮

**INCOME** See Instructions.
1. Adjusted gross income from your federal return ............ ▶ 1. ▮
   1a. Wages, salaries and/or tips .................... ▶ 1a. ▮
   1b. Earned Income .................................. ▶ 1b. ▮
   1c. Capital Gain or (loss) .......................... ▶ 1c. ▮
   1d. Taxable Pension, IRA, Annuities ................ ▶ 1d. ▮
       (Attach Form 502R.)
   1e. Place a "Y" here if the amount of your investment income is more than $3,400 ............

**ADDITIONS TO INCOME** See Instructions.
2. Tax-exempt interest on state and local obligations (bonds) other than Maryland ........ ▶ 2.
3. State retirement pickup ........................................................ ▶ 3.
4. Lump sum distributions (from worksheet in Instructions.) ......................... ▶ 4.
5. Other additions (Enter code letter(s) from Instructions.) ▶ _ _ _ _ ........... ▶ 5.
6. Total additions to Maryland income (Add lines 2 through 5.) ..................... ▶ 6.
7. Total federal adjusted gross income and Maryland additions (Add lines 1 and 6.) . ▶ 7.

**SUBTRACTIONS FROM INCOME** See Instructions.
8. Taxable refunds, credits or offsets of state and local income taxes included in line 1 ... ▶ 8.
9. Child and dependent care expenses ............................................ ▶ 9.
10. Pension exclusion from worksheet in Instructions ............................. ▶ 10.
11. Taxable Social Security and RR benefits (Tier I, II and supplemental) included in line 1 .. ▶ 11.
12. Income received during period of nonresidence (See Instructions.) ........... ▶ 12.
13. Subtractions from attached Form 502SU ............ ▶ _ _ _ _ .............. ▶ 13.
14. Two-income subtraction from worksheet in Instructions ....................... ▶ 14.
15. Total subtractions from Maryland income (Add lines 8 through 14.) ........... ▶ 15.
16. Maryland adjusted gross income (Subtract line 15 from line 7.) .............. ▶ 16.

**DEDUCTION METHOD** See Instructions.
All taxpayers must select one method and check the appropriate box.
☐ STANDARD DEDUCTION METHOD (Enter amount on line 17.)
☒ ITEMIZED DEDUCTION METHOD (Complete lines 17a and 17b.)   STMT 2
17a. Total federal itemized deductions (from line 29, federal Schedule A.) ....... ▶ 17a.
17b. State and local income taxes (See Instructions.) ........................... ▶ 17b.
     Subtract line 17b from line 17a and enter amount on line 17.
17. Deduction amount (Part-year residents see Instructions.) ..................... ▶ 17.
18. Net income (Subtract line 17 from line 16.) .................................. 18.
19. Exemption amount from Exemptions area (See Instructions.) ................... 19.
20. Taxable net income (Subtract line 19 from line 18.) ......................... 20.

**MARYLAND TAX COMPUTATION**
21. Maryland tax (from Tax Table or Computation Worksheet Schedules I or II) ..... 21.
22. Earned income credit (1/2 of federal earned income credit. See Instructions.) ▶ 22.
23. Poverty level credit (See Instructions.) ..................................... ▶ 23.
24. Other income tax credits for individuals from Part K, line 11 of Form 502CR
    (Attach Form 502CR.) ........................................................ 24.
25. Business tax credits ............. You must file this form electronically to claim busine
26. Total credits (Add lines 22 through 25.) ..................................... 26.
27. Maryland tax after credits (Subtract line 26 from line 21.) If less than 0, enter 0 .. 27.

**LOCAL TAX COMPUTATION**
28. Local tax (See Instructions for tax rates and worksheet.) Multiply line 20
    by your local tax rate **.0250** or use the Local Tax Worksheet ............. 28.
29. Local earned income credit (from Local Earned Income Credit Worksheet in Instructions.) . 29.
30. Local poverty level credit (from Local Poverty Level Credit Worksheet in Instructions.) . 30.
31. Local tax credit from Part L, line 1 of Form 502CR (Attach Form 502CR.) ..... 31.
32. Total credits (Add lines 29 through 31.) ..................................... 32.
33. Local tax after credits (Subtract line 32 from line 28.) If less than 0, enter 0 ... 33.
34. Total Maryland and local tax (Add lines 27 and 33.) .......................... 34.
35. Contribution to Chesapeake Bay and Endangered Species Fund (See Instructions.) ▶ 35.
36. Contribution to Developmental Disabilities Services and Support Fund (See Instructions.) ▶ 36.
37. Contribution to Maryland Cancer Fund (See Instructions.) .................... ▶ 37.
38. Contribution to Fair Campaign Financing Fund (See Instructions.) ........... ▶ 38.

