```
                              Baltimore City Circuit Court
                              IMP FD SURE        $40.00
                              RECORDING FEE      $10.00

                              TOTAL              $50.00
                              MB  DJE
                              Feb 09, 2022      09:21 am
```

**MARYLAND**
**CITY OF BALTIMORE (I)**
LOAN NO.: **1411108925**
WHEN RECORDED MAIL TO: **FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402**, PH. **208-528-9895**

# CERTIFICATE OF SATISFACTION

KNOW ALL MEN BY THESE PRESENTS That, **PENTAGON FEDERAL C.U.**, located at **4875 PRESTON ROAD SUITE 300, FRISCO, TX 75034**, the Mortgagee or Beneficiary of that certain Mortgage or Deed of Trust described below, does hereby acknowledge that the indebtedness secured thereby has been fully paid and does hereby discharge and reconvey to the persons legally entitled thereto, all of its right, title, and interest in and to the real estate described in said Mortgage or Deed of Trust, forever satisfying and discharging the lien from said Mortgage or Deed of Trust. The undersigned was the holder of the Mortgage or Deed of Trust Note, at the time of satisfaction.

Said Mortgage or Deed of Trust dated **DECEMBER 18, 2014** executed by **MARC ALLEN HOWZE AND GMA LIZETTE HOWZE, HUSBAND AND WIFE**, Mortgagor or Trustor, to or for the benefit of **PENTAGON FEDERAL C.U.**, Original Mortgagee or Beneficiary, and recorded on **JANUARY 05, 2015** in Liber/Book **16827** at Folio/Page **287** of the Records in the Circuit Court Clerk's office in and for the City of **BALTIMORE (I)**, State of **MARYLAND**.

PROPERTY ADDRESS: **801 KEY HIGHWAY #P50, BALTIMORE, MD 21230**

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **FEBRUARY 04, 2022**.
**PENTAGON FEDERAL CREDIT UNION AKA PENTAGON FEDERAL C.U. AKA PENFED**

*Melanie Hanson* (signature)
**MELANIE HANSON, VICE PRESIDENT**

STATE OF **IDAHO**       COUNTY OF **BONNEVILLE**       ) ss.

On **FEBRUARY 04, 2022**, before me, **VALENTIN SALCEDO**, personally appeared **MELANIE HANSON** known to me to be the **VICE PRESIDENT** of **PENTAGON FEDERAL CREDIT UNION AKA PENTAGON FEDERAL C.U. AKA PENFED** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

*Valentin Salcedo* (signature)
**VALENTIN SALCEDO (COMMISSION EXP. 07/21/2022)**
NOTARY PUBLIC

```
VALENTIN SALCEDO
Notary Public - State of Idaho
Commission Number 68110
My Commission Expires Jul 21, 2022
```

POD: 20220131
PD8022819IM - LR - MD              Page 1 of 1


