UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY RAPP, et ano.,

                Plaintiffs,

     -against-

KEVIN SPACEY FOWLER,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/28/22

20-cv-9586 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will conduct a targeted evidentiary hearing consisting of testimony by the defendant on plaintiff's second motion to remand May 26, 2022 commencing at 9:30 a.m. in Courtroom 21B.

        SO ORDERED.

Dated:      April 28, 2022

                                            Lewis A. Kaplan
                                United States District Judge