UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN SPACEY FOWLER, a/k/a KEVIN SPACEY,

                        Movant,

      -against-                                    22-mc-0063 (LAK)

ADAM VARY,

                        Respondent.
------------------------------------------------------------x
ANTHONY RAPP, et ano.,

                        Plaintiffs,

      -against-                                    20-cv-9586 (LAK)

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,

                        Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On or before May 31, 2022, Mr. Vary shall submit for *in camera* inspection, under seal, all documents responsive to Mr. Fowler's December 29, 2021 subpoena [Dkt 1-6, 22-mc-0063].

        SO ORDERED.

Dated:     May 19, 2022

                                                            Lewis A. Kaplan
                                                   United States District Judge