

May 24, 2022

**By Electronic Filing**

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Anthony Rapp and C.D. v. Kevin Spacey Fowler a/k/a Kevin Spacey*
      Southern District of New York, Case No. 1:20-cv-09586 (LAK)

Dear Judge Kaplan:

As Your Honor knows, we represent defendant Kevin Spacey Fowler. In his second motion to remand, Plaintiff suggested Mr. Fowler traveled to England frequently and for long durations from 2014 to early 2017, apparently based on speculation stemming from passport stamps and other documents produced by Mr. Fowler. Plaintiff's second motion to remand grossly mischaracterized these trips. In Mr. Fowler's supplemental declaration in opposition to Plaintiff's second motion to remand (ECF No. 194), Mr. Fowler refuted Plaintiff's contention and, based on his recollection and review of his past calendars, described the purpose and duration of the various trips identified by Plaintiff in his motion. In preparation for upcoming targeted evidentiary hearing (*see* ECF No. 210), and to be transparent about the information reviewed by Mr. Fowler, I have enclosed the pages of Mr. Fowler's past calendars and other information that reflect flights to the United Kingdom since 2014. These documents previously were provided to Plaintiff's counsel today.

        Respectfully submitted,
        KELLER/ANDERLE LLP

        Chase A. Scolnick

cc:   Peter J. Saghir
      Ben Rubinowitz
      Rachel Jacobs
      Michael Tremonte
      Erica A. Wolff
      Jennifer L. Keller
      Jay P. Barron