| January 3, 2014 |
|---|
| Friday |

**All Day**  |  **Fly Baltimore to London**
FOWLER/KEVIN
03 JAN 14 - FRIDAY   BRITISH AWYS  292 FIRST CLASS   EQUIP-BOEING 777 JET
LV: WASH/DULLES     1020P    NONSTOP      MILES- 3677   CONFIRMED AR: LON /
HEATHROW    1025A    ELAPSED TIME- 7:05  ARVL DATE-04 JAN
MEAL                  SEAT-1K               FREQ FLYER BA      10607224

| January 4, 2014 |
|---|
| Saturday |

**11:30 AM - 12:30 PM**  |  **Watch Fortunes Fool**
2 tickets booked for KS L 4/5

The order number is: 424684

Emma Minihan - Box Office

| January 6, 2014 |
|---|
| Monday |

**All Day**  |  **Fly London to Warsaw, Poland**
Flight details are:

2.45pm depart LONDON CITY AIRPORT
6.30pm arrive WARSAW FREDERIC CHOPIN

Flight time 2:06
tail number: G-FJET
GCPUR

Your check-in is:
LONDON CITY AIRPORT JET CENTRE
Royal Docks, London, E16 2PJ

contact there is: +44 (0)20 7646 0449.
operations +44 (0)20 7646 0400


+44 1747 642 777
http://www.privatefly.com/private-jets/medium-jet-hire/Citation-XLS.html

**All Day**  |  **SCHEDULE**
2.45pmJet depart London
6.30pmJet land Warsaw
7pmKS meet with Production
8pmFitting
9pmDinner
███████████

## January 7, 2014
### Tuesday

**12:00 AM - 12:00 AM**          **Polish bank commercial**
7th 8th Jan

**3:00 AM - 4:00 AM**          **Vote for the OSCAR's**

██████████          ██

## January 8, 2014
### Wednesday

**12:00 AM - 12:00 AM**          **Polish bank commercial**
                                        **Please See Above**

**12:30 PM - 1:30 PM**          **Call w Tom Hansen & Matt Delpiano**
9pm

Re HOC negotiation

## January 9, 2014
### Thursday

**All Day**          **Fly Poland to LA**
6.15amDepart Le Regina hotel
Beau, Ryan, Kevin, Sean, Tricia, Johanna
6.40am     Jet depart Warsaw
                    Terminal General Aviation, Ul 17-go Stycznia 47, 02-146, Warsaw
8am     Arrive London Northolt
Car and Van will transfer us bewteen airports
Drivers: Car - Hemat 07909 534 362. Van - Ross on 07909 534 361
8.30am        Arrive Heathrow terminal 5
10.25am   Plane depart London
1.30pm     Plane arrive LA


09 JAN 14 - THURSDAY
BRITISH AWYS  283 FIRST CLASS   EQUIP-BOEING 747 JET
LV: LON / HEATHROW   1025A    NONSTOP     MILES- 5456   CONFIRMED
AR: LOS ANGELES     130P    ELAPSED TIME-11:05
MEAL                      SEAT- 3K


Stay at Hotel Casa Del Mar
1910 OCEAN WAY SANTA MONICA, CA 90405
310-581-5533

THE LEADING HOTELS       01 NT/S - OUT 10JAN          CONFIRMED
HOTEL CASA DEL MAR     ONE BEDROOM PENTHOUSE SUITE     GUARANTEE-DEPOSIT
1910 OCEAN WAY

**January 9, 2014 Continued**
Thursday

SANTA MONICA CA 90405     PHONE-1-310-5815533
FAX-1-310-5815503
NAME-HOUSEMAN JOHN
CONFIRMATION-71737233
LW17821ARR09JAN CXL:07-D PRIOR TO 16-00H LOCAL TIME

