UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Anthony Rapp,

                Plaintiffs,

-against-                                                  20-cv-09586 (LAK)

Kevin Spacey Fowler,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Trial Order

       The Clerks Office is scheduled to provide the Court a jury panel for this case on Thursday, October 6, 2022. On that day, the parties must be present in Courtroom 21B by 9:30 AM ready to begin jury selection and proceed immediately to trial.

       You are instructed to take the following steps in connection with the trial.

       1. At the commencement of trial, a complete set of documentary exhibits should be handed to the Judge for his use during the trial, and a list of all exhibits should be supplied to the Court Clerk and to the Judge, with all plaintiff exhibits marked with numerical identifications and all defendant exhibits marked with alphabetic identifications. Counsel should also have for the Judge copies of any depositions which are to be read in a jury case.

       2. Counsel are expected to have all necessary witnesses on hand to commence and continue trial. The court cannot commit itself to wait for witnesses. THE FAILURE TO HAVE A WITNESS READY TO PROCEED MAY RESULT IN THE PARTY RESTING ITS CASE.

       3. PRIOR TO THE TRIAL, ALL EXHIBITS MUST BE PRE-MARKED AND EXCHANGED BETWEEN COUNSEL.

       4. Lastly, counsel will schedule an appointment with the courtroom deputy in order to familiarize themselves with the electronic courtroom evidence presentation system in courtroom 21B.

Dated: August 25, 2022

                                                                Lewis A. Kaplan
                                                             United States District Judge