# Exhibit 4

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2

 3     ------------------------------x

 4     ANTHONY RAPP and C.D.,

 5                  Plaintiffs,

 6           vs.                        Case No.:
                                        20-cv-9586 (LAK)
 7
       KEVIN SPACEY FOWLER a/k/a
 8     KEVIN SPACEY,

 9                  Defendant.
       ------------------------------x
10

11

12            Wednesday, February 3, 2021

13                  10:39 a.m. EST

14

15

16

17       Remote videotaped deposition of ANTHONY

18   RAPP, held before Suzanne J. Stotz, a Certified

19   Realtime Reporter, Registered Professional

20   Reporter, and a Notary Public of the State of

21   New York.

22

23

24

25


                          1
```

ANTHONY RAPP

BARKLEY
Court Reporters

```
13:25  1        Q.      Do you want to protect people from
13:25  2   potential victims of Mr. REDACTED ?
13:25  3        A.      Yes.
13:25  4        Q.      You've been very active in the
13:25  5   Me Too Movement, right?
13:25  6        A.      Yes.
13:25  7        Q.      And you want to stand up for and
13:25  8   protect victims, right?
13:25  9        A.      Yes.
13:25 10        Q.      What, if anything, have you done to
13:25 11   protect potential victims of Mr. REDACTED ?
13:25 12        A.      I don't know anything about his
13:25 13   life or where he is, or I don't even know if he
13:25 14   is alive.  I -- yeah.  I -- and I consider it a
13:25 15   very different scenario and situation.
13:26 16                I was not specifically aware of his
13:26 17   age in the moment of meeting of that first
13:26 18   encounter.  I was not aware of law, et cetera.
13:26 19   We were high school, co high school students.
13:26 20   It was after the fact that I learned that.  So
13:26 21   it does feel like a different situation.
13:26 22        Q.      Mr. Rapp, not my question.  My
13:26 23   question is now as an adult what, if anything,
13:26 24   have you done to protect potential victims of
13:26 25   Mr. REDACTED ?
```

```
16:36  1                    And I left feeling dissatisfied in
16:36  2    terms of being taken seriously.
16:36  3           Q.    Do you now understand that there is
16:36  4    some relationship between a person's claimed
16:36  5    harms and the amount of damages they should be
16:37  6    awarded in a civil suit?
16:37  7           A.    I understand that to a limited
16:37  8    degree.
16:37  9           Q.    And basically, the more severe
16:37  10   someone's damages, the higher award they can
16:37  11   request and be awarded at the trial; is that
16:37  12   fair to say?
16:37  13          A.    That's the -- that's the basis of
16:37  14   my understanding, but I've not delved into
16:37  15   that.
16:37  16          Q.    And is it true that you continue to
16:37  17   follow the Me Too movement in the media?
16:37  18          A.    Yes, I think that's fair to say.
16:37  19          Q.    And the Me Too movement, and just
16:37  20   at a very high level, it includes a number of
16:37  21   women who claim to have been abused or harassed
16:37  22   by men in power --
16:37  23          A.    Yes.
16:37  24          Q.    -- is that fair to say?
16:37  25          A.    Yes.
```

```
16:37   1           Q.     And some of those women in the
16:38   2   Me Too movement have claimed to have been
16:38   3   sexually abused by men in power, right?
16:38   4           A.     Yes.
16:38   5           Q.     How often, if at all, you have
16:38   6   supported Me Too movement?
16:38   7           A.     What was the -- was the question
16:38   8   how often or how?  I'm sorry.
16:38   9           Q.     How, if at all, have you supported
16:38  10   the Me Too movement?
16:38  11                  MR. SAGHIR:  Note my objection.
16:38  12                  THE WITNESS:  I don't -- I don't
16:38  13          understand how to answer the question.
16:38  14                  I have -- by coming forward, I was
16:38  15          a part of the Me Too movement.  I
16:38  16          released, not only the article, but then I
16:38  17          released public statements directly
16:38  18          following the publishing of the article
16:38  19          that I stand by that spoke specifically
16:38  20          about standing on the shoulders of the
16:39  21          women who had come forward.
16:39  22                  I've -- I spoke about it in
16:39  23          subsequent articles, on The Talk.
16:39  24                  That's what immediately comes to
16:39  25          mind.
```

287

ANTHONY RAPP

BARKLEY
Court Reporters

```
 1                  C E R T I F I C A T E
 2
 3
 4              I, SUZANNE J. STOTZ, a
 5   Registered Professional Reporter, Certified
 6   Realtime Reporter, and Notary Public in and for
 7   the State of New York, do hereby certify that
 8   the foregoing is a true and accurate transcript
 9   of the stenographic above-captioned matter.
10
11                    [signature]
12              _____
13              SUZANNE J. STOTZ, RPR, CRR
14            My Commission Expires March 2, 2022
15
16
17   DATED:  February 19, 2021
18
19
20   NOTE:   THE CERTIFICATE APPENDED TO THIS
21   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
22   OF THE SAME BY ANY MEANS, UNLESS UNDER THE
23   DIRECT CONTROL AND/OR DIRECTION OF THE
24   CERTIFYING COURT REPORTER.
25
```