# Exhibit 5

**CERTIFIED COPY**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                        )
ANTHONY RAPP and C.D.,                  )
                                        )
            Plaintiffs,                 )
                                        )
    -against-                           ) Case No.: 20-cv-9586(LAK)
                                        )
KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY, )
                                        )
            Defendant.                  )
_____ )
```

Videotaped/Videoconference Deposition of

SEAN SNOW

August 6, 2021

Cila Meyer, CSR No. 4914
475205

BARKLEY
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine          (858) 455-5444 San Diego
(310) 207-8000 Century City     (408) 885-0550 San Jose        (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento       (800) 222-1231 Martinez        (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside        (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn        (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago          00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

```
08:06  1        Q    At summary judgment?
08:06  2        A    It was a federal case.  So I don't quite
       3   remember the disposition other than it was dismissed.
08:06  4        Q    Do you remember how long ago you were deposed?
08:06  5        A    For that particular case?
08:06  6        Q    Yes.
08:06  7        A    Probably in 2013 or 2014.
08:07  8        Q    Do you believe any of your deposition testimony
       9   in any of those five cases was relevant to your
      10   testimony here today?
08:07 11        A    No.
08:07 12        Q    Have you ever testified at a trial?
08:07 13        A    I have.
08:07 14        Q    How many trials have you testified in?
08:07 15        A    Um.  Probably about 15, maybe 20.
08:07 16        Q    Were you a prosecution's witness in every one
      17   of those 15, 20 cases?
08:07 18        A    I was.
08:07 19        Q    What type of charges were alleged in the cases
      20   in which you testified?
08:07 21        A    Um.  They would be really every type of charge
      22   from misdemeanor theft, DUI, child abuse, child
      23   molestation, homicide.
08:08 24        Q    What have you done to prepare for today's
      25   deposition?
```

8

SEAN SNOW

BARKLEY Court Reporters

```
08:53   1        A    Yes.  That's what I recall.
08:53   2        Q    Going forward, after 2017, because I believe I
        3   asked this question earlier, have you told us about all
        4   the people with whom you discussed Mr. Rapp's
        5   allegations after 2017, as well?
08:53   6        A    Yes.
08:54   7        Q    To what detail are you assigned now in your
        8   job, your duties?
08:54   9        A    I'm sorry.  Was the question to which detail?
08:54  10        Q    Yeah.  What I mean is there a specific area of
       11   investigation that you focus on?
08:54  12        A    Yes.  I'm in the major crimes division in the
       13   child abuse unit.
08:54  14        Q    And I assume you investigate 288s, crimes like
       15   that in California?
08:54  16        A    I do.
08:54  17        Q    Okay.  And have you spoken with actual victims
       18   of child abuse in the course of your job?
08:54  19        A    I have spoken with victims of child abuse.
08:54  20        Q    Have you discussed some of your work with
       21   Mr. Rapp over the years?
08:54  22        A    It's possible.  I don't specifically recall.
08:54  23        Q    Do you recall Mr. Rapp asking you any questions
       24   about victims of childhood abuse?
08:55  25        A    I don't recall.
```

43

```
 1   relationships to what he claims happened to him in 1986?
 2   A    From what I remember that was the substance of
 3   the conversations.  We talked about some of the
 4   long-term effects and that sort of thing.  But I don't
 5   have exact recollection of what we talked about.
 6   Q    When you talked about long-term effects, does
 7   that mean that you told Mr. Rapp about some of the
 8   long-term effects that you're aware of that victims can
 9   have based on your experience in law enforcement?
10   A    Um.  I don't recall the substance of what we
11   talked about.  I remember -- I just remember us talking
12   about how he had trouble in relation- -- has had trouble
13   in relationships for a long time.
14   Q    Did Mr. Rapp tell you what relationships he was
15   referring to?
16   A    Not that I recall.
17   Q    Did Mr. Rapp tell you what trouble he was
18   describing when he told you he had trouble in
19   relationships?
20   A    Not that I recall.
21   Q    Have you told me everything that you can
22   remember about Mr. Rapp telling you he was impacted by
23   what he claims happened in 1986?
24   A    To the best of my recollection, yes.
25   Q    Have you ever formed -- have you ever formed
```

Case 1:20-cv-09586-LAK   Document 247-5   Filed 09/26/22   Page 6 of 7


```
 1            DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF LOS ANGELES  )
 4
 5
 6          I, Cila Meyer, hereby certify:
 7          I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 4914 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12          I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17          I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                           / / /
```

82

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1)).
 3          Before completion of the deposition, review of
 4  the transcript [XX] was [  ] was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9  Dated:  August 24, 2021
10                                  [signature]
11                          _____
```

83

SEAN SNOW

**BARKLEY**
Court Reporters