# Exhibit 7

```
UNITED STATES DISTRICT COURT                              1
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
ANTHONY RAPP and C.D.,
                Civil Action No. 1:20-cv-09586(LAK)
                    Plaintiffs,
                - against -
KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,
                    Defendant.
------------------------------------------------- X


                    December 14, 2021
                    11:01 a.m.


           EXAMINATION BEFORE TRIAL of the
Non-Party Witness, EVAN LOWENSTEIN, pursuant to
Order, held on the above date and time via
videoconference, taken by and before KRYSTINA
KORNAK FLORA, RPR, a Notary Public within and for
the State of New York.
```

```
 1                    - EVAN LOWENSTEIN -                  276
 2              You had a contested divorce with your
 3   first wife in Florida; is that true?
 4         A.   You know, I'm sorry.  I don't mean to
 5   be ignorant, is the word "contested" a legal word?
 6         Q.   Yeah.  There was -- I'll rephrase it,
 7   though.
 8              There was some type of proceeding
 9   brought in Florida to effect a divorce with your
10   first wife?
11         A.   There was, yes.
12         Q.   And she's the mother of your children?
13         A.   She is.
14         Q.   At some point in -- and do you know in
15   what county that was brought?
16         A.   I want to say Palm Beach County or --
17   Palm Beach County.  Yeah, I think so.
18         Q.   At some point did she file some type of
19   application to try to restrain or prevent you from
20   having your children around Kevin Spacey?
21         A.   No, she did not.
22         Q.   Nothing like that ever happened?
23         A.   No, sir.
24         Q.   Okay.  That's something that she and
25   you ever discussed, her concern about you bringing
```

```
1                 - EVAN LOWENSTEIN -                    277
2    your children around Mr. Spacey?
3           A.    No, not really.
4           Q.    When you say "not really," what do you
5    mean?
6           A.    I knew you were going to say that.
7                 There was -- there was a particular
8    trip I wanted to -- it wasn't in regards to that,
9    but I had my son in Italy with us and I wanted to go
10   to Jordan for the day, he was filming, on our way to
11   London, and she was not happy about him going to
12   Jordan and since Mr. Spacey was going to film there.
13   That was the extent of that conversation.
14          Q.    How old -- how old was your son at the
15   time?
16          A.    11, 12.
17          Q.    Okay.  But she never expressed any
18   concern about having a 12-year-old boy around
19   Mr. Spacey, right?
20          A.    Not then she did not.
21          Q.    Afterwards did she express that
22   concern?
23          A.    After -- after the allegations in late
24   2017 I believe she asked me -- you know, she made
25   mention of a concern and asked me how I -- you know,
```

```
 1                   - EVAN LOWENSTEIN -                  278
 2   hey, I just -- I hear all this stuff happening.  But
 3   I told her I 100 percent thought our children were
 4   safe and she 100 percent trusted me.
 5          Q.    Have you ever been to Italy with
 6   Mr. Spacey?
 7          A.    Yes, sir.
 8          Q.    How many times have you gone there?
 9          A.    Several.
10          Q.    Business, pleasure, a combination?
11          A.    Combination.
12          Q.    Have you -- have you done business with
13   him in Italy?
14          A.    Yes, sir.
15          Q.    Please explain.  Tell us what you did.
16          A.    A couple of films.  Mr. Spacey did a
17   television show there in 2016, made an appearance --
18   or shot a few films.  I think he had a press junket
19   there one time, if I'm not mistaken.  And a couple
20   of -- a couple of films that I could think of at
21   least.
22          Q.    Anything else with respect to business
23   in Italy?
24          A.    I don't know if I'm missing anything,
25   but we do like Italy a lot, so...
```

```
 1                  - EVAN LOWENSTEIN -                    286
 2          Okay?
 3                  THE WITNESS:  You bet.
 4                  THE VIDEOGRAPHER:  Going off the record
 5          at 6:40.
 6                  (Whereupon, a break was taken at
 7          6:40 p.m.)
 8                  THE VIDEOGRAPHER:  Back on the record
 9          at 6:49.
10          Q.     Sir, during the last break your counsel
11   informed me that you wanted to clarify or correct a
12   previous answer, so please go ahead.
13          A.     Yeah.  Thank you.
14                 Earlier you were asking in reference to
15   my ex-wife and you were asking -- I think I
16   understood you were asking questions -- you were
17   asking a question in reference to any -- some sort
18   of filing she might have made in regard to Kevin
19   Spacey during our divorce proceeding or dissolution
20   of marriage.  Is that what you were asking or was it
21   something broader?
22          Q.     Yeah.  It wasn't actually limited to
23   the actual divorce.  Even after the divorce, if she
24   filed something with respect to the protection of
25   her children in court and her concerns about the
```

```
 1                - EVAN LOWENSTEIN -                287
 2   children being around Kevin Spacey, that -- the
 3   question would encompass that.
 4         A.    Okay.  Well, then I apologize.  I
 5   thought you were talking about the divorce, which
 6   was an entirely different time, so...
 7         Q.    Okay.  So assume that was the question.
 8   Did she file something with respect to protecting
 9   the children from being around Mr. Spacey?
10         A.    Yeah.  My -- my ex-wife at that time
11   was looking to modify for more support and her
12   counsel had suggested that she make reference to
13   whatever she could do to help win the case.
14         Q.    When was this filing made?
15         A.    I think it dropped in April of 2018.
16         Q.    Did the court rule upon her application
17   with respect to having the kids around Mr. Spacey?
18         A.    I don't know the lingo in terms of what
19   you're saying, but in layman's terms I was never
20   asked by the court to do anything.  She was held in
21   contempt.
22         Q.    Okay.  Did you reach any type of
23   agreement or settlement with respect to this?
24         A.    The overall --
25         Q.    Well, with respect to her seeking
```

```
 1                  - EVAN LOWENSTEIN -                   288
 2   modification, did you guys reach an agreement?
 3          A.     Yes, yes.  We did -- we did have a
 4   settlement.
 5          Q.     You had --
 6          A.     We -- we reached a settlement just
 7   before trial.
 8          Q.     After the 2018 filing?
 9          A.     Yes, sir.  I'm only referring right now
10   to the 2018 filing.  She was looking to modify and
11   we settled that.
12          Q.     Okay.  All right.
13                 Are you familiar with an e-mail address
14   called info@kevinspacey.com?
15          A.     Yes.
16          Q.     Who set that up?
17          A.     I couldn't tell you.
18          Q.     Did you have anything to do with
19   setting it up?
20          A.     Kevinspacey.com predates me.  I don't
21   know if -- I don't know if I had anything to do with
22   it being set up.  I think at some point in time
23   there was e-mails were likely going to Steve Winter
24   at the foundation as well or somebody else, and
25   somebody notified me they would be going to me from
```

```
 1                    CERTIFICATION                    299
 2   STATE OF NEW YORK   )
                         )  ss.:
 3   COUNTY OF NASSAU    )
 4
 5              I, KRYSTINA KORNAK, a Notary Public
 6   within and for the State of New York, do hereby
 7   certify:
 8              That EVAN LOWENSTEIN the witness(es)
 9   whose deposition(s) is(are) hereinbefore set forth,
10   was(were) duly sworn by me and that such
11   deposition(s) is(are) a true and accurate record of
12   the testimony given by such witness(es).
13              I further certify that I am not
14   related to any of the parties to the action by blood
15   or marriage; and that I am in no way interested in
16   the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto
18   set my hand this 31st day of December, 2021.
19
20              _____
21                    KRYSTINA KORNAK
22
23
24
25
```