# Exhibit 8

```
UNITED STATES DISTRICT COURT                              1

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

ANTHONY RAPP and C.D.,

                Civil Action No. 1:20-cv-09586(LAK)

                    Plaintiffs,

                - against -

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,

                    Defendant.

------------------------------------------------- X

                    Zoom Deposition


                    December 22, 2021

                    11:00 a.m.


        EXAMINATION BEFORE TRIAL of the Expert
Witness, ELIZABETH LOFTUS, pursuant to Order, held
on the above date and time, via videoconference,
taken by and before KRYSTINA KORNAK FLORA, RPR, a
Notary Public within and for the State of New York.
```

```
 1                    - ELIZABETH LOFTUS -                   69
 2         A.    It might have been.  I'd have to -- I'd
 3   have to investigate.
 4         Q.    All right.  Have you ever testified on
 5   behalf of a plaintiff in a civil case who was
 6   alleging sexual abuse or sexual assault?
 7         A.    No.  I've consulted on those cases, but
 8   not been asked to testify.
 9         Q.    Were you involved in the McMartin
10   preschool case?
11         A.    Yes.
12         Q.    What was your involvement in that case?
13         A.    I consulted in that case.
14         Q.    For whom?
15         A.    The defense.
16         Q.    Did you testify?
17         A.    No.
18         Q.    Were you involved in the O.J. Simpson
19   case?
20         A.    I consulted in the case, but did not
21   testify.
22         Q.    For whom did you consult?
23         A.    I consulted with the defense.
24         Q.    Were you involved in the Ted Bundy
25   case?
```

```
 1                    - ELIZABETH LOFTUS -                   70
 2        A.    I was involved in the first case
 3   involving Mr. Bundy in 1976 in Utah.  Yes.
 4        Q.    As a criminal trial for murder?
 5        A.    No.  It was kidnapping -- attempted
 6   kidnapping.
 7        Q.    Did you testify in that case?
 8        A.    Yes.
 9        Q.    And that was on behalf of Ted Bundy?
10        A.    I was called by the defense in that
11   case, yes.
12        Q.    Right.  Were you involved in the Rodney
13   King case?
14        A.    I consulted in the case, I did not
15   testify.
16        Q.    For whom were you consulting in that
17   case?
18        A.    I consulted with the defense.
19        Q.    The police officers that were accused
20   of beating Rodney King, right?
21        A.    Yes.
22        Q.    Okay.  We said you testified on behalf
23   of Harvey Weinstein in a criminal case, right?
24        A.    I did, yes.
25        Q.    You testified on behalf of Ghislaine
```

```
 1                  - ELIZABETH LOFTUS -                71
 2   Maxwell in a criminal case, right?
 3          A.    Yes.
 4          Q.    Were you involved in the Menendez
 5   brothers case?
 6          A.    Yes.  I consulted in that case, but did
 7   not testify.
 8          Q.    For whom did you consult?
 9          A.    The defense.
10          Q.    Were you involved in Bosnian war crime
11   cases?
12          A.    Yes.  I testified in one of the Bosnian
13   war crimes cases.
14          Q.    What was the gist of your testimony in
15   that case?
16          A.    It had to do with eyewitness
17   identification.
18          Q.    And who were you testifying on behalf
19   of?
20          A.    The defense.
21          Q.    Someone accused of having committed war
22   crimes, right?
23          A.    Somebody who was accused of being
24   present when crimes were taking place.
25          Q.    Did you testify or get involved with
```

```
 1                   - ELIZABETH LOFTUS -                      72
 2   the Oklahoma City bombing case?
 3          A.    I consulted in that case, but did not
 4   testify.
 5          Q.    Who were you consulting on behalf of?
 6          A.    I consulted with the defense.
 7          Q.    Were you involved in the Michael
 8   Jackson case in some way?
 9          A.    I consulted in both of Michael
10   Jackson's cases, but did not testify.
11          Q.    When you talk about both of his cases,
12   you're talking about allegations of child sexual
13   abuse?
14          A.    Yeah.  I was talking about a case that
15   arose in the '90s, and then a case that arose more
16   recently.
17          Q.    They were child sexual abuse
18   allegations?
19          A.    They were, yes.
20          Q.    And you consulted with the defense in
21   that?
22          A.    I was -- yes, I consulted with the
23   defense, but did not testify.
24          Q.    Were you involved with the Martha
25   Stewart case?
```

```
 1                    - ELIZABETH LOFTUS -                      73
 2          A.    Yes.
 3          Q.    What was your involvement in that case?
 4          A.    I consulted with the defense, but did
 5   not testify.
 6          Q.    Have you recently consulted on any
 7   cases that have been newsworthy that you haven't
 8   testified to yet?
 9          A.    Well, I'm consulting on other cases at
10   this time.  I don't know how newsworthy they are,
11   but if they're pending and not public record I might
12   not feel comfortable mentioning them, but I can't
13   even think of one that might interest you.
14          Q.    Are you currently consulting on other
15   cases involving sexual abuse?
16          A.    Yes.
17          Q.    How many?
18          A.    Maybe -- in some form or another, maybe
19   ten cases.
20          Q.    Of sexual abuse?
21          A.    Oh, I -- well, no, they're different.
22   They're different kinds of accusations in these
23   different cases.  They're not all sexual abuse.
24          Q.    So how many sexual abuse cases are you
25   consulting on behalf of alleged abusers currently?
```

```
1                    - ELIZABETH LOFTUS -                    74
2         A.    Well, I don't know if -- I'm not sure
3    if I could answer that.  Sometimes it's, you know, a
4    school district and what did they know and did they
5    know anything.
6         Q.    I'll rephrase it.
7               How many cases are you currently
8    consulting on on behalf of a defendant who is
9    claimed to be responsible for sexual abuse?
10        A.    I don't know.  Maybe five.  It's just
11   an estimate.
12        Q.    I appreciate that.  And you're not
13   consulting on behalf of any victims of alleged
14   sexual assault right now, true?
15        A.    Not at this time, no.
16        Q.    Roughly, how much do you make per year
17   for your consulting and your testifying in these
18   cases?
19              MR. SCOLNICK:  I object on proxy
20        grounds.
21        Q.    You could answer.
22        A.    This would just be an estimate, because
23   my additional income is -- it includes legal
24   consulting, speeches, book royalties, and other
25   kinds of professional income, and, you know, in the
```

```
 1                    CERTIFICATION                    255
 2   STATE OF NEW YORK   )
                         ) ss.:
 3   COUNTY OF NASSAU    )
 4
 5              I, KRYSTINA KORNAK, a Notary Public
 6   within and for the State of New York, do hereby
 7   certify:
 8              That ELIZABETH LOFTUS the
 9   witness(es) whose deposition(s) is(are) hereinbefore
10   set forth, was(were) duly sworn by me and that such
11   deposition(s) is(are) a true and accurate record of
12   the testimony given by such witness(es).
13              I further certify that I am not
14   related to any of the parties to the action by blood
15   or marriage; and that I am in no way interested in
16   the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto
18   set my hand this 7th day of January, 2022.
19
20        _____
21                  KRYSTINA KORNAK
22
23
24
25
```