# Exhibit 3

# Peter J. Saghir

**From:** Justin Dawes <justincoledawes@yahoo.com>
**Sent:** Wednesday, February 9, 2022 7:55 AM
**To:** Peter J. Saghir
**Subject:** Fw: [External] Personal Incident involving Kevin Spacey, 1988

----- Forwarded Message -----
**From:** Justin Dawes <justincoledawes@yahoo.com>
**To:** adam.vary@buzzfeed.com <adam.vary@buzzfeed.com>
**Sent:** Tuesday, October 31, 2017, 02:39:28 AM GMT-2
**Subject:** Personal Incident involving Kevin Spacey, 1988

Dear Mr. Vary:

I am writing to relate to you an incident involving Kevin Spacey which occurred in 1988, when I was 16 years old.

My friend William (Bill) Brown was working as assistant house manager at Long Wharf Theater. He was attending Quinnipiac College at the time. I was a junior at Clinton High School in Clinton, NY. I visited during December, 1988 to be a volunteer usher during a run of the play *National Anthems*; the cast included the quite famous Tom Berenger, the somewhat famous Mary McDonnell (*Dances With Wolves* was her next big project) and a relatively unfamous Kevin Spacey, who was known mainly for his portrayal of a recurring bad guy on the show *Wiseguy*.

One night after the show, several theater employees and cast members went to a Bennigan's restaurant in New Haven. My friend Bill and I joined them. Kevin Spacey was charming and gregarious, doing impersonations (Johnny Carson) and performing sleight-of-hand tricks, including a fake-thumb-disappearing-cigarette trick he performed during *National Anthems*.

As we wrapped up at the restaurant, Kevin told us (Bill and myself) that there was a party happening at his apartment afterwards, and we should stop by. When we got to his apartment, he let us in and asked if we would like anything to drink. While he got our drinks, we sat in his living room. The television was on, showing a VHS tape of (what I guessed to be Israeli) gay porn.

He came back into the room. We asked who else was coming to the party. He replied that he didn't think anyone else was coming. He made no reference to the gay porn on the TV. We sat awkwardly for about 10 minutes, long enough to finish our drinks. When me made to leave, he asked, "Are you *sure* you don't want to stay a little longer?"

We left and laughed about how awkward it was to sit with him while watching gay porn. I related this episode to several of my closest friends at the time. If you need confirmation, I can give you the emails of several people who can verify this story, including William Brown, who was present. I still have the program and tickets from the play in storage.

My only reason to share this story is to support Mr. Anthony Rapp and lend weight to the veracity of his claims against Mr. Spacey.

Please feel free to contact me if you require further confirmation or detail.

Sincerely,

Justin Dawes

2