# Exhibit 5

```
1              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
2

3    -----------------------------x

4    ANTHONY RAPP and C.D.,

5                  Plaintiffs,

6         vs.                    Case No.:
                                 20-cv-9586 (LAK)
7
     KEVIN SPACEY FOWLER a/k/a
8    KEVIN SPACEY,

9                  Defendant.
     -----------------------------x
10

11

12          Wednesday, February 3, 2021

13               10:39 a.m. EST

14

15

16

17       Remote videotaped deposition of ANTHONY

18   RAPP, held before Suzanne J. Stotz, a Certified

19   Realtime Reporter, Registered Professional

20   Reporter, and a Notary Public of the State of

21   New York.

22

23

24

25
```

BARKLEY
Court Reporters

10:47  1          A.      Yes.

10:47  2          Q.      Did Mr. Vary misquote you in any

10:47  3  way?

10:47  4          A.      No, he did not misquote me.

10:47  5          Q.      Did you see anything in the article

10:47  6  that was inaccurate?

10:47  7          A.      No.

10:47  8          Q.      You claim that Mr. Fowler assaulted

10:48  9  you when you were 14 years old?

10:48  10         A.      Yes.

10:48  11         Q.      How many times do you allege that

10:48  12  Mr. Fowler assaulted you?

10:48  13         A.      That time only.  That night only.

10:48  14         Q.      I want to speak to you about your

10:48  15  allegations.

10:48  16                 In what year do you claim that

10:48  17  Mr. Fowler assaulted you?

10:48  18         A.      1986.

10:48  19         Q.      And you allege this happened only

10:48  20  one time, right?

10:48  21         A.      Yes.

10:48  22         Q.      In what year did you meet

10:48  23  Mr. Fowler?

10:48  24         A.      1986.

10:48  25         Q.      In what city were you living in in

                                    10

ANTHONY RAPP

11:53  1    parties I had seen intoxicated adults.

11:53  2          Q.     Did you have interactions with

11:53  3    these intoxicated adults at these parties?

11:53  4          A.     I don't recall specific

11:53  5    interactions.  I certainly recall witnessing

11:54  6    people that I perceived to be intoxicated.

11:54  7          Q.     You said you didn't remember

11:54  8    Mr. Fowler saying anything when he was in the

11:54  9    door.

11:54  10          As Mr. Fowler walked over to the,

11:54  11   to the bed, do you recall him saying anything

11:54  12   then?

11:54  13         A.     I don't recall him saying anything.

11:54  14         Q.     Do you recall Mr. Fowler saying

11:54  15   anything when he picked you up?

11:54  16         A.     I don't recall him saying anything

11:54  17   when he picked me up.

11:54  18         Q.     And can you explain in greater

11:54  19   detail exactly what happened when Mr. Fowler

11:54  20   kind of picked you up?  How did he pick you up?

11:54  21         A.     He used one arm to put around my

11:54  22   shoulders/back area to hold me there and put

11:54  23   one hand and arm under my butt and legs to lift

11:54  24   me up like that.  So like a fireman carry or a

11:54  25   groom carrying a bride over a threshold.

74

ANTHONY RAPP

BARKLEY
Court Reporters

11:54  1          So it happened in one sort of -- in

11:54  2   one movement, a surprising, shocking movement.

11:55  3   And then he turned to the bed and laid me down

11:55  4   and laid on top of me.

11:55  5          Q.     Do you remember him saying anything

11:55  6   to you at that point?

11:55  7          A.     I do not recall him saying

11:55  8   anything.

11:55  9          Q.     Do you remember Mr. Fowler saying

11:55 10   anything to you while he -- while you allege he

11:55 11   was on top of you on the bed?

11:55 12          A.     I do not recall him saying

11:55 13   anything.

11:55 14          Q.     Do you recall saying anything to

11:55 15   him?

11:55 16          A.     I do not recall saying anything to

11:55 17   him.  I froze.

11:55 18          Q.     You said that Mr. Fowler picked you

11:55 19   up in one motion.

11:55 20          Did I get that right?

