# Exhibit 9

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4    ANTHONY RAPP, et ano.,            )
                                       )
5              Plaintiffs,             )
                                       )
6       vs.                            )Case No.
                                       )1:20-cv-09586
7    KEVIN SPACEY FOWLER,              )
                                       )
8              Defendant.              )
                                       )

9

10

11

12

13                 REMOTE VIDEO DEPOSITION OF

14                      WILLIAM BROWN

15

16

17

18

19

20

21

22

23

     DATE TAKEN:  March 3, 2022

24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5107124

25   PAGES:  1 - 91

                                          Page 1

```
 1          A.  We went to the apartment residence and we

 2     had a drink.  We chatted and then we left.

 3          Q.  Did you see pornography playing on the

 4     television at this apartment?

 5              MR. SAGHIR:  Objection to the form as          12:47:15

 6          leading.

 7              THE WITNESS:  I do not recall

 8          pornography.

 9     BY MR. SCOLNICK:

10          Q.  Did you discuss pornography with             12:47:19

11     Mr. Dawes while at the apartment?

12              MR. SAGHIR:  Objection to the form as

13          leading.

14              THE WITNESS:  I don't recall that.

15     BY MR. SCOLNICK:                                       12:47:30

16          Q.  Did you discuss pornography with

17     Mr. Dawes after leaving the apartment?

18              MR. SAGHIR:  Objection to the form as

19          leading.

20              THE WITNESS:  I don't recall.               12:47:36

21     BY MR. SCOLNICK:

22          Q.  Sitting here today, do you have any

23     recollection of discussing pornography with

24     Mr. Dawes after leaving the house or an

25     apartment -- house or apartment in 1988?           12:47:51
```

Page 13

1           MR. SAGHIR:  Objection to the form as
2      leading.
3           THE WITNESS:  As I sit here today, no, I
4      do not.
5    BY MR. SCOLNICK:                                    12:47:58
6         Q.  For how long were you at the apartment?
7           MR. SAGHIR:  Note my objection to the
8      form.  Mischaracterizing testimony.
9           THE WITNESS:  It wasn't -- it wasn't
10     long.  I would only be able to guess that it      12:48:17
11     was, I don't know, 15, 20 minutes.
12   BY MR. SCOLNICK:
13        Q.  Did you ever leave Mr. Dawes in a room
14   alone with Mr. Fowler?
15          MR. SAGHIR:  Note my objection to the        12:48:31
16     form as leading.
17          THE WITNESS:  No, not that I recall.
18   BY MR. SCOLNICK:
19        Q.  Did you see Mr. Fowler touch Mr. Dawes in
20   a manner that you believe was inappropriate?        12:48:39
21          MR. SAGHIR:  Note my objection to form as
22     leading and vague.
23          THE WITNESS:  No.
24   BY MR. SCOLNICK:
25        Q.  Did Mr. Fowler put his hand on Mr. Dawes'  12:48:47

                                              Page 14

1    leg for 30 to 45 seconds?
2         MR. SAGHIR:  Objection to the form.  No
3      foundation.  Leading.
4         THE WITNESS:  I do not recall that.
5    BY MR. SCOLNICK:                          12:48:58
6      Q.  Did you see Mr. Fowler put his hand on
7    Mr. Dawes' leg at all?
8         MR. SAGHIR:  Note my objection to the
9      form as leading.
10        THE WITNESS:  I don't recall that.      12:49:06
11   BY MR. SCOLNICK:
12     Q.  Did you see Mr. Fowler touch Mr. Dawes in
13   any way?
14     A.  I don't recall.
15     Q.  To be clear, you don't recall seeing    12:49:16
16   Mr. Fowler touch Mr. Dawes in any way; correct?
17     A.  Correct.
18     Q.  To your knowledge, did Mr. Fowler make
19   any physical contact with Mr. Dawes?
20        MR. SAGHIR:  Objection to the form as     12:49:33
21      leading.  Lack of foundation.  Calling for
22      speculation.
23        THE WITNESS:  I don't recall.
24   BY MR. SCOLNICK:
25     Q.  And to be clear, you don't have any     12:49:46

