UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ANTHONY RAPP, et ano.,

                Plaintiffs,

    -against-                                        20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court's Order of September 21, 2022 [Dkt 234] on objections to plaintiff's deposition designations and defendant's cross designations is amended to omit the italicized line of text below from the list of objections sustained with respect to plaintiff's designations corresponding to the December 28, 2021 Justin Dawes deposition:

| Page:Line Start | Page:Line End |
|---|---|
| *110:2* | *101:4* |

SO ORDERED.

Dated:     September 27, 2022

                                                        Lewis A. Kaplan
                                                 United States District Judge