**CERTIFIED COPY**

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF NEW YORK

3

4

5    ANTHONY RAPP and C.D.,          )
                                     )
6              Plaintiffs,           )
                                     )
7       -against-                    ) Case No.
                                     ) 20-cv-9586(LAK)
8    KEVIN SPACEY FOWLER a/k/a       )
     KEVIN SPACEY,                   )
9                                    )
               Defendant.            )
10   _____ )

11

12

13

14

15        Video-recorded videoconference deposition of

16             JOHN BARROWMAN

17             May 26, 2021

18

19

20

21

22

23

24   JOANNA B. BROWN, CSR No. 8570, RPR, CRR, RMR
     473153

25

SINCE 1972

**BARKLEY**
Court Reporters
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine           (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose          (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez           (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills     (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn           (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris           00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

1    Q    Sure.  Do you recall what you did after you

2    got to Mr. Rapp's apartment that evening?

3    A    I think, probably, we went to bed.

4    Q    Did you tell Mr. Rapp about your encounter

11:26  5    with Mr. Fowler on the bed?

6    A    No.

7    Q    Why not?

8    A    Because I didn't think it was appropriate.

9    Q    Did you ever tell Mr. Rapp about your

11:26  10   experience with Mr. Fowler?

11   A    Yes, I did.

12   Q    When was that?

13   A    That wasn't until many, many years later, and

14   it was -- if I'm correct on the date, because I only

11:26  15   know it in relevance to the shows that I was doing, I

16   was -- I had just finished doing a show called

17   "The Fix," which was directed by Sam Mendes.  And we

18   were getting ready to go -- I was getting ready to go

19   off to the States to do "Putting It Together" with

11:27  20   Carol Burnett at the Mark Taper.  And there was an

21   in-between time, and I was in London, and Anthony had

22   come over to do "Rent."  And I contacted Anthony as an

23   old friend to say, "Let's" -- "How about let's go out

24   to dinner.  I'll come see the show, and we can go out

11:27  25   to dinner afterwards."

46

JOHN BARROWMAN

BARKLEY
Court Reporters

1          And, you know, that would have been the time
2   that I would have seen him after literally seeing him
3   in New York because our lives took two very different
4   paths at that time.

11:27  5          So I saw the show.  I didn't really like it
6   very much, but that was my opinion.  And we went to
7   dinner.  I enjoyed his performance.  It was lovely to
8   see someone that I knew again doing well.

9          And we were in the dinner conversation,
11:28  10  talking, having small talk, and I just remember saying
11  to him, "What would you say" -- if I brought it up or
12  he brought it up, I can't remember how it exactly
13  happened, but Kevin -- Mr. Spacey's name came up.

14         And I said, "What would you say if I said
11:28  15  'Kevin Spacey'?"

16         And he went, "Why?" to the extent of "What
17  happened?"

18         And that was the first time I then told him
19  what happened to me exactly like I've told you.  And
11:28  20  then he proceeded to tell me -- and I can't remember if
21  he said it was the following weekend, but it was after
22  our going over to Mr. Spacey's apartment that he said
23  that a similar thing happened to him where he had gone
24  to a party, I gather, and he was there after everybody,
11:28  25  and the same situation -- a similar situation, I should

47

JOHN BARROWMAN

BARKLEY
Court Reporters

1    say, on the bed occurred but, if I'm correct in how he

2    put it, that Mr. Spacey laid on top of him, which I was

3    not there.  So I don't know that, but that's what was

4    said to me.

11:29  5       Q    Do you recall any more details about what

6    Mr. Rapp claimed happened to him at Mr. Fowler's

7    apartment?

8       A    No.  I've just told you what I remember that

9    was said in the dinner conversation.

11:29 10      Q    Was that the only conversation you had with

11   Mr. Rapp regarding what he claims happened at

12   Mr. Fowler's apartment?

13      A    Yes.  That was it.  There was -- in fact,

14   after -- I don't think I saw Anthony again after that

11:29 15   meal.

16      Q    Do you recall Mr. Rapp telling you that

17   Mr. Fowler picked him up in the air like a ride?

18      A    I do not.

19      Q    Do you recall Mr. Rapp telling you that

11:30 20   Mr. Fowler carried him to the bed?

21      A    I don't remember those details.  All I

22   remember is that Anthony -- and for me, in my mind, it

23   was the same thing, the bed, the bed, it happened on

24   the bed.  So, the bits before, I don't recall.

11:30 25      Q    I'm wondering what the conversation was before

48

BARKLEY
Court Reporters