```
UNITED STATES DISTRICT COURT                                    1
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
ANTHONY RAPP and C.D.,
                Civil Action No. 1:20-cv-09586(LAK)
                    Plaintiffs,
                - against -
KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,
                    Defendant.
------------------------------------------------ X
                    Zoom Deposition


                    January 26, 2022
                    11:03 a.m.


            EXAMINATION BEFORE TRIAL of the Expert
Witness, ALEXANDER BARDEY, M.D., pursuant to Order,
held on the above date and time, via
videoconference, taken by and before KRYSTINA
KORNAK FLORA, RPR, a Notary Public within and for
the State of New York.
```

```
(1)                    - DR. ALEXANDER BARDEY -                      73
(2)        A.     I did.
(3)        Q.     Right?  Okay.
(4)               What was Mr. Rapp jealous of in this
(5)    scenario?  Was he jealous that Mr. Spacey was not
(6)    sexually attracted to him?
(7)        A.     He was jealous that he was not the
(8)    center of attention, that the two of them, John
(9)    Barrowman and Kevin Spacey, were connecting, were
(10)   flirting, were having a good time and he was left
(11)   out, and I think that made him envious of not being
(12)   part of his interaction with two people that he
(13)   respected and admired and probably had some level of
(14)   crush on.
(15)       Q.     Who did he have the crush on?  Did he
(16)   have a crush on Mr. Spacey when he was 14 and
(17)   Mr. Spacey was 26?
(18)       A.     I think given the -- within -- I mean,
(19)   my understanding is within the theater community
(20)   back in the '80s Mr. Spacey was making a name for
(21)   himself and that's someone obviously that Mr. Rapp
(22)   knew and likely admired.  John Barrowman was an
(23)   older acquaintance of his, he was 19 at the time,
(24)   and I believe that Mr. Rapp was very enamored with
(25)   Mr. Barrowman at the time.  So he felt very left out
```

```
(1)                - DR. ALEXANDER BARDEY -                    51
(2)   picture.  That continued at Mr. Spacey's apartment
(3)   where he and Mr. Barrowman became very friendly and
(4)   Mr. Rapp was left out.  And it's my opinion that it
(5)   is quite likely that having felt neglected, having
(6)   made to feel like a small child that that upset
(7)   Mr. Rapp.  And given his personality makeup, rather
(8)   than accept the fact that he was a third wheel he
(9)   made up a story to put himself in the center of the
(10)  story and has maintained that ever since.
(11)         Q.    Do you hold that opinion to a
(12)  reasonable degree of psychiatric certainty?
(13)         A.    I think it's --
(14)         Q.    No, I asked you something slightly
(15)  different.  The opinion of the possibility that you
(16)  just stated, do you have an opinion that that is
(17)  what occurred here to a reasonable degree of
(18)  psychiatric certainty?
(19)         A.    Opinions to a reasonable degree of
(20)  medical certainty are about scientific or medical
(21)  matters.  This is an opinion about what might or
(22)  might not have happened.  So it's not to a degree of
(23)  medical certainty, it's just it makes sense
(24)  psychologically and I think it's something that
(25)  needs to be considered as a possibility.
```