UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY RAPP, et ano.,

                      Plaintiffs,

-against-                                         20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the parties' agreement, the cross-examination of the defendant, if he is called as a witness on the plaintiff's case, will not be limited to the scope of the direct examination. The Court will rule on any objections to the form of particular cross-examination questions as they arise.

        SO ORDERED.

Dated:        October 3, 2022

                                                        Lewis A. Kaplan
                                                United States District Judge