UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAPP,<br><br>                              Plaintiff,<br><br>   -against-<br><br>KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,<br><br>                              Defendant. | Case No. 20-cv-09586 (LAK) (SDA) |

**DEFENDANT KEVIN SPACEY FOWLER'S *AMENDED* EXHIBIT LIST**

KELLER / ANDERLE LLP
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick
Jay P. Barron (*pro hac vice*)
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
(949) 476-8700
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

SHER TREMONTE LLP
Michael Tremonte
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
mtremonte@shertremonte.com

*Counsel for Defendant Kevin Spacey*
*Fowler a/k/a Kevin Spacey*

The following is an amended list of Defendant's Exhibits to be offered in his case-in-chief.

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| A | Diagram of Mr. Fowler's New York Apartment in 1986 | KF 90 | KF 90 | Plaintiff reserves the right to object to this exhibit subject to authentication of the document itself and the measurement data therein, at the time of trial. FRE 801,802. | No | No |
| B | Photo of Mr. Fowler's New York Apartment in 1986 | KF 91 | KF 91 | Plaintiff reserves the right to object to this exhibit subject to authentication at the time of trial. | No | No |
| C | Precious Sons, A Play in Two Acts, by George Furth | KF 272 | KF 330 | Plaintiff reserves the right to object to this exhibit subject to relevance, cumulative, hearsay. | No | No |
| D | Letter from John Barrown to Mr. Fowler | KF 443 | KF 443 | | Yes | Yes |
| E | Photo of Mr. Fowler's New York Apartment in 1986 (angled towards the bathroom) | KF 544 | KF 544 | Plaintiff reserves the right to object to this exhibit subject to authentication at the time of trial. | No | No |
| F | Photo of Mr. Fowler's New York Apartment in 1986 (angled towards the living room) | KF 545 | KF 545 | Plaintiff reserves the right to object to this exhibit subject to authentication at the time of trial. | No | No |

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| G | Diagram of Mr. Fowler's New York Apartment in 1986 | KF 546 | KF 546 | Plaintiff reserves the right to object to this exhibit subject to authentication of the document itself and the measurement data therein, at the time of trial. FRE 801,802. | No | No |
| H | Nov. 14, 1986 New York Apartment Lease (265 East 66th Street) | KF 570 | KF 570 | Plaintiff reserves the right to object to this exhibit subject to authentication, relevance, hearsay at the time of trial. | No | No |
| I | Nov. 24, 1985 Letter to Sarah St. George from Kevin Spacey on Hotel Bristol Stationary | KF 571 | KF 571 | Plaintiff reserves the right to object to this exhibit subject to authentication, relevance, and hearsay at the time of trial. | No | No |
| J | Jan. 24, 1986 Handwritten note re loans to Mr. Fowler | KF 572 | KF 572 | Plaintiff reserves the right to object to this exhibit subject to authentication, relevance, and hearsay at the time of trial. | No | No |
| K | Image of John Barrowman - 1 | KF 573 | KF 573 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| L | Image of John Barrowman - 2 | KF 574 | KF 574 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| M | Image of John Barrowman - 3 | KF 575 | KF 575 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| N | Image of John Barrowman - 4 | KF 576 | KF 576 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| O | Image of John Barrowman - 5 | KF 577 | KF 577 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| P | Image of John Barrowman - 6 | KF 578 | KF 578 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| Q | Image of John Barrowman - 7 | KF 579 | KF 579 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| R | Image of John Barrowman - 8 | KF 580 | KF 580 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| S | Image of John Barrowman - 9 | KF 581 | KF 581 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| T | Image of John Barrowman - 10 | KF 582 | KF 582 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| U | Image of John Barrowman - 11 | KF 583 | KF 583 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| V | Image of John Barrowman - 12 | KF 584 | KF 584 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| W | Image of John Barrowman - 13 | KF 585 | KF 585 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| X | Letter/Postcard to Kevin Spacey (addressed to 265 E. 66th Street Apartment) | KF 204 | KF 204 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| Y | Envelop to Kevin Spacey (addressed to 265 E. 66th Street Apartment) | KF 205 | KF 205 | Plaintiff reserves the right to object to this exhibit subject to authentication and relevance at the time of trial. | No | No |
| Z | Anthony Rapp and Adam Vary Text - 1 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | N/A | N/A | Objection as to "In talking this over with my editors..." as hearsay. Plaintiff reserves the right to further object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| AA | Anthony Rapp and Adam Vary Text - 2 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| BB | Anthony Rapp and Adam Vary Text - 3 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| CC | Anthony Rapp and Adam Vary Text - 4 [Pages from *Depo. Ex. 103*, marked at the Dec. 16, 2021 Deposition of Adam Vary] | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| DD | Anthony Rapp and Adam Rapp Text - 1 [Pages from *"Exhibit B"* produced by Plaintiff on Feb. 18, 2021] | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| EE | Anthony Rapp and Adam Rapp Text - 2 [Pages from *"Exhibit B"* produced by Plaintiff on Feb. 18, 2021] | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| FF | Anthony Rapp and Adam Rapp Text - 3 [Pages from *"Exhibit B"* produced by Plaintiff on Feb. 18, 2021] | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to complete context (FRE 106), hearsay and relevancy grounds at the time of trial. | Yes | No |
| GG | Excerpt from "Anything Goes" by Anthony Rapp | N/A | N/A | Plaintiff objects to this exhibit as hearsay, lack of foundation, lack of authentication | No | No |
| HH | Dr. Elizabeth Loftus's Curriculum Vitae | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and | Yes | No |

