UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY RAPP,

                        Plaintiffs,

    -against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY

                        Defendant.
----------------------------------------------------------------X

Case No. 1.20-cv-09586 (LAK)

**DECLARATION OF PETER J. SAGHIR IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE EXPERT TESTIMONY ON CREDIBILITY ISSUES**

Pursuant to 28 U.S.C. § 1746, I, Peter J. Saghir, declare under penalty of perjury as follows:

1.     I am a member of the Bar of the State of New York and a bar of this Court. I am also a member of Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf, attorneys for plaintiff Anthony Rapp. This declaration is in support of the opposition of plaintiff, Anthony Rapp, to defendant's motion *in limine* that seeks preclude plaintiff from offering expert testimony on credibility issues and other improper opinions of his expert witness, and for such other relief as the Court deems just and proper.

2.     Attached as **Exhibit A** to this declaration is a true and correct copy of selected pages from the Reporter's Transcript of the Deposition of Dr. Lisa Rocchio taken in this action.

3.     Attached as **Exhibit B** to this declaration is a true and correct copy of selected pages from Plaintiff's expert witness, Lisa M. Rocchio, Ph. D., Summary of Forensic Psychological Evaluation.

4.     Attached as **Exhibit C** to this declaration is a true and correct copy of selected pages from Defendant's expert witness, Dr. Alexander Bardey Forensic-Psychiatric Report of Anthony Rapp.

5. Attached as **Exhibit D** to this declaration is a true and correct copy of selected pages from the Reporter's Transcript of the Deposition of Dr. Alexander Bardey taken in this action.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022

_____
Peter J. Saghir (4276)
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF
Attorneys for Plaintiff
Anthony Rapp
80 Pine Street, 34th Floor
New York, NY 10004
Tel: (212) 943-1090
psaghir@gairgair.com