Lisa M. Rocchio, Ph.D.
1524 Atwood Avenue, Suite 222
Johnston, RI 02919
P: 401-751-5880
F: 401-751-5881
lrocchio@drlisarocchio.com

**Summary of Forensic Psychological Evaluation**

<u>Name</u>: **Anthony Rapp**
<u>Date of Birth</u>: **10/26/1971**
<u>Dates of Evaluation</u>: **2/6/2021, 2/7/2021, and 2/12/2021**
<u>Place of Evaluation</u>: **Secure video-conferencing software (Zoom) while Mr. Rapp was required to remain in Canada due to Covid-19 travel restrictions while filming**
<u>Date of Report</u>: **02/25/2021**

## Introduction

Anthony Rapp was evaluated at the request of his attorney, Peter Saghir, Esq. who is representing him in the matter of *Anthony Rapp and C.D. (Plaintiffs) against Kevin Spacey Fowler, aka Kevin Spacey (Defendant.)* Mr. Saghir represented that his client Mr. Rapp had reported being sexually assaulted by Mr. Spacey at Mr. Spacey's home when Mr. Rapp was fourteen years old. Mr. Saghir requested a complete forensic psychological evaluation of his client to determine if he has suffered or is suffering from any psychological symptoms, difficulties, impairments in functioning, psychological difficulties or mental disorders, and if so, whether they are attributable in whole or part, to this alleged assault.

## Informed Consent

Prior to the start of the evaluation, Mr. Rapp was informed of the nature and purpose of the forensic evaluation. He was made aware of the limits of confidentiality and was told that the results of the evaluation would be provided to his attorney and could then become part of the record of the Court. Prior to the start of the evaluation, he was also told that if a case were to be filed, I may be called to testify in court. Mr. Rapp was made aware that his participation in this evaluation was completely voluntary, and that he could choose to end the evaluation at any time. It is my opinion that he understood the purpose of this evaluation, the limits to confidentiality, and my role. Mr. Rapp provided written consent for participation in the evaluation and for the release of this information to his attorney. He also provided written consent for my communication with any collateral interviews that were conducted as part of this evaluation.

## Evaluation Methods

Mr. Rapp was evaluated via Zoom for a total of nine hours and thirty minutes over the course of three days. Evaluation methods included a semi-structured psychosocial history interview, structured clinical interviews, and the administration of several psychological tests, checklists, and structured questionnaires. Additionally, in preparing this report,

minimized his experience of victimization and its traumatic psychological impact on him. Mr. Ithiphol reported that as Mr. Rapp became more and more aware of the degree to which he had been been violated and harmed by Mr. Spacey's alleged assault, it "blew his mind" and he became very distressed. He reported that at that time, Mr. Rapp experienced a marked loss of sexual interest and desire, became withdrawn and disengaged, and spoke about feeling great distress when reminded of his experiences. Mr. Ithiphol described Mr. Rapp at times being "too worked up" to sleep, increasingly sensitive, and hypervigilant and "on guard."

Mr. Ithiphol stated that after coming forward, Mr. Rapp expressed some feelings of relief, and felt affirmed by the support he got from others in the community. While most of the responses were positive and supportive, he also stated that Mr. Rapp experienced some negative responses as well. Overall, he stated that coming forward and coming to terms with his experience of victimization was very difficult for Mr. Rapp, but that Mr. Rapp believed he did the right thing because his motivation was to encourage others to come forward with their stories and to prevent others from being harmed by Mr. Spacey.

Mr. Ithiphol also reported that Mr. Rapp has experienced an exacerbation of symptoms over this past month. He described Mr. Rapp as being more depressed, crying more easily and frequently, a marked decrease in his desire for sexual intimacy and touch, as well as continued avoidance of anything that Mr. Spacey has performed in. He also reported that Mr. Rapp has been more guarded and is much more easily startled, and has exhibited a "freeze" response when reminded of his experience of the alleged sexual assault.

