CERTIFIED COPY

1          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
2

3    ------------------------------x

4    ANTHONY RAPP and C.D.,

5                   Plaintiffs,

6          vs.                    Case No.:
                                  20-cv-9586 (LAK)
7

8    KEVIN SPACEY FOWLER a/k/a
     KEVIN SPACEY,

9                   Defendant.

10   ------------------------------x

11

12

13

14     Remote videotaped deposition of ANTHONY RAPP

15              February 3, 2021

16

17

18

19

20

21

22

23

24   Suzanne J. Stotz, CRR, RPR, Notary Public
     470403
25

**BARKLEY**
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine              (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose         (760) 322-2240 Palm Springs        (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento     (800) 222-1231 Martinez          (702) 366-0500 Las Vegas           (800) 222-1231 Monterey
(951) 686-0606 Riverside      (818) 702-0202 Woodland Hills    (702) 366-0500 Henderson           (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn          (518) 490-1910 Albany              (914) 510-9110 White Plains
(312) 379-5566 Chicago        00+1+800 222 1231 Paris          00+1+800 222 1231 Dubai            001+1+800 222 1231 Hong Kong

10:47 1          A.      Yes.

10:47 2          Q.      Did Mr. Vary misquote you in any

10:47 3     way?

10:47 4          A.      No, he did not misquote me.

10:47 5          Q.      Did you see anything in the article

10:47 6     that was inaccurate?

10:47 7          A.      No.

10:47 8          Q.      You claim that Mr. Fowler assaulted

10:48 9     you when you were 14 years old?

10:48 10         A.      Yes.

10:48 11         Q.      How many times do you allege that

10:48 12    Mr. Fowler assaulted you?

10:48 13         A.      That time only.  That night only.

10:48 14         Q.      I want to speak to you about your

10:48 15    allegations.

10:48 16                 In what year do you claim that

10:48 17    Mr. Fowler assaulted you?

10:48 18         A.      1986.

10:48 19         Q.      And you allege this happened only

10:48 20    one time, right?

10:48 21         A.      Yes.

10:48 22         Q.      In what year did you meet

10:48 23    Mr. Fowler?

10:48 24         A.      1986.

10:48 25         Q.      In what city were you living in in

10

ANTHONY RAPP

BARKLEY
Court Reporters

11:11  1    I was aware of that term at the time.  But it

11:11  2    was a roped-off area, and we sat at a low

11:11  3    table, the three of us, and talked for a bit.

11:11  4               And I, you know, I didn't -- I

11:11  5    wasn't enjoying myself particularly with the --

11:11  6    it was my first time in a nightclub, and it

11:11  7    didn't make a great impression.

11:11  8               And at some point in that

11:11  9    conversation is when he invited me to a

11:11  10   gathering at his home some days later.

11:11  11       Q.    Okay.  I want to unpack that a

11:11  12   little bit.

11:11  13               So first, for how long were you at

11:11  14   the nightclub that evening?

11:11  15       A.    I don't recall exactly.  Not, you

11:11  16   know, not very long and no more than an hour or

11:11  17   two; but I don't recall the exact amount of

11:11  18   time.

11:11  19       Q.    Were you ever alone with Mr. Fowler

11:11  20   that evening?

11:11  21       A.    No.  I was always with John.

11:11  22       Q.    John Barrowman, correct?

11:11  23       A.    Barrowman, correct.

11:12  24       Q.    Are you alleging that Mr. Fowler

11:12  25   behaved in any way that was inappropriate that

34

ANTHONY RAPP

BARKLEY
Court Reporters

11:13  1    it was under 18.

11:13  2        Q.    Do you know whether it was a teen

11:13  3    club as well?

11:13  4        A.    I do not know, but they -- I do

11:13  5    know they were serving alcohol.  Kevin was, as

11:13  6    far as I could tell, drinking alcohol.

