```
UNITED STATES DISTRICT COURT                              1
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
ANTHONY RAPP and C.D.,
                Civil Action No. 1:20-cv-09586(LAK)
                    Plaintiffs,
                - against -
KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,
                    Defendant.
------------------------------------------------ X
                    Zoom Deposition


                    January 17, 2022
                    11:06 a.m.


        EXAMINATION BEFORE TRIAL of the
Defendant, KEVIN FOWLER, pursuant to Order, held on
the above date and time, via videoconference, taken
by and before KRYSTINA KORNAK FLORA, RPR, a Notary
Public within and for the State of New York.
```

```
(1)                    - KEVIN FOWLER -                    54
(2)    did something embarrassing and drunken that I have
(3)    no memory of, then I would have owed him an apology,
(4)    which is what my statement did.
(5)              But as time went on, I realized that
(6)    this story couldn't -- couldn't have been true.
(7)         Q.   Are you saying that since you've been
(8)    an adult you've never been sexually attracted to
(9)    boys under 18?
(10)        A.   No.  It's not my thing.
(11)        Q.   It's not your thing.  Have you ever
(12)   engaged in any sexual contact since you turned 18
(13)   with any boys under 18?
(14)             MS. KELLER:  Objection.  This is --
(15)        this is completely without foundation.
(16)             MR. STEIGMAN:  He just said it's not
(17)        his thing.  So if he's actually having sex
(18)        with boys, that would be somewhat consistent
(19)        with his claim that it's not his thing.  So
(20)        that's the foundation.
(21)        Q.   Have you ever -- since you turned 18,
(22)   sir, have you ever had any sexual encounters with
(23)   anyone under the age of 18?
(24)        A.   No.
(25)        Q.   Okay.  You ever touch anyone sexually
```

```
(1)                    - KEVIN FOWLER -                    55
(2)   since you turned 18 who was under the age of 18?
(3)        A.    Not sexually, no.
(4)        Q.    Ever ask them or coerced them to touch
(5)   you?
(6)        A.    No.  No, sir.
(7)        Q.    Beau Ryan, did you reach out
(8)   specifically at some point to him to talk about
(9)   where you were living in 1986?
(10)       A.    No, I didn't reach out to him
(11)  specifically.  Beau Ryan has been one of my closest
(12)  friend for more than 25 years.
(13)       Q.    What is his address?
(14)       A.    I don't know his address.
(15)       Q.    Where does he live?
(16)       A.    He lives in Concord, Massachusetts.
(17)       Q.    Okay.  So at some point it just came up
(18)  between you and him about the allegation and you
(19)  were trying to piece it together with respect to
(20)  where you were living?
(21)       A.    Yeah.
(22)       Q.    Or something else?
(23)       A.    No.  Yeah, I mean, Beau and I speak,
(24)  so, yes, it was -- it was a conversation we had.
(25)       Q.    Okay.  Let's just run down.  Miranda
```

```
(1)                    - KEVIN FOWLER -                    306
(2)         A.    I recall being very upset and confused
(3)    about this allegation, yes.
(4)         Q.    And at this point, that day, now you
(5)    wanted to craft a public response to it?
(6)         A.    Well, I mean, I think early on I'm not
(7)    even sure we knew there was going to be a public
(8)    response to it.  I think I was -- I was trying to
(9)    make sense of a story that made absolutely no sense
(10)   to me whatsoever.  I was searching for what could be
(11)   true, because none of it made sense to me.
(12)        Q.    Is the reason it made no sense to you
(13)   because the actions that were described were so
(14)   inconsistent with the way you comport yourself
(15)   generally?
(16)        A.    100 percent.
(17)        Q.    Because you're not interested in boys
(18)   and you don't touch people inappropriately, right?
(19)        A.    I am not interested in boys and I do
(20)   not touch people inappropriately.
(21)        Q.    You sent an e-mail at 5:22 Eastern time
(22)   that day to Evan Lowenstein, subject was Anthony
(23)   Rapp Buzz.  Plaintiff's 32.  Do you have that in
(24)   front of you, sir?  If you have it in front of you I
(25)   would rather take it down, but if you need it we
```