**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTHONY RAPP,

                              Plaintiff,

    -against-

KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,

                              Defendant.

Case No. 20-cv-09586 (LAK) (SDA)

**PLAINTIFF ANTHONY RAPP'S *AMENDED* EXHIBIT LIST**

GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF
Peter J. Saghir
Richard M. Steigman
80 Pine Street, 34th Floor
New York, NY 10005
Tel: (212) 943-1090
Fax: (212) 425-7513
Email: psaghir@gairgair.com
            rsteigman@gairgair.com

*Attorneys for Plaintiff Anthony Rapp*

The following is an amended list of Plaintiff's Exhibits to be offered in his case-in-chief.

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| PX. 1 | The Advocate article (Previously marked as Exhibit 12 on 2-3-21) | | | Hearsay (FRE 801, 802) | Yes | No |
| PX. 2 | Anthony Rapp's sketch of apartment 2-3-2021 (Previously marked as Exhibit 26 on 2-3-21) | AR000682 | AR000682 | | Yes | Yes |
| PX. 3 | Excerpt from John Barrowman's book "Anything Goes" (Previously marked as Exhibit 47) | AR000680 | AR000681 | Hearsay (FRE 801, 802); authenticity/foundation (FRE 900); incomplete excerpt (FRE 106) | No | No |
| PX. 4 | Andy Holtzman sketch of office 1-7-2022 (Previously marked as Exhibit 128 on 1-7-22) | AR000679 | AR000679 | Relevance (FRE 401); Confuses the issues, undue consumption of time (FRE 403) | Yes | No |
| PX. 5 | Justin Dawes' Email to Adam Vary - Buzzfeed 10-31-2017 (Previously marked as Exhibit 143 2-10-2022) | AR000666 | AR000667 | Hearsay (FRE 801, 802); relevance (FRE 401); confuses the issues, misleads the jury, undue consumption of time (FRE 403) | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| PX. 6 | Kevin Spacey's Email 1 to Evan Lowenstein 10-29-2017 (Previously marked as Exhibit 166 on 1-17-22) | KF 478 | KF 479 | Confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 7 | Kevin Spacey's Email: "A dream . . ." to Evan Lowenstein 2-2-2018 (Previously marked as Exhibit 167 on 1-17-22) | KF 237 | KF 239 | | Yes | Yes |
| PX. 8 | Kevin Spacey's Email 2 to Nicola Howson & Evan Lowenstein 10-29-2017 | KF 480 | KF 481 | Confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); Rule of completeness (FRE 106) | Yes | No |
| PX. 9 | Kevin Spacey's Email 3 to Nicola Howson & Evan Lowenstein 10-29-2017 | KF 491 | KF 492 | Cummulative, confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 10 | Kevin Spacey's Email 4 to Nicola Howson & Evan Lowenstein 10-29-2017 | KF 470 | KF 471 | Cummulative, confuses the issues, unfairly prejudicial, misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 11 | Kevin Spacey's | KF 455 | KF 455 | Cummulative, confuses the | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | Email 5 to Nicola Howson & Evan Lowenstein 10-29-2017 | | | issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | | |
| PX. 12 | Kevin Spacey's Email 6 to Nicola Howson & Evan Lowenstein 10-29-2017 | KF 474 | KF 474 | Cummulative, confuses the issues, unfairly prejudicial, misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 13 | Kevin Spacey's Email 7 to Staci Wolfe, Todd Rubenstein, Nicola Howson, John Houseman & Bryan Freedman 10-29-2017 | KF 499 | KF 499 | Cummulative, confuses the issues, unfairly prejudicial, and misleads the jury (FRE 403); rule of completeness (FRE 106) | Yes | No |
| PX. 14 | Letter from John Barrowman to Kevin Spacey | KF 443 | KF 443 | | Yes | Yes |
| PX. 15 | Staci Wolfe Forwarding Adam Vary's 10-29-17 e-mail sent to Staci Wolfe to Evan Lowenstein, Todd Rubenstein & Nicola Howson | KF 73 | KF 74 | Redaction necessary to remove unrelated allegation | Yes | Yes (with redaction) |
| PX. 16 | Kevin Spacey | AR000631 | AR000631 | | Yes | Yes |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | Twitter Statement 10-30-2017 | | | | | |
| PX. 17 | Kevin Spacey's Deposition 1-17-2022 - 1 of 17.mp4 | AR000632 | AR000632 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 18 | Kevin Spacey's Deposition 1-17-2022 - 2 of 17.mp4 | AR000633 | AR000633 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 19 | Kevin Spacey's Deposition 1-17-2022 - 3 of 17.mp4 | AR000634 | AR000634 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 20 | Kevin Spacey's Deposition 1-17-2022 - 4 of 17.mp4 | AR000635 | AR000635 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 21 | Kevin Spacey's Deposition | AR000636 | AR000636 | The deposition included objectionable, irrelevant, and | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | 1-17-2022 - 5 of 17.mp4 | | | unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | | |
| PX. 22 | Kevin Spacey's Deposition 1-17-2022 - 6 of 17.mp4 | AR000637 | AR000637 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 23 | Kevin Spacey's Deposition 1-17-2022 - 7 of 17.mp4 | AR000638 | AR000638 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 24 | Kevin Spacey's Deposition 1-17-2022 - 8 of 17.mp4 | AR000639 | AR000639 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 25 | Kevin Spacey's Deposition 1-17-2022 - 9 of 17.mp4 | AR000640 | AR000640 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| PX. 26 | Kevin Spacey's Deposition 1-17-2022 - 10 of 17.mp4 | AR000641 | AR000641 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 27 | Kevin Spacey's Deposition 1-17-2022 - 11 of 17.mp4 | AR000642 | AR000642 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 28 | Kevin Spacey's Deposition 1-17-2022 - 12 of 17.mp4 | AR000643 | AR000643 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 29 | Kevin Spacey's Deposition 1-17-2022 - 13 of 17.mp4 | AR000644 | AR000644 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 30 | Kevin Spacey's Deposition 1-17-2022 - 14 of 17.mp4 | AR000645 | AR000645 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | Fowler reserves the right to object at trial. | | |
