```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ANTHONY RAPP, et ano.,

                            Plaintiffs,

            -against-                                    20-cv-9586 (LAK)

KEVIN SPACEY FOWLER,

                            Defendant.
------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/22

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The claim of plaintiff Anthony Rapp having been tried to a jury, the jury having returned a special verdict in favor of the defendant on October 20, 2022, the Court having granted defendant's oral motion to dismiss the action, and the case previously having been dismissed as to the other plaintiff (Dkt 72), the Clerk shall enter final judgment dismissing the action.

SO ORDERED.

Dated:      October 26, 2022

                                        /s/ Lewis A. Kaplan
                                        _____
                                        Lewis A. Kaplan
                                        United States District Judge