**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY RAPP, et ano.,

                Plaintiffs,

-against-                      20 **CIVIL** 9586 (LAK)

                                        **JUDGMENT**

KEVIN SPACEY FOWLER,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 26, 2022, the claim of plaintiff Anthony Rapp having been tried to a jury, the jury having returned a special verdict in favor of the defendant on October 20, 2022, the Court having granted defendant's oral motion to dismiss the action, and the case previously having been dismissed as to the other plaintiff (Dkt 72), final judgment is entered dismissing the action.

**Dated:**  New York, New York

       October 27, 2022

                                                                         **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                                    **BY:**       *K. Mango*

                                                                           **Deputy Clerk**