UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAPP,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:20-cv-09586 (LAK) (SDA)<br><br>The Hon. Lewis A. Kaplan<br><br>**DEFENDANT'S NOTICE OF TAXATION OF COSTS AND BILL OF COSTS** |

TO THE CLERK OF THE COURT, THE COURT, AND PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that through this filing, Defendant Kevin Spacey Fowler ("Defendant" or "Mr. Fowler") requests that on November 23, 2022 or as soon thereafter as possible, the Clerk of the Court, under Federal Rule of Civil Procedure ("FRCP") 54(d)(1) and Local Rule 54.1, tax certain costs incurred in the litigation of this action in the amount of $65,007.16, as set forth in the Bill of Costs and supporting documentation filed with this Notice.

This Notice of Taxation of Costs is made following the Court's entry of final judgment in this action on October 27, 2022 (Dkt. No. 317). This application is brought on the grounds that Mr. Fowler is the prevailing party in this action under FRCP 54 and Local Rule 54.1 against plaintiff Anthony Rapp ("Plaintiff").

On October 20, 2022, the jury returned a verdict in favor of the Mr. Fowler on Plaintiff's remaining claim. On October 26, 2022, the Court issued an order confirming it had previously granted Mr. Fowler's oral motion to dismiss the action following the verdict, and ordered the Clerk to enter a final judgment dismissing the action. (Dkt. No. 316.) On October 27, the Clerk entered the final judgement in Mr. Fowler's favor, dismissing the action. (Dkt. No. 317.) Under FRCP 54 and Local Rule 54.1(a), Mr. Fowler is timely filing this Notice of Taxation of Costs and accompanying Bill of Costs, within thirty days of the entry of the final judgment.

Attached as **Exhibit A** is a true and correct copy of the Mr. Fowler's Bill of Costs, Form AO 133, which shows the total costs Mr. Fowler's claims under FRCP 54, 28 U.S.C. § 1920, and Local Rule 54.1.

Attached as **Exhibit B** is a true and correct copy of a chart, and supporting documents itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, and Local Rule 54.1(c)(1) for trial transcripts.

Attached as **Exhibit C** is a true and correct copy of a chart, and supporting documents itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, and Local Rule 54.1(c)(2) for deposition transcripts.

Attached as **Exhibit D** is a true and correct copy of a chart, and supporting documents itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, and Local Rule 54.1(c)(3) for Witness Fees, Travel Expenses, and Subsistence costs.  The chart in this exhibit duplicates the table on the second page of Mr. Fowler's Form AO-133.

Attached as **Exhibit E** is a true and correct copy of a chart, and supporting documents itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, and Local Rule 54.1(c)(10) for Docket and Miscellaneous Fees, specifically related to Docket and Clerk Fees.

Attached as **Exhibit F** is a true and correct copy of a chart, and supporting documents itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, Local Rule 54.1(c)(10) for Docket and Miscellaneous Fees, specifically related to Process Server Fees.

Attached as **Exhibit G** is a true and correct copy of a chart, itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, Local Rule 54.1(c)(10) for Docket and Miscellaneous Fees, specifically related to docket fees under 28 U.S.C. 1923.

Attached as **Exhibit H** is a true and correct copy of a chart, itemizing costs, for Mr. Fowler's Bill of Costs claimed under FRCP 54, 28 U.S.C. § 1920, and Local Rule 54.1(c)(5) Exemplifications and Copies of Papers, specifically related to the cost of production of a copy of Defendant's Trial Exhibits as required by the Court.

This Application is based upon this Notice and Application, the accompanying Bill of Costs, the exhibits included with this Application, and any further evidence and argument presented to the Court if the Clerk sets a hearing on this Application.

Dated: November 9, 2022
      Irvine, California

Respectfully submitted,

*/s/ Chase A. Scolnick*
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick
Jay P. Barron (*pro hac vice*)
KELLER / ANDERLE LLP
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
Tel. (949) 476-8700
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

*Counsel for Defendant Kevin Spacey Fowler a/k/a Kevin Spacey*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2, I, Chase A. Scolnick, hereby certify that on November 9, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Draft*
                                          Chase A. Scolnick