UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAPP,<br><br>         Plaintiff,<br><br> -against-<br><br>KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY,<br><br>         Defendant. | Case No. 1:20-cv-09586 (LAK) (SDA)<br><br>**SATISFACTION OF JUDGMENT** |

  WHEREAS, a judgment was entered in the above action on the 27th day of October, 2022, in favor of Defendant Kevin Spacey Fowler ("Defendant") and against Plaintiff Anthony Rapp ("Plaintiff").

  WHEREAS, on the 9th day of November, 2022, Defendant submitted his Bill of Costs requesting the Clerk of the Court to tax costs in the amount of $65,007.16

  WHEREAS, on the 1st day of December, 2022, the Clerk of the Court taxed costs in the amount of $39,089.63, and included them in the judgment in favor of Defendant and against Plaintiff.

  WHEREAS, pursuant to 28 U.S.C.A. § 1961, Defendant is entitled to interest from the 1st day of December, 2022 to the date of payment of taxed costs, the 9th day of June, 2023, in the amount of $969.00.

  WHEREAS, costs in the amount of $39,089.63, having been taxed on the 1st day of December, 2022, and included in the judgment, and with interest thereon having been fully paid, in the amount of $40,058.63, it is certified that there are no outstanding executions with any Sheriff or Marshall.

  THEREFORE, full, and complete satisfaction of said judgment is hereby acknowledged,

and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 23, 2023
      Irvine, California

Respectfully submitted,

_____
Chase A. Scolnick
KELLER / ANDERLE LLP
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
Tel. (949) 476-8700
cscolnick@kelleranderle.com

*Counsel for Defendant Kevin Spacey Fowler a/k/a Kevin Spacey*