COM/RAD-009    656011  11-17-16

| TAXABLE YEAR | California Adjustments — | | SCHEDULE |
|---|---|---|---|
| 2016 | Nonresidents or Part-Year Residents | | CA (540NR) |

Important: Attach this schedule behind Long Form 540NR, Side 4 as a supporting California schedule.

Name(s) as shown on tax return: KEVIN S. FOWLER            SSN or ITIN: [redacted]

**Part I   Residency Information.** Complete all lines that apply to you and your spouse/RDP for taxable year 2016.

During 2016:

1. My California (CA) Residency (Check one)
   a  Myself: ⊙ X  Nonresident ⊙ ___ Part-Year Resident ⊙ ___ Resident
   b  Spouse: ⊙ ___ Nonresident ⊙ ___ Part-Year Resident ⊙ ___ Resident
       Yourself                                   Spouse/RDP

2. a I was domiciled in (enter two letter code, see instructions) ............ ⊙ **MD** ⊙ _____
   b I was in the military and stationed in (enter two letter code) ........ ⊙ _____ ⊙ _____
3. I became a CA resident (enter state of prior residence and date (mm/dd/yyyy) of move) ... ⊙ _____ ⊙ _____
4. I became a CA nonresident (enter new state of residence and date (mm/dd/yyyy) of move) ... ⊙ _____ ⊙ _____
5. I was a CA nonresident the entire year (enter state of residence) ...... ⊙ **MD** ⊙ _____
6. The number of days I spent in CA for any purpose was: ...................... ⊙ _____ ⊙ _____
7. I owned a home/property in CA (enter Y for Yes, N for No) ............... ⊙ N ⊙ _____
8. Before 2016: I was a CA resident for the period of ........................... ⊙ _____ ⊙ _____

**Part II   Income Adjustment Schedule**

| Section A – Income | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See instructions (difference between CA & federal law) | C Additions See instructions (difference between CA & federal law) | D Total Amounts Using CA Law As If You Were a CA Resident (subtract col. B from col. A; add col. C to the result) | E CA Amounts (income earned or received as a CA resident and income earned or received from CA sources as a nonresident) |
|---|---|---|---|---|---|
| 7 Wages, salaries, tips, etc. See instructions before making an entry in col. B or C   7 | ■ | ■ | ■ | ■ | ■ |
| 8 Taxable interest. (b) _____  8(a) | ■ | ■ | ■ | ■ | ■ |
| 9 Ordinary dividends. (b) ⊙ _____  9(a) | ■ | ■ | ■ | ■ | ■ |
| 10 Taxable refunds, credits, or offsets of state and local income taxes  10 | ■ | ■ | ■ | ■ | ■ |
| 11 Alimony received  11 | ■ | ■ | ■ | ■ | ■ |
| 12 Business income or (loss)  12 | ■ | ■ | ■ | ■ | ■ |
| 13 Capital gain or (loss)  13 | ■ | ■ | ■ | ■ | ■ |
| 14 Other gains or (losses)  14 | ■ | ■ | ■ | ■ | ■ |
| 15 IRA distributions. (a) ⊙ _____  15(b) | ■ | ■ | ■ | ■ | ■ |
| 16 Pensions and annuities. (a) ⊙ _____  16(b) | ■ | ■ | ■ | ■ | ■ |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc.  17 | ■ | ■ | ■ | ■ | ■ |
| 18 Farm income or (loss)  18 | ■ | ■ | ■ | ■ | ■ |
| 19 Unemployment compensation  19 | ■ | ■ | ■ | ■ | ■ |
| 20 Social security benefits. (a) ⊙ _____  20(b) | ■ | ■ | ■ | ■ | ■ |
| 21 Other income. | | | | | |
|   a California lottery winnings | ■ | ■ | ■ | ■ | ■ |
|   b Disaster loss deduction from FTB 3805V | ■ | ■ | ■ | ■ | ■ |
|   c Federal NOL (Form 1040, line 21) | ■ | ■ | ■ | ■ | ■ |
|   d NOL deduction from FTB 3805V  21 | ■ | ■ | ■ | ■ | ■ |
|   e NOL from FTB 3805D, FTB 3805Z, FTB 3806, FTB 3807, or FTB 3809 | ■ | ■ | ■ | ■ | ■ |
|   f Other (describe): _____ | ■ | ■ | ■ | ■ | ■ |
| 22 a Total: Combine line 7 through line 21 in each column. Continue to Side 2  22a | ■ | ■ | ■ | ■ | ■ |

For Privacy Notice, get FTB 1131 ENG/SP.     022          Schedule CA (540NR) 2016   Side 1

| MARYLAND FORM 502 | RESIDENT INCOME TAX RETURN |  | 2017 Page 2 |

NAME **KEVIN S FOWLER**   SSN

**INCOME**
See Instructions.
1. Adjusted gross income from your federal return ... ▶ 1.
1a. Wages, salaries and/or tips ▶ 1a.
1b. Earned income ▶ 1b.
1c. Capital Gain or (loss) ▶ 1c.
1d. Taxable Pension, IRA, Annuities (**Attach Form 502R.**) ▶ 1d.
1e. Place a "Y" here in this box if the amount of your investment income is more than $3,450 ...