2:00 PM - 3:00 PM          **Burberry fitting**
5pm
Casa Del mar

4:15 PM - 5:15 PM          **Call w Don, Tom & Matt**
4.15pm

**January 10, 2014**
Friday

8:00 PM - 9:00 PM          **CAA Pre-Golden Globes Party**
Friday, January 10

███████      ██████████████████████

9:00 AM          Grooming

10:30 AM          Transportation will take you to the AFI Luncheon

Transportation: Airport ASAP
████████████████████████

The Four Seasons Hotel
300 South Doheny Drive
Los Angeles, CA  90048

11:30 AM          Arrivals for the AFI Luncheon

12:00 PM-          AFI Luncheon
2:00 PM          *Please note the dress for the event is Business Attire

HOUSE OF CARDS is being honored as one of the AFI Television Programs of the Year
CAPTAIN PHILLIPS is being honored as one of the AFI
Movies of the Year

Transportation: Airport ASAP
Contact: █████ ██████████

8:00 PM          CAA Pre-Golden Globes Party
Soho House
9200 West Sunset Blvd.
West Hollywood, CA  90069
Please RSVP to Pre-GoldenGlobesParty@CAA.com.

**January 17, 2014 Continued**
Friday

#####



**January 18, 2014**
Saturday

**January 19, 2014**
Sunday

**January 20, 2014**
Monday

6:00 AM - 7:00 AM          **Fly LA to Geneva**
12.45pm Beau & Ryan leave Malibu
2pm Beau & Ryan deliver cars then get cab to airport
2.30pm KS pickup malibu
3.15pm Beau & Ryan arrive airport
3.45pm KS arrive airport

| January 20, 2014 Continued |
| --- |
| Monday |

Driver: ███████████████████████████

20 JAN 14 - MONDAY
BRITISH AWYS  282 FIRST CLASS   EQUIP-BOEING 747 JET
LV: LOS ANGELES     500P    NONSTOP     MILES- 5456   CONFIRMED
AR: LON / HEATHROW    1115A    ELAPSED TIME-10:15  ARVL DATE-21 JAN
MEAL


Booking Ref.: 675973
Date/Time: Tuesday, 21 January, 2014 @11:15
Chauffeur: Junior Alleyne
Chauffeur contact number: +447909 534 399
Vehicle Type: S Class
Account: Air Partner Plc / General Bookings.
Passenger: Lee, Mr Ryan
Passenger Ph.: -
Booker: Charlotte Phillips
Booker Ph.: 01293 844 764

Pick Up:
BA282 x LA Heathrow Terminal 5 Middlesex TW6
Drop Off:
Luton Airport - Signature Percival Way Luton LU2


**11:00 AM - 1:00 PM**          **Tennis**
                                11am - 1.30pm

| January 21, 2014 |
| --- |
| Tuesday |

**All Day**                     **IWC watch fair**

| January 22, 2014 |
| --- |
| Wednesday |

**All Day**                     **Jameson apperance**
                                Visit distillery in Ireland


**9:00 AM - 10:00 AM**          **Variety advert come out**
                                I am writing to confirm your reservation of advertising space for Kevin Spacey in Variety
                                as follows;

                                Advertiser: Kevin Spacey

**January 25, 2014 Continued**
Saturday



**January 26, 2014**
Sunday



4:45 AM - 5:45 AM                     **Fly London to Verbier**

                                      11.30am depart home
                                      12.45pm Depart Farnborough
                                      3.30pm Arrive Sion

                                      Tag aviation, aircraft D-CHHH

**January 28, 2014 Continued**
Tuesday



**January 29, 2014**
Wednesday

**All Day**

**January 30, 2014**
Thursday

**All Day**

**January 31, 2014**
Friday

**All Day**

**February 1, 2014**
Saturday

**All Day**

**February 2, 2014**
Sunday

**12:00 AM - 12:00 AM**

**12:00 AM - 1:00 AM**          **Fly Sion to London**
                               12.15pm depart chalet
                               2.15pm depart Berne

## February 2, 2014 Continued
Sunday

██████████████

████████████████████████

███████████        ████████████████

## February 3, 2014
Monday

**12:00 AM - 1:00 AM**                    **Fly London to NY**
                                          8.15am depart ██████
                                          9am heathrow express

                                          ████        █████████████████████████

                                                      ████████████
                                                      ██████████████████████