11:55 21          A.     That's my recollection.  As best

11:55 22   as -- as, you know, it's a kind of complicated

11:55 23   motion, but it's a motion that all happened

11:55 24   sort of in one movement.

11:55 25          Q.     And when that one movement ended,

                                75

ANTHONY RAPP

BARKLEY
Court Reporters

11:55   1   you were in the air being held?

11:56   2       A.     Yes.

11:56   3       Q.     You characterize it as a bride,

11:56   4   right?

11:56   5       A.     Yes.   And again, immediately frozen

11:56   6   and shocked.

11:56   7       Q.     Okay.   So I just want to make sure

11:56   8   I get this right.

11:56   9          So when Mr. Fowler was holding you

11:56   10   in the air, was one hand was under your back,

11:56   11   right?

11:56   12       A.     Yeah.   I mean, in the -- in sort of

11:56   13   the midback under, you know -- it's this area

11:56   14   of my body (indicating), you know, to support

11:56   15   my torso.

11:56   16       Q.     And the other hand would have been

11:56   17   somewhere under your knees; fair to say?

11:56   18       A.     Yeah.   It all got there in the

11:56   19   process, went from under my butt, down my leg,

11:56   20   to my knees.

11:56   21       Q.     And that's typically how someone

11:56   22   would pick up a bride, you said, right?

11:56   23       A.     Yeah.   That's -- that's the --

11:56   24   that's the best way to describe the image.   It

11:56   25   is a perfect capture of the look of the pose as

BARKLEY
Court Reporters

11:57 1   I can recall it and experience it from the

11:57 2   inside of my body looking out.  If someone took

11:57 3   a snapshot, I believe that's what it would

11:57 4   like.

11:57 5        Q.    This also would be consistent with

11:57 6   a firefighter, right, picking someone up?

11:57 7        A.    I suppose.  I suppose sometimes

11:57 8   firefighters put people over their shoulders,

11:57 9   too.  So I don't know.

11:57 10       Q.    And sometimes firefighters will

11:57 11  pick people up as you allege Mr. Fowler did

11:57 12  you, right?

11:57 13       A.    Perhaps, yes.

11:57 14       Q.    You said that Mr. Fowler's hand

11:57 15  grazed your, your butt, right?

11:57 16       A.    Yes.

11:57 17       Q.    For how long did Mr. Fowler's hand

11:57 18  graze your butt?

11:57 19       A.    I can't say exactly.  It didn't

11:57 20  linger there, but it certainly touched it in

11:57 21  the process.

11:57 22       Q.    Did he squeeze your butt?

11:57 23       A.    I don't recall a squeeze, no.

11:57 24       Q.    Was his hand on your butt for any

11:57 25  longer than it was any other part of your body

77

BARKLEY
Court Reporters

11:57  1    as he picked you up?

11:57  2         A.    I don't recall that specifically,

11:57  3    no.

11:57  4         Q.    Did you perceive that as part of

11:58  5    picking you up, that his hand touched your butt

11:58  6    and swept down your leg all in one motion so

11:58  7    that he could pick you up?  Is that --

11:58  8               MR. SAGHIR:  Note my objection to

11:58  9         the form.  Note my objection to the form.

11:58 10         If you could rephrase that, Chase.

11:58 11               MR. SCOLNICK:  Sure.  Sure.  Okay.

11:58 12    BY MR. SCOLNICK:

11:58 13         Q.    So if a fireman were to pick you

11:58 14    up, would you describe that as his hand going

11:58 15    from your butt to your knees as well?

11:58 16         A.    I've never been picked up by a

11:58 17    firefighter.  I can't comment on that.

11:58 18         Q.    Was there anything different about

11:58 19    the way that Mr. Fowler picked you up than a

11:58 20    firefighter would do saving someone from a

11:58 21    building?

11:59 22               MR. SAGHIR:  Objection to the form.

11:59 23         Pure speculation.  He's never been picked

11:59 24         up by a firefighter.

11:59 25               But go ahead and answer.

78

ANTHONY RAPP

12:19  1   fully pressed against my body as I was on my

12:19  2   back.  He was on my front.  Not exactly -- I

12:19  3   don't know, I'm sorry, the way to describe it.