Page 15

```
 1      recollection of Mr. Fowler making any physical

 2      contact with Mr. Dawes; correct?

 3              MR. SAGHIR:  Objection to the form as

 4          leading.  Asked and answered.  Calling for

 5          speculation.                                    12:49:56

 6              THE WITNESS:  As I -- as I sit here

 7          today, no, I don't recall whether there was

 8          any --

 9              MR. SAGHIR:  Hold on.

10          (Reporter clarifying.)                          12:50:11

11              THE WITNESS:  As I sit here today, I

12          don't recall if there was any -- (audio

13          disruption).

14          (Reporter clarifying.)

15              THE WITNESS:  I don't recall if there --     12:50:22

16          as I sit here today, I don't recall if there

17          was any physical contact between the two of

18          them.

19          (Reporter clarifying.)

20      BY MR. SCOLNICK:                                     12:50:31

21          Q.  Did Mr. Dawes tell you when he left the

22      apartment or house that Mr. Fowler touched him

23      inappropriately?

24          A.  No, not that I recall.

25          Q.  Did Mr. Dawes ever tell you that           12:50:42
```

Page 16

1    Mr. Fowler touched him inappropriately?

2           MR. SAGHIR:  Objection to the form as

3       leading.

4           THE WITNESS:  Not that I recall.

5    BY MR. SCOLNICK:                              12:50:51

6       Q.  Did Mr. Dawes ever tell you that

7    Mr. Fowler touched his leg?

8           MR. SAGHIR:  Note my objection to the

9       form as leading.

10          THE WITNESS:  Not that I recall.       12:50:58

11   BY MR. SCOLNICK:

12      Q.  Did Mr. Dawes ever tell you that

13   Mr. Fowler touched him at all?

14          MR. SAGHIR:  Note my objection to the

15      form as leading.                          12:51:06

16          THE WITNESS:  Not that I recall.

17    BY MR. SCOLNICK:

18       Q.  And to address the objection, what, if

19    anything, do you recall Mr. Dawes telling you

20    about Mr. Fowler allegedly touching him?       12:51:14

21       A.  I don't have -- I don't have any recall

22    of that conversation.

23       Q.  Okay.

24          When you worked at Long Wharf Theatre,

25    did you ever warn Mr. Dawes to stay away from  12:51:36

1   Mr. Fowler?

2           MR. SAGHIR:  Note my objection to the

3       form as leading.  Mischaracterizing

4       testimony.

5           THE WITNESS:  No, not that I recall.        12:51:44

6   BY MR. SCOLNICK:

7       Q.  Did you ever tell Mr. Dawes that

8   Mr. Fowler had a predilection towards young boys?

9           MR. SAGHIR:  Note my objection to the

10      form as leading.                                12:51:56

11          THE WITNESS:  No.

12  BY MR. SCOLNICK:

13      Q.  Did you tell Mr. Dawes that he should be

14  aware of Mr. Fowler's alleged fondness for boys

15  when Mr. Dawes interacts with Mr. Fowler?          12:52:03

16          MR. SAGHIR:  Note my objection to the

17      form as leading.

18          THE WITNESS:  Not that I recall.

19  BY MR. SCOLNICK:

20      Q.  What, if any, warnings did you give        12:52:09

21  Mr. Dawes about Mr. Fowler?

22      A.  I don't recall giving him any warnings.

23      Q.  I want to do a screen share at this

24  point.  I'm going to show you what we'll mark as

25  exhibit --                                          12:52:27

Page 18

1          MR. SCOLNICK:  Well, could I please have

2      access to screen sharing?

3          THE VIDEOGRAPHER:  You have access now.

4          MR. SCOLNICK:  Thank you.

5   BY MR. SCOLNICK:                                12:52:43

6      Q.  I'm going to show what you what we'll

7   mark as Exhibit 400.

8          MR. SCOLNICK:  And for the record, this

9      will be pages 96 and 97 of Mr. Dawes'

10     12/28/2021 deposition transcript.          12:52:58

11         (Exhibit 400 was received and marked

12         for identification on this date and is

13         attached hereto.)

14  BY MR. SCOLNICK:

15     Q.  Okay.  Referring to the bottom of page 96   12:53:01

16  and the top of page 97, Mr. Dawes said --

17  testified under oath, that, "I was cautioned by my

18  friend, at least one other person, that in my

19  interactions with Kevin, they said to be aware

20  that he is -- he has a fondness or predilection   12:53:18

21  for boys, younger boys, so they said just be aware

22  of this in your interactions with him."

23         Did I read that correctly?

24     A.  Yes.

25     Q.  And do you have any recollection of       12:53:37

Page 19

1    telling Mr. Dawes that Mr. Fowler has a fondness

2    for young boys?

3            MR. SAGHIR:   Objection.   Asked and

4        answered.