6

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| | | | | relevancy grounds at the time of trial. | | |
| II | Dr. Alexander Bardey's Curriculum Vitae[Marked as *Depo. Ex. 168*, marked at the Jan. 26, 2022 Deposition of Dr. Alexander Bardey] | N/A | N/A | Plaintiff reserves the right to object to this document on hearsay and relevancy grounds at the time of trial. | Yes | No |
| JJ | June 7, 2021 Report Re Forensic Psychiatric Evaluation of Anthony Rapp by Dr. Bardey | N/A | N/A | Plaintiff reserves the right to object to this exhibit subject to hearsay and relevancy grounds at the time of trial. | Yes | No |
| KK | Video 1 of 2 of Anthony Rapp's Evaluation over Zoom | KSF_EXPERT005085 | KSF_EXPERT005085 | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |
| LL | Video 2 of 2 of Anthony Rapp's Evaluation over Zoom | KSF_EXPERT005086 | KSF_EXPERT005086 | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |
| MM | Video of Feb. 3, 2021 Deposition of Anthony Rapp | N/A | N/A | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy | Yes | No |

7

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
| | | | | grounds at the time of trial. | | |
| NN | Text History between Anthony Rapp and Erin Quill [Marked as *Depo. Ex. 41* at the Apr. 29, 2021 Deposition of Erin Quill] | N/A | N/A | Plaintiff reserves the right to object to this exhibit on hearsay and relevancy grounds at the time of trial. | Yes | No |
| OO | Video Recording of Segments of the 1986 Production of "Precious Sons" | N/A | N/A | Plaintiff reserves the right to object to this exhibit at the time of trial on relevancy grounds. | Yes | No |
| PP | Oct. 3, 2017 E-mail chain between John Houseman and Evan Lowenstein (EL_00070) | N/A | N/A | Plaintiff reserves the right to object to this exhibit as confuses the issues, misleads the jury, and on complete context (FRE 106) grounds. | No | No |
| QQ | Image of Ed Harris carrying Anthony Rapp in Precious Sons (1986) | EL_000070 | N/A | Plaintiff reserves the right to object to this exhibit as confuses the issues, misleads the jury, and on complete context (FRE 106) grounds. | Yes | No |
| RR | Anthony Rapp's Handwritten Drawing of Kevin Spacey's | N/A | N/A | | Yes | Yes |

| Ex. ID | Document Description | Bates Begin | Bates End | Plaintiff's Objections | Stip. to Authenticity | Stip. to Admissibility |
|---|---|---|---|---|---|---|
|  | 1986 New York Apartment [Marked as *Depo. Ex. 26* at the Feb. 3, 2021 Deposition of Anthony Rapp] |  |  |  |  |  |
| SS | Photo of Kevin Spacey Fowler | N/A | N/A | TBD | TBD | TBD |
| TT | Photo of Anthony Rapp | N/A | N/A | TBD | TBD | TBD |
| UU | Photo of New York Shakespeare Festival Building | N/A | N/A | TBD | TBD | TBD |
| VV | Email Chain dated Oct. 29, 2017 | N/A | N/A | TBD | TBD | TBD |

Dated: October 3, 2022
    Irvine, California

Respectfully submitted,

*/s/ Jennifer L. Keller*
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick
Jay P. Barron (*pro hac vice*)
KELLER / ANDERLE LLP
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
(949) 476-8700
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

*Counsel for Defendant Kevin Spacey Fowler a/k/a Kevin Spacey*