**Opinions**

1. Mr. Anthony Rapp is a 49-year-old actor who reports having been sexually assaulted by Kevin Spacey in the late spring or early summer of 1986, when Mr. Rapp was fourteen years old and Mr. Spacey was in his twenties. The results of this evaluation found ample evidence to support the conclusion that Mr. Rapp experienced this reported episode of sexual victimization by Mr. Spacey in the spring or early summer of 1986 at Mr. Spacey's home, when Mr. Rapp was aged fourteen.

    As detailed above, Mr. Rapp's account of the assault was corroborated by multiple sources, and was consistent with his public disclosures about the incident, with text and social media messages between Mr. Rapp and friends and colleagues regarding his very early disclosures of his alleged victimization by Mr. Spacey, other's experiences and/or knowledge of allegations of Mr. Spacey's predatory behaviors, and with information provided by collateral sources.

2. Mr. Rapp met Mr. Spacey when he was a fourteen-year-old boy, and considered Mr. Spacey to be an adult colleague. At that time in his life, Mr. Rapp, as a child actor, had frequently been in the presence of other adult actors, and there was evidence throughout this evaluation that with the exception of the assault by Mr. Spacey, those experiences had been positive, supportive, and many adult actors

Anthony Rapp
Report by Lisa M. Rocchio, Ph.D.
02/25/2021

19

had served as mentors. The theatre community had been a place of safety and comfort for Mr. Rapp.

Mr. Spacey's sexual assault violated Mr. Rapp's sense of safety and greatly increased his sense of vulnerability, as well as causing feelings of great distress, confusion and shame. The theatre, which had always been a source of comfort and safety, became a place where Mr. Rapp felt a lack of safety. In addition, he experienced fear of future encounters with Mr. Spacey, experiences of retaliation from Mr. Spacey, and had concerns that he would not be believed and that Mr. Spacey and others would attempt to discredit him in his chosen profession.

3. The psychological strategies utilized by Mr. Rapp in an effort to cope with the effects of this sexual victimization experienced included denial, suppression, compartmentalization, directed forgetting, minimization and avoidance. These factors, in combination with the effects of the abuse itself, such as feelings of shame, confusion, and self-blame, interfered with Mr. Rapp's ability to accurately appraise his situation, and greatly interfered with his ability to recognize that he had been victimized by Mr. Spacey, and had been harmed as a result of that victimization.

As a result, although Mr. Rapp understood the fact that Mr. Spacey's actions were wrong, it was not until the publicity surrounding the #MeToo movement, when many individuals publicly came forward regarding their own experiences of assault and abuse, that Mr. Rapp became increasingly aware of the impact of the victimization on his psychological and emotional functioning, and made the difficult decision to share his story publicly. Though he had reported the incident in an interview earlier, Mr. Spacey's name had been redacted from the resulting article. By coming forward in the initial 2017 Buzzfeed article, Mr. Rapp hoped he could prevent any further abuse perpetrated by Mr. Spacey upon others, and that he would serve as a role model for others, particularly men, who may feel shame and fear about coming forward.

4. In my opinion, Mr. Rapp is currently experiencing Posttraumatic Stress Disorder (PTSD), in response to this sexual assault. Mr. Rapp currently meets the full DSM 5 diagnostic criteria for Posttraumatic Stress Disorder, with the identified Criterion A stressor being the alleged sexual assault by Mr. Spacey.

Mr. Rapp also experienced an episode of Posttraumatic Stress Disorder related to the assault by Mr. Spacey in 2017, in the time leading up to and following his public disclosure of his experience. In both episodes of Posttraumatic Stress Disorder, Mr. Rapp's symptoms are clearly and substantially related to the alleged assault by Mr. Spacey.