11:13  7        Q.    What kind of alcohol do you

11:13  8    remember Kevin drinking?

11:13  9        A.    I don't recall.

11:13 10        Q.    How many drinks do you remember him

11:13 11    having?

11:13 12        A.    I do not recall the amount of

11:13 13    drinks.

11:13 14        Q.    Did you have any alcohol that

11:13 15    evening?

11:13 16        A.    I did not.

11:13 17        Q.    Did Mr. Barrowman have any alcohol

11:13 18    that evening?

11:13 19        A.    I do not know.  I do not recall.

11:13 20        Q.    What did you discuss with

11:13 21    Mr. Fowler that evening?

11:13 22        A.    I don't recall specifics.  As I

11:13 23    said, at some point I was invited to a

11:13 24    gathering at his apartment on another evening.

11:13 25        Q.    And Mr. Barrowman was with you when

ANTHONY RAPP

BARKLEY
Court Reporters

11:26   1      A.      No, not one way or the other, no.

11:26   2      Q.      Do you remember if anyone was bald?

11:26   3      A.      I don't recall that.

11:26   4      Q.      You don't recall one way or the

11:26   5   other?

11:26   6      A.      No, not one way or the other, no.

11:26   7      Q.      Were there hors d'oeuvres?

11:26   8      A.      I don't recall that.

11:26   9      Q.      Do you recall -- do you recall any

11:26 10   food being served?

11:26 11      A.      I don't recall food being served,

11:26 12   no.

11:26 13      Q.      Do you recall there being any

11:26 14   alcohol at the party?

11:26 15      A.      I presume that people were drinking

11:26 16   alcohol, but I was not offered alcohol.

11:26 17      Q.      Why do you presume people were

11:27 18   drinking alcohol?

11:27 19      A.      Because I saw people holding

11:27 20   drinks, and I presumed it's an adult party so

11:27 21   they're -- at least some of them were probably

11:27 22   drinking alcohol.

11:27 23      Q.      So what happened at the party?

11:27 24      A.      So I walked in and was greeted by

11:27 25   Kevin and shown in, and I immediately saw that

ANTHONY RAPP

BARKLEY
Court Reporters

11:27  1   I didn't recognize anyone; and I was

11:27  2   immediately somewhat uncomfortable because of

11:27  3   that, as a shy teenager.  But I was also, as I

11:27  4   said, you know, not always eager to just be

11:27  5   home alone with my mom in New York.  I didn't

11:27  6   have any friends my own age, so I was willing

11:27  7   to just be there for a little bit and see if I

11:27  8   could have some sort of enjoyable time.

11:27  9          And I noticed the view, and I

11:27 10   enjoyed the view very much.  And then I was

11:27 11   sort of wandering and looking around and saw

11:27 12   that there was a television.  The door to the

11:27 13   left was open to the bedroom, and there was a

11:27 14   television that was on.  So I found myself

11:28 15   sitting on the edge of the bed watching

11:28 16   television as people were in the living room

11:28 17   doing whatever they were doing in the party.

11:28 18          And, you know, I, frankly, was a

11:28 19   little bored and uncomfortable.  But, again, I

11:28 20   was not exactly eager to go home to be home

11:28 21   alone with my mom because I felt a little

11:28 22   pathetic as a teenager having no friends.

11:28 23          And as I was sitting watching

11:28 24   television, I looked over -- I felt a presence

11:28 25   to my right, and I looked over and Kevin had

50

ANTHONY RAPP

BARKLEY
Court Reporters

11:28  1    come to the door.  And immediately I could

11:28  2    perceive that he was -- appeared to be drunk in

11:28  3    the sense that he appeared to be swaying a

11:28  4    little bit and not quite steady on his feet.

11:28  5            And I could see at least past him

11:29  6    to see that it didn't seem like there was

11:29  7    anyone else around.  And I didn't -- it -- I

11:29  8    didn't notice at the time, but it turned out

11:29  9    everybody had left.