| PX. 31 | Kevin Spacey's Deposition 1-17-2022 - 15 of 17.mp4 | AR000646 | AR000646 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters.  Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 32 | Kevin Spacey's Deposition 1-17-2022 - 16 of 17.mp4 | AR000647 | AR000647 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters. Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 33 | Kevin Spacey's Deposition 1-17-2022 - 17 of 17.mp4 | AR000648 | AR000648 | The deposition included objectionable, irrelevant, and unfairly prejudicial matters.  Mr. Fowler reserves the right to object at trial. | Yes | No |
| PX. 34 | Pictures of Anthony Rapp in Precious Sons 1986 | AR000629 | AR000629 | | Yes | Yes |
| PX. 35 | Picture of Anthony Rapp 1986 | AR000630 | AR000630 | Cummulative (FRE 403) | Yes | No |
| PX. 36 | Texts between Anthony Rapp and Christopher Denny 2017 | AR000248 | AR000250 | Hearsay (FRE 801, 802), unfairly prejudicial | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| PX. 37 | Texts between Anthony Rapp and Christopher Hart 10-21-2018 | AR000246 | AR000247 | Hearsay (FRE 801, 802), relevance (FRE 401), Unfairly prejudicial discussion of rumors and unrelated allegations, confuses the issues, misleads the jury (FRE 403) | Yes | No |
| PX. 38 | BuzzFeedNews - Actor Anthony Rapp: Kevin Spacey Made A Sexual Advance Toward Me When I Was 14 10-29-2017 | | | Hearsay (FRE 801, 802), includes irrelevant and unfairly prejudicial matters that must be redacted (FRE 403) | Yes | No (without significant redactions) |
| PX. 39 | Photographs of Justin Dawes | AR000668 | AR000671 | Relevance (FRE 401); Confuses the issues, misleads the jury, undue consumption of time (FRE 403) | Yes | No |
| PX. 40 | Psychological Testing by Lisa Rocchio, Ph.D. 2-6-2021 | AR001037 | AR001096 | Hearsay (FRE 801, 802), unfairly prejudicial, undue consumption of time, misleads the jury (FRE 403) | Yes | No |
| PX. 41 | Alexander Sasha Bardey, PhD Zoom Evaluation | KSF_EXPERT005085 | KSF_EXPERT005085 | Hearsay (FRE 801, 802); undue consumption of time, confuses | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | of Anthony Rapp 3-26-2021.mp4 | | | the issues (FRE 403) | | |
| PX. 42 | Alexander Sasha Bardey, PhD Zoom Evaluation of Anthony Rapp 3-26-2021.mp4 | KSF_EXPERT005086 | KSF_EXPERT005086 | Hearsay (FRE 801, 802); undue consumption of time, confuses the issues (FRE 403) | Yes | No |
| PX. 43 | Robin Magid's Medical Records | AR000685 | AR000713 | Hearsay (FRE 801, 802); Foundation/authenticity (FRE 900); misleads the jury, confuses the issues, unfairly prejudicial, undue consumption of time (FRE 403); improper opinion of lay witness who is admitedly unqualified to offer expert opinion (FRE 701, 702) | No | No |
| PX. 44 | Sean Snow Deposition 8-6-2021 | AR000938 | AR001030 | *See* objections to deposition designations | Yes | No |
| PX. 45 | Justin Dawes' Deposition 12-28-2021 - 1 of 6.mp4 | AR001031 | AR001031 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); *see also* objections to transcript designations and Mr. Fowler's motion to | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | exclude Mr. Dawes's testimony. | | |
| PX. 46 | Justin Dawes' Deposition 12-28-2021 - 2 of 6.mp4 | AR001032 | AR001032 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 47 | Justin Dawes' Deposition 12-28-2021 - 3 of 6.mp4 | AR001033 | AR001033 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 48 | Justin Dawes' Deposition 12-28-2021 - 4 of 6.mp4 | AR001034 | AR001034 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | | |
| PX. 49 | Justin Dawes' Deposition 12-28-2021 - 5 of 6.mp4 | AR001035 | AR001035 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 50 | Justin Dawes' Deposition 12-28-2021 - 6 of 6.mp4 | AR001036 | AR001036 | Relevance (FRE 401); unfairly prejudicial, misleads the jury, confuses the issues, undue consumption of time (FRE 403); see also objections to transcript designations and Mr. Fowler's motion to exclude Mr. Dawes's testimony. | Yes | No |
| PX. 51 | Alexander Sasha Bardey, M.D. Invoice 6-8-2021 | KSF_EXPERT002788 | KSF_EXPERT002790 | | Yes | Yes |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| PX. 52 | Alexander Sasha Bardey, M.D. Invoice 1-24-2022 | KSF_EXPERT006767 | KSF_EXPERT006768 | | Yes | Yes |
| PX. 53 | Curriculum Vitae - Lisa Marie Rocchio Ph.D. | AR001097 | AR001107 | Undue consumption of time (FRE 403) | Yes | No |
| PX. 54 | Expert Report - Elizabeth Loftus Ph.D. 7-12-2021 | AR001108 | AR001112 | Mr. Fowler reserves the right to object to this exhibit on the following grounds: relevance (FRE 401); confuses the issues, misleads the jury, and undue consumption of time (FRE 403); hearsay (FRE 801, 802) | Yes | No |
| PX. 55 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 1 of 8.mp4 | AR001113 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 56 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 2 of 8.mp4 | AR001114 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | to object pursuant to FRE 106. | | |
| PX. 57 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 3 of 8.mp4 | AR001115 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 58 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 4 of 8.mp4 | AR001116 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 59 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 5 of 8.mp4 | AR001117 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 60 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 6 of 8.mp4 | AR001118 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| PX. 61 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 7 of 8.mp4 | AR001119 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 62 | Elizabeth Loftus Ph.D Deposition 12-22-2021 - 8 of 8.mp4 | AR001120 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous | Yes | No |