**ADDITIONS TO INCOME**
See Instructions.
2. Tax-exempt interest on state and local obligations (bonds) other than Maryland ▶ 2.
3. State retirement pickup ▶ 3.
4. Lump sum distributions (from worksheet in Instructions.) ▶ 4.
5. Other additions (Enter code letter(s) from Instructions.) ▶ ___ ___ ___ ___  ▶ 5.
6. Total additions to Maryland income (Add lines 2 through 5.) ▶ 6.
7. Total federal adjusted gross income and Maryland additions (Add lines 1 and 6.) ▶ 7.

**SUBTRACTIONS FROM INCOME**
See Instructions.
8. Taxable refunds, credits or offsets of state and local income taxes included in line 1 ▶ 8.
9. Child and dependent care expenses ▶ 9.
10. Pension exclusion from worksheet in Instructions ▶ 10.
11. Taxable Social Security and RR benefits (Tier I, II and supplemental) included in line 1 ▶ 11.
12. Income received during period of nonresidence (See Instructions.) ▶ 12.
13. Subtractions from attached Form 502SU ▶ ___ ___ ___ ___  ▶ 13.
14. Two-income subtraction from worksheet in Instructions ▶ 14.
15. Total subtractions from Maryland income (Add lines 8 through 14.) ▶ 15.
16. Maryland adjusted gross income (Subtract line 15 from line 7.) ▶ 16.

**DEDUCTION METHOD**
See Instructions.
All taxpayers must select one method and check the appropriate box.
▶ ☐ STANDARD DEDUCTION METHOD (Enter amount on line 17.)
☒ ITEMIZED DEDUCTION METHOD (Complete lines 17a and 17b.) **STMT 1**
17a. Total federal itemized deductions (from line 29, federal Schedule A.) ▶ 17a.
17b. State and local income taxes (See Instructions.) ▶ 17b.
Subtract line 17b from line 17a and enter amount on line 17.
17. Deduction amount (Part-year residents see Instructions.) ▶ 17.
18. Net income (Subtract line 17 from line 16.) 18.
19. Exemption amount from Exemptions area (See Instructions.) 19.
20. Taxable net income (Subtract line 19 from line 18.) 20.

**MARYLAND TAX COMPUTATION**
21. Maryland tax (from Tax Table or Computation Worksheet Schedules I or II) 21.
22. Earned income credit (1/2 of federal earned income credit. See Instructions.) ▶ 22.
23. Poverty level credit (See Instructions.) ▶ 23.
24. Other income tax credits for individuals from Part K, line 11 of Form 502CR (**Attach Form 502CR.**) 24.
25. Business tax credits ___ You must file this form electronically to claim busines
26. Total credits (Add lines 22 through 25.) 26.
27. Maryland tax after credits (Subtract line 26 from line 21.) If less than 0, enter 0 27.

**LOCAL TAX COMPUTATION**
28. Local tax (See Instructions for tax rates and worksheet.) Multiply line 20 by your local tax rate **.0283** or use the Local Tax Worksheet 28.
29. Local earned income credit (from Local Earned Income Credit Worksheet in Instructions.) 29.
30. Local poverty level credit (from Local Poverty Level Credit Worksheet in Instructions.) 30.
31. Local tax credit from Part L, line 1 of Form 502CR (**Attach Form 502CR.**) 31.
32. Total credits (Add lines 29 through 31.) 32.
33. Local tax after credits (Subtract line 32 from line 28.) If less than 0, enter 0 33.
34. Total Maryland and local tax (Add lines 27 and 33.) 34.
35. Contribution to Chesapeake Bay and Endangered Species Fund (See Instructions.) ▶ 35.
36. Contribution to Developmental Disabilities Services and Support Fund (See Instructions.) ▶ 36.
37. Contribution to Maryland Cancer Fund (See Instructions.) ▶ 37.
38. Contribution to Fair Campaign Financing Fund (See Instructions.) ▶ 38.
39. Total Maryland income tax, local income tax and contributions (Add lines 34 through 38.) 39.