                                                      ███████████████████████

                                          10:45 AM       Depart LHR

                                          American Airlines – Flight 101
                                          AMERICAN E-TICKET RECORD LOCATOR:
                                          RZLZMM (KS)
                                          VGQPNC (Lee)
                                          CIYMDO  (Gordon)

                                          1:40 PM        Arrive JFK

                                          AMERICAN FIVE-STAR CONFIRMATION #1-1256749098

                                          ████████████████████████████████████████

                                                      Hotel:
                                          The NoMad Hotel
                                          1170 Broadway
                                          Phone: 212.796.1500
                                          CONFIRMATION-191380066 (Houseman)
                                          CONFIRMATION-191380379 (Lee)
                                          CONFIRMATION-191608683 (Gordon)

**2:30 PM - 3:30 PM**                     **Call Jimmy Kimmel**
                                          5.30pm

                                          Jimmy's office is ██████████████████████

**February 3, 2014 Continued**
Monday



## February 3, 2014 Continued
Monday



## February 4, 2014
Tuesday

| | |
|---|---|
| **All Day** | **HOC NY press day**<br>Tuesday, February 4 |

8:20 AM      Grooming:
████████████████

9:20 AM      Transportation will take you to the press day location

Transportation:
Contact: ████████████████

Location:
Loews Regency
540 Park Avenue
Phone: 212.759.4100

9:45 AM      Arrive to the press day location

10:00 AM-      New York Press Day
3:35 PM

Transportation will take you as directed following the press day

| | |
|---|---|
| **2:00 PM - 3:00 PM** | **Meet Jeremy Whelehan**<br>5pm |
| **6:30 PM - 7:30 PM** | **Fly New York to London**<br>6.30pm depart hotel<br>8pm arrive airport |

04 FEB 14 - TUESDAY
  BRITISH AWYS  114 FIRST CLASS   EQUIP-BOEING 777 JET
  LV: NYC/KENNEDY     930P   NONSTOP     MILES- 3452  CONFIRMED

### February 10, 2014 Continued
Monday



### February 11, 2014
Tuesday

**2:25 AM - 3:25 AM**

FOR:
FOWLER/KEVIN

11 FEB 14 – TUESDAY
BA SPECIAL SERVICES WILL ASSIST AT CHECKIN TO LOUNGE/GATE
BRITISH AWYS  283 FIRST CLASS   EQUIP-BOEING 747 JET
LV: LON / HEATHROW    1025A    NONSTOP     MILES- 5456   CONFIRMED
AR: LOS ANGELES     130P    ELAPSED TIME-11:05
MEAL                    SEAT 1K
FREQ FLYER BA      10607224
BA SPECIAL SERVICES WILL ASSIST ON ARRIVAL
RYAN WILL PICKUP AT LAX



14 FEB 14 - FRIDAY
TRAVELCLICK           08 NT/S - OUT 22FEB          CONFIRMED

**February 11, 2014 Continued**
Tuesday

THE NOMAD HOTEL          1 ROOM/S /ONE BEDROOM SUITE   GUARANTEE-CREDIT
CARD
1170 BROADWAY          RATE-      650.00   GUARANTEED
NEW YORK NY US          PHONE-1-212-7961500
FAX-1-212-7961501

█████████████████████████████████████████

████████          ███████
                  ████

████████          █████████████
                  █████

         ████████████████████████

         ███████████████

         ███████████████████████████████

         █████████████████████████████████████

tickets

**5:00 PM - 6:00 PM**          **Call Jimmy Kimmell writer**
6.30pm

Jimmy wife Molly McNearney 3█████████

**5:00 PM - 6:00 PM**          **Call Tony Goldwyn writer**
         ████████

         ████████████████████

**February 13, 2014**
Thursday

**9:00 AM - 10:00 AM**          **Kimmel Oscar After Show Pre-tape**
Thursday, February 13

         ██████     █████████████████████████████

         █████████

**March 21, 2014**
Friday

3:30 PM - 4:30 PM



**March 23, 2014**
Sunday

9:00 AM - 10:00 AM          **Fly Baltmore to London**
23 MAR 14 - SUNDAY
  UNITED      122 BUSINESS/BU   EQUIP-752
  LV: WASH/DULLES     1025A    NONSTOP     MILES- 3677   CONFIRMED
  AR: LON / HEATHROW   1000P   ELAPSED TIME- 7:35
  LUNCH                 SEAT- 3A