12:19  4   I'm using my hands.  But not exactly totally

12:19  5   head-to-toe touching every part, a little bit

12:19  6   angled so that his chest was on my chest.  His

12:19  7   arms were around my shoulders holding me, and

12:19  8   his pelvis was pressing into my hips, the side

12:19  9   of my hip.  So it was like angled, not directly

12:19  10  on top but angled.

12:20  11        Q.    So you're saying he wasn't

12:20  12  parallel, right?

12:20  13        A.    I guess that's the language to use.

12:20  14  It was more angled than parallel, yes.

12:20  15        Q.    And for how long do you allege that

12:20  16  Mr. Fowler was on top of you?

12:20  17        A.    I have no way of saying exactly how

12:20  18  long.  It was a frozen, suspended moment in my

12:20  19  recollection.

12:20  20        Q.    And did that moment last for five

12:20  21  minutes; do you think?

12:20  22        A.    I think it lasted for less than --

12:20  23  fewer than five minutes.

12:20  24        Q.    Okay.  Could it have been

12:20  25  30 seconds?

ANTHONY RAPP

BARKLEY
Court Reporters

12:20  1          A.      I don't -- I have no way of saying
12:20  2   exactly how long it was.
12:20  3          Q.      So it's possible it could have been
12:20  4   30 seconds?
12:20  5          A.      It's possible it could have been
12:20  6   30 seconds.
12:20  7          Q.      Is it possible it could have been
12:20  8   ten seconds?
12:20  9          A.      It felt longer than ten seconds.
12:20  10         Q.      So your estimate is you recall
12:20  11  today is somewhere between 10 and 30 seconds;
12:20  12  am I understanding that right?
12:20  13         A.      That is answering your questions to
12:20  14  the best of my ability, having no way of being
12:21  15  more precise than that.
12:21  16         Q.      During this period of time that you
12:21  17  allege Mr. Fowler was on top of you, where were
12:21  18  his hands?
12:21  19         A.      His hands were around my shoulders
12:21  20  holding me.  I don't know.  It's hard to
12:21  21  describe, you know, again, in words.  It's
12:21  22  better -- easier to demonstrate.
12:21  23                 But, you know, up behind my back
12:21  24  holding my shoulders.  That's my recollection.
12:21  25  From behind.  Again, it's awkward to describe

86

ANTHONY RAPP

BARKLEY
Court Reporters

12:22  1          A.      I do not recall saying anything.

12:22  2          Q.      You don't recall indicating to

12:22  3   Mr. Fowler that you were uncomfortable in the

12:23  4   situation or uncomfortable physically?

12:23  5          A.      I do not recall saying anything.  I

12:23  6   recall being frozen and shocked and upset and

12:23  7   scared.

12:23  8          Q.      Do you recall Mr. Fowler saying

12:23  9   anything to you when you allege he was on top

12:23 10   of you?

12:23 11          A.      No.

12:23 12          Q.      You said that Mr. -- you allege

12:23 13   that Mr. Fowler's body was on an angle on top

12:23 14   of yours, right?

12:23 15          A.      A slight angle, yes.  Not perfectly

12:23 16   parallel.  Slightly angled, yes.

12:23 17          Q.      Where was his waist?

12:23 18          A.      It was enough that I was feeling

12:23 19   pressure from as much as I could perceive

12:23 20   against my side of my hips.

12:23 21          Q.      What did you feel pressure from?

12:23 22   From -- what are you alleging you felt pressure

12:23 23   from?

12:23 24          A.      The entire weight of his body was

12:23 25   entirely on my body.  And as I'm now being

88

BARKLEY
Court Reporters

12:24  1   asked to describe the details of all of it, I

12:24  2   can describe that I felt the pressure of his

12:24  3   chest on my chest.  His hands were on my body.

12:24  4   His legs and groin pressing into the side of my

12:24  5   body since he was on an angle.  He wasn't on

12:24  6   top pressing into me.  He was at an angle

12:24  7   pressing, but his chest was more directly on my

12:24  8   chest.

12:24  9        Q.     Are you alleging that he had an

12:24  10  erection?