5            THE WITNESS:   No, I do not.                12:53:48

6            MR. SCOLNICK:   Taking down the exhibit.

7    BY MR. SCOLNICK:

8        Q.  Do you recall approximately when National

9    Anthems ended its run at the Long Wharf Theatre?

10       A.  It would have been in the beginning of    12:54:05

11   '89.  The runs were about six weeks long, so...

12       Q.  After National Anthems ended its run, did

13   you stay in touch with Mr. Dawes?

14       A.  Yes.

15       Q.  Did you tell Mr. Dawes in 1989 that Kevin  12:54:28

16   Spacey was asking about him?

17       A.  I don't specifically recall that.

18       Q.  Did you tell Mr. Dawes in 1989 that Kevin

19   Spacey was asking about a play that Justin was in?

20       A.  It's -- I don't have a specific           12:54:52

21   recollection but I -- I don't have a specific

22   recollection of that conversation.

23       Q.  When did you last speak to Mr. Dawes?

24       A.  Define "speak."

25       Q.  Either in person or by telephone or by    12:55:25

Page 20

1    of 2021?

2         A.   Correct.

3         Q.   And did you speak with any attorney

4    from -- or on behalf of Mr. Rapp?

5         A.   I did.                                    01:04:19

6         Q.   How many times did you speak with an

7    attorney for Mr. Rapp?

8         A.   To the best of my recollection, I believe

9    that there have been three occasions, all brief.

10        Q.   Did you ever discuss with the attorney    01:04:33

11   for Mr. Rapp your recollection of your

12   interactions with Mr. Fowler in 1988?

13        A.   Yes.

14        Q.   And did Mr. Rapp's attorney ask you in

15   December if you recalled seeing any pornography at  01:04:56

16   the apartment that you visited in 1988?

17        A.   I believe so, yes.

18        Q.   And did you tell Mr. Rapp's attorney that

19   you do not recall seeing any pornography on the

20   television at the apartment in 1988?              01:05:14

21        A.   Correct.

22        Q.   I'm sorry, I didn't get the answer.

23        A.   Correct.

24        Q.   Do you recall any other questions that

25   Mr. Rapp's counsel asked you in December of last  01:05:24

Page 28

```
 1          Q.  Did you attempt to call Mr. Dawes in

 2     2017?

 3          A.  No.

 4              MR. SCOLNICK:   I'll refer to Exhibit 405.

 5     And this will be page 94 from Mr. Dawes'         01:17:30

 6          12/28/2021 transcript.

 7              (Exhibit 405 was received and marked

 8              for identification on this date and is

 9              attached hereto.)

10     BY MR. SCOLNICK:                                 01:17:47

11          Q.  Starting at line 4, "Tell me about the

12     conversation you told us about earlier about, you

13     know, that you had with him after the article came

14     out?

15              "Answer:  I don't recall speaking after  01:17:58

16     the article came out.  I know that they -- my

17     recollection is that he said, 'They are trying to

18     contact me, should I speak to them about this?'

19     And I said, sure.

20              "And he said, did you give them my name?  01:18:11

21              "And I said, yeah, I gave them your name,

22     and if you want to talk to them, then you're

23     welcome to.  If not, you don't have to.  But we

24     agreed at the time that his memories of those

25     events corroborated my recollection."           01:18:26
```

Page 31

1          Did I read that correctly?

2     A.   Yes, you did.

3     Q.   Did Mr. Dawes contact you and tell you

4  that people from BuzzFeed Magazine were going to

5  try to contact you?                                01:18:47

6          MR. SAGHIR:   Objection to the form as

7     leading.  Compound.

8          MR. SCOLNICK:   Strike that.  Let me ask

9     the question better.

10  BY MR. SCOLNICK:                                   01:18:55

11    Q.   Did Mr. Dawes tell you in 2017 that

12  reporters from BuzzFeed Magazine would be

13  contacting you?

14         MR. SAGHIR:   Objection to the form as

15    leading.                                         01:19:05

16         THE WITNESS:   No.

17  BY MR. SCOLNICK:

18    Q.   What, if anything, did Mr. Dawes tell you

19  about reporters contacting you in 2017 to verify

20  his story?                                         01:19:12

21    A.   Could you repeat the question?

22    Q.   Sure.

23         What, if anything, did Mr. Dawes tell you

24  in 2017 about reporters from BuzzFeed contacting

25  you to verify his allegations?                     01:19:25

Page  32

1          A.   Nothing.

2               THE WITNESS:  I just received word that

3          Attorney Brigham can't hear anybody --

4               MR. SCOLNICK:  Oh, let's go off the

5          record just -- just very briefly, we're          01:19:47

6          trying -- we're trying to end this very

7          quickly.