In addition to Posttraumatic Stress Disorder, Mr. Rapp has experienced difficulties with setting limits and boundaries in intimate relationships, has

experienced intense feelings of shame and confusion, guilt for not coming forward sooner, and interpersonal difficulties which included episodes of impaired sexual desire and functioning. He has also been subjected to negative comments, harassment, and insults following his public disclosure of his experience of assault by Mr. Spacey. It is my opinion that these additional difficulties are substantially related to the alleged sexual assault by Mr. Spacey. The results of this evaluation and subsequent opinions are highly consistent with data from multiple sources, including psychological testing, review of text and social media exchanges, and collateral interviews with those who had the opportunity to observe and discuss with Mr. Rapp his behaviors, thoughts, feelings, and symptoms in a non-forensic context. It is significant to note that this opinion was also supported by information provided by Mr. Rapp's therapist, with whom he spoke for the purpose of getting treatment for his difficulties.

5. With respect to his prognosis, Mr. Rapp experienced a sexual assault that has directly resulted in Posttraumatic Stress disorder as well as significant psychological difficulties primarily in the areas of emotional, sexual, and interpersonal functioning rather than in occupational domains. Mr. Rapp's ability to succeed in his chosen occupation in spite of his experience of victimization is likely the result of a combination of several individual protective factors, his effective use of coping strategies, strong support system, and his long-term engagement in psychological treatment.

   With respect to protective factors, Mr. Rapp had no previous psychopathology, a close and supportive family, a current close and supportive intimate partner, a strong support system, and high levels of professional ability, talent, and success. Since the alleged episode of victimization by Mr. Spacey, he has developed numerous coping strategies and feels positive about coming forward, both as a queer man and as a survivor of sexual assault, and believes he has been able to make a positive difference in the lives of others. Mr. Rapp continues to make use of compartmentalization as a coping mechanism, which allows him to engage in his work. Mr. Rapp has made good use of his support system and psychotherapy in the past when coping with the traumatic death of his mother, relational and interpersonal challenges, and more recently with the traumatic sequalae of the alleged sexual victimization by Mr. Spacey. He is currently continuing with appropriate trauma-based psychotherapy.

   Mr. Rapp's willingness and demonstrated ability to engage in psychotherapy and his high levels of social and emotional support will likely enable him to continue to progress in treatment over time. However, as with many victims of sexual assault, ongoing treatment will likely be needed to continue to mitigate the negative psychological impact of the traumatic victimization.

6. In a forensic context, where a motivation exists to falsely report psychological distress, the issue of malingering or the false report of symptoms must be

Anthony Rapp
Report by Lisa M. Rocchio, Ph.D.
02/25/2021

21

carefully considered and assessed.  On a test that was developed to screen for the deliberate distortion of self-reported symptoms (M-FAST), Mr. Rapp answered in a manner consistent with honest responders.  Mr. Rapp's overall response style indicated that Mr. Rapp minimized rather than exaggerated his symptoms. There was no evidence in Mr. Rapp's psychological testing or psychosocial history to suggest that he was misrepresenting, exaggerating, or manufacturing his account of his experiences, symptoms, or psychological distress.

Mr. Rapp's psychological testing findings and self-report were consistent with the information gathered from documents reviewed, including public interviews given by Mr. Rapp, and information reported during collateral interviews with his psychotherapist, partner, and close friend of thirty years, who is currently a detective working on sex crimes perpetrated against children.

It is also significant to note that the information Mr. Rapp shared both publicly and privately with those close to him has been consistent, and was initially shared in a non-forensic context where Mr. Rapp described his reports of his distress, symptoms, impaired functioning, for the purpose of obtaining support, receiving psychological treatment, and attempting to better understand his experiences and their impact and meaning.

*The above opinions and conclusions, as with all forensic evaluations, are tentative and subject to revision should new information be made available to me, or arise in the course of discovery, that would tend either to confirm or refute my current impressions and opinions.*

Respectfully submitted,


*Lisa M. Rocchio, Ph.D.*
_____            02/25/2021
Lisa M. Rocchio, Ph.D.                                                 _____
Clinical and Forensic Psychologist                              Date
Licensed in RI, NY, and MA