11:29  10           And he approached me, and he -- he

11:29  11   picked me up.  And the way I've always

11:29  12   described it is -- I know of no other way to

11:29  13   describe it -- is that he picked me up like a

11:29  14   groom picks a bride over the threshold, that

11:29  15   famous image of an adult holding a person

11:29  16   cradling them.  He held me like that.

11:29  17           As he picked me up, you know, his

11:29  18   hand, you know, grazed my butt and my legs and

11:29  19   picked me up and laid down on top of me on the

11:29  20   bed.  Put me down on the bed and laid down on

11:29  21   top of me, holding me and pressing into me with

11:29  22   the full weight of his body.

11:29  23           And this was something that was

11:30  24   utterly shocking and unwanted and had no -- I

11:30  25   had no idea that that was something that was

51

BARKLEY
Court Reporters

11:30  1    going to occur.  And it was extraordinarily

11:30  2    upsetting, and I froze.  I had an experience of

11:30  3    being completely frozen in that moment.

11:30  4              And I managed to squirm away to get

11:30  5    out from under him, and I saw that there was a

11:30  6    door.  Like, behind the bed was what I learned

11:30  7    to be the bathroom.  And I went in there and

11:30  8    closed the door and tried to gather myself and

11:30  9    figure out what to do.

11:30 10              And while I was in the bathroom, I

11:30 11   noticed that there was a photograph on the,

11:30 12   whatever shelf in the bathroom, that was of

11:30 13   Kevin with another man.  I don't remember if he

11:30 14   had his arm around him.  But it was a, you

11:30 15   know, a picture of the two of them.  You know,

11:31 16   I was like, oh, I guess Kevin's gay.  I had

11:31 17   certainly been around other gay men.  I had

11:31 18   worked with other gay men.

11:31 19              In my work, in all that time, I had

11:31 20   never had any of them make any sort of pass or

11:31 21   anything like this to me.  So it was utterly

11:31 22   shocking, but it sort of -- that kind of like

11:31 23   clicked.  And then I said, okay, I've got to

11:31 24   get out of here.

11:31 25              And I opened the door and started

52

ANTHONY RAPP

11:31  1    to walk out of the apartment, and Kevin

11:31  2    followed me.  And as I got to the front door, I

11:31  3    opened the front door; and he stood in the

11:31  4    doorway and leaned toward me and said are you

11:31  5    sure you want to go.  And I very much did want

11:31  6    to go; and I said, yes, thank you.  And I left.

11:31  7         Q.    Okay.  I'd like to unpack that a

11:32  8    little bit.

11:32  9              You said you were uncomfortable

11:32 10    because you didn't know anybody at the

11:32 11    apartment?

11:32 12         A.    Yes.

11:32 13         Q.    By this point, you had been on

11:32 14    Broadway for a number of months, right?

11:32 15         A.    Yes.

11:32 16         Q.    And you testified earlier that you

11:32 17    would go to some of these functions with other

11:32 18    people in the industry, right?

11:32 19         A.    Yes.

11:32 20         Q.    Were some of the functions during

11:32 21    the day?

11:32 22         A.    Yes.  The Drama League Luncheon was

11:32 23    during the day.

11:32 24         Q.    Were some of the functions at night

11:32 25    as well?

53

ANTHONY RAPP

BARKLEY
Court Reporters

11:49  1    BY MR. SCOLNICK:

11:49  2        Q.    Do you recall leaning against the

11:49  3    doorway or...

11:49  4        A.    I recall the impression, as I said,

11:49  5    of him sort of being unsteady on his feet,

11:49  6    which I perceived as being intoxicated.  And

11:49  7    soon thereafter is when he approached me.

11:49  8        Q.    Do you recall him opening the door

11:49  9    wider if it was -- if it was -- strike that.

11:49 10             You said it was cracked earlier,

11:49 11    right?