| Exhi bit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 63 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 1 of 8.mp4 | AR001170 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 64 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 2 of 8.mp4 | AR001171 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 65 | Alexander Sasha Bardey, M.D. | AR001172 | | The exhibit includes matters that are irrelevant (FRE 401); | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | Deposition 1-26-2022 - 3 of 8.mp4 | | | misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 66 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 4 of 8.mp4 | AR001173 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 67 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 5 of 8.mp4 | AR001174 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 68 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 6 of 8.mp4 | AR001175 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | Yes | No |
| PX. 69 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 7 of 8.mp4 | AR001176 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 70 | Alexander Sasha Bardey, M.D. Deposition 1-26-2022 - 8 of 8.mp4 | AR001177 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | 801, 802). Counsel has failed to designate the transcript and has not identified any specific portion of the deposition for admission. Mr. Fowler, therefore, also reserves the right to object pursuant to FRE 106. | | |
| PX. 71 | Kathe Green 1-31-2022 Deposition - 1 of 2.mpg | AR001178 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). See also Defendant's objections to Plaintiff's counter-designations. | Yes | No |
| PX. 72 | Kathe Green 1-31-2022 Deposition - 2 of 2.mpg | AR001179 | | The exhibit includes matters that are irrelevant (FRE 401); misleading, would cause undue | Yes | No |

| Exhibit No. | Document Description | Bates Begin | Bates End | Defendant's Objections | Stipulations to Authenticity | Stipulation to Admissibility |
|---|---|---|---|---|---|---|
| | | | | consumption of time, confuse the issues, and mislead the jury (FRE 403); numerous questions were improper and argumentative; and the exhibit contains extensive inadmissible hearsay (FRE 801, 802). See also Defendant's objections to Plaintiff's counter-designations. | | |
| PX. 73 | Order Ruling on Petition to Confirm Arbitration Award (MRC II v. Spacey) 08-04-2022 | | | | TBD | TBD |

Dated: New York, New York
        October 5, 2022

Respectfully submitted,
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
HERSHENHORN, STEIGMAN & MACKAUF

By:_____
Peter J. Saghir
Richard M. Steigman
Attorneys for Plaintiff
Anthony Rapp
80 Pine Street 34th Floor
New York, NY 10005
Tel: (212) 943-1090
Fax: (212) 425-7513
Email: psaghir@gairgair.com
         rsteigman@gairgair.com