COM/RAD-009   756011  12-29-17

| TAXABLE YEAR 2017 | California Adjustments — Nonresidents or Part-Year Residents | | |  | 739021 02-27-18 SCHEDULE CA (540NR) |

**Important:** Attach this schedule behind Long Form 540NR, Side 4 as a supporting California schedule.

Name(s) as shown on tax return: **KEVIN S. FOWLER**     SSN or ITIN: [redacted]

## Part I  Residency Information. Complete all lines that apply to you and your spouse/RDP for taxable year 2017.

**During 2017:**

1. My California (CA) Residency (Check one)
   - a Myself: ⊙ **X** Nonresident   ○ Part-Year Resident   ○ Resident       (Yourself)
   - b Spouse: ○ Nonresident   ○ Part-Year Resident   ○ Resident       (Spouse/RDP)

2. a I was domiciled in (enter two letter code, see instructions) ............. Yourself: **MD**    Spouse/RDP: ___
   b I was in the military and stationed in (enter two letter code) ............ ___    ___
3. I became a CA resident (enter state of prior residence and date (mm/dd/yyyy) of move) .......... ___    ___
4. I became a CA nonresident (enter new state of residence and date (mm/dd/yyyy) of move) ....... ___    ___
5. I was a CA nonresident the entire year (enter state of residence) ........... **MD**    ___
6. The number of days I spent in CA for any purpose was: ............ ___    ___
7. I owned a home/property in CA (enter Y for Yes, N for No) ............ ___    **N**
8. Before 2017: I was a CA resident for the period of ............ ___    ___

## Part II  Income Adjustment Schedule

**Section A – Income**

| | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See instructions (difference between CA & federal law) | C Additions See instructions (difference between CA & federal law) | D Total Amounts Using CA Law As If You Were a CA Resident (subtract col. B from col. A; add col. C to the result) | E CA Amounts (income earned or received as a CA resident and income earned or received from CA sources as a nonresident) |
|---|---|---|---|---|---|
| 7 Wages, salaries, tips, etc. See instructions before making an entry in col. B or C .... 7 | | | | | |
| 8 Taxable interest. (b) _____ 8(a) | | | | | |
| 9 Ordinary dividends. (b) ⊙ _____ 9(a) | | | | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes .... 10 | | | | | |
| 11 Alimony received .......... 11 | | | | | |
| 12 Business income or (loss) 12 | | | | | |
| 13 Capital gain or (loss) ...... 13 | | | | | |
| 14 Other gains or (losses) .... 14 | | | | | |
| 15 IRA distributions. (a) ⊙ _____ 15(b) | | | | | |
| 16 Pensions and annuities. (a) ⊙ _____ 16(b) | | | | | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. ...... 17 | | | | | |
| 18 Farm income or (loss) .... 18 | | | | | |
| 19 Unemployment compensation 19 | | | | | |
| 20 Social security benefits. (a) ⊙ _____ 20(b) | | | | | |
| 21 Other income. a California lottery winnings b Disaster loss deduction from FTB 3805V c Federal NOL (Form 1040, line 21) d NOL deduction from FTB 3805V .... 21 e NOL from FTB 3805Z, FTB 3806, FTB 3807, or FTB 3809 f Other (describe): _____ | | | | | |
| 22 a Total: Combine line 7 through line 21 in each column. Continue to Side 2  22a | | | | | |

For Privacy Notice, get FTB 1131 ENG/SP.      022                    Schedule CA (540NR) 2017  Side 1

| MARYLAND FORM 502 | RESIDENT INCOME TAX RETURN | AS AMENDED  | 2018 Page 2 |

NAME KEVIN S FOWLER                         SSN

**INCOME**
See Instructions.
1. Adjusted gross income from your federal return ......................................................... 1.
1a. Wages, salaries and/or tips ▶ 1a.
1b. Earned Income ▶ 1b.
1c. Capital Gain or (loss) ▶ 1c.
1d. Taxable Pensions, IRAs, Annuities (Attach Form 502R.) ▶ 1d.
1e. Place a "Y" in this box if the amount of your Investment Income is more than $3,500 ........

**ADDITIONS TO INCOME**
See Instructions.
2. Tax-exempt Interest on state and local obligations (bonds) other than Maryland ................ ▶ 2.
3. State retirement pickup ................................................................................................. ▶ 3.
4. Lump sum distributions (from worksheet in Instructions.) .......................................... ▶ 4.
5. Other additions (Enter code letter(s) from Instructions.) ▶ _ _ _ _ ................. ▶ 5.
6. Total additions to Maryland income (Add lines 2 through 5.) ................................. ▶ 6.
7. Total federal adjusted gross income and Maryland additions (Add lines 1 and 6.) .......... 7.