**March 24, 2014**
Monday

All Day                     **Other Desert Cities press night**
24th march

**March 24, 2014 Continued**
Monday

6pm - ODC reception
7pm ODC opening

**5:00 AM - 6:00 AM**

**March 25, 2014**
Tuesday

**9:00 AM - 10:00 AM**
**Fly London to Miami**
AA flight departs 1005am arrives MIA 345pm

Record locator: PKUEJN

**March 26, 2014**
Wednesday

**May 14, 2014 Continued**
Wednesday

**May 15, 2014**
Thursday

9:00 AM - 10:00 AM      **Fly JFK - LONDON**
15 MAY 14 - THURSDAY
BRITISH AWYS  180 CLUB EXCEPT   EQUIP-BOEING 777 JET
LV: NYC/KENNEDY      715A    NONSTOP      MILES- 3452   CONFIRMED
AR: LON / HEATHROW    655P    ELAPSED TIME- 6:40
MEAL                     SEAT-13A
FREQ FLYER BA       63839282

**May 18, 2014**
Sunday

6:00 AM - 7:00 AM      **BAFTA TV Awards**
KS possibly attend
HOC nominated for best international show
London

6:00 AM - 7:00 AM      **NTL TIMES TALKS @ THE OLD VIC**
Sunday 18th May

9:00 AM - 10:00 AM      **Peter O'toole Memorial**
18 May

Coordinator
Emily Blacksell

**May 19, 2014**
Monday

12:00 AM - 12:00 AM      **Darrow REHEARSAL**
19th May - 24 May

11am - 5pm

**June 13, 2014 Continued**
Friday

██████████     ██████████████

████████████████████████████████████████████
██████████████

███████████████████████████████████████
█████████████████

█████████████████████████████████████████████
███████████████████

████████████████████████████████████████
█████████████████████████████.

**June 14, 2014**
Saturday

All Day                     **Darrow - PERFORMANCES**
                                                    Please See Above

All Day                     **Darrow Post Show Events**
                                                    Please See Above

6:00 AM - 7:00 AM           **Darrow - RECORDED PERFORMANCE**
                            14 June

12:00 PM - 1:00 PM          **Robin Wright 21:00PM X 2**
                            ███████████████

**June 15, 2014**
Sunday

12:00 AM - 12:00 AM         **Darrow - PERFORMANCES**
                                                    Please See Above

All Day                     **Darrow Post Show Events**
                                                    Please See Above

All Day                     **Clarence Darrow - Gala Final performance**

**June 16, 2014**
Monday

12:00 AM - 12:00 AM         **Darrow Post Show Events**
                                                    Please See Above

2:00 PM - 3:00 PM           **New Event -- gats B**
                            ██████████  530p 90 min

**June 16, 2014 Continued**
Monday

**June 17, 2014**
Tuesday

6:00 AM - 7:00 AM       **HOC season 3 principal photography begins PENCIL**
17th June 2014

**June 18, 2014**
Wednesday

8:30 AM - 9:30 AM       **Costume Fitting -- Lowes Annapolis**
1130a fitting with Johanna and Irving for HOC s3 at Lowes Annapolis

126 West Street  Annapolis  MD  21401 ███████████
loewshotels.com

Deluxe King Suite

8:30 AM - 9:30 AM       ████████████████████████████████

**June 20, 2014**
Friday

11:00 AM - 12:00 PM       **Fitting -- HOC Stage**
Fitting at HOC Lunch with Irving and Johanna