12:24  11       A.     I have no recollection specifically

12:24  12  of that.  I cannot say for sure.

12:24  13       Q.     But 14, you obviously knew what an

12:24  14  erection was, right?

12:24  15       A.     Yes.

12:24  16       Q.     While you were on the -- while you

12:25  17  were on the bed, are you alleging that

12:25  18  Mr. Fowler touched your penis?

12:25  19       A.     No.

12:25  20       Q.     While you were on the bed, are you

12:25  21  alleging that Mr. Fowler touched your anus?

12:25  22       A.     No.

12:25  23       Q.     While you were on the bed, are you

12:25  24  alleging that Mr. Fowler touched your butt?

12:25  25       A.     Not on the bed -- not at that point

89

ANTHONY RAPP

12:25  1   on the bed.  When I was on the bed sitting on

12:25  2   the bed is when his hand touched my butt to

12:25  3   pick me up.

12:25  4              I'm not alleging that once he was

12:25  5   laying on top of me, that he touched my butt at

12:25  6   that point.

12:25  7       Q.    And you characterized it earlier as

12:25  8   his hand grazing your butt as he picked you up,

12:25  9   right?

12:25 10       A.    Yes.

12:25 11       Q.    And it passed over your butt in one

12:25 12   motion to pick you up, right?

12:25 13       A.    Yes.

12:25 14       Q.    Okay.  Now, returning to the

12:25 15   situation we're describing where you're

12:25 16   alleging that he lied on top of you --

12:25 17       A.    Yes.

12:25 18       Q.    -- are you with me?

12:25 19       A.    Yes.

12:25 20       Q.    Okay.  Did he touch your genitals

12:25 21   at all --

12:25 22       A.    No.

12:25 23       Q.    -- while he was -- while

12:25 24   Mr. Fowler, you allege he was on top of you?

12:26 25       A.    No.


                              90

BARKLEY
Court Reporters

12:26  1        Q.    Did Mr. Fowler attempt to remove

12:26  2   your pants?

12:26  3        A.    No.

12:26  4        Q.    Did he attempt to remove your

12:26  5   pants -- sorry.  Did he remove his pants?

12:26  6        A.    No.

12:26  7        Q.    Did you touch his genitals?

12:26  8        A.    No.

12:26  9        Q.    Did he kiss you?

12:26  10       A.    No.

12:26  11       Q.    Did you kiss him?

12:26  12       A.    No.

12:26  13       Q.    Has Mr. Fowler ever touched your

12:26  14   penis?

12:26  15       A.    No.

12:26  16       Q.    Has Mr. Fowler ever touched your

12:26  17   genitals?

12:26  18       A.    No.

12:26  19       Q.    Has Mr. Fowler ever touched your

12:26  20   anus?

12:26  21       A.    No.  You mean specific -- no.  The

12:26  22   anus is the very specific biological -- no.

12:27  23       Q.    Other than what you described

12:27  24   earlier where Mr. Fowler's hand grazed your

12:27  25   butt when he picked you up, are you alleging

91

ANTHONY RAPP

12:27  1    that Mr. Fowler touched your butt?

12:27  2        A.     No.

12:27  3               MR. SAGHIR:  I'm going to object to

12:27  4        the form.  Aside from what he testified

12:27  5        to, correct?

12:27  6               Was there a second time he touched

12:27  7        the butt; is that what you're asking?

12:27  8               MR. SCOLNICK:  Yes, that's what I'm

12:27  9        asking.

12:27  10              THE WITNESS:  There's not a second

12:27  11       time.

12:27  12   BY MR. SCOLNICK:

12:27  13       Q.     Okay.  So the only time that you

12:27  14   can recall or you're alleging that Mr. Fowler

12:27  15   touched your butt is when he picked you up and

12:27  16   his hand grazed your butt, right?

12:27  17       A.     Yes.

12:27  18       Q.     Are you alleging that Mr. Fowler

12:27  19   put his hand down your pants?

12:27  20       A.     No.

12:27  21       Q.     Not on that evening, right?

12:27  22       A.     Not that -- not that evening.

12:28  23       Q.     Not ever?