8               THE VIDEOGRAPHER:  Going off the record.

9          The time is 1:19 p.m.

10              (Pause in proceedings.)                       01:22:10

11              THE VIDEOGRAPHER:  We are back on the

12         record.  The time is 1:22 p.m.

13     BY MR. SCOLNICK:

14         Q.  Mr. Brown, we left off on page 94 of

15     Mr. Dawes' 12/28/2021 transcript.                     01:22:29

16              When, if ever, did you agree with

17     Mr. Dawes that his memories and allegations

18     against Mr. Fowler were true and accurate?

19         A.  I didn't --

20              MR. SAGHIR:  Objection to the form.          01:22:49

21              THE WITNESS:  I did not have a

22         conversation with him regarding that.

23     BY MR. SCOLNICK:

24         Q.  Focusing on page 94 of Mr. Dawes'

25     transcript, do you believe that Mr. Dawes'           01:22:59

Page 33

1   statements and characterizations about his

2   communications with you are accurate?

3           MR. SAGHIR:  Objection to the form.

4       Calling for speculation.  Leading.

5           THE WITNESS:  If -- if his testimony is      01:23:19

6       that between the -- the time the BuzzFeed was

7       putting together the article, that he and I

8       had a conversation about him speaking to

9       BuzzFeed, that -- I cannot agree that that

10      happened.                                        01:23:39

11  BY MR. SCOLNICK:

12      Q.  At any point in 2017, did you tell

13  Mr. Dawes that his allegations against Mr. Fowler

14  were true and accurate?

15          MR. SAGHIR:  Objection to the form.          01:24:02

16          THE WITNESS:  No.

17          MR. SAGHIR:  Leading.  Asked and

18      answered.

19          THE WITNESS:  No.

20          MR. SCOLNICK:  Court reporter, did you       01:24:14

21      get the answer?

22          THE REPORTER:  Yes.

23          MR. SCOLNICK:  Okay.

24          Take down the screen.

25          Mr. Brown, at this point I have no           01:24:35

                                                         Page 34

```
 1              MR. SAGHIR:  I didn't get the witness's
 2         answer, Ms. Harris, I'm sorry.
 3              THE WITNESS:  Correct.
 4              MR. SAGHIR:  You have his answer,
 5         Ms. Harris?                                01:38:29
 6              THE REPORTER:  Yes.
 7      BY MS. SAGHIR:
 8         Q.  Do you recall seeing Mr. Spacey talk
 9    about a magic trick he did during the show of
10    National Anthems while at Bennigan's?          01:38:40
11         A.  I recall that he did some magic tricks as
12    well as impressions.  I don't remember the
13    particular magic trick that he performed.
14         Q.  What -- what impressions do you recall
15    Mr. Spacey doing at Bennigan's?                01:38:58
16         A.  The only one I recall is Johnny Carson.
17         Q.  And for clarity, this is the same night
18    that you and Mr. Dawes were at the Bennigan's;
19    correct?
20         A.  Correct.                              01:39:06
21         Q.  You mentioned that there was a
22    conversation about the movie Chinatown.
23              Tell us what that conversation was about.
24         A.  I don't recall the exact conversation.
25    When the issue came up about Chinatown, that   01:39:35
```

Page 46

1    Mr. Spacey indicated that it was a great movie,

2    and neither Mr. Dawes nor I had seen it at that

3    point.  As a matter of fact, I still haven't seen

4    it.

5           Then there was a conversation or an           01:39:52

6    invitation that we should all get together.

7        Q.  I'm really sorry, Mr. Brown, just the end

8    of it cut off.

9           MR. SAGHIR:  Ms. Harris, did you -- did

10       you get that?                                     01:40:13

11          (Record read.)

12          MR. SAGHIR:  I didn't hear you,

13       Ms. Harris.  I'm sorry.  "That we should all

14       be together"?

15          (Record read.)                                 01:40:27

16   BY MR. SAGHIR:

17       Q.  Who made that invitation?

18       A.  Mr. Spacey.

19       Q.  And did he say where you should all get

20   together?                                             01:40:33

21       A.  At the place that he was staying.

22       Q.  Do you recall if Mr. Spacey said he was

23   having a little party?