11:49 12        A.    Again, I don't recall the exact

11:49 13    amount of openness.  It wasn't closed, and it

11:49 14    wasn't all the way open.

11:49 15        Q.    Okay.  Do you recall him opening

11:49 16    the door to come in and...

11:49 17        A.    I -- what I recall is looking to

11:49 18    see him in the doorway.  So I don't -- I don't

11:49 19    know whether he opened it himself or it had

11:49 20    been opened by someone else.  I don't know.

11:49 21        Q.    When you saw Mr. Fowler in the

11:49 22    doorway, was it your understanding that

11:49 23    everyone had left the -- had gone, everyone had

11:50 24    left the apartment?

11:50 25        A.    I certainly did not see anyone

69

ANTHONY RAPP

BARKLEY
Court Reporters

11:51  1    understood you correctly, you testified that

11:51  2    after you saw Mr. Fowler in the doorway, he

11:51  3    approached you?

11:52  4          A.    Yes.

11:52  5          Q.    Where were you when he approached

11:52  6    you?

11:52  7          A.    I was sitting on the edge of the

11:52  8    bed, my legs over the edge of the bed, just

11:52  9    sitting there as if it was a chair; but it was

11:52  10   a bed.

11:52  11         Q.    Right.  So would your legs have

11:52  12   been facing the door?

11:52  13         A.    My legs were facing the window.  My

11:52  14   legs were again on the edge of the bed facing

11:52  15   the window.  The door was to my right.

11:52  16         Q.    And Mr. Fowler walked over to you?

11:52  17         A.    Yes.  And I was near the end of the

11:52  18   bed, like closer to the end of the bed because

11:52  19   that's where the television was.

11:52  20         Q.    Do you remember Mr. Fowler saying

11:52  21   anything to you, first of all, when he was in

11:52  22   the doorway?

11:52  23         A.    I don't recall any words that were

11:52  24   said at that point, no.  I recall the image and

11:52  25   the sense I got of his intoxication and then

72

ANTHONY RAPP

BARKLEY
Court Reporters

11:52   1    his approach.  I don't recall him saying

11:52   2    anything.

11:52   3         Q.    And you mentioned a few times now

11:52   4    the intoxication.

11:52   5              What was that assessment based on?

11:52   6         A.    He seemed unsteady on his feet.

11:53   7    His eyes seemed glassy or unfocused the way

11:53   8    that people in my people experience -- I had

11:53   9    been around -- I had been around adults who had

11:53  10    been drinking at functions, so I had seen

11:53  11    people who were drunk.

11:53  12              I was in a play with an actor who

11:53  13    played a drunk person in the play.  So I had

11:53  14    seen behavior that said to me that there was

11:53  15    intoxication involved.

11:53  16         Q.    And you're referring to Ed Harris's

11:53  17    character?

11:53  18         A.    Yes.

11:53  19         Q.    Putting that aside, what adults had

11:53  20    you been around that were drunk at 14 years

11:53  21    old?

11:53  22         A.    I don't recall exactly the adults.

11:53  23    I had been at any number of cast parties of

11:53  24    different shows I had been involved in, and

11:53  25    there had been at least -- at some of those

73

ANTHONY RAPP

BARKLEY
Court Reporters

11:54  1          So it happened in one sort of -- in

11:54  2  one movement, a surprising, shocking movement.

11:55  3  And then he turned to the bed and laid me down

11:55  4  and laid on top of me.

11:55  5          Q.   Do you remember him saying anything

11:55  6  to you at that point?

11:55  7          A.   I do not recall him saying

11:55  8  anything.

11:55  9          Q.   Do you remember Mr. Fowler saying

11:55  10 anything to you while he -- while you allege he

11:55  11 was on top of you on the bed?

11:55  12         A.   I do not recall him saying

11:55  13 anything.

11:55  14         Q.   Do you recall saying anything to

11:55  15 him?