**SUBTRACTIONS FROM INCOME**
See Instructions.
8. Taxable refunds, credits or offsets of state and local income taxes included in line 1 ........ ▶ 8.
9. Child and dependent care expenses .......................................................................... ▶ 9.
10a. Pension exclusion from worksheet (13A) ..................... Yourself ▶ ☐ Spouse ▶ ☐ ▶10a.
10b. Pension exclusion from worksheet (13E) ..................... Yourself ▶ ☐ Spouse ▶ ☐ ▶10b.
11. Taxable Social Security and RR benefits (Tier I, II and supplemental) included in line 1 ...... ▶ 11.
12. Income received during period of nonresidence (See Instructions.) ........................ ▶ 12.
13. Subtractions from attached Form 502SU ....................... ▶ _ _ _ _ ............ ▶ 13.
14. Two-Income subtraction from worksheet in Instructions ........................................ ▶ 14.
15. Total subtractions from Maryland income (Add lines 8 through 14.) ..................... ▶ 15.
16. Maryland adjusted gross income (Subtract line 15 from line 7.) ............................ 16.

**DEDUCTION METHOD**
See Instructions.
All taxpayers must select one method and check the appropriate box.
▶ [X] STANDARD DEDUCTION METHOD (Enter amount on line 17.)
   [ ] ITEMIZED DEDUCTION METHOD (Complete lines 17a and 17b.)
17a. Total federal itemized deductions (from line 17, federal Schedule A.) ........ ▶ 17a. _____
17b. State and local income taxes (See Instructions.) ............................... ▶ 17b. _____
     Subtract line 17b from line 17a and enter amount on line 17.
17. Deduction amount (Part-year residents see Instructions.) ............................. ▶ 17.
18. Net Income (Subtract line 17 from line 16.) ............................................... 18.
19. Exemption amount from Exemptions area (See Instructions.) ....................... 19.
20. Taxable net income (Subtract line 19 from line 18.) ................................... 20.

**MARYLAND TAX COMPUTATION**
21. Maryland tax (from Tax Table or Computation Worksheet Schedules I or II) ................ 21.
22. Earned income credit (EIC) (See Instructions.) .............................................. ▶ 22.
23. Poverty level credit (See Instructions.) ......................................................... ▶ 23.
24. Other Income tax credits for Individuals from Part AA, line 12 of Form 502CR (Attach Form 502CR.) 24.
25. Business tax credits _____ You must file this form electronically to claim busine
26. Total credits (Add lines 22 through 25.) ......................................................... 26.
27. Maryland tax after credits (Subtract line 26 from line 21.) If less than 0, enter 0 .......... 27.

**LOCAL TAX COMPUTATION**
28. Local tax (See Instructions for tax rates and worksheet.) Multiply line 20
    by your local tax rate .0283   or use the Local Tax Worksheet ......................... 28.
29. Local earned income credit (from Local Earned Income Credit Worksheet in Instructions.) ...... 29.
30. Local poverty level credit (from Local Poverty Level Credit Worksheet in Instructions.) ...... 30.
31. Local tax credit from Part BB, line 1 of Form 502CR (Attach Form 502CR.) .............. 31.
32. Total credits (Add lines 29 through 31.) ....................................................... 32.
33. Local tax after credits (Subtract line 32 from line 28.) If less than 0, enter 0 .......... 33.
34. Total Maryland and local tax (Add lines 27 and 33.) .................................... 34.

**CONTRIBUTIONS**
See Instructions.
35. Contribution to Chesapeake Bay and Endangered Species Fund ............... ▶ 35.
36. Contribution to Developmental Disabilities Services and Support Fund .... ▶ 36.
37. Contribution to Maryland Cancer Fund ............................................. ▶ 37.
38. Contribution to Fair Campaign Financing Fund .................................. ▶ 38.
39. Total Maryland income tax, local income tax and contributions (Add lines 34 through 38.) .. 39.

COM/RAD-009    856011  10-23-18

MARYLAND FORM 502 — AS ORIGINALLY FILED — RESIDENT INCOME TAX RETURN  2018 Page 2

NAME KEVIN S FOWLER    SSN ▮

**INCOME** (See Instructions.)
- 1. Adjusted gross income from your federal return ......... ▶ 1. ▮
- 1a. Wages, salaries and/or tips ▶ 1a. ▮
- 1b. Earned income ▶ 1b. ▮
- 1c. Capital Gain or (loss) ▶ 1c. ▮
- 1d. Taxable Pensions, IRAs, Annuities (Attach Form 502R.) ▶ 1d. ▮
- 1e. Place a "Y" in this box if the amount of your investment income is more than $3,500 ..........

**ADDITIONS TO INCOME** (See Instructions.)
- 2. Tax-exempt interest on state and local obligations (bonds) other than Maryland ▶ 2.
- 3. State retirement pickup ▶ 3.
- 4. Lump sum distributions (from worksheet in Instructions.) ▶ 4.
- 5. Other additions (Enter code letter(s) from Instructions.) ▶ _ _ _ _ _ ▶ 5.
- 6. Total additions to Maryland income (Add lines 2 through 5.) ▶ 6.
- 7. Total federal adjusted gross income and Maryland additions (Add lines 1 and 6.) ▶ 7.