5:00 PM - 6:00 PM       **Emmy 2014 Deadline nomination voting ends**
21 June

http://www.emmys.com/awards/primetime-emmys/2014/about

**June 21, 2014**
Saturday

5:00 PM - 6:00 PM       **Team Spacey dinner**
8pm

Annapolis

**June 22, 2014**
Sunday

7:00 AM - 10:00 AM       ████████████████████

████████████████████y ████████████████████

## September 12, 2014
Friday

**12:00 AM - 12:00 AM**          **KS in London**
Fly to london evening friday 9/12

Return to NYC Tuesday 9/16 by noon

**7:35 PM - 8:35 PM**          **FLIGHT Dulles - Heathrow**
12 SEP 14 - FRIDAY
 BRITISH AWYS  292 FIRST CLASS   EQUIP-BOEING 777 JET
 LV: WASH/DULLES     1035P    NONSTOP     MILES- 3677   CONFIRMED
 AR: LON / HEATHROW   1050A    ELAPSED TIME- 7:15  ARVL DATE-13 SEPt

## September 13, 2014
Saturday

**All Day**          **KS in London**
                                        **Please See Above**

**6:00 AM - 7:00 AM**          **Car pick up Paddington -- paddington**
Driver will be ███████████████████████

████████████████████████████████████████

███████████████████████████

███████████████████████████████████████

██████████████

██████████████████

████████████     ████     █████████

████████████████████████████

## September 14, 2014
Sunday

**All Day**          **KS in London**
                                        **Please See Above**

## September 15, 2014
Monday

**All Day**          **KS in London**
                                        **Please See Above**

**September 16, 2014**
Tuesday

12:00 AM - 12:00 AM          KS in London

                                                  Please See Above

All Day                              Hotel NYC - Lowell
                                        1 plus suite, Sept 16 thru 18

3:00 AM - 6:00 AM          ██████████

5:00 AM - 6:00 AM          Flight Heathrow - NYC
                                        16 SEP 14 - TUESDAY
                                         BRITISH AWYS  117 FIRST CLASS   EQUIP-BOEING 747 JET
                                         LV: LON / HEATHROW    830A    NONSTOP     MILES- 3452   CONFIRMED
                                         AR: NYC/KENNEDY      1105A    ELAPSED TIME- 7:35

7:00 PM - 8:00 PM          Dinner with ████████ -- New York, NY
                                        Reservation under ████

                                        NELLO
                                        696 Madison Ave
                                        New York, NY 10065
                                        Open today
                                        11:30 am – 12:00 am
                                        NELLO696 Madison AveNew York, NY 10065
                                        Directions
                                        Save
                                        (212) 980-9099

                                        7pm reservation under ████████████

**September 17, 2014**
Wednesday

9:30 AM - 10:30 AM          ████████████████████████████████
                                        ████████████████████████
                                        ████████████████████
                                        ████████

████████████      ████████████████████████████████
                                        ████████

4:00 PM - 7:00 PM          LG Appearance -- 1356 BroadwayNew York NY 10018
                                        Travel In - Sept 16, JFK landing 11am

                                        Travel Out - Sept 18, 7:20 heli to BWI

**November 25, 2014 Continued**
Tuesday

7:20 PM - 8:20 PM        **Fly IAD-LON -- Dulles**
        British flight 292

**November 26, 2014**
Wednesday

**November 27, 2014**
Thursday

**November 28, 2014**
Friday

**November 29, 2014**
Saturday

**November 30, 2014**
Sunday

All Day        **Fly LON-IAD -- Landing Dulles**
        Landing 225p

        30 NOV 14 - SUNDAY
        BRITISH AWYS  217 FIRST CLASS   EQUIP-388
        LV: LON / HEATHROW    1115A    NONSTOP       MILES- 3677   CONFIRMED
        AR: WASH/DULLES       225P    ELAPSED TIME- 8:10

**December 2, 2014**
Tuesday

**December 3, 2014**
Wednesday

**January 17, 2015**
Saturday

2:00 AM - 3:00 AM                **Arrive Heathrow**
                                 Charlie will collect from airport

**January 22, 2015**
Thursday

8:45 PM - 9:45 PM                **Arrive Dubai -- Dubai International AirportDubai**

10:30 PM - 11:30 PM              ███████████████████████████████████████████

                                 ████████████████████████

                                 ████████████████████████████

                                 ████████████████████

**January 23, 2015**
Friday

All Day                          **Car Dubai**
                                 Alicia confirmed