12:28  24       A.     I'm sorry.  You said hand down my

12:28  25   pants; is that what you said?

92

BARKLEY
Court Reporters

12:28  1          Q.      That's what I said.

12:28  2          A.      No, he did not put his hand down my

12:28  3   pants.

12:28  4          Q.      Mr. Fowler has never put his hand

12:28  5   down your pants, right?

12:28  6          A.      Right.

12:28  7          Q.      And have you ever put your hand

12:28  8   down Mr. Fowler's pants?

12:28  9          A.      No.

12:28  10         Q.      Have you ever touched Mr. Fowler's

12:28  11   genitals?

12:28  12         A.      No.

12:28  13         Q.      Focusing on the evening of your

12:28  14   allegations, at any point did Mr. Fowler tell

12:28  15   you that he wanted to have sex with you?

12:28  16         A.      He did not say those words.

12:28  17         Q.      Did he say that he wanted to give

12:28  18   you oral sex?

12:28  19         A.      No.

12:28  20         Q.      Did he say that he wanted you to

12:28  21   give him oral sex?

12:28  22         A.      No.

12:28  23         Q.      Did he tell you that he wanted to

12:28  24   kiss you?

12:28  25         A.      No.

ANTHONY RAPP

BARKLEY
Court Reporters

12:29  1          Q.      Did he say that he wanted you to

12:29  2   kiss him?

12:29  3          A.      No.

12:29  4          Q.      Did he tell you that he wanted to

12:29  5   touch your genitals?

12:29  6          A.      No.

12:29  7          Q.      Did he tell you that he wanted you

12:29  8   to touch his genitals?

12:29  9          A.      No.

12:29 10          Q.      Did he tell you to remove your

12:29 11   clothes?

12:29 12          A.      No.

12:29 13          Q.      Did he tell you he was going to

12:29 14   remove his clothes?

12:29 15          A.      No.

12:29 16          Q.      Has Mr. Fowler ever told you that

12:29 17   he wanted to have sex with you?

12:29 18          A.      No.

12:29 19          Q.      Has Mr. Fowler ever told you that

12:29 20   he wanted to give you oral sex?

12:29 21          A.      No.

12:29 22          Q.      Has Mr. Fowler ever told you that

12:29 23   he wanted you to give him oral sex?

12:29 24          A.      No.

12:29 25          Q.      Has Mr. Fowler ever told you that

94

ANTHONY RAPP

BARKLEY
Court Reporters

12:29  1    he wanted to kiss you?

12:29  2         A.    No.

12:29  3         Q.    Has Mr. Fowler ever told you that

12:29  4    he wanted you to kiss him?

12:29  5         A.    No.

12:29  6         Q.    Has Mr. Fowler ever told you he

12:29  7    wanted to touch your genitals?

12:29  8         A.    No.

12:29  9         Q.    Has Mr. Fowler ever told you he

12:29  10   wanted you to touch his genitals?

12:29  11        A.    No.

12:30  12        Q.    Has Mr. Fowler ever asked you to

12:30  13   remove your clothes?

12:30  14        A.    No.

12:30  15        Q.    Has Mr. Fowler ever said that he

12:30  16   wanted to remove his clothes when he was around

12:30  17   you?

12:30  18        A.    No.

12:30  19        Q.    And just to clarify for the record,

12:30  20   has Mr. Fowler ever touched your genitals?

12:30  21        A.    No.

12:30  22        Q.    And have you ever touched his

12:30  23   genitals?

12:30  24        A.    Did you ask me if I've ever touched

12:30  25   his genitals?