24       A.  I don't recall.

25       Q.  Do you deny that Mr. Spacey said he was a     01:40:49

Page  47

```
 1      little party?
 2               MR. SCOLNICK:  Objection to the form.
 3               THE WITNESS:  I don't recall.
 4      BY MR. SAGHIR:
 5          Q.  My question is:  Do you deny that        01:40:59
 6      Mr. Spacey said he was having a little party?
 7               MS. BRIGHAM:  He's answered it.
 8               MR. SCOLNICK:  Join.  Asked and answered.
 9      BY MR. SAGHIR:
10          Q.  When you say "you don't recall," for     01:41:07
11      clarity, you can neither admit nor deny that he
12      said he was having a little party; is that
13      correct?
14          A.  That's correct.
15               MR. SCOLNICK:  Objection.  Objection to  01:41:17
16          form.  Sorry.
17               THE WITNESS:  That is correct.  I can't
18          admit or deny something I can't recall.
19      BY MR. SAGHIR:
20          Q.  Did you go to Mr. Spacey's -- withdrawn.  01:41:43
21               Did you go to the place where Mr. Spacey
22      was staying?
23          A.  Yes.
24          Q.  How did you get there?
25               MR. SCOLNICK:  Objection -- I'm sorry,   01:41:52
```

Page 48

```
 1      BY MR. SAGHIR:

 2          Q.  Was Mr. Spacey drinking the same thing

 3      that you and Mr. Dawes were drinking?

 4              MR. SCOLNICK:  Objection to form.

 5              THE WITNESS:  I have no idea.          01:49:25

 6      BY MR. SAGHIR:

 7          Q.  Are you able to describe the place where

 8      Mr. Spacey was staying during this run of National

 9      Anthems?

10          A.  I am not.                              01:49:50

11          Q.  And for clarity --

12              MR. SCOLNICK:  Objection -- objection to

13              form as to the last question.

14      BY MR. SAGHIR:

15          Q.  And for clarity, you're not able to     01:49:59

16      describe the exterior or the interior of this

17      place; is that true?

18          A.  That is correct.

19          Q.  I believe earlier you were asked

20      questions about whether or not pornography was   01:50:25

21      playing on a television when you went to Mr. --

22      the home where Mr. Spacey was staying during the

23      run of National Anthems; do you recall that?

24          A.  I do recall.

25          Q.  And your testimony was that you do not   01:50:37
```

Page 55

1    recall whether or not pornography was playing;

2    correct?

3            MR. SCOLNICK:  Objection.  Misstates the

4        testimony.

5            THE WITNESS:  I do not recall          01:50:46

6        pornography, correct.

7    BY MR. SAGHIR:

8        Q.  Okay.  And when you say "you do not

9    recall pornography," as we discussed before, you

10   can neither admit nor deny that there was          01:50:52

11   pornography playing on the television; correct?

12           MR. SCOLNICK:  Objection to form.

13           THE WITNESS:  That is correct; if I

14       cannot recall there being pornography, I can

15       neither admit that it was playing nor deny     01:51:07

16       that it wasn't playing.

17   BY MR. SAGHIR:

18       Q.  I'm just putting up some more -- just

19   bear with me one moment please.

20           Do you recall seeing a television at the   01:52:01

21   place you and Mr. Dawes went when Mr. Spacey

22   invited you there to watch Chinatown?

23       A.  Yes.

24       Q.  Describe the television that you saw.

25       A.  I don't think I -- it was a television.    01:52:15

Page 56

1            I, RENEE HARRIS, a Certified Shorthand

2    Reporter of the State of California, a Certified

3    Court Reporter for the State of New Jersey, and a

4    Registered Professional Reporter, do hereby

5    certify:

6            That prior to being examined, the witness

7    named in the foregoing deposition was by me duly

8    sworn to testify to tell the truth, the whole

9    truth, and nothing but the truth;

10            That the said deposition was by me

11    recorded stenographically;

12            And the foregoing pages constitute a full,

13    true, complete and correct record of the testimony

14    given by the said witness;

15            That I am a disinterested person, not

16    being in any way interested in the outcome of said

17    action, or connected with, nor related to any of

18    the parties in said action, or to their respective

19    counsel, in any manner whatsoever.

20

21        Dated: March 20, 2022

22

23

24            Renee Harris, CSR, CCR, RPR
             CA CSR No. 14168,
25            NJ CRR No. 30XI00241200; RPR

Page 88