11:55  16         A.   I do not recall saying anything to

11:55  17 him.  I froze.

11:55  18         Q.   You said that Mr. Fowler picked you

11:55  19 up in one motion.

11:55  20              Did I get that right?

11:55  21         A.   That's my recollection.  As best

11:55  22 as -- as, you know, it's a kind of complicated

11:55  23 motion, but it's a motion that all happened

11:55  24 sort of in one movement.

11:55  25         Q.   And when that one movement ended,

75

ANTHONY RAPP

BARKLEY
Court Reporters

```
12:18   1    bed --

12:18   2         A.     Yes.

12:18   3         Q.     -- is that fair to say?

12:18   4         A.     Yes.

12:18   5         Q.     And were you put down on the bed in

12:18   6    the exact same place you were before you were

12:18   7    picked up?

12:18   8         A.     No, because I was sitting on the

12:18   9    edge of the bed.  I was put down on the bed.  I

12:18  10    was laid down on the bed.

12:18  11         Q.     How far were you laid on the bed

12:18  12    from where you were sitting?

12:18  13         A.     I was laid down so that my head was

12:18  14    toward the headboard, close to the headboard so

12:18  15    that my body was on the bed as opposed to

12:19  16    sitting on the edge of the bed.

12:19  17         Q.     And you allege that Mr. Fowler put

12:19  18    you down on the bed and was on top of you?

12:19  19         A.     Yes.  He laid down on top of me and

12:19  20    pressed into me --

12:19  21         Q.     Can you --

12:19  22         A.     -- and held me.

12:19  23         Q.     Can you explain what you mean by

12:19  24    pressed in to you?

12:19  25         A.     The full weight of his body was
```

84

BARKLEY
Court Reporters

12:19  1    fully pressed against my body as I was on my

12:19  2    back.  He was on my front.  Not exactly -- I

12:19  3    don't know, I'm sorry, the way to describe it.

12:19  4    I'm using my hands.  But not exactly totally

12:19  5    head-to-toe touching every part, a little bit

12:19  6    angled so that his chest was on my chest.  His

12:19  7    arms were around my shoulders holding me, and

12:19  8    his pelvis was pressing into my hips, the side

12:19  9    of my hip.  So it was like angled, not directly

12:19  10   on top but angled.

12:20  11        Q.    So you're saying he wasn't

12:20  12   parallel, right?

12:20  13        A.    I guess that's the language to use.

12:20  14   It was more angled than parallel, yes.

12:20  15        Q.    And for how long do you allege that

12:20  16   Mr. Fowler was on top of you?

12:20  17        A.    I have no way of saying exactly how

12:20  18   long.  It was a frozen, suspended moment in my

12:20  19   recollection.

12:20  20        Q.    And did that moment last for five

12:20  21   minutes; do you think?

12:20  22        A.    I think it lasted for less than --

12:20  23   fewer than five minutes.

12:20  24        Q.    Okay.  Could it have been

12:20  25   30 seconds?

                              85

BARKLEY
Court Reporters

12:20  1          A.     I don't -- I have no way of saying

12:20  2     exactly how long it was.

12:20  3          Q.     So it's possible it could have been

12:20  4     30 seconds?

12:20  5          A.     It's possible it could have been

12:20  6     30 seconds.

12:20  7          Q.     Is it possible it could have been

12:20  8     ten seconds?

12:20  9          A.     It felt longer than ten seconds.

12:20 10          Q.     So your estimate is you recall

12:20 11     today is somewhere between 10 and 30 seconds;

12:20 12     am I understanding that right?

12:20 13          A.     That is answering your questions to

12:20 14     the best of my ability, having no way of being

12:21 15     more precise than that.

12:21 16          Q.     During this period of time that you

12:21 17     allege Mr. Fowler was on top of you, where were

12:21 18     his hands?