**SUBTRACTIONS FROM INCOME** (See Instructions.)
- 8. Taxable refunds, credits or offsets of state and local income taxes included in line 1 ▶ 8.
- 9. Child and dependent care expenses ▶ 9.
- 10a. Pension exclusion from worksheet (13A) ......... Yourself ▶ ☐ Spouse ▶ ☐  ▶ 10a.
- 10b. Pension exclusion from worksheet (13E) ......... Yourself ▶ ☐ Spouse ▶ ☐  ▶ 10b.
- 11. Taxable Social Security and RR benefits (Tier I, II and supplemental) included in line 1 ▶ 11.
- 12. Income received during period of nonresidence (See Instructions.) ▶ 12.
- 13. Subtractions from attached Form 502SU ▶ _ _ _ _ _ ▶ 13.
- 14. Two-income subtraction from worksheet in Instructions ▶ 14.
- 15. Total subtractions from Maryland income (Add lines 8 through 14.) ▶ 15.
- 16. Maryland adjusted gross income (Subtract line 15 from line 7.) ▶ 16.

**DEDUCTION METHOD** (See Instructions.)
All taxpayers must select one method and check the appropriate box.
▶ [X] STANDARD DEDUCTION METHOD (Enter amount on line 17.)
☐ ITEMIZED DEDUCTION METHOD (Complete lines 17a and 17b.)
- 17a. Total federal itemized deductions (from line 17, federal Schedule A.) ▶ 17a. _____
- 17b. State and local income taxes (See Instructions.) ▶ 17b. _____
- Subtract line 17b from line 17a and enter amount on line 17.
- 17. Deduction amount (Part-year residents see Instructions.) ▶ 17.
- 18. Net income (Subtract line 17 from line 16.) ▶ 18.
- 19. Exemption amount from Exemptions area (See Instructions.) ▶ 19.
- 20. Taxable net income (Subtract line 19 from line 18.) ▶ 20.

**MARYLAND TAX COMPUTATION**
- 21. Maryland tax (from Tax Table or Computation Worksheet Schedules I or II) ▶ 21.
- 22. Earned income credit (EIC) (See Instructions.) ▶ 22.
- 23. Poverty level credit (See Instructions.) ▶ 23.
- 24. Other income tax credits for individuals from Part AA, line 12 of Form 502CR (Attach Form 502CR.) ▶ 24.
- 25. Business tax credits _____ You must file this form electronically to claim busine
- 26. Total credits (Add lines 22 through 25.) ▶ 26.
- 27. Maryland tax after credits (Subtract line 26 from line 21.) If less than 0, enter 0 ▶ 27.

**LOCAL TAX COMPUTATION**
- 28. Local tax (See Instructions for tax rates and worksheet.) Multiply line 20 by your local tax rate **.0283** or use the Local Tax Worksheet ▶ 28.
- 29. Local earned income credit (from Local Earned Income Credit Worksheet in Instructions.) ▶ 29.
- 30. Local poverty level credit (from Local Poverty Level Credit Worksheet in Instructions.) ▶ 30.
- 31. Local tax credit from Part BB, line 1 of Form 502CR (Attach Form 502CR.) ▶ 31.
- 32. Total credits (Add lines 29 through 31.) ▶ 32.
- 33. Local tax after credits (Subtract line 32 from line 28.) If less than 0, enter 0 ▶ 33.
- 34. Total Maryland and local tax (Add lines 27 and 33.) ▶ 34.

**CONTRIBUTIONS** (See Instructions.)
- 35. Contribution to Chesapeake Bay and Endangered Species Fund ▶ 35.
- 36. Contribution to Developmental Disabilities Services and Support Fund ▶ 36.
- 37. Contribution to Maryland Cancer Fund ▶ 37.
- 38. Contribution to Fair Campaign Financing Fund ▶ 38.
- 39. Total Maryland income tax, local income tax and contributions (Add lines 34 through 38.) ▶ 39.