                                 Alicia will be at the airport when we land

All Day                          **Hotel - Park Hyatt -- Dubai Creek Club Street - Dubai - United Arab Emirates**
                                 Confirmed per Alicia

                                 ████████████████████
                                 █████████
                                 █████

                                 ████████████

7:30 AM - 8:30 AM                **Dinner at Badrs house**
                                 Time TBD

10:00 AM - 11:00 AM              **Vote on SAG awards**

                                 ███████████████████

                                 ████████████████████████

                                 ██████████████████

**January 25, 2015 Continued**
Sunday



**January 26, 2015**
Monday

**All Day**          Travel Dubai-London

**January 28, 2015**
Wednesday

**12:00 PM - 3:05 PM**

**February 7, 2015**
Saturday

**All Day**

**Fly LON-MIA**
BA flight departing 915a landing 155p in Miami

███████

██        ████████████████████████████████████

███       █████████████████████

██████████     ████▌
                    ████

              ███████

              ████████

**February 9, 2015**
Monday

████████     ██████████
                    ███████

████████     ████

**February 10, 2015**
Tuesday

████████     ████████████████████████
                    █████

██████████     ██

████████     ██████████

**February 12, 2015**
Thursday

████████     ██████████████████

████████     █████
                    ████

              ██████
              ████████



**February 20, 2015 Continued**
Friday

**February 21, 2015**
Saturday

3:00 PM - 4:00 PM

**February 22, 2015**
Sunday

4:10 PM - 5:10 PM   **Fly LAX-LON #BA282**
Kevin and

**February 24, 2015**
Tuesday

4:00 AM - 5:30 PM   **Piece / fitting -- Old vic**
Meeting with Adam at The Old Vic for a piece fitting & costume fitting.

7:00 AM - 10:00 AM   **Rehearsal**

**February 25, 2015**
Wednesday

10:30 AM - 11:30 AM

**March 7, 2015**
Saturday

**March 8, 2015**
Sunday

3:00 AM - 4:00 AM          **Travel LON-TET tail#PHLAU -- Luton**
                           Confirmed

                           Kevin and Ryan
                           Landing approx 130p

**March 10, 2015**
Tuesday

3:30 AM - 4:30 AM          **Fly TET-LON #PHLAU -- Teterboro**
                           Confirmed
                           Kevin and jeff

                           Landing 8pm

                           Luton

                           Signature Flight Support
                           Hangar 63
                           Percival Way
                           Luton
                           LU2 9NT

**March 12, 2015**
Thursday

**February 27, 2015**
Friday

All Day                    Fly HAM-LON #CS-LAM

All Day                    Fly LON-HAM #CS-LAM



**March 3, 2015**
Tuesday

All Day

████ **2015**
Wednesday

All Day

**April 10, 2015 Continued**
Friday

**April 11, 2015**
Saturday

**April 12, 2015**
Sunday

**April 13, 2015**
Monday

1:00 AM - 2:00 AM          **Fly LON-SAL tail# OEHRS -- West End RoadRuislipEnglandHA4United Kingdom**
Northholt Airport RAF

## August 18, 2015 Continued
Tuesday

**5:00 AM - 6:00 AM**          **Fly NYC-LON**
KS flies solo, lands 8p

18 AUG 15 - TUESDAY
BRITISH AWYS  178 FIRST CLASS   EQUIP-BOEING 747 JET
LV: NYC/KENNEDY     805A    NONSTOP     MILES- 3463   CONFIRMED
AR: LON / HEATHROW    755P    ELAPSED TIME- 6:50
MEAL                 SEAT- 5A