95

ANTHONY RAPP

BARKLEY
Court Reporters

| | | | |
|---|---|---|---|
| 12:30 | 1 | Q. | Yes. |
| 12:30 | 2 | A. | I have not touched his genitals. |
| 12:30 | 3 | Q. | Has Mr. Fowler ever discussed sex |
| 12:30 | 4 | with you? | |
| 12:30 | 5 | A. | No. |
| 12:30 | 6 | Q. | Has Mr. Fowler ever shown you |
| 12:30 | 7 | pornography? | |
| 12:30 | 8 | A. | No. |
| 12:30 | 9 | Q. | Has Mr. Fowler ever shown you adult |
| 12:30 | 10 | movies? | |
| 12:30 | 11 | A. | No. |
| 12:31 | 12 | Q. | Has Mr. Fowler ever shown you adult |
| 12:31 | 13 | magazines? | |
| 12:31 | 14 | A. | No. |
| 12:31 | 15 | Q. | Has Mr. Fowler ever shown you |
| 12:31 | 16 | photographs of people having sex? | |
| 12:31 | 17 | A. | No. |
| 12:31 | 18 | Q. | Has Mr. Fowler ever shown you |
| 12:31 | 19 | pictures of naked adults? | |
| 12:31 | 20 | A. | No. |
| 12:31 | 21 | Q. | Has Mr. Fowler ever shown you |
| 12:31 | 22 | pictures of naked children? | |
| 12:31 | 23 | A. | No. |
| 12:31 | 24 | Q. | Returning back to when you allege |
| 12:31 | 25 | Mr. Fowler was on top of you, how did that end? | |

96

BARKLEY
Court Reporters

12:31 1     Who got up first?

12:31 2        A.     I squirmed out from underneath him.

12:31 3        Q.     Can you explain what you mean by

12:31 4 "squirmed out from underneath him"?

12:31 5        A.     I have no better explanation.  I

12:31 6 wriggled my body underneath the weight of his

12:31 7 body and got out from underneath him and got

12:32 8 off the bed.

12:32 9        I experienced his weight as, you

12:32 10 know, something described as dead weight.  It

12:32 11 was heavy.  His weight was heavy on me.  He was

12:32 12 holding me, and I squirmed out from under out

12:32 13 that dead weight.

12:32 14        Q.     Do you recall him telling you not

12:32 15 to get up?

12:32 16        A.     No.

12:32 17        Q.     At any point when you allege to

12:32 18 have been on the bed, do you recall telling him

12:32 19 that you wanted to get up?

12:32 20        A.     No.

12:32 21        Q.     How long did it take you to wriggle

12:32 22 out from underneath him?

12:32 23        A.     Quickly.  I mean, as -- when I made

12:32 24 the decision to wriggle out, I was able to do

12:32 25 it fairly quickly.

97

ANTHONY RAPP

BARKLEY
Court Reporters

14:18  1   class, but Dallas was a part of that event,

14:19  2   whatever that event was.

14:19  3        Q.     Was Mr. Roberts a student at

14:19  4   Juilliard?

14:19  5        A.     Yes.

14:19  6        Q.     That's how --

14:19  7        A.     That I believe.  This is my

14:19  8   recollection.

14:19  9        Q.     Are you aware of any other

14:19  10  firsthand stories regarding -- or strike that.

14:19  11  Let me -- let me rephrase the question.

14:19  12          When you mentioned that you were

14:19  13  aware of firsthand accounts regarding

14:19  14  Mr. Spacey's alleged sexual misconduct in the

14:19  15  2018 article, who else were you referring to?

14:19  16        A.     So in 2018, I had heard -- so the

14:19  17  calendar of when I heard things is a little

14:19  18  confusing because when I came forward, many

14:19  19  people shared with me more stories than I had

14:19  20  previously heard.  So it is a little confusing

14:19  21  to know exactly when I heard what.  So -

14:19  22        Q.     Well --

14:19  23        A.     -- I hope you understand that.

14:19  24        Q.     I understand, sir.  But I'm

14:19  25  focusing on this because you said in 2018 that

192

BARKLEY
Court Reporters

14:20 1   the firsthand stories that you had heard were a

14:20 2   large part of what drove you to speak on the

14:20 3   record and come forward regarding your

14:20 4   experience after so many years.

14:20 5            So what other firsthand accounts

14:20 6   motivated you in 2017 to come forward?

14:20 7       A.    That was enough for me at that

14:20 8   point if I recall correctly.  I don't recall --

14:20 9   again, it's hard to recall exactly when I heard

14:20 10  what.  I heard many things in the course of

14:20 11  years.