12:21 19          A.     His hands were around my shoulders

12:21 20     holding me.  I don't know.  It's hard to

12:21 21     describe, you know, again, in words.  It's

12:21 22     better -- easier to demonstrate.

12:21 23               But, you know, up behind my back

12:21 24     holding my shoulders.  That's my recollection.

12:21 25     From behind.  Again, it's awkward to describe

86

ANTHONY RAPP

BARKLEY
Court Reporters

12:21  1  myself.  It's hard to -- you know, I'm doing my

12:21  2  best to describe in words alone.

12:21  3       Q.     You said from behind.

12:21  4              What do you mean?

12:21  5       A.     Meaning his -- his arm -- you know,

12:21  6  he was on top of me, so his arms were behind my

12:21  7  back.  And so his hands were coming up behind

12:21  8  me, you know, clutching my shoulders.

12:22  9       Q.     So at all times that you allege

12:22  10  Mr. Fowler was on top of you, his hands were

12:22  11  above your waist?

12:22  12       A.     Yes.

12:22  13       Q.     Where were your hands?

12:22  14       A.     Frozen at my sides.

12:22  15       Q.     Were your hands above your waist or

12:22  16  below your waist?

12:22  17       A.     I don't -- I don't recall

12:22  18  whether -- they were -- I was smushed down.  So

12:22  19  I don't recall if they were, like, smushed

12:22  20  against my belly or against my legs.  But they

12:22  21  were not -- I was not -- I did not feel like I

12:22  22  had freedom of movement of my hands; and I was,

12:22  23  again, frozen in this position.

12:22  24       Q.     Do you recall telling Mr. Fowler

12:22  25  that you were uncomfortable?

ANTHONY RAPP

BARKLEY
Court Reporters

12:22  1      A.      I do not recall saying anything.

12:22  2      Q.      You don't recall indicating to

12:22  3  Mr. Fowler that you were uncomfortable in the

12:23  4  situation or uncomfortable physically?

12:23  5      A.      I do not recall saying anything.  I

12:23  6  recall being frozen and shocked and upset and

12:23  7  scared.

12:23  8      Q.      Do you recall Mr. Fowler saying

12:23  9  anything to you when you allege he was on top

12:23 10  of you?

12:23 11      A.      No.

12:23 12      Q.      You said that Mr. -- you allege

12:23 13  that Mr. Fowler's body was on an angle on top

12:23 14  of yours, right?

12:23 15      A.      A slight angle, yes.  Not perfectly

12:23 16  parallel.  Slightly angled, yes.

12:23 17      Q.      Where was his waist?

12:23 18      A.      It was enough that I was feeling

12:23 19  pressure from as much as I could perceive

12:23 20  against my side of my hips.

12:23 21      Q.      What did you feel pressure from?

12:23 22  From -- what are you alleging you felt pressure

12:23 23  from?

12:23 24      A.      The entire weight of his body was

12:23 25  entirely on my body.  And as I'm now being

88

ANTHONY RAPP

BARKLEY
Court Reporters

12:24  1   asked to describe the details of all of it, I

12:24  2   can describe that I felt the pressure of his

12:24  3   chest on my chest.  His hands were on my body.

12:24  4   His legs and groin pressing into the side of my

12:24  5   body since he was on an angle.  He wasn't on

12:24  6   top pressing into me.  He was at an angle

12:24  7   pressing, but his chest was more directly on my

12:24  8   chest.

12:24  9        Q.     Are you alleging that he had an

12:24 10   erection?

12:24 11        A.     I have no recollection specifically

12:24 12   of that.  I cannot say for sure.

12:24 13        Q.     But 14, you obviously knew what an

12:24 14   erection was, right?

12:24 15        A.     Yes.

12:24 16        Q.     While you were on the -- while you

12:25 17   were on the bed, are you alleging that

12:25 18   Mr. Fowler touched your penis?

12:25 19        A.     No.