COM/RAD-009   656011 10-23-18

| TAXABLE YEAR | California Adjustments — | | SCHEDULE |
|---|---|---|---|
| 2018 | Nonresidents or Part-Year Residents | | CA (540NR) |

839021 04-16-19

**Important:** Attach this schedule behind Long Form 540NR, Side 5 as a supporting California schedule.

Name(s) as shown on tax return: **KEVIN S. FOWLER**

SSN or ITIN: [redacted]

**Part I  Residency Information.** Complete all lines that apply to you and your spouse/RDP for taxable year 2018.

During 2018:

1  My California (CA) Residency (Check one)
   a  Myself: ⊙ X Nonresident  ◯ Part-Year Resident  ◯ Resident
   b  Spouse: ◯ Nonresident  ◯ Part-Year Resident  ◯ Resident
        Yourself                    Spouse/RDP

2  a  I was domiciled in (enter two letter code, see instructions) ............ ◯ **MD** ◯ ____
   b  I was in the military and stationed in (enter two letter code) .......... ◯ ____ ◯ ____
3  I became a CA resident (enter state of prior residence and date (mm/dd/yyyy) of move) .......... ◯ ____ ◯ ____
4  I became a CA nonresident (enter new state of residence and date (mm/dd/yyyy) of move) .......... ◯ ____ ◯ ____
5  I was a CA nonresident the entire year (enter state of residence) .......... ◯ **MD** ◯ ____
6  The number of days I spent in CA for any purpose was: .......... ◯ ____ ◯ ____
7  I owned a home/property in CA (enter Y for Yes, N for No) .......... ◯ **N** ◯ ____
8  Before 2018: I was a CA resident for the period of .......... ◯ ____ ◯ ____

**Part II  Income Adjustment Schedule**

| Section A - Income from federal Form 1040 | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See instructions (difference between CA & federal law) | C Additions See instructions (difference between CA & federal law) | D Total Amounts Using CA Law As If You Were a CA Resident (subtract col. B from col. A; add col. C to the result) | E CA Amounts (income earned or received as a CA resident and income earned or received from CA sources as a nonresident) |
|---|---|---|---|---|---|
| 1 Wages, salaries, tips, etc. See instructions before making an entry in col. B or C | [redacted] | | | | |
| 2 Taxable interest. (a) ◯ _____ 2(b) | [redacted] | | | | |
| 3 Ordinary dividends. (a) _____ 3(b) | [redacted] | | | | |
| 4 IRAs, pensions, and annuities. (a) ◯ _____ 4(b) | [redacted] | | | | |
| 5 Social security benefits. (a) ◯ _____ 5(b) | [redacted] | | | | |
| **Section B - Additional Income from federal Schedule 1 (Form 1040)** | | | | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes ..... 10 | [redacted] | | | | |
| 11 Alimony received ............ 11 | [redacted] | | | | |
| 12 Business income or (loss) ...... 12 | [redacted] | | | | |
| 13 Capital gain or (loss) .......... 13 | [redacted] | | | | |
| 14 Other gains or (losses) ........ 14 | [redacted] | | | | |
| 15a Reserved ................... 15b | [redacted] | | | | |
| 16a Reserved ................... 16b | [redacted] | | | | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc .................. 17 | [redacted] | | | | |

For Privacy Notice, get FTB 1131 ENG/SP.    022    Schedule CA (540NR) 2018  Side 1

| MARYLAND FORM 502 | RESIDENT INCOME TAX RETURN |  | 2019 Page 3 |

NAME KEVIN S FOWLER   SSN ▇▇▇

**MARYLAND TAX COMPUTATION**

21. Maryland tax (from Tax Table or Computation Worksheet Schedules I or II) ......... 21. _____
22. Earned income credit (EIC) (See Instructions.) ......... ▶ 22. _____

☐ Check this box if you are claiming the Maryland Earned Income Credit, but do not qualify for the federal Earned Income Credit.

23. Poverty level credit (See Instructions.) ......... ▶ 23. _____
24. Other income tax credits for individuals from Part AA, line 13 of Form 502CR (Attach Form 502CR.) 24. _____
25. Business tax credits ......... You must file this form electronically to claim business tax credits on For
26. Total credits (Add lines 22 through 25.) ......... 26. _____
27. Maryland tax after credits (Subtract line 26 from line 21.) If less than 0, enter 0 ......... 27. _____

**LOCAL TAX COMPUTATION**

28. Local tax (See Instructions for tax rates and worksheet.) **Multiply line 20 by your local tax rate .0283 or use the Local Tax Worksheet** ......... 28. _____
29. Local earned income credit (from Local Earned Income Credit Worksheet in Instructions.) ......... 29. _____
30. Local poverty level credit (from Local Poverty Level Credit Worksheet in Instructions.) ......... 30. _____
31. Local tax credit from Part BB, line 1 of Form 502CR (Attach Form 502CR.) ......... 31. _____
32. Total credits (Add lines 29 through 31.) ......... 32. _____
33. Local tax after credits (Subtract line 32 from line 28.) If less than 0, enter 0 ......... 33. _____
34. Total Maryland and local tax (Add lines 27 and 33.) ......... 34. _____

**CONTRIBUTIONS** See Instructions.

35. Contribution to Chesapeake Bay and Endangered Species Fund ......... ▶ 35. _____
36. Contribution to Developmental Disabilities Services and Support Fund ......... ▶ 36. _____
37. Contribution to Maryland Cancer Fund ......... ▶ 37. _____
38. Contribution to Fair Campaign Financing Fund ......... ▶ 38. _____