**12:00 PM - 1:00 PM**          **KS land Heathrow**
greeters are booked... Charlie will catch

## August 19, 2015
Wednesday

## August 21, 2015
Friday

**August 21, 2015 Continued**
Friday



**August 22, 2015**
Saturday

**All Day**          **LAST performance of high society -- Old vic**
                     5.30pm HMU Gia confirmed

                     7.30pm Show Starts

**August 23, 2015**
Sunday

██████████          ████████████

**August 24, 2015**
Monday

**7:45 AM - 8:45 AM**     **Fly LON-Dulles Arrive 145p BA217**

**August 27, 2015**
Thursday

█████████          ████████████████████████████

**January 3, 2017**
Tuesday



**January 6, 2017**
Friday

**January 7, 2017**
Saturday

12:31 AM - 1:31 AM

8.31am - Train - London > Paris -- St Pancras International, Euston Rd, Kings Cross, London N1C 4QP, UK
07 JAN 17 - SATURDAY

EUROSTAR   9010 BUSINESS PR   EQUIP-TRS

LV: ST PANCRAS     831A    NONSTOP     MILES- 214   CONFIRMED

AR: GARE DU NORD     1147A    ELAPSED TIME- 2:16

BREAKFAST

TRAIN CAR # 16  SEAT 17 & 18

**January 12, 2017**
Thursday

3:15 AM - 11:40 AM

11.15am - FLIGHT LHR>DULLES - #BA217
12 JAN 17 – THURSDAY
830AM PICKUP FROM THE OLD VIC

**June 17, 2017 Continued**
Saturday



**June 20, 2017**
Tuesday

8:00 AM - 9:35 AM



**June 26, 2017**
Monday

2:15 AM - 3:55 AM          **Travel Greece>London**
Monday 26 June
12:15
Helicopter transfer to Preveza Airport



NETJETS TO DEPART PREVEZA, GREECE/ARRIVE LONDON LUTON AIRPORT 13:55
TAIL NUMBER: Global 6000 xxx (TBC)
Goldair Handling, S.A.
Aktion National Airport - Aktio-Vonitsa 300

**July 8, 2017**
Saturday

11:00 AM - 12:00 PM                    Dinner  -- PierluigiPiazza de' Ricci 144, 00186 Rome, Italy

**July 9, 2017**
Sunday

███████████          ██████████████

**July 10, 2017**
Monday

███████████          ████

**July 21, 2017**
Friday

███████████          ██████████

███████████          █████████████████

███████████          █████████████████

**July 27, 2017**
Thursday

10:45 PM - 11:45 PM                    Train
                                       Depart PARIS NORD 743am
                                       Arrive ST PANCRAS 9am

                                       █████████████████████████████████████████

                                       █████████████████

**July 28, 2017**
Friday

3:00 AM - 6:00 AM             ████████████████████████

**July 29, 2017**
Saturday

10:00 AM - 11:30 AM             █████████████████

01/16/15   BRITISH AIRWAYS ARC USA
           BRITISH AIRWAYS

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| WASHINGTON DULLES | LONDON HEATHROW AP | BA | F |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

           Ticket Number: 1257544512781                    Date of Departure: 01/16
           Passenger Name: FOWLER/KEVIN
           Document Type: PASSENGER TICKET


02/06/15   BRITISH AIRWAYS ARC USA
           BRITISH AIRWAYS

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LONDON HEATHROW AP | MIAMI INTERNATIONA | BA | F |
| | LOS ANGELES INTERN | YY | 00 |
| | LONDON HEATHROW AP | BA | F |
| | N/A | YY | 00 |

           Ticket Number: 1257546182687                    Date of Departure: 02/07
           Passenger Name: FOWLER/KEVIN
           Document Type: PASSENGER TICKET


03/14/17   ALTOUR INTERNAT                     LOS ANGELES CA
           AIR FRANCE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| PARIS CHARLES DE G | WASHINGTON DULLES | AF | P |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

           Ticket Number: 0577917559805                    Date of Departure: 03/28
           Passenger Name: FOWLER/KEVIN
           Document Type: PASSENGER TICKET


06/15/17   BRITISH AIRWAYS ARC US               USA
           BRITISH AIRWAYS

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N.Y. NEWARK INTL A | LONDON HEATHROW AP | BA | F |
| | N.Y. NEWARK INTL A | BA | F |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

           Ticket Number: 1258608288049                    Date of Departure: 06/18
           Passenger Name: FOWLER/KEVIN
           Document Type: PASSENGER TICKET