14:20 12           So when I said that, I also

14:20 13  believed it to be true that there were other

14:20 14  stories that I hadn't even heard that this was

14:20 15  speaking of and referring to.

14:20 16      Q.    So as you sit here today, the

14:20 17  firsthand stories that you can recall hearing

14:20 18  before 2017 were Mr. McElroy and Mr. Roberts?

14:20 19      A.    Yes.  I believe there's another one

14:20 20  that's not coming to mind right now, at least

14:20 21  one other.  It's hard to recall exactly.

14:21 22      Q.    And do you remember, not firsthand

14:21 23  accounts before 2017, but hearing other things

14:21 24  about Mr. Spacey in the media or through the

14:21 25  grapevine?

193

ANTHONY RAPP

BARKLEY
Court Reporters

14:21 1        A.     Yes.  Not in the media.  I can't

14:21 2   say that I heard anything in the media.  I

14:21 3   heard things through the community, the showbiz

14:21 4   community.

14:21 5        Q.     Do you remember any other details

14:21 6   about what Mr. Dallas Roberts told you?

14:21 7        A.     I don't.

14:21 8        Q.     Okay.  Do you remember the names of

14:21 9   any other people who you had heard had negative

14:21 10  experiences with Mr. Fowler before 2017, either

14:21 11  sexually harassed or allegedly sexually abused

14:21 12  or inappropriate conduct?

14:21 13       A.     Not -- not by name, no.

14:22 14       Q.     Okay.  So you weren't aware of any

14:22 15  other specific people who were claiming that

14:22 16  they had been harassed or abused?

14:22 17       A.     Yeah.  Not at that point, no.

14:22 18       Q.     Are you aware of -- since 2017 when

14:22 19  you interviewed with BuzzFeed, are you aware of

14:22 20  the identities of anyone else who claims that

14:22 21  they have -- who claims that Mr. Fowler has

14:22 22  abused them?

14:22 23       A.     Yeah.  The people who came forward

14:22 24  publicly I am aware of.  I don't recall all of

14:22 25  their names exactly, but I recall reading all

194

ANTHONY RAPP

BARKLEY
Court Reporters

14:23 1    of those allegations in the media.

14:23 2              And then it was at that point, that

14:23 3    other people came -- like, one time I was

14:23 4    walking down the street in New York, and

14:23 5    somebody I had worked with years before shared

14:23 6    with me a story of something else that happened

14:23 7    in his workplace with Kevin Spacey.

14:23 8              So this was after the article came

14:23 9    forward is what I'm saying.

14:23 10    Q.    Yeah, yeah.  I want to break that

14:23 11   down a bit.

14:23 12             So you said other than the people

14:23 13   who you had read about, there was just one

14:23 14   additional person; is that right?

14:23 15    A.    Well, this is one that comes to

14:23 16   mind right now, yes.

14:23 17    Q.    Okay.  Well, how many total are

14:23 18   there?  And then we can talk about each one.

14:23 19    A.    I don't recall how many.  There

14:23 20   were a number.  I don't recall the exact

14:23 21   number.

14:23 22    Q.    Do you recall the identities of any

14:23 23   of these people?

14:23 24    A.    I recall the identity of two people

14:23 25   for sure that I can easily recall at this

195

ANTHONY RAPP

BARKLEY
Court Reporters

```
1            C E R T I F I C A T E

2

3

4            I, SUZANNE J. STOTZ, a

5   Registered Professional Reporter, Certified

6   Realtime Reporter, and Notary Public in and for

7   the State of New York, do hereby certify that

8   the foregoing is a true and accurate transcript

9   of the stenographic above-captioned matter.

10

11                      _____

12

13            SUZANNE J. STOTZ, RPR, CRR

14            My Commission Expires March 2, 2022

15

16

17  DATED:  February 19, 2021

18

19

20  NOTE:   THE CERTIFICATE APPENDED TO THIS

21  TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION

22  OF THE SAME BY ANY MEANS, UNLESS UNDER THE

23  DIRECT CONTROL AND/OR DIRECTION OF THE

24  CERTIFYING COURT REPORTER.

25
```

ANTHONY RAPP

BARKLEY
Court Reporters