12:25 20        Q.     While you were on the bed, are you

12:25 21   alleging that Mr. Fowler touched your anus?

12:25 22        A.     No.

12:25 23        Q.     While you were on the bed, are you

12:25 24   alleging that Mr. Fowler touched your butt?

12:25 25        A.     Not on the bed -- not at that point

89

ANTHONY RAPP

BARKLEY
Court Reporters

12:38 1        A.      I believe so, but I don't recall

12:38 2    exactly.  But I have an impression.  My

12:38 3    impression was that it was a friendly, you

12:38 4    know, friendly or intimate, but not -- clothed.

12:38 5    I don't mean sexually intimate.  I mean,

12:38 6    people -- they clearly knew one another.  And

12:38 7    it struck me in that moment.  It made the

12:38 8    impression that, again, that I made a

12:38 9    conclusion that he must be gay.

12:38 10       Q.      Did you recognize the other person

12:38 11   in the photograph?

12:38 12       A.      No.

12:38 13       Q.      Do you know whether it was one of

12:38 14   Mr. Fowler's family members?

12:38 15       A.      I have no idea.

12:38 16       Q.      So after you walked out of the

12:38 17   bathroom, you walked through the bedroom to the

12:38 18   door to the main room; is that right?

12:38 19       A.      Yes.

12:38 20       Q.      How long did that take?

12:39 21       A.      Quickly.  I made my way quickly

12:39 22   through to where I knew the front door to be.

12:39 23   And when I got to the front door and opened the

12:39 24   front door, he was behind me and he was leaning

12:39 25   in the doorway.  And that's the one thing I

103

BARKLEY
Court Reporters

12:39  1    remember him saying to me in the whole incident

12:39  2    was when he said, are you sure you want to go.

12:39  3         Q.    Okay.  That wasn't my question.

12:39  4               When you left the bathroom and you

12:39  5    walked out of the bathroom into the bedroom,

12:39  6    which way did you have to turn to get to the

12:39  7    door; was it right or left?

12:39  8         A.    The right.

12:39  9         Q.    And you said Mr. Fowler was on the

12:39 10    bed when you looked over --

12:39 11         A.    Yes.

12:39 12         Q.    -- right?  And then so you went

12:39 13    straight to the front door?

12:39 14         A.    Yes.

12:39 15         Q.    And did you open the front door?

12:39 16         A.    Yes.

12:39 17         Q.    How long did it take to get -- take

12:39 18    you to get from the door to the main room from

12:39 19    the bedroom to the front door?

12:40 20               MR. SAGHIR:  I'm objecting to form.

12:40 21         If you could rephrase that, please.

12:40 22               MR. SCOLNICK:  Sure.

12:40 23    BY MR. SCOLNICK:

12:40 24         Q.    How long did it take you to get

12:40 25    through the front room of the house?

                                104

ANTHONY RAPP

BARKLEY
Court Reporters

12:40  1            MR. SAGHIR:  When you say "front

12:40  2       room," you're talking from the bedroom to

12:40  3       the front door?

12:40  4            MR. SCOLNICK:  Yeah.  So let me

12:40  5       rephrase that.

12:40  6  BY MR. SCOLNICK:

12:40  7       Q.    So you said there's -- there's the

12:40  8  bedroom.  There's also the main room when you

12:40  9  first walk in, right?

12:40 10       A.    Yes.

12:40 11       Q.    Okay.  So how long did it take you

12:40 12  to walk through that front room?

12:40 13       A.    I have -- I'm sorry.  I have no way

12:40 14  of knowing exactly how long.  I was moving with

12:40 15  alacrity through the apartment toward the front

12:40 16  door.

12:40 17       Q.    And you opened the front door when

12:40 18  you got there?

12:40 19       A.    Yes.

12:40 20       Q.    Because you wanted to leave, right?

12:40 21       A.    Yes, because I wanted to leave.