39. **Total Maryland Income tax, local income tax and contributions** (Add lines 34 through 38.) ......... 39. _____
40. Total Maryland and local tax withheld (Enter total from your W-2 and 1099 forms and attach if MD tax is withheld.) ......... ▶ 40. _____
41. 2019 estimated tax payments, amount applied from 2018 return, payment made with an extension request, and **Form MW506NRS** ......... ▶ 41. _____
42. Refundable earned income credit (from worksheet in Instructions.) ......... ▶ 42. _____
43. Refundable income tax credits from Part CC, line 7 of Form 502CR (Attach Form 502CR. See Instructions.) ......... 43. _____
44. Total payments and credits (Add lines 40 through 43.) ......... 44. _____

45. Balance due (If line 39 is more than line 44, subtract line 44 from line 39. See Instructions.) ......... ▶ 45. _____
46. Overpayment (If line 39 is less than line 44, subtract line 39 from line 44.) ......... ▶ 46. _____

**REFUND**

47. Amount of overpayment TO BE APPLIED TO 2020 ESTIMATED TAX ......... ▶ 47. _____
48. Amount of overpayment **TO BE REFUNDED TO YOU** (Subtract line 47 from line 46.) See line 51 ......... REFUND ▶ 48. _____

49. Check here ☐ if you are attaching Form 502UP. Enter interest charges from line 18 of Form 502UP _____ or for late filing _____ ......... ▶ 49. _____

**AMOUNT DUE**

50. TOTAL AMOUNT DUE (Add lines 45 and 49.) IF $1 OR MORE, PAY IN FULL WITH THIS RETURN. INCLUDE FORM PV ......... 50. _____

COM/RAD-009  956012  10-15-19

| TAXABLE YEAR | California Adjustments — | | SCHEDULE |
|---|---|---|---|
| 2019 | Nonresidents or Part-Year Residents | | CA (540NR) |

939021 01-22-20

Important: Attach this schedule behind Form 540NR, Side 5 as a supporting California schedule.

Name(s) as shown on tax return: **KEVIN S. FOWLER**     SSN or ITIN: ▓▓▓

### Part I  Residency Information. Complete all lines that apply to you and your spouse/RDP for taxable year 2019.

**During 2019:**

1. My California (CA) Residency (Check one)
   a. Myself: ☒ X Nonresident  ☐ Part-Year Resident  ☐ Resident
   b. Spouse: ☐ Nonresident  ☐ Part-Year Resident  ☐ Resident

|   | | Yourself | Spouse/RDP |
|---|---|---|---|
| 2a | I was domiciled in (enter two letter code, see instructions) | **MD** | |
| 2b | I was in the military and stationed in (enter two letter code) | | |
| 3 | I became a CA resident (enter state of prior residence and date (mm/dd/yyyy) of move) | | |
| 4 | I became a CA nonresident (enter new state of residence and date (mm/dd/yyyy) of move) | | |
| 5 | I was a CA nonresident the entire year (enter state of residence) | **MD** | |
| 6 | The number of days I spent in CA for any purpose was: | | |
| 7 | I owned a home/property in CA (enter Y for Yes, N for No) | **N** | |
| 8 | Before 2019: I was a CA resident for the period of | | |

### Part II  Income Adjustment Schedule

| Section A – Income from federal Form 1040 or 1040-SR | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See Instructions (difference between CA & federal law) | C Additions See Instructions (difference between CA & federal law) | D Total Amounts Using CA Law As If You Were a CA Resident (subtract col. B from col. A; add col. C to the result) | E CA Amounts (income earned or received as a CA resident and income earned or received from CA sources as a nonresident) |
|---|---|---|---|---|---|
| 1 Wages, salaries, tips, etc. See instructions before making an entry in col. B or C | | | | | |
| 2 Taxable interest.   a ____ 2b | | | | | |
| 3 Ordinary dividends.   a ____ 3b | | | | | |
| 4 IRA distributions.   a ____ 4b    Pensions and annuities.   c ____ 4d | | | | | |
| 5 Social security benefits.   a ____ 5b | | | | | |
| 6 Capital gain or (loss). See instructions | | | | | |

**Section B – Additional Income** from federal Schedule 1 (Form 1040 or 1040-SR)

| | | | | | |
|---|---|---|---|---|---|
| 1 Taxable refunds, credits, or offsets of state and local income taxes | | | | | |
| 2a Alimony received | | | | | |
| 3 Business income or (loss) | | | | | |
| 4 Other gains or (losses) | | | | | |
| 5 Rental real estate, royalties, partnerships, S corporations, trusts, etc. | | | | | |