12:40 22       Q.    And you opened the door and you

12:40 23  left, right?

12:40 24       A.    As I -- yes.  And as I was leaving,

12:40 25  he had followed me and was standing in the

105

ANTHONY RAPP

BARKLEY
Court Reporters

12:40  1  doorway; and that's when he said what he said

12:40  2  to me.

12:40  3          Q.     So are you alleging that Mr. Fowler

12:40  4  stood in the doorway and said something to you

12:41  5  when you were already in the hallway?

12:41  6          A.     Yes.

12:41  7          Q.     And what do you allege that

12:41  8  Mr. Fowler said to you at this point?

12:41  9          A.     That he said, are you sure you want

12:41 10  to go.

12:41 11          Q.     And how did you respond?

12:41 12          A.     I said, no, I want to -- good

12:41 13  night.  I don't remember the exact words, but

12:41 14  it was -- I did not say yes, I want to say.  I

12:41 15  said, no, good night, or some version of trying

12:41 16  to extricate myself.

12:41 17          Q.     Do you remember anything else said

12:41 18  during that encounter?

12:41 19          A.     No.

12:41 20          Q.     When did you first decide that you

12:41 21  wanted to leave the party that evening?

12:42 22          A.     I mean, it was -- it all happened

12:42 23  quite quickly in the moment of being picked up

12:42 24  and laid down on top of when I -- well, first,

12:42 25  I had decided that I wanted to get out from

106

BARKLEY
Court Reporters

12:43  1        Q.      Did you walk home?

12:43  2        A.      I walked home.

12:43  3        Q.      Do you remember what time you got

12:43  4   home?

12:43  5        A.      I don't recall the exact time I got

12:43  6   home.

12:43  7        Q.      Do you remember seeing anyone when

12:43  8   you were walking outside the apartment?

12:43  9        A.      No, I don't recall seeing anyone

12:43 10   specific outside the apartment.

12:43 11        Q.      What did you do when you got home?

12:44 12        A.      I don't recall exactly.  I got

12:44 13   ready for bed and went to sleep at some point,

12:44 14   but I don't recall the exact sequence of

12:44 15   events.

12:44 16        Q.      What was your reaction as you were

12:44 17   walking home to what had happened?

12:44 18        A.      I was in shock.  I was trying to

12:44 19   understand what had happened.  It was --

12:44 20   nothing like that had ever happened to me

12:44 21   before.  I was very upset, but I was trying to

12:44 22   just gather myself and survive it and try to,

12:44 23   you know, get through it as well as I could.

12:44 24        Q.      Was this the most traumatic

12:44 25   experience that you had ever experienced in

108

ANTHONY RAPP

BARKLEY
Court Reporters

12:44  1   your life at that point?

12:44  2        A.     Yes.

12:45  3        Q.     Is it still the most traumatic

12:45  4   experience you've ever had in your life?

12:45  5        A.     I don't know how to answer that

12:45  6   exactly.  It is among the most traumatic

12:45  7   experiences of my life.

12:45  8        Q.     Can you think of any other

12:45  9   experiences you've had in your life that you

12:45 10   consider to be more traumatic?

12:45 11        A.     I'm not in the habit of ranking

12:45 12   such things, but the loss of my mother to

12:45 13   cancer was very traumatic.  The loss of my

12:45 14   friend Jonathan Larson who wrote Rent was very

12:45 15   traumatic.  Those were two of the other hugely

12:45 16   traumatic experiences that I've experienced.

12:45 17        Q.     And would you would you -- sorry.

12:45 18   Would you rank this as right up there with the

12:45 19   other two most traumatic experiences in your

12:45 20   life?

12:45 21        A.     I would rank this up there with

12:45 22   those experiences.

12:45 23        Q.     Can you recall any other incident

12:45 24   in your life that has caused you more emotional

12:45 25   distress than what you described at

109

ANTHONY RAPP

BARKLEY
Court Reporters